## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | United States Bankruptcy Court 824 Market Street, 3rd Floor Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Name and Address of Plaintiff's Attorneys:

| CADWALADER, WICKERSHAM & TAFT LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| Gregory M. Petrick | Laura Davis Jones (DE Bar No. 2436) |
| Ingrid Bagby | Timothy P. Cairns (Bar No. 4228) |
| Michele C. Maman | 919 North Market Street, 17th Floor |
| Sean F. O'Shea | P.O. Box 8705 |
| Michael E. Petrella | Wilmington, DE 19899-8705 (Courier 19801) |
| Joshua P. Arnold | Telephone: (302) 652-4100 |
| 200 Liberty Street | Facsimile: (302) 652-4400 |
| New York, NY 10281 | Email: ljones@pszjlaw.com |
| Telephone: (212) 504-6000 | tcairns@pszjlaw.com |

---

[1]  The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

| Facsimile:   (212) 504-6666<br>Email:   gregory.petrick@cwt.com<br>        ingrid.bagby@cwt.com<br>        michele.maman@cwt.com<br>        sean.oshea@cwt.com<br>        michael.petrella@cwt.com<br>        joshua.arnold@cwt.com | |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.



| Address: United States Bankruptcy Court<br>824 Market Street, 6th Floor<br>Wilmington, DE  19801 | Courtroom No. 3<br><br>Date and Time: To be determined |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District of Delaware**
Date:  July 30, 2020

_/s/ Una O'Boyle_
Clerk of the Bankruptcy Court

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made July 30, 2020 by:

☒        Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

### SEE ATTACHED SERVICE LIST

☐        Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐        Residence Service: By leaving the process with the following adult at:

☐        Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐        Publication: The defendant was served as follows: [Describe briefly]

☐        State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  July 30, 2020                              /s/ Timothy P. Cairns
                                                                 Timothy P. Cairns (Bar No. 4228)
                                                                 PACHULSKI STANG ZIEHL & JONES LLP
                                                                 919 North Market Street, 17th Floor
                                                                 Wilmington, DE  19899-8705 (Courier 19801)

Zohar – Service List re Complaint
Main Case No. 18-10512 (KBO)
Doc. No. 229997
18 – First Class Mail

**First Class Mail**
Lynn Tilton
3575 S. Ocean Boulevard
Highland Beach, FL  33487-331

**First Class Mail**
Patriarch Partners, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Patriarch Partners VIII, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Patriarch Partners XIV, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Patriarch Partners XV, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Patriarch Partners Agency Services, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Patriarch Partners Management Group, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Octaluna, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Octaluna II, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
ARK II CLO 2001-1, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
ARK Investment Partners II, L.P.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
LD Investments, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Zohar Holding, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Zohar Holdings, LLC
Bruce Hornstein, P.A.
6961 Indian Creek Drive
Miami Beach, FL  33141

**First Class Mail**
(Counsel for Lynn Tilton and Patriarch
Entities)
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
G. David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**First Class Mail**
(Counsel for Lynn Tilton and Patriarch
Entities)
Randy M. Mastro, Esq.
Mary Beth Maloney, Esq.
Akiva Shapiro, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193

**First Class Mail**
(Counsel for Lynn Tilton and Patriarch
Entities)
Robert Klyman, Esq.
Michael S. Neumeister, Esq.
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA  90071-3197

**First Class Mail**
(Counsel for Lynn Tilton and Patriarch
Entities)
Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br>LD INVESTMENTS, LLC,<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral".

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised

---

[1]  The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator.  At that point, the process is the same as arbitration.  You, through your counsel, will present evidence to a neutral, who issues a decision.  If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding.  If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

| Dated:  July 30, 2020 | */s/ Una O'Boyle*_____ |
| | Clerk of the Court |