# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
|                        Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
|                        Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br>LD INVESTMENTS, LLC,<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC, | |
|                        Defendants. | |

## **CERTIFICATE OF SERVICE**

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

DOCS_DE:230005.1 53730/001

2

        I, Timothy P. Cairns, hereby certify that on the 30th day of July, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

        **Motion of MBIA Insurance Corporation for an Order to File Complaint Under Seal**

                      */s/ Timothy P. Cairns*
                      Timothy P. Cairns (Bar No. 4228)

2

Zohar III, Corp., *et al*. – 2002 Service List
(First Class Mail)
Case No. 18-10512 (KBO)
Doc. No. 218502
12 – Hand Delivery
26 – First Class Mail

(Counsel to MBIA Insurance Corporation)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)

**Hand Delivery**
(Counsel to the Debtors)
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Michael R. Nestor, Esquire
Joseph M. Barry, Esquire
Ryan M. Bartley, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**Hand Delivery**
(United States Trustee)
Juliet M. Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

**Hand Delivery**
US Attorney for Delaware
David C. Weiss, Esquire c/o Ellen Slights, Esquire
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899

**Hand Delivery**
(Delaware Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 5th Floor
Wilmington, DE  19801

**Hand Delivery**
Zillah Frampton
Delaware Department of Revenue
Carvel State Office Building
820 N. French Street, 8th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Patriarch Entities)
Norman L. Pernick, Esquire
Patrick H, Reilley, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Alvarez & Marsal Zohar Management, LLC)
Kenneth J. Nachbar, Esquire
Robert J. Dehney, Esquire
Megan Ward Cascio, Esquire
Matthew B. Harvey, Esquire
Lauren Neal Bennett, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Controlling Class of Zohar III Noteholders)
Matthew P. Ward, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel for Ankura Trust Company, LLC)
Mark D. Collins, Esquire
Brett M. Haywood, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Culligan International Company)
Zachary I. Shapiro, Esquire
Brendan J. Schlauch, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Dura Automotive Systems, LLC and its affiliates)
Justin R. Alberto, Esquire
Daniel N. Brogan, Esquire
Sophie E. Macon, Esquire
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
(Independent Director)
Joseph J. Farnan, Jr., Esquire
Farnan LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
William Barr, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**First Class Mail**
(United States Attorney General)
Michael B. Mukasey, Esquire
US Department of Justice
Commercial Litigation Branch
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**First Class Mail**
Secretary of State
Division of Corporations – Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE 19904

**First Class Mail**
US Department of the Treasury
Office of the General Counsel
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**First Class Mail**
Securities & Exchange Commission
Office of the General Counsel
100 F Street, NE
Washington, DC 20549

**First Class Mail**
Securities & Exchange Commission
Andrew Calamari, Esquire
NY Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

2

**First Class Mail**
Securities and Exchange Commission
Sharon Binger
Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103

**First Class Mail**
(Counsel to MBIA Insurance Company)
Gregory M. Petrick, Esquire
Jonathan M. Hoff, Esquire
Ingrid Bagby, Esquire
Michele C. Maman, Esquire
Joshua Arnold, Esquire
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY  10281

**First Class Mail**
(Counsel to Patriarch Entities)
Robert Klyman, Esquire
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA  90071-3197

**First Class Mail**
(Counsel to Patriarch Entities)
Randy M. Mastro, Esquire
Matt J. Williams, Esquire
Mary Beth Maloney, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193

**First Class Mail**
(Counsel to Patriarch Entities)
Monica K. Loseman, Esquire
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642

**First Class Mail**
Elizabeth LaPuma, Esquire
Alvarez & Marsal Zohar Management, LLC
600 Madison Avenue
New York, NY  10022

**First Class Mail**
Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Avenue
New York, NY  10022

**First Class Mail**
(Counsel to Alvarez & Marsal Zohar Management, LLC)
Michael Carlinksy, Esquire
Jonathan E. Pickhardt, Esquire
Benjamin Finestone, Esquire
Ellison Ward Merkel, Esquire
Blair Adams, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

**First Class Mail**
U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle Street, 8th Floor
Chicago, IL  60603

**First Class Mail**
(Counsel to U.S. Bank National Association)
John W. Weiss, Esquire
Brett D. Jaffe, Esquire
Alexander Lorenzo, Esquire
Elizabeth Buckel, Esquire
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY  10016-1387

**First Class Mail**
(Counsel to U.S. Bank National Association)
Jonathan T. Edwards, Esquire
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA  30309-3424

**First Class Mail**
(Counsel to the Controlling Class of Zohar III Noteholders)
Brian J. Lohan, Esquire
Ginger Clements, Esquire
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL  60602-4321

**First Class Mail**
(Counsel to the Controlling Class of Zohar III Noteholders)
James D. Herschlein, Esquire
Jeffrey A. Fuisz, Esquire
Erik Walsh, Esquire
Steven Fruchter, Esquire
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
New York, NY  10019-9710

**First Class Mail**
(Counsel for Ankura Trust Company, LLC)
Dennis F. Dunne, Esquire
Andrew Harmeyer, Esquire
Milbank LLP
55 Hudson Yards
New York, NY  10001

**First Class Mail**
(Counsel to Culligan International Company)
Debora Hoehne, Esquire
Michael Godbe, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**First Class Mail**
(Counsel to Dura Automotive Systems, LLC and its affiliates)
James H.M. Sprayregen, Esquire
Ryan Blaine Bennett, P.C., Esquire
Stephen C. Hackney, P.C., Esquire
Gregory F. Pesce, Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 N. LaSalle
Chicago, IL  60654

**First Class Mail**
(Counsel to Dura Automotive Systems, LLC and its affiliates)
Christopher Marcus, P.C., Esquire
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY  10022

**First Class Mail**
(Counsel to Vik Jindal)
Adam J. Greene, Esquire
Steven B. Eichel, Esquire
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY  10022

4