# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION,<br><br>                Debtor. | **Chapter 11**<br><br>**Case No. 20-10766 (BLS)** |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                Plaintiffs,<br><br>     v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                Defendants. | **Adversary Proceeding**<br><br>**Case No. 21-51190 (BLS)** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Edward Moss of Cahill Gordon & Reindel LLP to represent Credit Suisse Securities (USA) LLC in this action.

Dated: November 16, 2021
      Wilmington, Delaware

**RICHARDS LAYTON & FINGER, P.A.**

*/s/ Mark D. Collins*
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com

**CAHILL GORDON & REINDEL LLP**

Herbert S. Washer (*pro hac vice* pending)
Edward Moss (*pro hac vice* pending)
Joel H. Levitin (*pro hac vice* pending)
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
jlevitin@cahill.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25 has been paid to the Clerk of Court for District Court.

Dated: New York, New York
November 16, 2021

*/s/ Edward Moss*

Edward Moss
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
(212) 701-3838
emoss@cahill.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 26347276v.1