IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br>                            Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br>                           Plaintiff,<br><br>-against-<br><br>LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br> LD INVESTMENTS, LLC<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC,<br>                           Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Objection Deadline: At or before the hearing.**<br>**Hearing Date: August 25, 2020 at 1:00 p.m. (ET)**<br>**Related to Adv. Docket Nos. 6, 7 and 8** |

**NOTICE OF HEARING ON PATRIARCH DEFENDANTS' MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

     **PLEASE TAKE NOTICE** that, on August 19, 2020, **Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to Complaint** (the "Motion to Extend") [Adv. Docket No. 6] was filed under seal with the United States Bankruptcy Court for the District of Delaware (the "Court").

     **PLEASE TAKE FURTHER NOTICE** that, on August 19, 2020, the **Motion to Shorten Notice Period and Schedule Hearing With Respect to the Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to Complaint** (the "Motion to

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-21103285v1

Shorten") [Adv. Docket No. 7] was filed with the Court. You were previously served with a copy of the Motion to Shorten.

      **PLEASE TAKE FURTHER NOTICE** that, on August 20, 2020, the Court entered an order granting the Motion to Shorten (the "Order Shortening Notice") [Adv. Docket No. 8], a copy of which is being served contemporaneously herewith.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, a hearing (the "Hearing") on the Motion to Extend will be held on **August 25, 2020 at 1:00 p.m. (Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice objections, if any, to the Motion to Extend may be raised at or before the Hearing.

      **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION TO EXTEND WITHOUT FURTHER NOTICE**.

Dated: August 20, 2020       **COLE SCHOTZ P.C.**

      By: */s/ Patrick J. Reilley*
      Norman L. Pernick (No. 2290)
      Patrick J. Reilley (No. 4451)
      500 Delaware Avenue, Suite 1410
      Wilmington, DE 19801
      Telephone: (302) 652-3131
      Facsimile: (302) 652-3117
      npernick@coleschotz.com
      preilley@coleschotz.com

      – and –

      **SHER TREMONTE LLP**
      Theresa Trzaskoma (Admitted Pro Hac Vice)
      Michael Tremonte (Admitted Pro Hac Vice)
      90 Broad Street, 23rd Floor
      New York, New York 10004
      Telephone: (212) 202-2600
      Facsimile: (212) 202-4156
      ttrzaskoma@shertremonte.com
      mtremonte@shertremonte.com

      *Counsel to Patriarch*

57772/0001-21103285v1