# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>                        Plaintiff,<br><br>-against-<br><br>LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br> LD INVESTMENTS, LLC<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC,<br><br>                        Defendants. | Adversary No. 20-50776 (KBO) |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2020, a true and correct copy of the **Notice of Hearing on Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to Complaint** was served via electronic mail to the parties on the attached service list.

Dated: August 20, 2020                                    **COLE SCHOTZ P.C.**

                                                             */s/ Patrick J. Reilley*
                                                             Patrick J. Reilley (No. 4451)
                                                              500 Delaware Avenue, Suite 1410
                                                              Wilmington, DE 19801
                                                              Telephone: (302) 652-3131
                                                              Facsimile: (302) 652-3117
                                                              Email: preilley@coleschotz.com

**SERVICE LIST**

| | |
|---|---|
| James L. Patton, Jr., Esq.<br>Robert S. Brady, Esq.<br>Michael R. Nestor, Esq.<br>Joseph M. Barry, Esq.<br>Ryan M. Bartley, Esq.<br>Erin Edwards, Esq.<br>Michael S. Neiburg, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801 | Jeffrey A. Fuisz, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10119-9710<br><br>Theresa Trzaskoma, Esq.<br>Michael Tremonte, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004 |

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231