# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*[1]<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDINGS, LLC, AND ZOHAR HOLDINGS, LLC,<br><br>　　　　Defendants. | Adv. Proc. No. 20-50776 (KBO) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## TELEPHONIC AND VIDEO HEARING ON AUGUST 25, 2020 AT 1:00 P.M. (ET)[2]

**THIS HEARING WILL BE HELD TELEPHONICALLY VIA COURTCALL AND, IN CERTAIN CIRCUMSTANCES, BY VIDEO VIA ZOOM.  ALL PARTIES WISHING TO APPEAR MUST DO SO TELEPHONICALLY BY CONTACTING COURTCALL, LLC AT 866-582-6878. ONLY THOSE PARTIES THAT WILL BE ADDRESSING THE COURT SHOULD APPEAR BY**

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] All parties wishing to participate should make arrangements through CourtCall at 1-866-582-6878.

26930593.3

> **VIDEO VIA ZOOM IN ADDITION TO THEIR COURTCALL REGISTRATION.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> Topic: Zohar III, Corp. 18-10512 (KBO)
> Time: August 25, 2020 at 1:00 p.m. Eastern Time (US and Canada)
>
> **Join ZoomGov Meeting**
> https://debuscourts.zoomgov.com/j/1603835260
>
> Meeting ID: 160 383 5260
> Password: 822358

## ADJOURNED/RESOLVED MATTERS

1. Debtors' Motion for an Order Determining Dispute Between the Debtors and Patriarch Partners Management Services, LLC Related to Pending Oasis Transaction [(SEALED) D.I. 911; 9/6/19; (REDACTED) D.I. 1130; 9/6/19]

   Related Documents:

   A. Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

   B. Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

   C. Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

   D. Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

   E. Notice of Binding Portfolio Company Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 868; 8/26/19]

   F. Order Extending 15-Month Window Under the Court-Approved Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class and Granting Related Relief [D.I. 871; 8/27/19]

   G. Order Appointing Replacement Mediator [D.I. 890; 9/3/19]

<ul style="list-style:none">
<li>H.    Order Approving Consummation of Oasis Portfolio Company Transaction [D.I. 918; 9/9/19]</li>
<li>I.    Re-Notice of Hearing [D.I. 1094; 11/26/19]</li>
<li>J.    Order Authorizing Filing of Motion Under Seal [D.I. 1149; 12/19/19]</li>
<li>K.    Order Authorizing Filing of Motion Under Seal [D.I. 1161; 12/20/19]</li>
<li>L.    Notice of Hearing [D.I. 1688; 6/12/20]</li>
<li>M.    Notice of Hearing [D.I. 1784; 7/10/20]</li>
</ul>

Response Deadline:    August 31, 2020 at 4:00 p.m. (ET)

Responses Received:

<ul style="list-style:none">
<li>N.    PPMG's Opening Brief Regarding PPMG's Right to Payment of Transaction Fees in Connection with the Oasis Transaction [(SEALED) D.I. 914; 9/6/19; (REDACTED) D.I. 1197; 12/31/19]</li>
</ul>

Status:    This matter will go forward with an evidentiary hearing and argument on September 14, 2020 at 10:00 a.m. (ET).

2. Motion of Patriarch for Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 1791; 7/10/20]

Related Documents:

<ul style="list-style:none">
<li>A.    Patriarch's Objection to Debtor's Motion For Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1757; 7/7/20; (REDACTED) D.I. 1790; 7/10/20]</li>
<li>B.    Certificate of No Objection [D.I. 1832; 7/27/20]</li>
<li>C.    Order Authorizing Filing of Objection Under Seal [D.I. 1834; 7/28/20]</li>
</ul>

Response Deadline:    July 24, 2020 at 4:00 p.m. (ET)

Responses Received:    None

Status:    An order has been entered by the Court. No hearing is required.

3. Debtors' Motion for Entry of an Order Authorizing Filing Portions of the Supplement to Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief Under Seal [D.I. 1860; 8/5/20]

Related Documents:

A. Supplement to Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1840; 7/31/20; (REDACTED) 1861; 8/5/20]

B. Certification of Counsel Regarding Proposed Order Authorizing the Filing Portions of the Supplement to Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief Under Seal [D.I. 1880; 8/19/20]

C. Order Authorizing the Filing Portions of the Supplement to Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief Under Seal [D.I. 1880; 8/19/20 [D.I. 1884; 8/20/20]

Response Deadline:        August 18, 2020 at 4:00 p.m. (ET)

Responses Received:       None

Status:    An order has been entered by the Court. No hearing is required.

