# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Zohar III, Corp.
    Debtor

Bankruptcy Case No.: 18–10512–KBO

Bankruptcy Chapter: 11

_____

MBIA Insurance Corporation

    Plaintiff

    vs.

Adv. Proc. No.: 20–50776–KBO

Lynn Tilton , et al.

    Defendant

### *Notice of Deficiency*

☐ The document(s) you submitted to the Court was received on 8/19/20 and has been docketed at Docket # 6 . However, if your intention is for this document to be docketed as a Proof of Claim (or Amended Proof of Claim), it must be submitted using Official Form B410. Official forms can be found on our website at www.uscourts.gov/forms/bankruptcy–forms/proof–claim. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court – District of Delaware website at www.deb.uscourts.gov. When resubmitting your claim, please either include this Notice or ensure that you make reference to the docket number initially assigned to your filing.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, the case is currently closed. If you desire to reopen the case, a Motion to Reopen must be filed along with the appropriate filing fee.

☐ The document(s) you submitted to the Court was received on and has been docketed at Docket # . However, it is not in compliance with our Local Rules.

☑ The document(s) you filed with the Court at Docket # 6 is not in compliance with Local Rule 9018–1(d).

☐ Other:

*Local Rules and Official Forms can be found on the Court's website at www.deb.uscourts.gov*

_____

I certify that this Notice of Deficiency was mailed on the date indicated below to:
☑ Norman Pernick
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

_____
Una O'Boyle, Clerk of Court

Date: 8/25/20                                        By:  Sherry Scaruzzi, Deputy Clerk


(VAN–489a)