# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherrys | Date Created: 8/25/2020 |
| Case: 20−50776−KBO | Form ID: van489a | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Norman L. Pernick    npernick@coleschotz.com

TOTAL: 1