# Court Conference

Calendar Date: 08/25/2020
Calendar Time: 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

*2nd Revision  Aug 25 2020  9:03AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 10807482 | Joshua Arnold | (212) 504-6360 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10807452 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10809865 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10810267 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10810400 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar, III, Corp. | 18-10512 | Hearing | 10810388 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar, III, Corp. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10810610 | Shadi Brentegani | (212) 651-7165 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10814705 | Peg A. Brickley | (302) 521-2266 ext. | WSJ | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10811761 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10814529 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10811177 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10811379 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Corp. Note holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10807313 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, U.S. Bank / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 10809529 | Alexandra Elenowitz-Hess | (212) 300-2447 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LISTEN ONLY |

| Debtor | Case No. | Type | ID | Name | Phone | Firm | Party / Mode |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10809528 | Michael Farag | (213) 229-7559 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10810473 | Joseph J. Farnan Jr. | (302) 777-0321 ext. | Farnan LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10811384 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Creditor, Controlling Class of the Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10811388 | John Greene | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Corp. Note holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10807489 | Samantha Greenfield | (212) 504-6365 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10809651 | Tyler Hammond | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10803574 | Andrew Harmeyer | (212) 530-8055 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10803550 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10810592 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10811235 | Albert L. Hogan | (312) 407-0700 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Dura Automotive Angels, LLC, et al / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10810605 | Michael Katzenstein | (214) 384-4909 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10810598 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10807658 | Alex Lees | (212) 530-5161 ext. | Milbank LLP | Creditor, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10811390 | Jonathan I. Levine | (212) 836-8000 ext. | Arnold & Porter Kaye Scholer LLP | Creditor, Controlling Class of the Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10811383 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Creditor, Controlling Class of the Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10809515 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10812380 | Chris Mackey | (212) 887-1196 ext. | MB Global Partners | Interested Party, Chris Mackey / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10809526 | Mary Beth Maloney | (212) 351-2315 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10807473 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |

| Case | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10811231 | Ron Meisler | (312) 402-7086 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Representing, Dora Automotive Angels LLC et al / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10810447 | Jacob Morton | (302) 571-5741 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar, III, Corp. | 18-10512 | Hearing | 10810221 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar, III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10807669 | Marguerite O'Brien | (212) 530-8434 ext. | Milbank LLP | Creditor, Ankura Trust / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10810561 | Amanda Parra Criste | (305) 995-5275 ext. | White & Case LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10811375 | Morgan L. Patterson | (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar III Corp. Note holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10809507 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10807463 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10810554 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10812316 | Claudio Phillips | (212) 887-1192 ext. | MB Global Partners | Interested Party, MB Global Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10810062 | Lauren J Pincus | (212) 616-7057 ext. | Allegaert Berger & Vogel | Interested Party, Patriarch Stakeholders / LISTEN ONLY |
| Zohar, III, Corp. | 18-10512 | Hearing | 10810434 | Shane M Reil | (302) 571-6745 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Shane M Reil / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10810294 | Ryan Roy | (212) 530-5385 ext. | Ryan Roy - In Pro Per/Pro Se | Witness, Ryan Roy / LIVE |
| Zohar, III, Corp. | 18-10512 | Hearing | 10810624 | Ryan Roy | (617) 878-2031 ext. | Ankura Trust Company | Representing, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10812163 | Michael Russano | (212) 530-8055 ext. | Milbank LLP | Creditor, Ankura Trust / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10809134 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10810098 | Carolyn Schiff | (212) 825-0550 ext. | Patriarch Partners | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10811322 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Representing, Independent Director / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10809521 | Vikram Shah | (302) 652-3131 ext. | Cole Schotz P.C. | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10810531 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, Zohar III, Corp. / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 10811302 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Partners Lending, LLC | Interested Party, Potential DIP Lender / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10809517 | Michael Tremonte | (212) 202-2603 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 10809516 | Theresa Trzaskoma | (212) 202-3294 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10811237 | Carl Tullson | (302) 651-3142 ext. | Skadden, Arps, Slate, Meagher & Flom LLP | Respondent, Dura Automotive Angels, LLC, et al / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 10807285 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, U.S. Bank / LIVE |