**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.,*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | Adversary No. 20-50776 (KBO) |
| Plaintiff, | |
| -against- | |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001- 1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHA HOLDING, LLC, and ZOHAR HOLDINGS, LLC, | **Related to Adv. Docket No. 6** |
| Defendants. | |

**AMENDED ORDER GRANTING PATRIARCH DEFENDANTS' MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
<u>TO THE MBIA COMPLAINT</u>**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Upon consideration of the *Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Complaint* [D.I. 6] (the "Motion")[2] pursuant to section 105(a) of title 11 of the United States Code, Rules 7012 and 9006(b) of the Federal Rules of Bankruptcy Procedure, and Rules 7012-2 and 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as provided herein.

2.      The Patriarch Defendants' deadline to answer or otherwise respond to the MBIA Complaint shall be **October 19, 2020** (the "Extended Deadline").[3]

3.      This Order is without prejudice to the rights of the Patriarch Defendants to seek further extensions of the time to answer or otherwise respond to the MBIA Complaint.

4.      This Court shall retain jurisdiction with respect to all matters related to the implementation of this Order.

Dated: August 27, 2020

_Ka B. O____

Karen B. Owens
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion.

[3] At the hearing on the Motion and the objection thereto held on August 25, 2020, the Court granted the Motion, split the amount of requested time in dispute, and ordered that the Patriarch Defendants' Extended Deadline is October 14, 2020. This Amended Order is intended to correct the calculation of the Extended Deadline to accurately reflect the Court's holding and thus, avoid any confusion going forward amongst the parties.