IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>                    Plaintiff,<br><br>-against-<br><br>LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC,<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC,<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br>LD INVESTMENTS, LLC,<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC,<br><br>                    Defendants. | Adversary No. 20-50776 (KBO) |

**AFFIDAVIT OF SERVICE**

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

1

STATE OF DELAWARE         )
                                        )SS:
COUNTY OF NEW CASTLE   )

Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to MBIA Insurance Corporation, in the above-captioned action, and that on the 24th day of August, 2020, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

> **[SEALED] Plaintiff MBIA Insurance Corporation's Limited Response and Objection to Defendants' Motion to Extend Time [Adv. Docket No. 11]**

_____
Karina Yee

Sworn to and subscribed before
me this 27 day of August, 2020

_____
Notary Public
My Commission Expires: _____

[Notary Seal: ELIZABETH C. THOMAS, MY COMMISSION EXPIRES FEB. 25, 2022, NOTARY PUBLIC, STATE OF DELAWARE]

2

DOCS_DE:230403.1 53730/001

Zohar – Service List re Adversary Action
Adv. Case No. 20-50776 (KBO)
Doc. No. 230358
20 – Email

**Email**
(Counsel for MBIA Insurance Corp)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**Email:** ljones@pszjlaw.com;
tcairns@pszjlaw.com

**Email**
(Counsel for MBIA Insurance Corp)
Joshua Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
**Email:** joshua.arnold@cwt.com

**Email**
(Counsel for Patriarch)
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
**Email:** npernick@coleschotz.com;
preilley@coleschotz.com

**Email**
(Counsel for Patriarch)
Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
**Email:** ttrzaskoma@shertremonte.com;
mtremonte@shertremonte.com

**Email**
(Counsel for Debtors)
James L. Patton, Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
**Email:** jpatton@ycst.com;
rbrady@ycst.com; mnestor@ycst.com;
jbarry@ycst.com; rbartley@ycst.com

**Email**
(US Trustee)
Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
**Email:** juliet.m.sarkessian@usdoj.gov

**Email**
(Counsel to the Controlling Class of Zohar III Noteholders)
Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
**Email:** matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**Email**
(Counsel to the Controlling Class of Zohar III Noteholders)
James D. Herschlein, Esq.
Jeffrey A. Fuisz, Esq.
Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
**Email:**
james.herschlein@arnoldporter.com;
jeffrey.fuisz@arnoldporter.com;
erik.walsh@arnoldporter.com

**Email**
(Counsel to the Controlling Class of Zohar III Noteholders)
Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4321
**Email:** brian.lohan@arnoldporter.com;
ginger.clements@arnoldporter.com