<u>EXHIBIT A</u>

Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

## ORDER APPROVING STIPULATION REGARDING SCHEDULING

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

This Court having considered the Stipulation Regarding the Scheduling (the "Stipulation") between the Plaintiffs and Defendants, attached hereto as Exhibit 1; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED:

1.      The Stipulation is APPROVED.

2.      The deadline for the Defendants to answer or otherwise respond to the Complaint is October 23, 2020.

3.      The deadline for Plaintiff to file any opposition to a Motion to Dismiss the Complaint by the Patriarch Defendants is November 20, 2020.

4.      The deadline for the Patriarch Defendants to file any Reply in Further Support of Their Motion to Dismiss the Complaint is December 15, 2020.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

57772/0001-21477451v1

EXHIBIT 1

Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

**STIPULATION REGARDING SCHEDULING**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

WHEREAS, on August 25, 2020, upon the motion of Defendants Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P.; LD Investments, LLC; Zohar Holding, LLC; and Lynn Tilton (collectively, the "Patriarch Defendants," or "Patriarch"), this Court extended the Patriarch Defendants' time to answer or otherwise respond to the MBIA Complaint to October 14, 2020. D.I. 20;

WHEREAS the Court subsequently extended this deadline *sua sponte* to October 19, 2020, D.I. 18;

IT IS HEREBY STIPULATED AND AGREED, by and between (a) MBIA Insurance Corporation ("Plaintiff"); and (b) the Patriarch Defendants, subject to approval of the Court, that:

1.    The deadline for the Patriarch Defendants to answer or otherwise respond to the Complaint is extended to October 23, 2020.

2.    The deadline for Plaintiff to file any opposition to a Motion to Dismiss the Complaint by the Patriarch Defendants is November 20, 2020.

3.    The deadline for the Patriarch Defendants to file any Reply in Further Support of Their Motion to Dismiss the Complaint is December 15, 2020.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

57772/0001-21477451v1

Dated: October 14, 2020

**COLE SCHOTZ P.C.**

By:    /s/ Patrick J. Reilley
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC,
Patriarch Partners VIII, LLC, Patriarch Partners
XIV, LLC, Patriarch Partners XV, LLC, Patriarch
Partners Agency Services, LLC, Patriarch Partners
Management Group, LLC, Octaluna, LLC,
Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark
Investment Partners II, L.P., LD Investments, LLC,
and Zohar Holding, LLC*

**PACHULSKI STANG ZIEHL & JONES, LLP**
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

– and –

**CADWALADER, WICKERSHAM & TAFT
LLP**
By:   /s/ Joshua P. Arnold
Gregory M. Petrick
Ingrid Bagby
Michele C. Maman
Sean F. O'Shea
Michael E. Petrella
Joshua P. Arnold
200 Liberty Street New York, NY 10281

*Counsel to Plaintiff*
*MBIA Insurance Corporation*

4