# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>          Debtors.<br><br>―――――――――――――――<br><br>MBIA INSURANCE CORPORATION,<br><br>          Plaintiff,<br><br>-against-<br><br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC,<br><br>          Defendants. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br><br><br>Adversary No. 20-50776 (KBO)<br><br><br><br>**Related to Adv. Docket No. 22** |

## ORDER APPROVING STIPULATION REGARDING SCHEDULING

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

This Court having considered the Stipulation Regarding the Scheduling (the "Stipulation") between the Plaintiffs and Defendants, attached hereto as <u>Exhibit 1</u>; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED:

1. The Stipulation is APPROVED.

2. The deadline for the Defendants to answer or otherwise respond to the Complaint is October 23, 2020.

3. The deadline for Plaintiff to file any opposition to a Motion to Dismiss the Complaint by the Patriarch Defendants is November 20, 2020.

4. The deadline for the Patriarch Defendants to file any Reply in Further Support of Their Motion to Dismiss the Complaint is December 15, 2020.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: October 15th, 2020  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE