# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　Debtors.<br><br>MBIA INSURANCE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br><br>　　　　　　　Defendants. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br><br>Adversary No. 20-50776 (KBO) |

## THE PATRIARCH DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch

Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC;

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-21540456v1

2

Patriarch Partners Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC (collectively, the "Patriarch Defendants"),[2] hereby move this Court for the entry of an order pursuant to Rule 12 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7008 and 7012 of the Federal Rules of Bankruptcy Procedure, to dismiss the adversary proceeding complaint filed on July 30, 2020 (the "Complaint") (D.I. 2) by MBIA ("MBIA"), with prejudice, based upon MBIA's failure to state a claim upon which relief can be granted as more fully set forth in the accompanying Brief in Support of Defendants' Motion to Dismiss the Complaint ("Brief"), the Declaration of Theresa Trzaskoma, dated October 23, 2020, and the exhibits attached thereto, filed contemporaneously herewith.

WHEREFORE, for all the reasons set forth in the Brief, the Defendants respectfully requests that this Court enter an order that dismisses all counts of the Complaint, with prejudice,

[Remainder of Page Intentionally Left Blank]

---

[2] The Complaint names an entity called Zohar Holdings, LLC as a further defendant, but this entity is not affiliated with or known by any of the other Patriarch Defendants.

and grants Defendants such additional and further relief as the Court may deem just and proper.

Defendants do not consent to entry of a final order by this Court.

| | |
|---|---|
| Dated: October 23, 2020 | **COLE SCHOTZ P.C.**<br><br>By: */s/ Patrick J. Reilley*<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>G. David Dean (No. 6403)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br>ddean@coleschotz.com<br><br>– and –<br><br>**SHER TREMONTE LLP**<br>Theresa Trzaskoma (Admitted Pro Hac Vice)<br>Michael Tremonte (Admitted Pro Hac Vice)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br>mcuccaro@shertremonte.com<br><br>*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC* |

57772/0001-21540456v1