## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>                Plaintiff,<br><br>                -against-<br><br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br><br>                Defendants. | Adversary No. 20-50776 (KBO) |

**THE PATRIARCH DEFENDANTS' MOTION FOR AN ORDER AUTHORIZING DEFENDANTS TO EXCEED PAGE LIMITATION ON BRIEF IN SUPPORT OF <u>MOTION TO DISMISS</u>**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-21540452v1

Defendants Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC (collectively, the "Patriarch Defendants"),[2] by and through their counsel, hereby submit this motion (the "Motion to Exceed the Page Limit") for entry of an order granting leave to exceed the page limitations for their Brief in Support ("Brief") of their Motion to Dismiss the complaint filed on July 30, 2020 (D.I. 2) (the "Complaint") by Plaintiff MBIA Insurance Corporation ("Plaintiff" or "MBIA"). In support of the Motion to Exceed the Page Limit, the Defendants respectfully state as follows:

## BACKGROUND

1. The Patriarch Defendants are parties to the above-captioned adversary proceeding (the "Adversary Proceeding").

2. The Patriarch Defendants seek to file a response to the Complaint. Because of the length and complexity of the Complaint – which is more than 90 pages long and asserts 11 counts against fourteen separate parties – and the diversity of factual and legal issues presented therein, Defendants seek leave to file a Brief in excess of the thirty (30) page limit set forth in Local Rule 7007-2(a)(iv) in the Adversary Proceeding.

## RELIEF REQUESTED

3. By this Motion to Exceed the Page Limit, the Patriarch Defendants seek leave of Court to exceed the page limitations for the concurrently filed Brief under Local Rule 7007-2(a)(iv).

---

[2] The Complaint names an entity called Zohar Holdings, LLC as a further defendant, but this entity is not affiliated with or known by any of the other Patriarch Defendants.

**BASIS FOR RELIEF**

4. Local Rule 7007-2(a)(iv) provides that "[w]ithout leave of Court . . . no opening or answering brief shall exceed thirty (30) pages." Local Rule 7007-2(a)(iv) thereby permits the Patriarch Defendants to file a motion of up to thirty (30) pages.

5. The Patriarch Defendants seek leave of the Court to file their Brief in excess of thirty (30) pages to address the numerous counts asserted and to address the complex legal issues raised in the Complaint.

6. The Patriarch Defendants submit that cause exists to justify the relief requested herein. The Brief implicates complex legal and factual issues surrounding MBIA's various statutory and common law claims related to the Patriarch Defendants' rights and obligations under dozens of agreements referenced in the Complaint. The Brief raises arguments under, *inter alia*, the statutory and common law of multiple states, the Bankruptcy Code, and the U.S. Constitution. The Brief also addresses and provides a comprehensive analysis of the complex legal and factual issues related to: six tortious interference claims; two breach of fiduciary duty claims; two aiding and abetting breach of fiduciary duty claims; two conversion claims; five actual fraudulent transfer claims; five constructive fraudulent transfer claims; four unjust enrichment claims; three breach of contract claims; three declaratory judgment claims; and one request for a permanent injunction.

7. Courts routinely grant motions to file pleadings in excess of page limits specified by local rules when the issues addressed are significant and complex. *See Jannota v. Subway Sandwich Shops, Inc.*, 1995 U.S. Dist. LEXIS 7586 at * 3, n.3 (N.D. Ill. June 1, 1995) (leave granted in situations where parties represent that complexity of issues requires additional space). In the matter of the Complaint, both the complexity of the issues addressed and the sheer volume

57772/0001-21540452v1

of allegations and parties require a detailed explanation so that the Court can make an informed decision.

8.      The Patriarch Defendants therefore respectfully request leave to file their Brief in excess of the thirty (30) page limit.

## **NOTICE**

9.      Notice of this Motion to Exceed the Page Limit has been provided to all parties to the Adversary Proceeding. In light of the nature of the relief requested, the Patriarch Defendants submit that no other or further notice need be provided.

WHEREFORE, the Patriarch Defendants respectfully request entry of an order granting leave to file their Brief in excess of thirty (30) pages.

Dated: October 23, 2020

**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*