# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, <br> PATRIARCH PARTNERS, LLC, <br> PATRIARCH PARTNERS VIII, LLC, <br> PATRIARCH PARTNERS XIV, LLC, <br> PATRIARCH PARTNERS XV, LLC <br> PATRIARCH PARTNERS AGENCY SERVICES, LLC, <br> PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, <br> OCTALUNA, LLC, <br> OCTALUNA II, LLC, <br> ARK II CLO 2001-1, LLC, <br> ARK INVESTMENT PARTNERS II, L.P., <br> LD INVESTMENTS, LLC, <br> ZOHAR HOLDING, LLC, and <br> ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Michael E. Petrella of Cadwalader, Wickersham & Taft LLP to represent MBIA Insurance Corporation in the above-captioned proceeding.

Dated:  November 4, 2020        /s/ *Timothy P. Cairns*
                                Timothy P. Cairns (DE Bar No. 4228)
                                Pachulski Stang Ziehl & Jones LLP
                                919 N. Market Street, 17th Floor
                                Wilmington, DE  19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated:  November 4, 2020        */s/ Michael E. Petrella*
                                Michael E. Petrella, Esquire
                                Cadwalader, Wickersham & Taft LLP
                                200 Liberty Street
                                New York, NY  10281
                                Telephone:  (212) 504-5601
                                Facsimile:   (212) 504-6666
                                Email:  michael.petrella@cwt.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.