# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
|                    Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
|                    Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, <br> PATRIARCH PARTNERS, LLC, <br> PATRIARCH PARTNERS VIII, LLC, <br> PATRIARCH PARTNERS XIV, LLC, <br> PATRIARCH PARTNERS XV, LLC <br> PATRIARCH PARTNERS AGENCY SERVICES, LLC, <br> PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, <br> OCTALUNA, LLC, <br> OCTALUNA II, LLC, <br> ARK II CLO 2001-1, LLC, <br> ARK INVESTMENT PARTNERS II, L.P., <br> LD INVESTMENTS, LLC, <br> ZOHAR HOLDING, LLC, and <br> ZOHAR HOLDINGS, LLC, | |
|                    Defendants. | |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**MBIA INSURANCE CORPORATION'S
CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE
7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, MBIA Insurance Corporation ("MBIA"), by and through its counsel, hereby discloses that MBIA is a wholly-owned subsidiary of MBIA Inc.  MBIA Inc. is a publicly-held corporation whose shares are traded on the New York Stock Exchange.  No publicly-held corporation owns more than 10% of the shares of MBIA Inc.  MBIA Insurance Corporation is not a publicly-held corporation.

Dated: November 4, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-87055 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
          tcairns@pszjlaw.com

-and-

CADWALADER, WICKERSHAM & TAFT LLP
Gregory M. Petrick
Ingrid Bagby
Michele C. Maman
Joshua P. Arnold
200 Liberty Street
New York, NY  10281
Telephone:  (212) 504-6000
Facsimile:   (212) 504-6666
Email: gregory.petrick@cwt.com
          ingrid.bagby@cwt.com
          michele.maman@cwt.com
          joshua.arnold@cwt.com

*Counsel to MBIA Insurance Corporation*