# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br>                    Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br>                    Plaintiff,<br>-against-<br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br>                    Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Related to Adv. Docket No. 27** |

## CERTIFICATION OF NO OBJECTION REGARDING THE PATRIARCH DEFENDANTS' MOTION FOR AN ORDER AUTHORIZING DEFENDANTS TO EXCEED PAGE LIMITATION ON BRIEF IN SUPPORT OF MOTION TO DISMISS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to **The Patriarch Defendants' Motion for an Order Authorizing Defendants to Exceed Page Limitation on Brief in Support of Motion to Dismiss** [Adv. Docket No. 27] (the "Motion"), filed on October 23, 2020. The undersigned further certifies

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

that he has reviewed the Court's docket in this adversary proceeding and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to Local Rule 7007-1(ii), objections to the Motion were to be filed and served no later than November 6, 2020 (the "Objection Deadline").

The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel. It is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

Dated: November 17, 2020

**COLE SCHOTZ P.C.**

By: /s/ Patrick J. Reilley
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*