# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Zohar III, Corp., *et al.*,[1] <br><br>           Debtors. | Chapter 11 <br><br> Case No. 18-10512 (KBO) <br><br> Jointly Administered |
| MBIA INSURANCE CORPORATION, <br><br>           Plaintiff, <br><br> -against- <br><br> LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC, <br><br>           Defendants. | Adversary No. 20-50776 (KBO) |

## CERTIFICATION OF COUNSEL REGARDING ORDER
## APPROVING STIPULATION REGARDING SCHEDULING

The undersigned counsel to the above-captioned defendants hereby certifies as follows:

1. On July 30, 2020, MBIA Insurance Company (the "Plaintiff") commenced the above-captioned adversary proceeding by filing a complaint (the "Complaint") against the above-captioned defendants (the "Defendants" and together with the Plaintiff, the "Parties").

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-21731726v1

2. The Parties have agreed to extend the deadline for the Plaintiff to file any opposition to a Motion to Dismiss the Complaint by the Defendants to December 3, 2020. The Parties have agreed to extend the deadline for the Defendants to file any Reply in Further Support of Their Motion to Dismiss the Complaint to January 8, 2021.

3. The Parties have entered into a Stipulation Regarding Scheduling (the "Stipulation").

4. The Defendants respectfully request that the Court enter the Order attached hereto as Exhibit A approving the Stipulation attached to the Order as Exhibit 1, at its earliest convenience.

Dated: November 25, 2020	**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, NY 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*

3