# EXHIBIT A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>        Debtors.<br><br>—<br><br>MBIA INSURANCE CORPORATION,<br><br>        Plaintiff,<br><br>-against-<br><br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC,<br><br>        Defendants. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br><br>Adversary No. 20-50776 (KBO) |

## ORDER APPROVING STIPULATION REGARDING SCHEDULING

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

2

This Court having considered the Stipulation Regarding the Scheduling (the "Stipulation") between the Plaintiffs and Defendants, attached hereto as <u>Exhibit 1</u>; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED:

1. The Stipulation is APPROVED.

2. The deadline for Plaintiff to file any Opposition to a Motion to Dismiss the Complaint by the Patriarch Defendants is December 3, 2020.

3. The deadline for the Patriarch Defendants to file any Reply in Further Support of Their Motion to Dismiss the Complaint is January 8, 2021.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

# EXHIBIT 1

Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　-against-<br><br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC,<br><br>　　　　　Defendants. | Adversary No. 20-50776 (KBO) |

**STIPULATION REGARDING SCHEDULING**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

2

WHEREAS, on August 25, 2020, upon the motion of Defendants Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P.; LD Investments, LLC; Zohar Holding, LLC; and Lynn Tilton (collectively, the "Patriarch Defendants," or "Patriarch"), this Court extended the Patriarch Defendants' time to answer or otherwise respond to Plaintiff MBIA Insurance Corporation's ("Plaintiff") Complaint to October 14, 2020, D.I. 20;

WHEREAS the Court subsequently extended this deadline *sua sponte* to October 19, 2020, D.I. 18;

WHEREAS on October 15, 2020, the Court approved a stipulation extending the deadline for the Patriarch Defendants to answer or otherwise respond to the Complaint to October 23, 2020; setting the deadline for Plaintiff to file any Opposition to a Motion to Dismiss the Complaint by the Patriarch Defendants to November 20, 2020; and setting a deadline for the Patriarch Defendants to file any Reply in Further Support of Their Motion to Dismiss the Complaint to December 15, 2020, D.I. 23;

IT IS HEREBY STIPULATED AND AGREED, by and between (a) Plaintiff; and (b) the Patriarch Defendants, subject to approval of the Court, that:

1. The deadline for Plaintiff to file any Opposition to a Motion to Dismiss the Complaint by the Patriarch Defendants is December 3, 2020.

2. The deadline for the Patriarch Defendants to file any Reply in Further Support of Their Motion to Dismiss the Complaint is January 8, 2021.

3. The parties agree to meet and confer concerning coordination and timing of initial disclosures, Rule 16 conferences, discovery, and any other matters.

Dated: November 25, 2020     **COLE SCHOTZ P.C.**

By:    /s/ *Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*

**PACHULSKI STANG ZIEHL & JONES, LLP**
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

– and –

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Joshua P. Arnold*
Gregory M. Petrick
Ingrid Bagby
Michele C. Maman
Sean F. O'Shea
Michael E. Petrella
Joshua P. Arnold
200 Liberty Street New York, NY 10281

*Counsel to Plaintiff*
*MBIA Insurance Corporation*