# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>                       Plaintiff,<br><br>-against-<br><br>LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br>LD INVESTMENTS, LLC,<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC,<br><br>                       Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Related to Adv. Dkt. 46** |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

### MBIA INSURANCE CORPORATION'S
### MOTION FOR LEAVE TO EXCEED PAGE LIMITATION
### RE: BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff MBIA Insurance Corporation ("MBIA") hereby moves (the "Motion to Exceed") this Court for entry of an order authorizing MBIA, pursuant to Rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules"), to exceed the thirty (30) page limit of Local Rule 7007-2 for their memorandum of law [Adv. Docket No. 46] (the "Brief") in opposition to the *Defendants' Motion to Dismiss the Complaint* (D.I. 24) (the "Defendant's Motion to Dismiss"). In support of the relief requested in this Motion to Exceed, MBIA respectfully states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### RELIEF REQUESTED

2. By this Motion to Exceed, MBIA requests authority to exceed the 30-page limit for their Brief in opposition to the Defendant's Motion to Dismiss pursuant to Del. Bankr. LR 7007-2(a)(iv).

### BASIS FOR RELIEF REQUESTED

3. Local Rule 7007-2(a)(iv) provides that "[w]ithout leave of Court, no opening or answering brief shall exceed thirty (30) pages and no reply shall exceed fifteen (15) pages, in each instance, exclusive of any tables of contents and citations." Del. Bankr. LR 7007-2(a)(iv). MBIA requests that the Court grant leave to exceed the 30-page limit for the Brief. The Brief is filed in opposition to the Defendants' Motion to Dismiss and responds to the *Brief in*

*Support of the Patriarch Defendants' Motion to Dismiss the Complaint* (D.I. 25) (the "<u>Defendants' Brief</u>") concurrently filed with the Motion to Dismiss. On October 23, 2020, the Defendants also filed *The Patriarch Defendants' Motion for an Order Authorizing Defendants to Exceed Page Limitation on Brief in Support of Motion to Dismiss* (D.I. 27) (the "<u>Defendants' Motion to Exceed Page Limits</u>") seeking their own waiver of page limitations. On November 18, 2020, the Court entered an order approving the request (D.I. 42).

    4.  Due to complexity of the matters related to these cases, the length of the Defendants' Brief, and the numerous factually and legally complex issues raised in the lengthy Defendants' Brief, MBIA requests leave from the otherwise applicable page limitations. A waiver of the page limits will allow MBIA to fairly and fully respond to the Defendants' Brief and provide ample justification for the denial of the Defendants' Motion to Dismiss.

WHEREFORE, for all the reasons set forth in the above-referenced submissions, MBIA respectfully requests that this Court enter an order authorizing it to exceed the thirty (30) page limit under Local Rule 7007-2 with respect to the Brief in opposition to Defendants' Motion to Dismiss, and granting such other and further relief as the Court may deem just and proper.

Dated: December 3, 2020

**PACHULSKI STANG ZIEHL & JONES, LLP**

By: */s/ Timothy P. Cairns*
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

and

**CADWALADER, WICKERSHAM & TAFT LLP**
Gregory M. Petrick (admitted *pro hac vice*)
Ingrid Bagby (admitted *pro hac vice*)
Michele C. Maman (admitted *pro hac vice*)
Sean F. O'Shea (admitted *pro hac vice*)
Michael E. Petrella (admitted *pro hac vice*)
Joshua P. Arnold (admitted *pro hac vice*)
200 Liberty Street
New York, NY 10281

*Counsel to MBIA Insurance Corporation*