# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>                       Plaintiff,<br><br>-against-<br><br>LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br>LD INVESTMENTS, LLC,<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC,<br><br>                       Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Related to Adv. Dkt. 46** |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**ORDER GRANTING MBIA INSURANCE CORPORATION'S
MOTION FOR LEAVE TO EXCEED PAGE LIMITATION
RE: BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Upon the motion (the "Motion to Exceed")[2] of the MBIA Insurance Corporation ("MBIA"), for entry of an order pursuant to rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules") authorizing MBIA to exceed the thirty (30) page limit of Local Rule 7007-2 for their memorandum of law (the "Brief") in opposition to the *Defendants' Motion to Dismiss the Complaint* (D.I. 24) (the "Defendant's Motion to Dismiss"), as more fully set forth in the Motion to Exceed; and due and proper notice of the Motion to Exceed having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion to Exceed is GRANTED; and it is further

**ORDERED** that the Brief may exceed the 30-page limitation under Local Rule 7007-2.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Exceed.