# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>                        Plaintiff,<br><br>          -against-<br><br>LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br>LD INVESTMENTS, LLC<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC<br><br>                        Defendants. | Adversary No. 20-50776 (KBO) |

## CERTIFICATE OF SERVICE

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

I, Timothy P. Cairns, hereby certify that on the 3rd day of December, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Voluntary Dismissal of Action as Against Zohar Holdings, LLC [Docket No. 45]**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (Bar No. 4228)

Zohar – Service List re Notice of Dismissal
(Zohar Holdings, LLC)
Main Case No. 20-50776 (KBO)
Doc. No. 232026
23 – Email
01 – First Class Mail

**Email**
(Counsel to MBIA Inc. and MBIA Insurance Corporation)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
**Email:**  ljones@pszjlaw.com;
tcairns@pszjlaw.com

**Email**
(Counsel to MBIA Inc. and MBIA Insurance Corporation)
Gregory M. Petrick, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Sean F. O'Shea, Esq.
Michael E. Petrella, Esq.
Joshua P. Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY  10281
**Email:**  gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
michele.maman@cwt.com;
sean.oshea@cwt.com;
michael.petrella@cwt.com;
joshua.arnold@cwt.com

**Email**
(United States Trustee)
Juliet M. Sarkessian, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19801
**Email:**  juliet.m.sarkessian@usdoj.gov

**Email**
(Counsel to the Debtors)
James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Shane M. Reil, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
**Email:**  jpatton@ycst.com;
rbrady@ycst.com; mnestor@ycst.com;
jbarry@ycst.com; rbartley@ycst.com;
sreil@ycst.com

**Email**
(Counsel for Lynn Tilton and Patriarch Entities)
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
G. David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Email: npernick@coleschotz.com;
preilley@coleschotz.com;
ddean@coleschotz.com

**Email**
(Counsel for Lynn Tilton and Patriarch Entities)
Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esq.
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY  10004
**Email:**  ttrzaskoma@shertremonte.com;
mtremonte@shertremonte.com;
jluo@shertremonte.com;
ahess@shertremonte.com;
vshah@shertremonte.com

**First Class Mail**
Zohar Holdings, LLC
Bruce Hornstein, P.A.
6961 Indian Creek Drive
Miami Beach, FL  33141