# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>    -against-<br><br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br><br>    Defendants. | Adversary No. 20-50776 (KBO) |

## ORDER AUTHORIZING DEFENDANTS' MOTION FOR AN ORDER AUTHORIZING DEFENDANTS TO EXCEED PAGE LIMITATION ON THEIR REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE COMPLAINT

Upon the motion (the "Motion to Exceed the Page Limit")[2] of Defendants for entry of an

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-21992321v1

order granting leave to exceed the page limitations for their Reply under Local Rule 7007-2(a)(iv); and the Court finding that it has jurisdiction over this Motion to Exceed the Page Limit pursuant to 28 U.S.C. §§ 157 and 1334; and this Motion to Exceed the Page Limit is a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion to Exceed the Page Limit establish just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing for the entry of this Order;

IT IS HEREBY ORDERED THAT:

1. The Motion to Exceed the Page Limit is GRANTED to the extent set forth herein.

2. Defendants are granted leave to exceed the page limitation set forth in Local Rule 7007-2 for their Reply.

3. This Court shall retain jurisdiction to hear any and all matters arising from or relating to the implementation of this order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Exceed the Page Limit.