## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT IN CONNECTION
## WITH PATRIARCH DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, defendants Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P.; LD Investments, LLC, and Zohar Holding, LLC  (collectively, the "Patriarch Defendants"),[2] by and through their counsel, respectfully submit this request for oral argument in connection with *The Patriarch Defendants' Motion to Dismiss the Complaint* [Adv. D.I. 24], and all related filings (including Adv. D.I. 25, 26, 46,  and 50, collectively, the "Motion to Dismiss").

The Patriarch Defendants respectfully submit that oral argument is appropriate because the Motion to Dismiss presents numerous complex and substantial legal issues. Oral argument would allow the parties to clarify any points raised in the Motion to Dismiss should the Court have questions.


Dated: January 15, 2021                          **COLE SCHOTZ P.C.**

                                                 By: */s/ Patrick J. Reilley*
                                                 Norman L. Pernick (No. 2290)
                                                 Patrick J. Reilley (No. 4451)
                                                 G. David Dean (No. 6403)
                                                 500 Delaware Avenue, Suite 1410
                                                 Wilmington, DE  19801
                                                 Telephone: (302) 652-3131
                                                 Facsimile: (302) 652-3117 3
                                                 npernick@coleschotz.com
                                                 preilley@coleschotz.com
                                                 ddean@coleschotz.com

---

[2] The Complaint names an entity called Zohar Holdings, LLC as a further defendant, but this entity is not affiliated with or known by any of the other Patriarch Defendants.

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC,*
*Patriarch Partners VIII, LLC, Patriarch Partners*
*XIV, LLC, Patriarch Partners XV, LLC, Patriarch*
*Partners Agency Services, LLC, Patriarch Partners*
*Management Group, LLC, Octaluna, LLC,*
*Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark*
*Investment Partners II, L.P., LD Investments, LLC,*
*and Zohar Holding,*

57772/0001-22046361v1