# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Zohar III, Corp., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-10512 (KBO) <br><br> Jointly Administered |
| MBIA INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> -against- <br><br> LYNN TILTON; <br> PATRIARCH PARTNERS, LLC; <br> PATRIARCH PARTNERS VIII, LLC; <br> PATRIARCH PARTNERS XIV, LLC; <br> PATRIARCH PARTNERS XV, LLC; <br> PATRIARCH PARTNERS AGENCY SERVICES, LLC; <br> PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; <br> OCTALUNA LLC; OCTALUNA II LLC; <br> ARK II CLO 2001-1, LLC; <br> ARK INVESTMENT PARTNERS II, LP; <br> LD INVESTMENTS, LLC; <br> ZOHAR HOLDING, LLC; and <br> ZOHAR HOLDINGS, LLC, <br><br> Defendants. | Adversary No. 20-50776 (KBO) <br><br> **Related to Adv. Docket Nos. 2, 24, 25, 26, 46, and 50** |

## NOTICE OF COMPLETION OF BRIEFING

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**PLEASE TAKE NOTICE** that briefing on the Motion to Dismiss [Adv. Docket No. 24] (the "Motion") filed by defendants Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P.; LD Investments, LLC, and Zohar Holding, LLC (collectively, the "Patriarch Defendants"),[2] is complete. The following are all pleadings relevant to the Motion:

1. MBIA Insurance Corporation's Complaint (Filed July 30, 2020) [Adv. Docket No. 2];

2. The Patriarch Defendants' Motion to Dismiss the Complaint (Filed October 23, 2020) [Adv. Docket No. 24];

3. The Patriarch Defendants' Brief in Support of The Patriarch Defendants' Motion to Dismiss the Complaint (Filed October 23, 2020) [Adv. Docket No. 25];

4. The Patriarch Defendants' Declaration of Theresa Trzaskoma in Support of The Patriarch Defendants' Motion to Dismiss the Complaint (Filed October 23, 2020) [Adv. Docket No. 26];

5. MBIA Insurance Corporation's Brief in Opposition to the Defendants' Motion to Dismiss the Complaint (Filed December 3, 2020) [Adv. Docket No. 46];

6. Defendants' Reply in Further Support of The Patriarch Defendants' Motion to Dismiss the Complaint (Filed January 8, 2020) [Adv. Docket No. 50]; and

7. Request for Oral Argument (Filed January 15, 2021) [Adv. Docket No. 52].

Dated: January 15, 2021

**COLE SCHOTZ P.C.**

By: /s/ Patrick J. Reilley
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

---

[2] The Complaint names an entity called Zohar Holdings, LLC as a further defendant, but this entity is not affiliated with or known by any of the other Patriarch Defendants.

57772/0001-22046349v1

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC.*