# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| ZOHAR CDO 2003-1, LIMITED; ZOHAR II 2005-1, LIMITED; and ZOHAR III, LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, <br><br> Defendants. | Adversary No. 20-50534 (KBO) |
| MBIA INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, | Adv. Proc. No. 20-50776 (KBO) |

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective tax identification numbers are, as follows: Zohar III, Corp., (9612), Zohar II 2005-I, Corp. (4059), Zohar CDO 2003-1, Corp., (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

27716434.4

> PATRIARCH PARTNERS AGENCY
> SERVICES, LLC, PATRIARCH PARTNERS
> MANAGEMENT GROUP, LLC,
> OCTALUNA, LLC, OCTALUNA II, LLC,
> ARK II CLO 2001-1, LLC, ARK
> INVESTMENT PARTNERS II, L.P., LD
> INVESTMENTS, LLC, ZOHAR HOLDINGS,
> LLC, AND ZOHAR HOLDINGS, LLC,
>
>            Defendants.

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON FEBRUARY 17, 2021 AT 10:00 A.M. (ET)[2]

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1748; 6/30/20; (REDACTED) D.I. 1769; 7/9/20]

   Related Documents:

   A. Order Authorizing the Filing of the Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting Under Seal [D.I. 1804; 7/14/20]

   B. Order Authorizing the Filing of Portions of the Debtors' Reply in Support of the Debtors' Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [D.I. 1948; 9/17/20]

   C. Order Granting PPA's Motion For Leave to File Supplemental Objection to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turnover of Possessory Collateral and For an Accounting [D.I. 2177; 12/14/20]

   D. Order Authorizing Filing of Objection Under Seal [D.I. 2274; 1/26/21]

   Response Deadline:           To be determined

   Reply Deadline:              To be determined

   Responses Received:

---

[2] All parties wishing to participate should make arrangements through CourtCall at 1-866-582-6878.

    E.    Patriarch's Limited Objection and Reservation of Rights to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and For an Accounting [D.I. 1755; 7/7/20]

    F.    Reply in Support of the Debtors' Debtors' Motion to Compel Compliance with Prior Orders Directing the Transition of Loan Agency Services, Including the Turn Over of Possessory Collateral and for an Accounting [(SEALED) D.I. 1886; 8/20/20]; (REDACTED) D.I. 1918; 9/4/20]

    G.    PPAS's Motion For Leave to File Supplemental Objection to the Zohar Funds' Motion to Compel Compliance With Prior Orders Directing the Transition of Loan Agency Services, Including the Turnover of Possessory Collateral and For an Accounting [(SEALED) D.I. 2169; (REDACTED) D.I. 2231; 1/5/21]

Status:    On February 10, 2021, PPAS filed an amended order reflecting and requesting additional amounts. In order to afford the Debtors an opportunity to review and request information relating to such additional amounts, the Debtors have requested that this matter be adjourned. As of the filing hereof, the Debtors have not heard back from PPAS.

2.    Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1903; 8/31/20; (REDACTED) D.I. 1912; 9/3/20]

Related Documents:

    A.    Order Authorizing Filing of Motion Under Seal [D.I. 2004; 10/13/20]

    B.    Order Authorizing the Filing of Portions of the Debtors' Objection to Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief Under Seal [D.I. 2101; 11/9/20]

    C.    Order Authorizing Filing of Reply Under Seal [D.I. 2104; 11/9/20]

    D.    Notice of Submission of Revised Proposed Order on Patriarch's Motion Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [D.I. 2314; 2/11/21]

Response Deadline:    October 5, 2020 at 4:00 p.m. (ET) with respect to the requested non-PPAS relief; November 5, 2020 at 4:00 p.m. (ET) with respect to the requested PPAS relief

Reply Deadline:    October 8, 2020 at 4:00 p.m. with respect to requested non-PPAS relief; November 10, 2020 at 12:00 p.m. (ET) with respect to the requested PPAS relief

Responses Received:

E.  Debtors' Objection to Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1979; 8/31/20; (REDACTED) D.I. 2046; 10/22/20]

F.  Patriarch's Reply in Support of Its Patriarch's Motion for Entry of an Order (A) Enforcing and Implementing the Terms of the Settlement Agreement and (B) Granting Related Relief [(SEALED) D.I. 1982; 10/8/20; (REDACTED) D.I. 2078; 10/29/20]

Status:  On February 10, 2021, PPAS filed an amended order reflecting and requesting additional amounts. In order to afford the Debtors an opportunity to review and request information relating to such additional amounts, the Debtors have requested that this matter be adjourned. As of the filing hereof, the Debtors have not heard back from PPAS.

3. Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2168; 12/11/20; (REDACTED) D.I. 2205; 12/21/20]

Related Documents:

A.  Order Granting Patriarchs Motion to Extend Time to Respond to, and to Adjourn Hearing on, Debtors Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and tor Related Relief [D.I. 2195; 12/16/20]

B.  Order Authorizing the Filing of Portions of the Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief Under Seal [D.I. 2244; 1/7/21]

C.  Declaration of Carlos Mercado in Support of Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2257; 1/18/21; (REDACTED) D.I. 2296; 2/2/21]

D.  Declaration of Lynn Tilton in Support of Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2258; 1/18/21; (REDACTED) D.I. 2297; 2/2/21]

E.  Letter to the Honorable Karen B. Owens from Joseph M. Barry Regarding Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2266; 1/24/21; (REDACTED) D.I. 2289; 1/29/2021]

27716434.4

4

      F.      Letter to the Honorable Karen B. Owens from Monica K. Loseman Regarding Patriarch's Response to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [D.I. 2285; 1/28/21]

      G.      Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Letter Regarding the Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [D.I. 2290; 1/29/21]

      H.      Motion of Patriarch for Entry of an Order Authorizing Filing of Objection and Supporting Declarations Under Seal [D.I. 2298; 2/2/21]

Response Deadline:      January 18, 2021 at 4:00 p.m. (ET)

Responses Received:

      I.      Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2256; 1/18/21; (REDACTED) D.I. 2295; 2/2/21]

Status:      This matter will be adjourned to a date and time to be determined.

