# Court Conference

Calendar Date: 02/17/2021
Calendar Time: 10:00 AM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Karen B. Owens
Courtroom

*2nd Revision   Feb 17 2021 10:19AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Zohar III, Corp. | 18-10512 | Hearing | 11091653 | Joshua Arnold | (212) 504-6360 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11091650 | Ingrid Bagby | (212) 504-6894 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11095873 | Rose Bagley | (212) 715-9511 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11096274 | Joseph M. Barry | (302) 571-6705 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11096295 | Ryan M. Bartley | (302) 571-5007 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11096282 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11097818 | Alix Brozman | (914) 672-8959 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11099373 | Steven H. Church | (302) 661-7606 ext. | Bloomberg LP | Non-Party, Bloomberg News / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11096654 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Creditor, MBIA Insurance Corporation / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11096757 | David Dean | (302) 651-2012 ext. | Cole Schotz P.C. | Creditor, Patriach Partners / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11095020 | Pratik Desai | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Note Holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11064903 | Jonathan Edwards | (404) 881-4985 ext. | Alston & Bird LLP | Creditor, US Bank / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11094755 | Michael Farag | (213) 229-7559 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch Partners / LISTEN ONLY |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11094992 | Jeffrey A. Fuisz | (212) 836-8317 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Note Holders / LIVE |
| | | Zohar III, Corp. | 18-10512 | Hearing | 11094507 | Mary Kate George | (212) 530-5367 ext. | Milbank, LLP | Interested Party, Ankura Trust / LISTEN ONLY |

| Zohar III, Corp. | 18-10512 | Hearing | 11099311 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | DIP Lender, JMB Capital Partners Lending / LIVE |
|---|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11095007 | John Greene | (212) 303-9480 ext. | Bardin Hill Investment Partners | Interested Party, Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094762 | Tyler Hammond | (212) 351-4000 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11094501 | Andrew Harmeyer | (212) 530-8055 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094497 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096326 | Samuel Hershey | (914) 582-1628 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11078355 | Robert M. Hirsh | (973) 597-2500 ext. | Lowenstein Sandler, LLP | Lender(s), JMB Capital Partners Lending, LLC. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11091654 | Kevin Hoyos | (212) 504-6085 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11096498 | Bronwyn James | (646) 766-0084 ext. | Berg & Androphy | Interested Party, Berg & Androphy / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11096331 | Michael Katzenstein | (214) 384-4909 ext. | FTI Consulting, Inc. | Debtor, Zohar III, Corp / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096307 | Jared Kochenash | (302) 571-6559 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11096329 | Charles Koster | (212) 819-7845 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11094998 | Brian J. Lohan | (312) 583-2403 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Zohar III Note Holders / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094728 | Monica K. Loseman | (303) 298-5784 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096787 | Chris Mackey | (212) 887-1196 ext. | MB Global Partners | Interested Party, Chris Mackey / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11094739 | Mary Beth Maloney | (212) 351-2315 ext. | Gibson, Dunn & Crutcher LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11091652 | Michele C. Maman-Cohen | (212) 504-6975 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096333 | Edward Moser | (212) 651-7152 ext. | FTI Consulting | Debtor, Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11096269 | Michael Nestor | (302) 571-6600 ext. | Young, Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094750 | Michael S. Neumeister | (213) 229-7006 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Patriarch Stake Holders / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Zohar III, Corp. | 18-10512 | Hearing | 11095206 | Marguerite O'Brien | (212) 530-8434 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096323 | Amanda Parra-Criste | (305) 995-5275 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11094718 | Norman L. Pernick | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11091651 | Gregory Petrick | (212) 504-6373 ext. | Cadwalader, Wickersham & Taft LLP | Creditor, MBIA / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096318 | Brian Pfeiffer | (212) 819-8200 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096741 | Claudio Phillips | (212) 887-1192 ext. | MB Global Partners | Interested Party, MB Global Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11099258 | Michael Pokrassa | (302) 658-2943 ext. | Raymond James & Associates | Interested Party, Raymond James / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11096301 | Shane M. Reil | (302) 571-6745 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11095201 | Ryan Roy | (617) 878-2037 ext. | Ankura Consulting Group, LLC | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11097883 | Ryan M. Roy | (617) 878-2031 ext. | Ankura Trust Company | Interested Party, Ankura Trust Company / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094753 | Juliet Sarkessian | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Juliet Sarkessian / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094796 | Carolyn Schiff | (212) 825-0550 ext. | Patriarch Partners | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11096582 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Joseph Farnan / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094783 | Vikram Shah | (212) 202-2638 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11096315 | J. Christopher Shore | (212) 819-8394 ext. | White & Case LLP | Debtor, Independent Director Zohar III, Corp. / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094503 | Eric Stodola | (212) 530-5663 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11095188 | Alan Stone | (212) 530-5285 ext. | Milbank LLP | Interested Party, Ankura Trust / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11098080 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital Partners Lending, LLC | Lender(s), Vikas Tandon / LISTEN ONLY |
| Zohar III, Corp. | 18-10512 | Hearing | 11094773 | Theresa Trzaskoma | (212) 202-3294 ext. | Sher Tremonte LLP | Interested Party, Patriarch Partners / LIVE |
| Zohar III, Corp. | 18-10512 | Hearing | 11094986 | Matthew P. Ward | (302) 252-4338 ext. | Womble Bond Dickinson (US) LLP | Interested Party, Zohar III Note Holders / LIVE |

| Zohar III, Corp. | 18-10512 | Hearing | 11064899 | John W. Weiss | (212) 210-9412 ext. | Alston & Bird LLP | Creditor, US Bank National / LIVE |