## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC, and<br>ARK INVESTMENT PARTNERS II, L.P. | **Related Adv. Docket Nos. 4, 6, 11, 62** |
| Defendants. | |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF MBIA INSURANCE CORPORATION FOR AN ORDER TO FILE COMPLAINT UNDER SEAL

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

The undersigned hereby certifies that:

1.      On July 30, 2020, the above-captioned plaintiff MBIA Insurance Corporation ("MBIA") filed the *Complaint* (the "Complaint") [Docket No. 2] under seal.

2.      On March 10, 2021, MBIA filed a redacted version of the Complaint [Docket No. 62].

3.      On July 30, 2020, MBIA filed the *Motion of MBIA Insurance Corporation for an Order to File Complaint Under Seal* (the "Motion") [Docket No. 4].

4.      The deadline to object to the Motion was August 13, 2021 at 4:00 p.m. Eastern Time.

5.      MBIA received informal comments from the United States Trustee (the "UST").

6.      Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Proposed Order").

7.      The informal comments have been resolved.  The UST has no objection to entry of the Revised Proposed Order.

8.      Attached hereto as **Exhibit B** is a blackline showing changes to the Revised Proposed Order from the version of the proposed order filed with the Motion.

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:233399.1 53730/001

9.      Accordingly, MBIA requests entry of the Revised Proposed Order at the Court's

earliest convenience.

Dated: March 11, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

                                         /s/ Timothy P. Cairns
                                         Laura Davis Jones (Bar No. 2436)
                                         Timothy P. Cairns (Bar No. 4228)
                                         919 N. Market Street, 17th Floor
                                         P.O. Box 8705
                                         Wilmington, DE  19899-8705 (Courier 19801)
                                         Telephone:  (302) 652-4100
                                         Facsimile:  (302) 652-4400
                                         Email: ljones@pszjlaw.com
                                                tcairns@pszjlaw.com

                                         -and-

                                         CADWALADER, WICKERSHAM & TAFT LLP
                                         Gregory M. Petrick
                                         Ingrid Bagby
                                         Michele C. Maman
                                         Sean F. O'Shea
                                         Michael E. Petrella
                                         Joshua P. Arnold
                                         200 Liberty Street
                                         New York, NY  10281
                                         Telephone:  (212) 504-6000
                                         Facsimile:  (212) 504-6666
                                         Email:  gregory.petrick@cwt.com
                                                ingrid.bagby@cwt.com
                                                michele.maman@cwt.com
                                                sean.oshea@cwt.com
                                                michael.petrella@cwt.com
                                                joshua.arnold@cwt.com

                                         Counsel to MBIA Insurance Corporation