**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arnold, Joshua |
| **Sent:** | Wednesday, August 19, 2020 4:46 PM |
| **To:** | 'Theresa Trzaskoma' |
| **Cc:** | 'Pernick, Norman'; 'Vikram Shah'; 'Michael Tremonte'; Petrella, Michael; O'Shea, Sean; Bagby, Ingrid; Maman, Michele; Petrick, Gregory; 'Laura Davis Jones'; 'Timothy P. Cairns'; 'Mark Cuccaro'; 'Alexandra Elenowitz-Hess' |
| **Subject:** | RE: MBIA v. Tilton, et al., No. 20-50776 |

Theresa,

In an effort once again to cut through the posturing and avoid motion practice, we propose that the Patriarch defendants respond to the MBIA complaint on or before October 7. That is 3 weeks after your response is due in the Debtors' proceeding and nearly 10 weeks after we filed and served our complaint.

To be clear, we are not inviting further negotiation and are making this offer solely to avoid further expense — not because we believe extra time in addition to our initial offer is warranted under the present circumstances. If this October 7 date is not acceptable, we will await your motion for an extension. We hope that will not be necessary. We also expect that an agreement on this response date will, absent any extreme and unforeseen circumstances, obviate any need for further extensions.

Regards,

**Joshua Arnold**
*Senior Attorney*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (212) 504-5601 | Fax: +1 (212) 504-6666
Joshua.Arnold@cwt.com | www.cadwalader.com

---

**From:** Arnold, Joshua
**Sent:** Tuesday, August 18, 2020 9:25 AM
**To:** 'Theresa Trzaskoma' <TTrzaskoma@shertremonte.com>
**Cc:** Pernick, Norman <NPernick@coleschotz.com>; Vikram Shah <vshah@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Petrella, Michael <Michael.Petrella@cwt.com>; O'Shea, Sean <Sean.O'Shea@cwt.com>; Bagby, Ingrid <Ingrid.Bagby@cwt.com>; Maman, Michele <Michele.Maman@cwt.com>; Petrick, Gregory <Gregory.Petrick@cwt.com>; Laura Davis Jones <ljones@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject:** RE: MBIA v. Tilton, et al., No. 20-50776

Theresa,

You want over 100 days to respond to a complaint containing allegations that can be of no surprise to your clients following years of litigation concerning their roles and conduct with respect to the Zohar CLOs. We have tried to be flexible to account for some personal commitments in late August. We remain far apart on dates as your recent emails indicate. At this point our exchange has ceased to be productive.

Regards,

**Joshua Arnold**
*Senior Attorney*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (212) 504-5601 | Fax: +1 (212) 504-6666
Joshua.Arnold@cwt.com | www.cadwalader.com

---

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Sent:** Monday, August 17, 2020 9:53 PM
**To:** Arnold, Joshua <Joshua.Arnold@cwt.com>
**Cc:** Pernick, Norman <NPernick@coleschotz.com>; Vikram Shah <vshah@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Petrella, Michael <Michael.Petrella@cwt.com>; O'Shea, Sean <Sean.O'Shea@cwt.com>; Bagby, Ingrid <Ingrid.Bagby@cwt.com>; Maman, Michele <Michele.Maman@cwt.com>; Petrick, Gregory <Gregory.Petrick@cwt.com>; Laura Davis Jones <ljones@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject:** Re: MBIA v. Tilton, et al., No. 20-50776

Josh,

I would like to know what aspects of our call you think I have mischaracterized, as I took careful notes.

In any event, there is no gamesmanship. I am simply trying to see if we can reach agreement regarding a reasonable schedule for responding to your client's nearly 100-page complaint given various professional and personal obligations (including in this case) and, if we are talking about dates in October, the Jewish holidays in September. I'm not sure why, but that seems to be challenging since you will not tell me what schedule would, in your or your client's view, be reasonable.

If you want us to move without your client having given us any date other than September 14, we will. I would hope, though, that we could find a way to avoid that.

