# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br><br>　　　　　　　Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Re: Adv. Docket No. 25** |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF BRIEF IN SUPPORT OF THE PATRIARCH DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

**PLEASE TAKE NOTICE** that, on October 23, 2020, the **Brief in Support of Patriarch Defendants' Motion to Dismiss the Complaint** (the "Brief") [Adv. D.I. 25] was filed under seal with the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Del. Bankr. L.R. 9018-1(d)(ii), attached hereto as Exhibit A is the proposed redacted public version of the Brief.

| | |
|---|---|
| Dated: April 13, 2021 | **COLE SCHOTZ P.C.**<br><br>By: /s/ Patrick J. Reilley<br>Norman L. Pernick (No. 2290)<br>Patrick J. Reilley (No. 4451)<br>G. David Dean (No. 6403)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>preilley@coleschotz.com<br>ddean@coleschotz.com<br><br>– and –<br><br>**SHER TREMONTE LLP**<br><br>Theresa Trzaskoma<br>Justin G. Gunnell<br>Vikram Shah<br>90 Broad Street 23rd Floor<br>New York, NY 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br><br>*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC* |