**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON; | |
| PATRIARCH PARTNERS, LLC; | |
| PATRIARCH PARTNERS VIII, LLC; | |
| PATRIARCH PARTNERS XIV, LLC; | |
| PATRIARCH PARTNERS XV, LLC; | |
| PATRIARCH PARTNERS AGENCY | |
| SERVICES, LLC; | |
| PATRIARCH PARTNERS MANAGEMENT | |
| GROUP, LLC; | |
| OCTALUNA LLC; OCTALUNA II LLC; | |
| ARK II CLO 2001-1, LLC; | |
| ARK INVESTMENT PARTNERS II, LP; | |
| LD INVESTMENTS, LLC; | |
| ZOHAR HOLDING, LLC; and | |
| ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

**CERTIFICATION OF COUNSEL REGARDING ORDER**
**APPROVING SCHEDULING STIPULATION**

The undersigned counsel to the above-captioned defendants (the "Defendants") hereby

certifies as follows:

1.      On July 23, 2021, the Court issued a ruling granting in part and denying in part

Defendants' Motion to Dismiss [Adv. D.I. 70].

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

2.      The Parties have agreed to the following: the deadline for Plaintiffs to file an Amended Complaint in this action is September 24, 2021; and the deadline for Defendants to answer, move, or otherwise respond to the Amended Complaint is November 19, 2021; and the Defendants are not required to respond to the currently pending Complaint.

3.      The Defendants respectfully request that the Court enter the Order attached hereto as <u>Exhibit A</u> approving the Stipulation attached to the Order as <u>Exhibit 1</u>, at its earliest convenience.

Dated: August 9, 2021

**COLE SCHOTZ P.C.**

By: */s/ Patrick J. Reilley*
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
preilley@coleschotz.com
ddean@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*