## **EXHIBIT A**

Proposed Order

57772/0001-41312556v1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br>                Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br>                Plaintiff,<br>-against-<br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br>                Defendants. | Adversary No. 20-50776 (KBO) |

## ORDER APPROVING STIPULATION REGARDING SCHEDULING

This Court having considered the Stipulation Regarding Scheduling (the "Stipulation") between the Plaintiffs and Defendants, attached hereto as <u>Exhibit 1</u>; the Court having determined

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-41312793v1

2

that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED:

1. The Stipulation is APPROVED.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

2

# **EXHIBIT 1**

Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br>                      Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br>                      Plaintiff,<br>-against-<br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br>                      Defendants. | Adversary No. 20-50776 (KBO) |

## STIPULATION REGARDING SCHEDULING

WHEREAS Defendants filed a Motion to Dismiss the Complaint in this Adversary Proceeding on October 23, 2020 (the "Motion to Dismiss") [Adv. D.I. 24]; and

WHEREAS the Court issued a ruling granting in part and denying in part Defendants' Motion to Dismiss on July 23, 2021 [Adv. D.I. 70];

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-41312793v1

IT IS HEREBY STIPULATED AND AGREED, by and between (a) Plaintiff, and (b) Defendants, subject to approval of the Court, that:

1. The deadline for Plaintiff to file an Amended Complaint in this action is September 24, 2021.

2. The deadline for Defendants to answer, move, or otherwise respond to the Amended Complaint is November 19, 2021. The Defendants are not required to respond to the currently pending Complaint.

| | |
|---|---|
| Dated: August 9, 2021 | **COLE SCHOTZ P.C.** |
| | By: *Patrick J. Reilley* |
| | Norman L. Pernick (No. 2290) |
| | Patrick J. Reilley (No. 4451) |
| | G. David Dean (No. 6403) |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-3131 |
| | Facsimile: (302) 652-3117 |
| | npernick@coleschotz.com |
| | preilley@coleschotz.com |
| | ddean@coleschotz.com |
| | |
| | – and – |
| | |
| | **SHER TREMONTE LLP** |
| | Theresa Trzaskoma (Admitted Pro Hac Vice) |
| | Michael Tremonte (Admitted Pro Hac Vice) |
| | 90 Broad Street, 23rd Floor |
| | New York, New York 10004 |
| | Telephone: (212) 202-2600 |
| | Facsimile: (212) 202-4156 |
| | ttrzaskoma@shertremonte.com |
| | mtremonte@shertremonte.com |
| | |
| | *Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark* |

2

57772/0001-41312793v1

*Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*

**PACHULSKI STANG ZIEHL & JONES, LLP**
Laura Davis Jones (No. 2436)
Timothy P. Cairns (No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

– and –

**CADWALADER, WICKERSHAM & TAFT LLP**
By: */s/ Joshua P. Arnold*
Gregory M. Petrick
Ingrid Bagby
Michele C. Maman
Sean F. O'Shea
Michael E. Petrella
Joshua P. Arnold
200 Liberty Street New York, NY 10281

*Counsel to Plaintiff*
*MBIA Insurance Corporation*

3