**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| QUORUM HEALTH CORPORATION, *et al.*, | : | Case No. 20-10766 (BLS) |
| | : | |
| Debtor. | : | Jointly Administered |
| | : | |
| DANIEL H. GOLDEN, AS LITITGATION TRUSTEE | : | |
| OF THE QHC LITIGATION TRUST, AND | : | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, | : | Adv. Proc. No. 21-51190 (BLS) |
| SOLELY IN ITS CAPACITY | : | |
| AS INDENTURE TRUSTEE, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY HEALTH SYSTEMS, INC.; | : | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; | : | |
| REVENUE CYCLE SERVICE CENTER, LLC; | : | |
| CHSPSC, LLC; PROFESSIONAL ACCOUNT | : | |
| SERVICES, INC.; PHYSICIAN PRACTICE | : | |
| SUPPORT, LLC; ELIGIBILITY SCREENING | : | |
| SERVICES, LLC; W. LARRY CASH; RACHEL | : | |
| SEIFERT; ADAM FEINSTEIN; AND CREDIT | : | |
| SUISSE SECURITIES (USA) LLC, | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF H. PETER HAVELES, JR.

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves for the admission *pro hac vice* of H. Peter Haveles, Esq., of Akerman LLP to represent Quorum Health Corporation in the above-captioned adversary proceeding

Date: April 7, 2022        /s/ David M. Fournier
Wilmington, Delaware      David M. Fournier (DE No. 2812)
                        **TROUTMAN PEPPER HAMILTON SANDERS LLP**
                        Hercules Plaza, Suite 5100
                        1313 N. Market Street, P.O. Box 1709
                        Wilmington, Delaware 19899-1709
                        Telephone: (302) 777-6500
                        Email:  david.fournier@troutman.com

                        *Counsel for Quorum Health Corporation*

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that (i) I am eligible for admission to this Court, (ii) am admitted and practicing before the Court of the State of New York and am a member of the Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits and the United States District Court for the Eastern District of New York, the Southern District of New York, and the Eastern District of Michigan, (iii) am in good standing before each of those Courts, and I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct that may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Date: April 7 , 2022

/s/
H. Peter Haveles, Jr.
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 822-2280
E-mail: peter.haveles@akerman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April 8th, 2022
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE