**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC | **Re: Docket Nos. 73, 74** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

---

[1]     The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

I, Timothy P. Cairns, hereby certify that on the 24th day of September, 2021, I

caused a copy of the [REDACTED] *First Amended Complaint* [Docket No. 74] to be served on

the individual(s) on the attached service list(s) in the manner indicated and on the 25th day of

September, 2021, I caused a copy of the [SEALED] *First Amended Complaint* [Docket No. 73]

to be served on the individual(s) on the attached service list(s) in the manner indicated.


/s/ Timothy P. Cairns
Timothy P. Cairns (Bar No. 4228)

DOCS_DE:232035.3 53730/001

Zohar – Service List re Adversary Action
Adv. Case No. 20-50776 (KBO)
Doc. No. 230358
30 – Email

**Email**
(Counsel for MBIA Insurance Corp)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:** ljones@pszjlaw.com;
tcairns@pszjlaw.com

**Email**
(Counsel to MBIA Inc. and MBIA Insurance
Corporation)
Gregory M. Petrick, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Sean F. O'Shea, Esq.
Michael E. Petrella, Esq.
Joshua P. Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY  10281
**Email:**  gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
michele.maman@cwt.com;
sean.oshea@cwt.com;
michael.petrella@cwt.com;
joshua.arnold@cwt.com

**Email**
(Counsel for Lynn Tilton and Patriarch
Entities)
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
G. David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
**Email:** npernick@coleschotz.com;
preilley@coleschotz.com;
ddean@coleschotz.com

**Email**
(Counsel for Lynn Tilton and Patriarch
Entities)
Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esq.
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY  10004
**Email:**  ttrzaskoma@shertremonte.com;
mtremonte@shertremonte.com;
jluo@shertremonte.com;
ahess@shertremonte.com;
vshah@shertremonte.com

**Email**
(Counsel for Debtors)
James L. Patton, Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801
**Email:** jpatton@ycst.com;
rbrady@ycst.com; mnestor@ycst.com;
jbarry@ycst.com; rbartley@ycst.com

**Email**
(US Trustee)
Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801
**Email:** juliet.m.sarkessian@usdoj.gov

**Email**
(Counsel to the Controlling Class of Zohar
III Noteholders)
Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801
**Email:** matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**Email**
(Counsel to the Controlling Class of Zohar
III Noteholders)
James D. Herschlein, Esq.
Jeffrey A. Fuisz, Esq.
Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY  10019-9710
**Email:**
james.herschlein@arnoldporter.com;
jeffrey.fuisz@arnoldporter.com;
erik.walsh@arnoldporter.com

**Email**
(Counsel to the Controlling Class of Zohar
III Noteholders)
Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL  60602-4321
**Email:** brian.lohan@arnoldporter.com;
ginger.clements@arnoldporter.com

**Email**
(Counsel for U.S. Bank National
Association solely in its capacity as trustee
under the Indentures)
Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Email:  jonathan.edwards@alston.com