# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>                Plaintiff,<br><br>      -against-<br><br>LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC,<br><br>                Defendants. | Adversary No. 20-50776 (KBO) |

## DEFENDANTS' MOTION TO STRIKE
## DISMISSED CLAIMS FROM THE AMENDED COMPLAINT

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

57772/0001-42012751v1

Defendants Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC (collectively, the "Patriarch Defendants"),[2] hereby move this Court for the entry of an order, attached hereto as Exhibit A, pursuant to Rule 12 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, to strike dismissed claims and related allegations from the Amended Complaint filed in this adversary proceeding on September 24, 2021 (the "Amended Complaint") [D.I. 73] by MBIA Insurance Corporation ("MBIA" or "Plaintiff"), as more fully set forth in the accompanying Brief in Support of Defendants' Motion to Strike Dismissed Claims from the Amended Complaint ("Brief"), dated November 19, 2021, and Annex 1 attached thereto, filed contemporaneously herewith.

WHEREFORE, for all the reasons set forth in the Brief, the Defendants respectfully request that this Court enter an order that strikes certain material in the Amended Complaint, and grants Defendants such additional and further relief as the Court may deem just and proper. For the avoidance of doubt, Defendants do not consent to entry of a final order by this Court.

---

[2] The caption of the Amended Complaint continues to name an entity called Zohar Holdings, LLC as a further defendant, but as MBIA acknowledges, that entity has been dismissed from the action. *See* Am. Compl. at ¶ 22.

| | |
|---|---|
| Dated: November 19, 2021 | **COLE SCHOTZ P.C.**<br><br>By: _/s/ Patrick J. Reilley_<br>Norman L. Pernick (No. 2290)<br>G. David Dean (No. 6403)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>npernick@coleschotz.com<br>ddean@coleschotz.com<br>preilley@coleschotz.com<br><br>– and –<br><br>**SHER TREMONTE LLP**<br>Theresa Trzaskoma (Admitted Pro Hac Vice)<br>Mark Cuccaro (Admitted Pro Hac Vice)<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Telephone: (212) 202-2600<br>Facsimile: (212) 202-4156<br>ttrzaskoma@shertremonte.com<br>mcuccaro@shertremonte.com<br><br>*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC* |

3