## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON; PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; OCTALUNA LLC; OCTALUNA II LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; LD INVESTMENTS, LLC; ZOHAR HOLDING, LLC; and ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

Upon the motion ("Motion to Strike") of the above-captioned Defendants[2] for entry of an order, pursuant to section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order striking dismissed claims and related allegations from the Amended Complaint; and it appearing that there is good and sufficient cause for the relief set forth in this Order; and due and proper notice of the Motion to Strike having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion to Strike is GRANTED to the extent set forth herein.

2.      The following claims are STRICKEN from the Amended Complaint:

      a.      Count 5 to the extent alleged against Patriarch XV;

      b.      Count 5 to the extent alleged as to Ms. Tilton relating to the Zohar I Involuntary Proceeding; and

      c.      Count 6 in its entirety.

3.      The portions of the Amended Complaint identified in Annex 1 attached to Defendants' Motion to Strike Certain Material from the Amended Complaint are STRICKEN.

4.      Plaintiffs are ORDERED to conform any further complaints filed in this adversary proceeding to this Order.

5.      The terms and conditions of this Order shall be immediately effective and

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Brief in Support of Defendants' Motion to Strike Dismissed Claims from the Amended Complaint, filed concurrently herewith.

enforceable upon its entry.

6.      Defendants are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7.      This Court shall retain jurisdiction to hear any and all matters arising from or relating to the implementation of this Order.

3