# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>       Plaintiff,<br><br>-against-<br><br>LYNN TILTON,<br>PATRIARCH PARTNERS, LLC,<br>PATRIARCH PARTNERS VIII, LLC,<br>PATRIARCH PARTNERS XIV, LLC,<br>PATRIARCH PARTNERS XV, LLC<br>PATRIARCH PARTNERS AGENCY SERVICES, LLC,<br>PATRIARCH PARTNERS MANAGEMENT GROUP, LLC<br>OCTALUNA, LLC,<br>OCTALUNA II, LLC,<br>ARK II CLO 2001-1, LLC,<br>ARK INVESTMENT PARTNERS II, L.P.,<br>LD INVESTMENTS, LLC<br>ZOHAR HOLDING, LLC, and<br>ZOHAR HOLDINGS, LLC<br><br>       Defendants. | Adversary No. 20-50776 (KBO)<br><br><br><br>**Re: Docket Nos. 79** |

## CERTIFICATE OF SERVICE

---

[1]   The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

DOCS_DE:237318.1 53730/001

I, Timothy P. Cairns, hereby certify that on the 3rd day of December, 2021, I caused a copy of the following document to be served on the individual(s) on the attached service list(s) in the manner indicated.

> *[FILED UNDER SEAL] Plaintiff's Answering Brief in Opposition to Defendants' Motion to Strike Dismissed Claims from the Amended Complaint [Docket No. 79]*

/s/ Timothy P. Cairns
Timothy P. Cairns (Bar No. 4228)

Zohar – Service List re Adversary Action
Adv. Case No. 20-50776 (KBO)
Doc. No. 230358
30 – Email

**Email**
(Counsel for MBIA Insurance Corp)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:** ljones@pszjlaw.com;
tcairns@pszjlaw.com

**Email**
(Counsel to MBIA Inc. and MBIA Insurance Corporation)
Gregory M. Petrick, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Sean F. O'Shea, Esq.
Michael E. Petrella, Esq.
Joshua P. Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY  10281
**Email:**  gregory.petrick@cwt.com;
ingrid.bagby@cwt.com;
michele.maman@cwt.com;
sean.oshea@cwt.com;
michael.petrella@cwt.com;
joshua.arnold@cwt.com

**Email**
(Counsel for Lynn Tilton and Patriarch Entities)
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
G. David Dean, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
**Email:** npernick@coleschotz.com;
preilley@coleschotz.com;
ddean@coleschotz.com

**Email**
(Counsel for Lynn Tilton and Patriarch Entities)
Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esq.
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY  10004
**Email:**  ttrzaskoma@shertremonte.com;
mtremonte@shertremonte.com;
jluo@shertremonte.com;
ahess@shertremonte.com;
vshah@shertremonte.com

**Email**
(Counsel for Debtors)
James L. Patton, Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801
**Email:** jpatton@ycst.com;
rbrady@ycst.com; mnestor@ycst.com;
jbarry@ycst.com; rbartley@ycst.com

**Email**
(US Trustee)
Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801
**Email:** juliet.m.sarkessian@usdoj.gov

**Email**
(Counsel to the Controlling Class of Zohar III Noteholders)
Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE  19801
**Email:** matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**Email**
(Counsel to the Controlling Class of Zohar III Noteholders)
James D. Herschlein, Esq.
Jeffrey A. Fuisz, Esq.
Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY  10019-9710
**Email:**
james.herschlein@arnoldporter.com;
jeffrey.fuisz@arnoldporter.com;
erik.walsh@arnoldporter.com

**Email**
(Counsel to the Controlling Class of Zohar III Noteholders)
Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL  60602-4321
**Email:** brian.lohan@arnoldporter.com;
ginger.clements@arnoldporter.com

**Email**
(Counsel for U.S. Bank National Association solely in its capacity as trustee under the Indentures)
Jonathan T. Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Email:  jonathan.edwards@alston.com