**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| | **Re: Adv. Docket Nos. 78, 81, 82 & 85** |
| -against- | |
| LYNN TILTON;<br>PATRIARCH PARTNERS, LLC;<br>PATRIARCH PARTNERS VIII, LLC;<br>PATRIARCH PARTNERS XIV, LLC;<br>PATRIARCH PARTNERS XV, LLC;<br>PATRIARCH PARTNERS AGENCY<br>SERVICES, LLC;<br>PATRIARCH PARTNERS MANAGEMENT<br>GROUP, LLC;<br>OCTALUNA LLC; OCTALUNA II LLC;<br>ARK II CLO 2001-1, LLC;<br>ARK INVESTMENT PARTNERS II, LP;<br>LD INVESTMENTS, LLC;<br>ZOHAR HOLDING, LLC; and<br>ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

**ORDER AUTHORIZING FILING OF ANNEX 1 UNDER SEAL**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036.

Upon consideration of the motion (the "Motion")[2] filed by the Defendants for entry of an order, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, Local Rule 9018-1, the Settlement Order, and the Settlement Agreement, authorizing Defendants to file certain portions of the Annex, under seal; and a publicly viewable redacted version of the Annex having been filed in these cases at Adv. Docket No. 81; it appearing that there is good and sufficient cause for the relief set forth in this Order; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion support the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.      The Motion is GRANTED as provided herein.

2.      Defendants are authorized to file those portions of the Annex that were redacted in Adv. Docket No. 81 (the "Sealed Material") under seal.

3.      The Sealed Material shall not be made available to anyone, except to the Court, the U.S. Trustee, and Plaintiff MBIA, the respective advisors for each of the foregoing, and other parties in interest as may be ordered or otherwise required by the Court, and all parties receiving

---

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion.

57772/0001-42120788v1

the Sealed Material shall maintain its confidentiality and the confidentiality of its subject matter, including in connection with any pleadings filed with this Court.

4.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5.    Defendants are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: January 10th, 2022
Wilmington, Delaware

Ka B. O.
KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

3