# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | **Re: Adv. Docket Nos. 73, 76, 77, 78, 79, 81 and 84** |
| LYNN TILTON; PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; OCTALUNA LLC; OCTALUNA II LLC; ARK II CLO 2001-1, LLC; ARK INVESTMENT PARTNERS II, LP; LD INVESTMENTS, LLC; ZOHAR HOLDING, LLC; and ZOHAR HOLDINGS, LLC, | |
| Defendants. | |

## NOTICE OF COMPLETION OF BRIEFING

**PLEASE TAKE NOTICE** that briefing on the Defendants' Motion to Strike Dismissed Claims From the Amended Complaint [Adv. Docket No. 76] (the "Motion") filed by defendants Lynn Tilton; Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036.

Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark Investment Partners II, L.P.; LD Investments, LLC, and Zohar Holding, LLC (collectively, the "Patriarch Defendants"),[2] is complete. The following are all pleadings relevant to the Motion:

1. [Sealed] First Amended Complaint (Filed September 24, 2021) [Adv. Docket No. 73];

2. Defendants' Motion to Strike Dismissed Claims From the Amended Complaint (Filed November 19, 2021) [Adv. Docket No. 76];

3. Brief in Support of Defendants' Motion to Strike Dismissed Claims From the Amended Complaint (Filed November 19, 2021) [Adv. Docket No. 77];

4. [Sealed] Annex 1 to Brief in Support of Defendants' Motion to Strike Dismissed Claims From the Amended Complaint (Filed November 19, 2021) [Adv. Docket No. 78];

5. [Sealed] Plaintiff's Answering Brief in Opposition to Defendants' Motion to Strike Dismissed Claims From the Amended Complaint (Filed December 3, 2021) [Adv. Docket No. 79];

6. Notice of Filing of Proposed Redacted Version of Annex 1 to Brief in Support of Defendants' Motion to Strike Dismissed Claims from the Amended Complaint (Filed December 9, 2021) [Adv. Docket No. 81]; and

7. Brief in Further Support of Defendants' Motion to Strike Dismissed Claims from the Amended Complaint (Filed December 10, 2021) [Adv. Docket No. 84].

Dated: January 18, 2022  **COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
preilley@coleschotz.com

– and –

---

[2] The Complaint names an entity called Zohar Holdings, LLC as a further defendant, but this entity is not affiliated with or known by any of the other Patriarch Defendants.

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
Mark Cuccaro (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, NY 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mcuccaro@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC.*