# Exhibit A

**From:** Theresa Trzaskoma
**Sent:** Monday, February 7, 2022 2:05 PM
**To:** Arnold, Joshua
**CC:** G. David Dean; Alexandra Elenowitz-Hess; Mark Cuccaro; Vikram Shah; Petrick, Gregory; Bagby, Ingrid; Maman, Michele; O'Shea, Sean; Petrella, Michael
**Subject:** Re: MBIA Adversary Proceeding

Just to confirm: you will not agree to a three-week extension of our time to answer your amended adversary proceeding complaint unless we agree to the below schedule, including an April 30 trial, for our Administrative Expense and Equitable Subordination claim?

> On Feb 7, 2022, at 12:20 PM, Arnold, Joshua <Joshua.Arnold@cwt.com> wrote:
>
> Theresa, as stated in my prior email, we are not opposed to an extension of deadlines in the MBIA adversary proceeding so long as the parties are using that time to resolve issues and disputes that are impeding the wind down of the chapter 11 cases. To that end, we are willing to consent to your requested 3-week extension – and would be willing to grant additional time to respond – subject to the conditions set forth in my below email. If you are unwilling to agree to move promptly towards confirmation, notwithstanding your request for an extension that will delay progress in the MBIA adversary proceeding, then you should make your motion to the court. Delay is not without cost in these cases, and we simply cannot agree to hold up one deadline without a commitment to a timely and orderly schedule in the cases as a whole.
> Best,
> **Joshua Arnold**
> (212) 504-5601 | Joshua.Arnold@cwt.com
>
> **From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
> **Sent:** Monday, February 7, 2022 8:18 AM
> **To:** Arnold, Joshua <Joshua.Arnold@cwt.com>; Petrick, Gregory <Gregory.Petrick@cwt.com>; Bagby, Ingrid <Ingrid.Bagby@cwt.com>; Maman, Michele <Michele.Maman@cwt.com>; O'Shea, Sean <Sean.O'Shea@cwt.com>; Petrella, Michael <Michael.Petrella@cwt.com>
> **Cc:** G. David Dean <ddean@coleschotz.com>; Alexandra Elenowitz-Hess <AHess@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; Vikram Shah <vshah@shertremonte.com>
> **Subject:** Re: MBIA Adversary Proceeding
> Joshua,
> Please let me know whether you will agree to a three-week extension or if you'd prefer we file a motion.
> Best,
> Theresa
>
> **From:** Arnold, Joshua <Joshua.Arnold@cwt.com>
> **Date:** Friday, February 4, 2022 at 10:35 PM
> **To:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>, Petrick, Gregory <Gregory.Petrick@cwt.com>, Bagby, Ingrid <Ingrid.Bagby@cwt.com>, Maman, Michele <Michele.Maman@cwt.com>, O'Shea, Sean <Sean.O'Shea@cwt.com>, Petrella, Michael <Michael.Petrella@cwt.com>
> **Cc:** G. David Dean <ddean@coleschotz.com>, Alexandra Elenowitz-Hess <AHess@shertremonte.com>, Mark Cuccaro <MCuccaro@shertremonte.com>, Vikram Shah <vshah@shertremonte.com>
> **Subject:** RE: MBIA Adversary Proceeding

Theresa, we disagree that you "need" an extension to timely respond to MBIA's Second Amended Complaint, particularly given your familiarity with the facts alleged, your multiple prior filings on related issues, that MBIA's current pleading is nearly identical to the amended complaint filed over 4 months ago, and that MBIA filed its substantially similar initial complaint more than a year and a half ago. We are, however, willing to consent to your requested extension if you will agree to promptly and expeditiously resolve the issues that you contend are impacting your ability to respond. Specifically, if you consent to (1) proceed on a dual track with discovery on Patriarch's claims for equitable subordination and administrative expenses and the chapter 11 plan confirmation while the parties' various motions on those claims are pending and (2) a target date of April 30 for an evidentiary hearing on the foregoing claims and issues pursuant to the Debtors' proposed schedule; we will agree to your request for an extension of time to respond to MBIA's complaint and to meet and confer on a mutually agreeable deadline to respond in light of the case schedule set by the court in the chapter 11 proceedings and related cases.

Best,

**Joshua Arnold**

(212) 504-5601 | Joshua.Arnold@cwt.com

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Sent:** Thursday, February 3, 2022 9:14 AM
**To:** Petrick, Gregory <Gregory.Petrick@cwt.com>; Bagby, Ingrid <Ingrid.Bagby@cwt.com>; Maman, Michele <Michele.Maman@cwt.com>; O'Shea, Sean <Sean.O'Shea@cwt.com>; Petrella, Michael <Michael.Petrella@cwt.com>; Arnold, Joshua <Joshua.Arnold@cwt.com>
**Cc:** G. David Dean <ddean@coleschotz.com>; Alexandra Elenowitz-Hess <AHess@shertremonte.com>; Mark Cuccaro <MCuccaro@shertremonte.com>; Vikram Shah <vshah@shertremonte.com>
**Subject:** MBIA Adversary Proceeding

Counsel,

In light of myriad other deadlines, including motions to dismiss in the Equitable Subordination proceeding, the Debtors' recently filed proposed plan, the Debtors' motion to strike the Administrative Expense claim, and what we anticipate will be a motion to set an aggressive schedule for plan confirmation, we will need an extension on our deadline to respond to MBIA's amended complaint. In addition, because the Debtors' motion to strike will potentially affect the other adversary proceedings, including whether MBIA's amended complaint will need to be further amended, we believe it makes sense to see how the Court resolves that motion before setting any schedule to respond. Thus, we propose holding the response deadline in the MBIA adversary in abeyance, at least until after the February 22 omnibus.

Please let us know if you agree.

Thanks,

Theresa

Theresa Trzaskoma | *she/her/hers*
Sher Tremonte LLP | 90 Broad Street, 23rd Floor, New York, New York 10004
tel: 212.202.3294 | fax: 212.202.4156 | ttrzaskoma@shertremonte.com | www.shertremonte.com

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.