# Exhibit B

**From:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>
**Sent:** Saturday, February 12, 2022 11:19 AM
**To:** Michael.Petrella@cwt.com; Arnold, Joshua <Joshua.Arnold@cwt.com>
**Cc:** Neiburg, Michael <MNeiburg@ycst.com>; Ryan M. Bartley <rbartley@ycst.com>; Dean, David
<DDean@coleschotz.com>
**Subject:** Re: Zohar - Meet and Confer Follow Up [IWOV-CSDOCS.FID2068192]

Mike and Josh, please let us know if you agree. If not, we will file a motion to extend by the end of the week and raise it
at the hearing on February 22.

---

**From:** Dean, David <DDean@coleschotz.com>
**Date:** Tuesday, February 8, 2022 at 10:46 AM
**To:** Michael.Petrella@cwt.com <Michael.Petrella@cwt.com>, Arnold, Joshua <Joshua.Arnold@cwt.com>
**Cc:** Theresa Trzaskoma <TTrzaskoma@shertremonte.com>, Neiburg, Michael <MNeiburg@ycst.com>, Ryan M.
Bartley <rbartley@ycst.com>
**Subject:** Zohar - Meet and Confer Follow Up [IWOV-CSDOCS.FID2068192]


Following up on our meet and confer, we are in agreement to meet and confer and promptly issue written discovery
requests following the hearing on the 22nd.  Josh and Mike, we hope this is a sufficient good faith first step to warrant
your indulgence on the requested extension to respond to the MBIA adversary complaint without the need for us to file
a motion.  Please advise.  Thank you.

# Cole Schotz P.C.

**G. David Dean**
**Member**
500 Delaware Avenue | Suite 1410 | Wilmington, DE | 19801
Direct 302.651.2012 | Firm 302.652.3131 | Fax 302.574.2103 | Cell 443.255.2190 | ddean@coleschotz.com
New Jersey    |    New York    |    Delaware    |    Maryland    |    Texas    |    Florida
vCard    |    bio    |    website

Legal Practice Assistant: Rachel Deely | 302.652.3131 x 2502 | rdeely@coleschotz.com

Click here to visit our Covid-19 Resource Center for important legal updates.

* * * * * *

This e-mail message from Cole Schotz P.C. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.