## **EXHIBIT 1**

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| | |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | Adversary No. 20-50776 (KBO) |
| -against- | |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC, | Re: Adv. D.I. \_\_\_\_ |
| Defendants. | |

**ORDER GRANTING PATRIARCH DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT**

---

[1] The "Debtors," and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited ("Zohar III") (9261), Zohar II 2005-1, Limited ("Zohar II") (8297), and Zohar CDO 2003-1, Limited (together with Zohar II and Zohar III, the "Zohar Funds") (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

57772/0001-42563020V1

Upon consideration of the *Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Complaint* (the "Motion")[2] pursuant to section 105(a) of title 11 of the United States Code, Rules 7015 and 9006(b) of the Federal Rules of Bankruptcy Procedure, and Rule 7015-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having found that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as provided herein.

2. The Patriarch Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is extended to March 15, 2022. This Order is granted *nunc pro tunc* to February 15, 2022.

3. This Order is without prejudice to the rights of the Defendants to seek further extensions of the time to answer or otherwise respond to the Second Amended Complaint.

4. This Court shall retain jurisdiction with respect to all matters related to the implementation of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion.

57772/0001-42563020V1