## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| MBIA INSURANCE CORPORATION, | |
| Plaintiff, | |
| -against- | Adversary No. 20-50776 (KBO) |
| LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC, | **Re: Adv. Docket No. 94** |
| Defendants. | |

## MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE HEARING WITH RESPECT TO PATRIARCH DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT

Defendants Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV,

LLC; Patriarch Partners XV, LLC; Patriarch Partners Agency Services, LLC; Patriarch Partners

Management Group, LLC; Octaluna, LLC; Octaluna II, LLC; Ark II CLO 2001-1, LLC; Ark

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Investment Partners II, L.P.; LD Investments, LLC; Zohar Holding, LLC; and Lynn Tilton (collectively, the "Patriarch Defendants"), hereby move for entry of an order shortening the notice period and scheduling hearing on *Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Complaint* ("Motion to Extend"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").  In support of this Motion to Shorten, Patriarch Defendants represent as follows:

## RELEVANT FACTS

1.      On July 30, 2020, MBIA Insurance Corporation ("MBIA") filed the above-captioned adversary proceeding against the Patriarch Defendants.

2.      On February 1, 2022, MBIA filed the Second Amended Complaint in above-captioned adversary proceeding against the Patriarch Defendants (Adv. Docket No. 91).

3.      On February 17, 2022, the Patriarch Defendants filed the Motion to Extend (Adv. Docket No. 94).  The Motion to Extend seeks entry of an order extending the time to answer or otherwise respond to the Second Amended Complaint until March 15, 2022.

4.      An omnibus hearing is scheduled for February 22, 2022 during which several overall scheduling issues will be addressed.

57772/0001-42563286v1

**RELIEF REQUESTED**

5.      By this Motion to Shorten, the Patriarch Defendants respectfully request the entry of an Order shortening the notice period and setting the Motion to Extend for the hearing scheduled on February 22, 2022 (the "February 22 Hearing"), and establishing a shortened deadline for responding to the Motion to Extend.

6.      Section 105(a) of the Bankruptcy Code provides that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code. 11 U.S.C. § 105(a). Pursuant to Bankruptcy Rule 9006(c)(1), the Court may, for cause shown, shorten the otherwise applicable notice period ("when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced"). This authorization is also expressed in Local Rule 9006-1(e), which provides that the Court may shorten the notice period "on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. L.R. 9006-1(e).

7.      The facts justify shortening notice and the relief requested herein should be granted. At the hearing on February 22nd, the Court will hear a number of other case scheduling matters. The Patriarch Stakeholders submit that it is appropriate to hearing the Motion to Extend along with those matters.  Moreover, MBIA has no objection to the requested relief.  Consequently, the Patriarch Defendants submit that the present circumstances satisfy the requirement of cause under Rule 9006(c)(1) and the exigencies required under Local Rule 9006-1(e).

**CERTIFICATION**

8.      In accordance with Local Rule 9006-1(e), Delaware counsel states that counsel to MBIA was contacted regarding the relief requested in this Motion to Shorten, and counsel has no

3

objection to the relief requested in this Motion to Shorten.  The Debtors have indicated that they have no position.  The Office of the United States Trustee has advised that it has no objection.

 **WHEREFORE**, the Patriarch Defendants respectfully request that this Court enter an order, in substantially the form attached hereto, (i) setting a hearing on the Motion to Extend on February 22, 2022 at 10:00 a.m. (prevailing Eastern Time); (ii) permitting responses or objections to the Motion to Extend be presented at the hearing; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: February 18, 2022

**COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
preilley@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*