# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,[1]<br>　　　　　　　　　Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br>　　　　　　　　　Plaintiff,<br>-against-<br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC,<br>　　　　　　　　　Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Re: Adv. Docket Nos. 94 & 95** |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD
AND SCHEDULE HEARING WITH RESPECT TO PATRIARCH
DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR
<u>OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT</u>**

Upon *Patriarch Defendants' Motion to Shorten Notice Period and Schedule Hearing With Respect to Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Complaint* (the "<u>Motion to Shorten</u>");[2] and this Court having found that it has jurisdiction to consider the Motion to Shorten and the relief requested therein under 28 U.S.C.

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Motion to Shorten.

57772/0001-42563286v1

§§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012*; and this Court having found that venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; and this Court having found that consideration of the Motion to Shorten and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that due and proper notice of the Motion to Shorten was provided and that such notice was adequate and appropriate under the particular circumstances; and this Court having determined that the legal and factual bases establish just cause for the relief granted herein; and any objections to the Motion to Shorten having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is hereby GRANTED as set forth herein.

2. The hearing to consider the Motion to Extend will be held on **February 22, 2022 at 10:00 a.m. (ET)**. Objections to the relief requested in the Motion to Extend must be raised at or before the hearing.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of this Order.

**Dated: February 18th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**