## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br><br>            Plaintiff,<br><br>-against-<br><br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC,<br><br>            Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Objection Deadline: At or before the hearing.**<br>**Hearing Date:  February 22, 2022 at 10:00 a.m. (ET)**<br>**Related to Adv. Docket Nos. 94, 95 and 97** |

## NOTICE OF HEARING ON PATRIARCH DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT

      **PLEASE TAKE NOTICE** that, on February 17, 2022, **Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Complaint** (the "Motion to Extend") [Adv. Docket No. 94] was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").

      **PLEASE TAKE FURTHER NOTICE** that, on February 18, 2022, the **Motion to Shorten Notice Period and Schedule Hearing With Respect to the Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Complaint** (the "Motion to Shorten") [Adv. Docket No. 95] was filed with the Court.  You were previously served with a copy of the Motion to Shorten.

---

[1] The Debtors, and, where applicable, the last four digits of each of their respective taxpayer identification numbers, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

**PLEASE TAKE FURTHER NOTICE** that, on February 18, 2022, the Court entered an order granting the Motion to Shorten (the "Order Shortening Notice") [Adv. Docket No. 97], a copy of which is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, a hearing (the "Hearing") on the Motion to Extend will be held on **February 22, 2022 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice objections, if any, to the Motion to Extend may be raised at or before the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION TO EXTEND WITHOUT FURTHER NOTICE**.

Dated: February 18, 2022

**COLE SCHOTZ P.C.**

By: */s/ G. David Dean*
Norman L. Pernick (No. 2290)
G. David Dean (No. 6403)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
preilley@coleschotz.com

– and –

**SHER TREMONTE LLP**
Theresa Trzaskoma (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com

*Counsel to Lynn Tilton, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Agency Services, LLC, Patriarch Partners Management Group, LLC, Octaluna, LLC, Octaluna II, LLC, Ark II CLO 2001-1, LLC, Ark Investment Partners II, L.P., LD Investments, LLC, and Zohar Holding, LLC*