## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, OCTALUNA, LLC; OCTALUNA II, LLC, AND OCTALUNA III, LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 19-50390 |
| MBIA INC., MBIA INSURANCE CORPORATION, U.S. BANK, N.A., ALVAREZ & MARSAL ZOHAR MANAGEMENT, CREDIT VALUE PARTNERS, LP, BARDIN HILL INVESTMENT PARTNERS F/K/A HALCYON CAPITAL MANAGEMENT LP, COÖPERATIEVE RABOBANK U.A., VÄRDE PARTNERS, INC., ASCENSION ALPHA FUND LLC, ASCENSION HEALTH MASTER PENSION TRUST, CAZ HALCYON OFFSHORE STRATEGIC OPPORTUNITIES FUND, L.P., BROWN UNIVERSITY, HCN LP, HALCYON EVERSOURCE CREDIT LLC, HLF LP, HLDR FUND I NUS LP, HLDR I TE LP, HLDR FUND I UST LP, HALCYON VALLÉE BLANCHE MASTER FUND LP, BARDIN HILL EVENT-DRIVEN MASTER | |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

FUND LP, PRAETOR FUND I, A SUB
FUND OF PRAETORIUM FUND I ICAV,
HIRTLE CALLAGHAN TOTAL RETURN
OFFSHORE FUND LIMITED, HIRTLE
CALLAGHAN TOTAL RETURN
OFFSHORE FUND II LIMITED, HIRTLE
CALLAGHAN TRADING PARTNERS, L.P.,
AND THIRD SERIES OF HDML FUND I
LLC,

          Defendants.

---

ZOHAR CDO 2003-1, LIMITED; ZOHAR II
2005-1, LIMITED; and ZOHAR III,
LIMITED;  ZOHAR II 2005-1, CORP.;

          Plaintiffs,


          v.

PATRIARCH PARTNERS, LLC;
PATRIARCH PARTNERS VIII, LLC;
PATRIARCH PARTNERS XIV, LLC;
PATRIARCH PARTNERS XV, LLC;
PHOENIX VIII, LLC; OCTALUNA LLC;
OCTALUNA II LLC; OCTALUNA III LLC;
ARK II CLO 2001-1, LLC; ARK
INVESTMENT PARTNERS II, LP; ARK
ANGELS VII, LLC; PATRIARCH
PARTNERS MANAGEMENT GROUP, LLC;
PATRIARCH PARTNERS AGENCY
SERVICES, LLC; and LYNN TILTON,

          Defendants, and


180S, INC.; BLACK MOUNTAIN DOORS,
LLC; CROSCILL HOME, LLC; DURO
TEXTILES, LLC; GLOBAL AUTOMOTIVE
SYSTEMS, LLC; HERITAGE AVIATION,
LTD.; INTREPID U.S.A., INC.; IMG
HOLDINGS, INC.; JEWEL OF JANE, LLC;
MOBILE ARMORED VEHICLES, LLC;
SCAN-OPTICS, LLC; SILVERACK, LLC;

Adv. Pro. No. 20-50534

STILA STYLES, LLC; SNELLING
STAFFING, LLC; VULCAN
ENGINEERING, INC; and XPIENT
SOLUTIONS, LLC,

              Nominal Defendants.

---

MBIA INSURANCE CORPORATION,

              Plaintiff,

              v.

LYNN TILTON, PATRIARCH PARTNERS,
LLC, PATRIARCH PARTNERS VIII, LLC,
PATRIARCH PARTNERS XIV, LLC,
PATRIARCH PARTNERS XV, LLC,
PATRIARCH PARTNERS AGENCY
SERVICES, LLC, PATRIARCH PARTNERS
MANAGEMENT GROUP, LLC,
OCTALUNA, LLC, OCTALUNA II, LLC,
ARK II CLO 2001-1, LLC, ARK
INVESTMENT PARTNERS II, L.P., LD
INVESTMENTS, LLC, ZOHAR HOLDINGS,
LLC, AND ZOHAR HOLDINGS, LLC,

              Defendants.

