# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Zohar III, Corp., *et al.*,<br>　　　　　　Debtors. | Chapter 11<br>Case No. 18-10512 (KBO)<br>Jointly Administered |
| MBIA INSURANCE CORPORATION,<br>　　　　　　Plaintiff,<br>　　　　-against-<br>LYNN TILTON, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS VIII, LLC, PATRIARCH PARTNERS XIV, LLC, PATRIARCH PARTNERS XV, LLC, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, OCTALUNA, LLC, OCTALUNA II, LLC, ARK II CLO 2001-1, LLC, ARK INVESTMENT PARTNERS II, L.P., LD INVESTMENTS, LLC, ZOHAR HOLDING, LLC, and ZOHAR HOLDINGS, LLC,<br>　　　　　　Defendants. | Adversary No. 20-50776 (KBO)<br><br>**Re: Adv. Docket No. 101** |

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on February 22, 2022, I caused a true and correct copy of **Order Granting Patriarch Defendants' Motion to Extend Time to Answer or Otherwise Respond to the Second Amended Complaint** to be served via electronic mail on the parties listed on the attached service list.

Dated: February 22, 2022　　　　　　**COLE SCHOTZ P.C.**

　　　　　　　　　　　　　　　　　　*/s/ G. David Dean*
　　　　　　　　　　　　　　　　　　G. David Dean (No. 6403)
　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 652-3131
　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-3117
　　　　　　　　　　　　　　　　　　Email: ddean@coleschotz.com

　　　　　　　　　　　　　　　　　　*Counsel to Patriarch Defendants*

**SERVICE LIST**

James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Shane Reil, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Juliet M. Sarkessian, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Laura Davis Jones, Esq.
Timothy Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-87055

Gregory M. Petrick, Esq.
Jonathan M. Hoff, Esq.
Ingrid Bagby, Esq.
Michele Mamon, Esq.
Sean F. O'Shea, Esq.
Michael E. Petrella, Esq.
Joshua P. Arnold, Esq.
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281