# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> Zohar III, Corp., <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 18-10512 (KBO) |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A, <br><br> Plaintiff, <br><br> -against- <br><br> PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PHOENIX VIII, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III, LLC ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, LP; ARK ANGELS VIII, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; and LYNN TILTON, <br><br> Defendants, and <br><br> 180S, INC.; GLOBAL AUTOMOTIVE SYSTEMS, LLC; INTREPID U.S.A., INC., IMG HOLDINGS, INC.; SCAN-OPTICS, LLC; STILA STYLES, LLC; SNELLING | Adv. Pro. No. 20-50534 (KBO) |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp., (9612). The Debtor's address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1 Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9621) (Case No. 18-10515); Zohar II 2005-1. Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

| | |
|---|---|
| STAFFING, LLC; AND VULCAN ENGINEERING, CO.,<br><br>      Nominal Defendants. | |
| PATRIARCH PARTNERS VIII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; PATRIARCH PARTNERS, LLC,<br><br>      Counterclaim and Third-Party Claimants,<br><br>-against-<br><br>ZOHAR CDO 2003-1, LIMITED; ZOHAR CDO 2003-1, CORP., ZOHAR II 2005-1, LIMITED; ZOHAR II 2005-1, CORP.; ZOHAR III, LIMITED; ZOHAR III, CORP.,<br><br>      Counterclaim and Third-Party Defendants. | |
| DAVID DUNN, as Litigation Trustee for Zohar Litigation Trust-A,<br><br>    Plaintiff,<br><br>-against-<br><br>LYNN TILTON; PATRIARCH PARTNERS, LLC; PATRIARCH PARTNERS VII, LLC; PATRIARCH PARTNERS XIV, LLC; PATRIARCH PARTNERS XV, LLC; PATRIARCH PARTNERS AGENCY SERVICES, LLC; PATRIARCH PARTNERS MANAGEMENT GROUP; OCTALUNA LLC; OCTALUNA II LLC; OCTALUNA III, LLC ARK II CLO 2001-1, LIMITED; ARK INVESTMENT PARTNERS II, L.P.; LD INVESTMENTS, LLC; ZOHAR | Adv. Pro. No. 20-50776 (KBO) |

2

| | |
|---|---|
| HOLDING, LLC, AND ZOHAR HOLDINGS, LLC,<br><br>            Defendants. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP hereby enters its appearance (the "Notice of Appearance") in the above-captioned adversary proceedings (the "Adversary Proceedings") as counsel to Anchin, Block & Anchin LLP ("Anchin"), pursuant to Section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). McDermott Will & Emery LLP hereby requests that copies of any and all notices and papers filed or entered in these Adversary Proceedings be given to and served upon the following:

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP<br>Maris J. Kandestin<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 485-3900<br>Fax: (302) 351-8711<br>E-mail: mkandestin@mwe.com | MCDERMOTT WILL & EMERY LLP<br>Seth Friedman<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br>Fax: (212) 547-5444<br>E-mail: sfriedman@mwe.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned Adversary Proceedings entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these Adversary Proceedings or any case, controversy, or proceeding related to these Adversary Proceedings, (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defences, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defences, setoffs, and recoupments against a debtor or any other entity either in these Adversary Proceedings or in any other action are expressly reserved.

| | |
|---|---|
| Dated: March 30, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Maris J. Kandestin*<br>Maris J. Kandestin (No. 5294)<br>The Nemours Building<br>1007 North Orange Street, 10th Floor<br>Wilmington, Delaware 19801<br>Telephone:   (302) 485-3900<br>Facsimile:    (302) 351-8711<br>Email:          mkandestin@mwe.com<br><br>*- and -*<br><br>Seth Friedman (No. 6485)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone:   (212) 547-5400<br>Facsimile:    (212) 547-5444<br>Email:          sfriedman@mwe.com<br><br>*Counsel to Anchin, Block & Anchin LLP* |