IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*¹,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>Re: D.I. No. 301 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      ) SS
COUNTY OF NEW CASTLE  )

    Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC in the above-captioned cases, and that on the 16th day of March, 2022, she caused copies of the Notice of Appeal [D.I. 301] to be served upon the parties listed on the attached service list via electronic mail:

*/s/ Stephanie MacDonald*
Stephanie MacDonald

Sworn to and subscribed before me this 17th day of March, 2022.

Notary Public _____

My Commission Expires: July 2, 2022

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

## SERVICE LIST

Laura Davis Jones, Esquire
Timothy P., Esquire
Mary F. Caloway, Esquire
PACHULSKI STANG ZIEHL
& JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
ljones@pszjlaw.com
tcairns@pszjlaw.com
mcaloway@pszjlaw.com

David F. Cook, Esquire
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
david.f.cook@dentons.com

Michael J. Merchant, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
merchant@rlf.com
madron@rlf.com

Samuel R. Maizel, Esquire
Tania M. Moyron, Esquire
Malka S. Zeefe, Esquire
DENTONS US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA 90017
samuel.maizel@dentons.com
tania.moyron@dentons.com
malka.zeefe@dentons.com

David L. Buchbinder, Esquire
OFFICE OF THE U.S. TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov

Zachary H. Smith, Esquire
Gabriel L. Mathless, Esquire
Stephen E. Gruendel, Esquire
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
zacharysmith@mvalaw.com
gabrielmathless@mvalaw.com
stevegruendel@mvalaw.com