4. Debtors' Motion for Entry of an Order Authorizing Filing Portions of the Reply in Support of Debtors' Stay and Escrow Motion Under Seal [D.I. 1862; 8/5/20]

Related Documents:

A. Reply in Support of the Debtors' Motion for Entry of an Order in Aid of Enforcement of the Settlement Agreement (A) Staying the Tilton Plaintiffs from Prosecuting Litigation Outside the Delaware Bankruptcy Court, (B) in Connection with the Sales of Portfolio Companies, (I) Establishing an Escrow for All Amounts Claimed by the Patriarch Stakeholders Pending Their Validation Under Paragraph 18 and (II) Ordering Releases of the Patriarch Stakeholders' Claims With Such Claims Attaching to the Proceeds of Such Sale, and (C) Granting Related Relief [(SEALED) D.I. 1851; 8/3/20; (REDACTED) 1863; 8/5/20]

B. Certification of Counsel Regarding Proposed Order Authorizing the Filing Portions of the Reply in Support of the Debtors' Stay and Escrow Motion Under Seal [D.I. 1881; 8/19/20]

C. Order Authorizing the Filing Portions of the Reply in Support of the Debtors' Stay and Escrow Motion Under Seal [D.I. 1885; 8/20/20]

Response Deadline:        August 18, 2020 at 4:00 p.m. (ET)

Responses Received:       None

        S̲tatus:        An order has been entered by the Court.  No hearing is required.

**MATTERS GOING FORWARD**

5.      Notice of Filing of Proposed Revised Cash Collateral Order [D.I. 1092; 11/25/19]

        Related Documents:

        A.      Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 356; 7/6/18]

        B.      Declaration of Caroyln Schiff in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 504; 10/30/18]

        C.      Declaration of Michael S. Neumeister in Support of Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 505; 10/30/18; (REDACTED) D.I. 506; 10/30/18]

        D.      Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Reply to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 537; 11/9/18; (REDACTED) D.I. 541; 11/9/18]

        E.      Declaration of Michael Katzenstein in Support of the Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 543; 11/9/18]

        F.      Declaration of Gregory M. Petrick in Support of MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1134; 12/17/19]

        G.      Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1158; 12/20/19]

        H.      Order Setting Hearing Date, Briefing Schedule, and Discovery Deadlines with Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1292; 1/21/20]

        I.      Stipulated Amended Scheduling Order With Respect to: (I) the Debtors' Motion for Entry of an Order, in Aid of Implementation of the Settlement Agreement and the Settlement Order, Establishing Certain Deadlines, Milestones and Other Parameters in Furtherance of the Monetization Process for the Group A Portfolio

26930593.3

5

| | |
|---|---|
| | Companies; (II) the Motion of Lynn Tilton for Approval of Timeline and Guidelines Regarding Monetization of the Group A Portfolio Companies; and (III) Certain Other Contested Matters [D.I. 1412; 2/14/20] |
| J. | Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1453; 2/24/20] |
| K. | Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1512; 3/24/20] |
| L. | Third Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1649; 4/29/20] |
| M. | Fourth Further Interim Order Authorizing the Debtors' Limited Use of Cash Collateral [D.I. 1711; 6/22/20] |
| N. | Notice of Filing of *Further Revised* Second Cash Collateral Order [D.I. 1849; 8/3/20] |

Response Deadline:            December 9, 2019 at 4:00 p.m. (ET)

Responses Received:

| | |
|---|---|
| O. | Reservation of Rights of U.S. Bank National Association, as Indenture Trustee, to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 500; 10/30/18] |
| P. | Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [(SEALED) D.I. 502; 10/30/18; (REDACTED) D.I. 503; 10/30/18] |
| Q. | Statement of Blank Rome, on Behalf of Itself and in Respect of Other Zohar I Service Providers, in Response to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 528; 11/7/18] |
| R. | Limited Statement and Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. 530; 11/7/18] |
| S. | MBIA Insurance Corporation's Statement in Support of Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral and Reply to Patriarch's Objection Thereto [(SEALED) D.I. 536; 11/9/18; REDACTED D.I. 540; 11/9/18] |
| T. | Debtors' Reply to Patriarch's Objection to the Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral [D.I. 542; 11/9/18] |
| U. | Zohar III Controlling Class' Joinder and Supplemental Response in Support of the Debtors' Motion for Entry of an Order Authorizing Use of Cash Collateral [D.I. |