4.      Debtors' Motion for Entry of an Order Authorizing the Filing of Portions of the Debtors' Objection to Patriarch's Motion to Treat February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and For Related Relief Under Seal [D.I. 2261; 1/21/21]

Related Documents:

      A.      Debtors' Objection to Patriarch's Motion to Treat February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and For Related Relief Under Seal [(SEALED) D.I. 2227; 1/4/21; (REDACTED) D.I. 2260; 1/21/21]

      B.      Certificate of No Objection [D.I. 2306; 2/5/21]

      C.      Order Authorizing the Filing of Portions of the Debtors' Objection to Patriarch's Motion to Treat February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and For Related Relief Under Seal [D.I. 2308; 2/8/21]

Response Deadline:      February 4, 2021 at 4:00 p.m. (ET)

| | Responses Received: | None |
|---|---|---|
| | Status: | An order has been entered by the Court. No hearing is required. |

5. Motion of Patriarch For Entry of an Order Authorizing Filing of Reply Under Seal [D.I. 2263; 1/22/21]

   Related Documents:

   A. Patriarch's Reply in Support of Its Motion to Treat February 17 Hearing as Non-Evidentiary Hearing on Gating Issue With Respect to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and For Related Relief [(SEALED) D.I. 2242; 1/6/21; (REDACTED) D.I. 2262; 1/22/210]

   B. Certificate of No Objection [D.I. 2309; 2/8/21]

   C. Order Authorizing Filing of Reply Under Seal [D.I. 2310; 2/9/21]

   | Response Deadline: | February 5, 2021 at 4:00 p.m. (ET) |
   |---|---|
   | Responses Received: | None |
   | Status: | An order has been entered by the Court. No hearing is required. |

**MATTER WITH CERTIFICATION**

6. Motion of Patriarch for Entry of an Order Authorizing Filing of Objection and Supporting Declarations Under Seal [D.I. 2298; 2/2/21]

   Related Documents:

   A. Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2256; 1/18/21; (REDACTED) D.I. 2295; 2/2/21]

   B. Declaration of Carlos Mercado in Support of Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2257; 1/18/21; (REDACTED) D.I. 2296; 2/2/21]

   C. Declaration of Lynn Tilton in Support of Patriarch Stakeholders' Objection to Debtors' Motion Pursuant to Paragraphs 18 and 20 of the Settlement Agreement to Compel Refund of Amounts Paid to Patriarch Stakeholders and for Related Relief [(SEALED) D.I. 2258; 1/18/21; (REDACTED) D.I. 2297; 2/2/21]

   D. Certificate of No Objection [D.I. 2315; 2/11/21]

    Response Deadline:    February 10, 2021 at 4:00 p.m. (ET)

    Responses Received:    None

    Status:    A certificate of no objection has been filed with the Court. No hearing is required.

**MATTERS GOING FORWARD**

7. Debtors' Third Motion, Pursuant to Section 105(a) and 363(b) of the Bankruptcy Code and the FTI Retention Order, for Entry of an Order Approving Modified Schedule of Hourly Temporary Staff [D.I. 2277; 1/26/21]

       Related Documents:    None

       Response Deadline:    February 9, 2021 at 4:00 p.m. (ET)[3]

       Responses Received:    None as of filing this agenda

       Status:    This matter is going forward.

8. Notice of Binding Portfolio Company (Snelling) Transaction Pursuant to Portfolio Company Transaction Procedures [D.I. 2302; 1/26/21]

   Related Documents:

   A. Order Approving and Authorizing the Settlement Agreement By and Between the Debtors, Lynn Tilton, the Patriarch Stakeholders, MBIA Insurance Corp., and the Zohar III Controlling Class [D.I. 266; 5/21/18]

   B. Order Approving Independent Director Service Agreement and Indemnification Agreement [D.I. 345; 6/26/18]

   C. Motion of the Debtors for Entry of an Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Directors' Approval of Monetization Transactions and Related Relief [D.I. 481; 10/23/18]

   D. Order in Aid of Implementation of the Global Settlement Agreement Approved in These Cases Establishing Certain Procedures for the Independent Director's Approval of Monetization Transactions and Related Relief [D.I. 545; 11/9/18]

       Response Deadline:    February 11, 2021 at 4:00 p.m. (ET); Extended to February 12, 2021 at 4:00 p.m. (ET) for Patriarch[3]

---

[3] The Debtors have agreed to extend the Objection Deadline for the Office of the United States Trustee to February 15, 2021, subject to the Court's permission.

      Responses Received:    None as of filing this agenda

      Status:    This matter is going forward.

9. Status Conference Regarding Sealing of Documents for Adversary Case Nos. 20-50534 and 20-50776

      Status:    This matter is going forward as a status conference.

Dated: February 12, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michael R. Nestor*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
      rbrady@ycst.com
      mnestor@ycst.com
      jbarry@ycst.com
      rbartley@ycst.com
      sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*