Regards,
Theresa

---

**From:** "Arnold, Joshua" <Joshua.Arnold@cwt.com>
**Date:** Monday, August 17, 2020 at 7:46 PM
**To:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Cc:** "Pernick, Norman" <NPernick@coleschotz.com>, Vikram Shah <vshah@shertremonte.com>, Michael Tremonte <MTremonte@shertremonte.com>, "Petrella, Michael" <Michael.Petrella@cwt.com>, "O'Shea, Sean" <Sean.O'Shea@cwt.com>, "Bagby, Ingrid" <Ingrid.Bagby@cwt.com>, "Maman, Michele" <Michele.Maman@cwt.com>, "Petrick, Gregory" <Gregory.Petrick@cwt.com>, Laura Davis Jones <ljones@pszjlaw.com>, "Timothy P. Cairns" <tcairns@pszjlaw.com>, Mark Cuccaro <MCuccaro@shertremonte.com>, Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject:** RE: MBIA v. Tilton, et al., No. 20-50776

Theresa,

You have mischaracterized several aspects of our call, which I initiated in an attempt to stop the email-writing campaign and reach a reasonable accommodation. Although I indicated a willingness to be flexible as a professional courtesy, it is clear from your latest email that you are intent on an extension far beyond what is needed to reasonably accommodate

2

any late August plans such as vacations and dropping kids off at college. In short, it has become apparent that your client is engaged in strategic gamesmanship. That being the case, you should file your motion, and we will respond.

If you become willing to propose a *reasonable* extension, let us know.

**Joshua Arnold**
*Senior Attorney*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (212) 504-5601 | Fax: +1 (212) 504-6666
Joshua.Arnold@cwt.com | www.cadwalader.com

---

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Sent:** Monday, August 17, 2020 6:32 PM
**To:** Arnold, Joshua <Joshua.Arnold@cwt.com>
**Cc:** Pernick, Norman <NPernick@coleschotz.com>; Vikram Shah <vshah@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Petrella, Michael <Michael.Petrella@cwt.com>; O'Shea, Sean <Sean.O'Shea@cwt.com>; Bagby, Ingrid <Ingrid.Bagby@cwt.com>; Maman, Michele <Michele.Maman@cwt.com>; Petrick, Gregory <Gregory.Petrick@cwt.com>; Laura Davis Jones <ljones@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject:** Re: MBIA v. Tilton, et al., No. 20-50776

Josh,

Just to confirm our call – you reiterated that you do not think MBIA's adversary proceeding should be on the same schedule as the Equitable Subordination Complaint. You disagreed that Patriarch's many prior extensions, including the SOL tolling, were professional courtesies. You said your client did not think the November 20 proposal was reasonable but you refused to say what extension your client would agree to (beyond the September 14 date proposed below). I asked if your client would agree to the end of October or beginning of November (60 days), and further asked that if that extension was not agreeable that you provide the reason for your client refusing. You said you would check on a 60-day extension but you said you would not send an email.

Please let me know if I got any of the above incorrect.

Also, as I mentioned, please let me know your client's position as soon as possible because if we need to file a motion, we will need to do it promptly.

Regards,
Theresa

---

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Date:** Monday, August 17, 2020 at 6:09 PM
**To:** "Arnold, Joshua" <Joshua.Arnold@cwt.com>
**Cc:** "Pernick, Norman" <NPernick@coleschotz.com>, Vikram Shah <vshah@shertremonte.com>, Michael Tremonte <MTremonte@shertremonte.com>, "Petrella, Michael" <Michael.Petrella@cwt.com>, "O'Shea, Sean" <Sean.O'Shea@cwt.com>, "Bagby, Ingrid" <Ingrid.Bagby@cwt.com>, "Maman, Michele" <Michele.Maman@cwt.com>, "Petrick, Gregory" <Gregory.Petrick@cwt.com>, Laura Davis Jones <ljones@pszjlaw.com>, "Timothy P. Cairns" <tcairns@pszjlaw.com>, Mark Cuccaro <MCuccaro@shertremonte.com>, Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject:** Re: MBIA v. Tilton, et al., No. 20-50776

Joshua, I received your voicemail just now.

Please give me a ring at (917) 428-7062.