Adv. Proceeding No. 20-50776

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on February 18, 2022, I caused a copy of the foregoing document, *Notice of Third Amended Agenda of Matters Scheduled for Hearing on February 22, 2022 at 10:00 a.m. (ET)* [Docket No. 3094/198/158/99], to be served upon the below counsel in the manner indicated below:

29114217.1

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
(Patriarch Entities)
*Email*

Randy M. Mastro, Esq.
Matt J. Williams, Esq.
Mary Beth Maloney, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY10166-0193
rmastro@gibsondunn.com
mjwilliams@gibsondunn.com
mmaloney@gibsondunn.com
(Patriarch Entities)
*Email*

Robert Klyman, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
rklyman@gibsondunn.com
(Patriarch Entities)
*Email*

Monica K. Loseman, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
mloseman@gibsondunn.com
(Patriarch Entities)
*Email*

Kenneth J. Nachbar, Esq.
Robert J. Dehney, Esq.
Megan Ward Cascio, Esq.
Matthew B. Harvey, Esq.
Lauren Neal Bennett, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
knachbar@mnat.com
rdehney@mnat.com
mcascio@mnat.com
mharvey@mnat.com
lbennett@mnat.com
(Alvarez & Marsal Zohar Management, LLC)
*Email*

Michael Carlinksy, Esq.
Jonathan E. Pickhardt, Esq.
Benjamin Finestone, Esq.
Ellison Ward Merkel, Esq.
Blair Adams, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
michaelcarlinsky@quinnemanuel.com
jonpickhardt@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
blairadams@quinnemanuel.com
(Alvarez & Marsal Zohar Management, LLC)
*Email*

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele C. Maman, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
michele.maman@cwt.com
(MBIA Insurance Company)
*Email*

Brian J. Lohan, Esq.
Ginger Clements, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III,
Limited)
*Email*

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
P.O. Box 7346
Philadelphia, PA 19101-7346
(Internal Revenue Service)
*First Class Mail*

Secretary of State
Corporations Franchise Tax
P.O. Box 898
Dover, DE 19903
(Secretary of State)
*First Class Mail*

Secretary of Treasury
Attn: Bankruptcy Department
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
(Secretary of Treasury)
*First Class Mail*

Michael B. Mukasey, Esq.
U.S. Attorney General
Department of Justice
Commerical Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001
(U.S. Attorney General)
*First Class Mail*

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
ellen.slights@usdoj.gov
(U.S. Attorney's Office)
*Email*

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549
(Securities & Exchange Commission)
secbankruptcy@sec.gov
*Email*

29114217.1

Securities & Exchange Commission
Attn: Bankruptcy Department
Brookfiled Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
(Securities & Exchange Commission)
***Email***

Delaware Attorney General
Attn: Bankruptcy Department
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(Delaware Attorney General)
***Hand Delivery***

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
brya.keilson@usdoj.gov
Richard.Schepacarter@usdoj.gov
(U.S. Trustee)
***Email***

Delaware Division of Revenue
Attn: Zillah Frampton
820 N. French Street
Wilmington, DE 19801
(Delaware Division of Revenue)
***Hand Delivery***

U.S. Bank National Association
Attn: CDO Group-Ref.: Zohar III, Limited
190 LaSalle St., 8th Floor
Chicago, IL 60603
(U.S. Bank National Association)
***First Class Mail***

John W. Weiss, Esq.
Brett D. Jaffe, Esq.
Alexander Lorenzo, Esq.
Elizabeth Buckel, Esq.
Alston & Bird LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
john.weiss@alston.com
brett.jaffe@alston.com
alexander.lorenzo@alston.com
elizabeth.buckel@alston.com
(U.S. Bank National Assocation)
***Email***