|   |   |   |
|---|---|---|
|   |   | 544; 11/9/18] |
|   | V. | Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1114; 12/9/19] |
|   | W. | MBIA Insurance Corporation's Statement in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral and Reply to Patriarch's Objection Thereto [D.I. 1132; 12/17/19] |
|   | X. | The Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1133; 12/17/19] and Notice of Errata Regarding the Debtors' Reply to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1140; 12/17/19] |
|   | Y. | Zohar III Controlling Class' Joinder and Supplemental Response in Support of Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1135; 12/17/19] |
|   | Z. | Limited Response of U.S. Bank National Association, as Indenture Trustee, to Patriarch's Objection to the Debtors' Proposed Order Authorizing the Use of Cash Collateral [D.I. 1139; 12/17/19] |
|   | AA. | Informal comments from the U.S. Trustee |
|   | Status: | On August 4, 2020, the Court heard argument with respect to the long-form cash collateral order and issued a ruling in connection with the long-form order. The Debtors are in discussions with the Indenture Trustee and the Controlling Classes regarding the implementation of the Court's ruling. As those discussion are on-going, the Debtors have requested the Indenture Trustee and the Controlling Classes to consent to further interim usage of cash collateral on the same terms as the most recent limited, interim order and consistent with the budget submitted at the August 4, 2020 hearing. The Debtors are hopeful they will obtain consent to such a further interim, limited cash collateral order and, if so, will submit such order under certification of counsel. The Debtors will be available to address any questions the Court has regarding cash collateral at the hearing. |
| 6. | | Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1748; 6/30/20; (REDACTED) D.I. 1769; 7/9/20] |
|   | | Related Documents: |
|   | A. | Order Authorizing the Filing of the Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting Under Seal [D.I. 1804; 7/14/20] |

| | | |
|---|---|---|
| Response Deadline: | | July 7, 2020 at 4:00 p.m. (ET) |

Responses Received:

- B. Patriarch's Limited Objection and Reservation of Rights to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and For an Accounting [D.I. 1755; 7/7/20]

- C. Reply in Support of the Debtors' Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1886; 8/20/20]; (REDACTED) D.I. TBD; TBD]

Status: This matter is going forward. Ryan M. Roy has submitted a declaration in support and will be available at the hearing for purposes of moving his declaration into evidence.

7. Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1749; 6/30/20; (REDACTED) D.I. 1771; 7/9/20]

Related Documents:

- A. Order Authorizing the Filing of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief Under Seal [D.I. 1805; 7/14/20]

- B. Order Authorizing Filing of Objection Under Seal [D.I. 1834; 7/28/20]

Response Deadline: July 7, 2020 at 4:00 p.m. (ET)

Responses Received:

- C. Patriarch's Objection to Debtor's Motion For Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1757; 7/7/20; (REDACTED) D.I. 1790; 7/10/20]

- D. Debtors' Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1780; 7/10/20; (UNREDACTED) D.I. 1788; 7/10/20]

- E. Supplement to Reply in Support of the Debtors' Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1840; 7/31/20; (REDACTED) D.I. 1861; 8/5/20]

    F.    Patriarch's Supplement to Its Objection to Debtor's Motion For Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1853; 8/4/20; (REDACTED) D.I. 1870; 8/7/20]

Status:    This matter is going forward as a status conference.

8. Motion of Patriarch for Entry of an Order Authorizing Filing of Objection Under Seal [D.I. 1871; 8/7/20]

    Related Documents:

    A.    Patriarch's Supplement to Its Objection to Debtor's Motion For Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1853; 8/4/20; (REDACTED) D.I. 1870; 8/7/20]

Response Deadline:    August 18, 2020 at 4:00 p.m. (ET)

Responses Received:    None

Status:    This matter is going forward.

9. Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Complaint [(SEALED) Adv. Case No. 20-50776 D.I. 6; 8/19/20; (REDACTED) D.I. TBD; TBD]

    Related Documents:

    A.    Complaint [(SEALED) Adv. Case No. 20-50776 D.I. 1/2; 7/30/20; (REDACTED) D.I. TBD; TBD]

    B.    Summons and Notice of Pretrial Conference [Adv. Case No. 20-50776 D.I. 3; 7/30/20]

    C.    Motion of MBIA Insurance Corporation for an Order to File Complaint Under Seal [Adv. Case No. 20-50776 D.I. 4; 7/30/20]

    D.    Order Granting Motion to Shorten Notice Period and Schedule Hearing with Respect to Patriarch's Motion to Extend Time to Answer or Otherwise Respond to Complaint [Adv. Case No. 20-50776 D.I. 8; 8/20/20]

    E.    Notice of Hearing on Patriarch's Motion to Extend Time to Answer or Otherwise Respond to Complaint [Adv. Case No. 20-50776 D.I. 9; 8/20/20]

Response Deadline:    At the hearing

<u>Responses Received</u>:     None as of this date

<u>S</u>tatus:     This matter is going forward.

Dated: August 21, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*