Thanks,
TT

---

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Date:** Monday, August 17, 2020 at 12:19 PM
**To:** "Arnold, Joshua" <Joshua.Arnold@cwt.com>
**Cc:** "Pernick, Norman" <NPernick@coleschotz.com>, Vikram Shah <vshah@shertremonte.com>, Michael Tremonte <MTremonte@shertremonte.com>, "Petrella, Michael" <Michael.Petrella@cwt.com>, "O'Shea, Sean" <Sean.O'Shea@cwt.com>, "Bagby, Ingrid" <Ingrid.Bagby@cwt.com>, "Maman, Michele" <Michele.Maman@cwt.com>, "Petrick, Gregory" <Gregory.Petrick@cwt.com>, Laura Davis Jones <ljones@pszjlaw.com>, "Timothy P. Cairns" <tcairns@pszjlaw.com>, Mark Cuccaro <MCuccaro@shertremonte.com>, Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject:** RE: MBIA v. Tilton, et al., No. 20-50776

Joshua, I'm following up on the below. Please let us know your position by the end of the day.

Thanks,
Theresa

---

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Sent:** Friday, August 14, 2020 4:31 PM
**To:** Arnold, Joshua <Joshua.Arnold@cwt.com>
**Cc:** Pernick, Norman <NPernick@coleschotz.com>; Vikram Shah <vshah@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>; Petrella, Michael <Michael.Petrella@cwt.com>; O'Shea, Sean <Sean.O'Shea@cwt.com>; Bagby, Ingrid <Ingrid.Bagby@cwt.com>; Maman, Michele <Michele.Maman@cwt.com>; Petrick, Gregory <Gregory.Petrick@cwt.com>; Laura Davis Jones <ljones@pszjlaw.com>; Timothy P. Cairns <tcairns@pszjlaw.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject:** Re: MBIA v. Tilton, et al., No. 20-50776

Dear Joshua,

We disagree with your reasons for not putting MBIA's latest complaint on the same schedule as the Equitable Subordination Complaint.

In any event, your proposed schedule, which contemplates only a slight extension of time (less than two weeks) from when many of the Patriarch defendants' responses to MBIA's nearly-100-page complaint would otherwise be due, is unworkable for several reasons:

First, as you know, not all of the Patriarch defendants have even been served yet. All defendants must be on the same schedule for efficiency and other reasons. And for clarity purposes, we represent all defendants on the caption, with the exception of the Florida entity Zohar Holdings, LLC, an entity not affiliated with Lynn Tilton.

Second, as you also know, a hearing is now scheduled in the bankruptcy court for September 14, a fact that already necessitated moving Patriarch's response to the Debtors' 100+-page complaint to September 17. And we simply are not in a position to file responses to two lengthy complaints on or around the same day.

Third, as you must appreciate, the next few weeks – the end of August, beginning of September – include planned vacations and college drop-offs for our team and for our client.

Apart from these issues, your proposed schedule is particularly discourteous given Patriarch's repeated agreements to extend your clients' time to answer the Equitable Subordination Complaint. Indeed, Patriarch agreed to four separate extensions of time (for a total of 6 months of additional time). In addition, upon MBIA's request, in May we agreed to toll MBIA's limitations periods for 60 days when your colleague suffered a serious health issue. Patriarch willingly consented to this tolling period without regard for when MBIA might finally be in a position to file this complaint, and did so out of basic professional courtesy. In agreeing to such extensions and in providing such courtesies to MBIA, Patriarch certainly did not anticipate that you would file your complaint in late July, and then deliberately try to jam Patriarch up against end-of-summer vacations, school obligations, and new deadlines in the various cases, all while we continue to grapple with the effects of the COVID-19 pandemic. Your lack of reciprocity under these circumstances is both surprising and disappointing.

Finally, we cannot agree in advance not to seek any further extensions of time with respect to deadlines in either this case or the Debtors' adversary proceeding. We cannot know what the future will hold, from a personal, business, or public health perspective.

All that having been said, we would propose that the Patriarch Stakeholders respond to MBIA's complaint on or before November 20, 2020. We are willing to work with you on a further briefing schedule on any motion Patriarch would file, which would have to be coordinated with other deadlines in other matters.

Please let us know if this is agreeable.