Elizabeth LaPuma, Esq.
Alvarez & Marsal Zohar Management, LLC
600 Madison Ave.
New York, NY 10022
elapuma@alvarezandmarsal.com
(Alvarez & Marsal Zohar Management, LLC)
***Email***

Alvarez & Marsal Zohar Management, LLC
Attention: General Counsel
600 Madison Ave.
New York, NY 10022
(Alvarez & Marsal Zohar Management, LLC)
***First Class Mail***

29114217.1

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055
ljones@pszjlaw.com
tcairns@pszjlaw.com
(MBIA Insurance Company)
*Email*

James D. Herschlein Esq.
Jeffrey A. Fuisz, Esq.
Erik Walsh, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10119-9710
james.herschlein@arnoldporter.com
jeffrey.fuisz@arnoldporter.com
erik.walsh@arnoldporter.com
(Certain Holders of Notes Issued by Zohar III,
Limited)
*Email*

Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
Womble Bond Dickinson  (US) LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com
(Certain Holders of Notes Issued by Zohar III,
Limited)
*Email*

Josef W. Mintz, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
mintz@blankrome.com
(Blank Rome LLP)
*Email*

Rick Antonoff, Esq.
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
rantonoff@blankrome.com
(Blank Rome LLP)
*Email*

Joseph J. Farnan, Jr., Esq.
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
farnan@farnanlaw.com
(Independent Director)
*Email*

Mark D. Collins, Esq.
Brett M. Haywood, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
haywood@rlf.com
(Ankura Trust)
*Email*

Dennis F. Dunne, Esq.
Andrew Harmeyer, Esq.
Milbank, Tweed, Hadley & McCloy LLP
55 Hudson Yards
New York, NY  10001
ddunne@milbank.com
aharmeyer@milbank.com
(Ankura Trust)
*Email*

Zachary I. Shapiro, Esq.
Brendan J. Schlauch, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
shapiro@rlf.com
schlauch@rlf.com
(Culligan)
*Email*

James H.M. Sprayregen, P.C.
Ryan B. Bennett, P.C.
Stephen C. Hackney, P.C.
Gregory F. Pesce
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
james.sprayregen@kirkland.com
ryan.bennett@kirkland.com
stephen.hackney@kirkland.com
gregory.pesce@kirkland.com
(Dura)
*Email*

Debora A. Hoehne, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
debora.hoehne@weil.com
(Culligan)
*Email*

Daniel N. Brogan, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
dbrogan@bayardlaw.com
(Dura)
*Email*

Adam J. Greene, Esq.
Steven B. Eichel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY  10022
ajg@robinsonbrog.com
se@robinsonbrog.com
(Vik Jindal)
***Email***

Theresa Trzaskoma, Esq.
Michael Tremonte, Esq.
Jennifer X. Luo, Esquire
Alexandra G. Elenowitz-Hess, Esq.
Vikram Shah, Esq.
Ryan Pollock, Esq.
Justin Gunnell, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
TTrzaskoma@shertremonte.com
mtremonte@shertremonte.com
jluo@shertremonte.com
ahess@shertremonte.com
vshah@shertremonte.com
rpollock@shertremonte.com
jgunnell@shertremonte.com
dberger@abv.com
jcraig@abv.com
lpincus@abv.com
(Patriarch Entities)
***Email***

Evelyn J. Meltzer
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Evelyn.meltzer@troutman.com
(RM Technologies, Inc.)
***Email***

Todd A. Feinsmith
Troutman Pepper Hamilton Sanders LLP 19th
Floor, High Street Tower
125 High Street
Boston, MA 02110-2736
Todd.feinsmith@troutman.com
(RM Technologies, Inc.)
***Email***

James D. Rosener
Troutman Pepper Hamilton Sanders LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
James.rosener@troutman.com
(RM Technologies, Inc.)
***Email***