Regards,
Theresa

---

**From:** "Arnold, Joshua" <Joshua.Arnold@cwt.com>
**Date:** Thursday, August 13, 2020 at 9:30 PM
**To:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Cc:** "Pernick, Norman" <NPernick@coleschotz.com>, Vikram Shah <vshah@shertremonte.com>, Michael Tremonte <MTremonte@shertremonte.com>, "Petrella, Michael" <Michael.Petrella@cwt.com>, "O'Shea, Sean" <Sean.O'Shea@cwt.com>, "Bagby, Ingrid" <Ingrid.Bagby@cwt.com>, "Maman, Michele" <Michele.Maman@cwt.com>, "Petrick, Gregory" <Gregory.Petrick@cwt.com>, Laura Davis Jones <ljones@pszjlaw.com>, "Timothy P. Cairns" <tcairns@pszjlaw.com>
**Subject:** RE: MBIA v. Tilton, et al., No. 20-50776

Theresa,

The circumstances that warranted extending MBIA's (and its co-defendants') time to respond to Ms. Tilton and her affiliates' (collectively "Patriarch") equitable subordination complaint do not similarly apply to Patriarch or justify extending the Patriarch defendants' time to respond to MBIA's instant complaint. For instance, unlike MBIA, Patriarch does not face the prospect of responding to duplicative pleadings in two different jurisdictions, and there is no legitimate reason to extend Patriarch's time to respond until after the New York District Court resolves MBIA's pending motions to transfer the two actions commenced by Patriarch in that forum.

Notwithstanding the foregoing, MBIA is willing to agree to extend Patriarch's time to respond to the complaint until September 14 on two conditions: Patriarch agrees (1) to not move for any further extension of time to respond either to MBIA's complaint or the Debtors' complaint in Adversary Proceeding No. 20-50534 and (2) that MBIA shall have 45 days

to respond to any motion by any Patriarch defendant to dismiss MBIA's complaint. Please confirm if Patriarch will so agree.

Additionally, would you please confirm which of the defendants in the above-referenced proceeding you represent and, in particular, whether you represent one or both of defendants Zohar Holding, LLC and Zohar Holdings, LLC. In that regard, defendant Zohar Holdings, LLC is a Florida limited liability company with a principal place of business located at 4755 Technology Way, Suite 205, Boca Raton, Florida. To the extent this Zohar Holdings, LLC entity (which is not to be confused with Zohar Holding, LLC) is neither owned by nor affiliated with Ms. Tilton or any other Patriarch defendants, we ask that you confirm as such.

Regards,

**Joshua Arnold**
*Senior Attorney*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: +1 (212) 504-5601 | Fax: +1 (212) 504-6666
Joshua.Arnold@cwt.com | www.cadwalader.com

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Sent:** Tuesday, August 11, 2020 1:33 PM
**To:** Bagby, Ingrid <Ingrid.Bagby@cwt.com>; Petrick, Gregory <Gregory.Petrick@cwt.com>; Maman, Michele <Michele.Maman@cwt.com>; ljones@pszjlaw.com
**Cc:** Pernick, Norman <NPernick@coleschotz.com>; Vikram Shah <vshah@shertremonte.com>; Michael Tremonte <MTremonte@shertremonte.com>
**Subject:** MBIA v. Tilton, et al., No. 20-50776

Counsel,

Some (but not all) of the Patriarch Stakeholders have been served with MBIA's recently filed adversary proceeding, *MBIA v. Tilton, et al.*, No. 20-50776. Given that discovery in this adversary proceeding will overlap with the Equitable Subordination proceeding, we think it makes sense to put the two matters on the same schedule (i.e., as reflected in the *Order Granting Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Complaint* (Dkt. 46, No. 19-50390)). Coordinating in this way would promote the interests of judicial economy, justice, and convenience. Please let us know your position on this.

Regards,
Theresa

Theresa Trzaskoma | *she/her/hers*
Sher Tremonte LLP | 90 Broad Street, 23rd Floor, New York, New York 10004
tel: 212.202.3294 | fax: 212.202.4156 | ttrzaskoma@shertremonte.com | www.shertremonte.com

---

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and

any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.