John Green
Pratik Desai
Bardin Hill Investment Partners, LP
477 Madison Avenue, 8th Floor
New York, NY 10022
jgreene@bardinhill.com
pdesai@bardinhill.com
(Bardin Hilll)
***Email***

29114217.1

Jennifer V. Doran, Esq.
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02019
jdoran@hinckleyallen.com
(Brown University)
***Email***

Jeffrey M. Schlerf, Esq.
Gray Robinson, PA
1007 North Orange Street
4th Floor #127
Wilmington, DE 19801
Jeffrey.schlerf@gray-robinson.com
(Independent Director)
***Email***

| Recipient | Company | Telephone No. | Facsimile No. |
|---|---|---|---|
| Norman L. Pernick, Esq. | Cole Schotz P.C. | 302-652-2000 | 302-574-2100 |
| Randy M. Mastro, Esq. | Gibson, Dunn & Crutcher LLP | 212-351-3825 | 212-351-5219 |
| Robert Klyman, Esq. | Gibson, Dunn & Crutcher LLP | 213-229-7562 | 213-229-6562 |
| Monica K. Loseman, Esq. | Gibson, Dunn & Crutcher LLP | 303-298-5784 | 303-313-2828 |
| Kenneth J. Nachbar, Esq. | Morris, Nichols Arsht & Tunnell | 302-351-9294 | 302-422-3013 |
| Derek C. Abbott, Esq. | Morris, Nichols Arsht & Tunnell | 302-351-9357 | 302-425-4664 |
| Jonathan E. Pickhardt, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP | 212-849-7000 | 212-849-7100 |
| Jonathan M. Hoff, Esq. | Cadwalader, Wickersham & Taft LLP | 212-504-6474 | 212-504-6666 |
| Gregory M. Petrick, Esq. | Cadwalader, Wickersham & Taft LLP | 44-0-20-7170-8688 | 44-0-20-7170-8600 |
| Brian J. Lohan, Jr., Esq. | Arnold & Porter Kaye Scholern LLP | 312-583-2300 | 312-583-2360 |
| Ellen W. Slights, Esq. | U.S. Attorney's Office | 302-573-6277 | 302-573-6431 |
| Juliet M. Sarkessian, Esq. | Office of the United States Trustee | 302-573-6491 | 302-573-6497 |
| Brett D. Jaffe, Esq. | Alston & Bird LLP | 212-210-9547 | 212-210-9444 |
| Jonathan T. Edwards, Esq. | Altson & Bird LLP | 404-881-7000 | 404-253-8298 |
| James D. Herschlein | Arnold & Poreter Kaye Scholder LLP | 212-836-8655 | 212-836-8689 |
| Matthew P. Ward | Womble Bond Dickinson (US) LLP | 302-252-4320 | 302-252-4330 |
| Josef W. Mintz | Blank Rome LLP | 302-425-640 | 302-425-6464 |
| Rick Antonoff | Blank Rome LLP | 212-885-5000 | 212-885-5001 |
| Joseph J. Farnan, Jr. | Farnan LLP | 302-777-0321 | 302-777-0301 |
| Mark D. Collins, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |
| Dennis F. Dunne, Esq. | Milbank, Tweed, Hadley & McCloy LLP | 212-530-5000 | 212-530-5219 |
| Zachary I. Shapiro, Esq. | Richards, Layton & Finger, P.A. | 302-651-7700 | 302-651-7701 |

29114217.1

| | | | |
|---|---|---|---|
| Daniel Brogan | Bayard, P.A. | 302-429-4226 | 302-658-6395 |
| Regina Stango Kelbon, Esq. | Blank Rome LLP | 302-425-6400 | 302-428-5133 |
| Theresa Trzaskoma, Esq. | Sher Tremonte LLP | 212-202-2600 | 212-202-4156 |
| Jennifer V. Doran, Esq. | Hinckley, Allen & Snyder LLP | 617-345-9000 | 617-345-9020 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29114217.1