IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
AGSPRING MISSISSIPPI REGION, LLC, *et al.*, : Case No. 21-11238 (CTG)
:
Debtors.[1] : (Jointly Administered)
:
: **Re: D.I. 309**
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that, on March 17, 2022, I caused a copy of the *Secured Lenders' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay* [D.I. 309] to be served upon the parties on the attached service list in the method indicated thereon.

      */s/ Jason M. Madron*
      Jason M. Madron (No. 4431)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain and Chemical Corporation (7831). The Debtors' mailing address is 5101 College Blvd., Leawood, KS 66211.

RLF1 27017093v.1

*Service List (Redacted)*

*Via Email*

(*Counsel to the Debtors*)
Laura Davis Jones, Esquire Timothy P. Cairns, Esquire
Mary Caloway, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Email: ljones@pszjlaw.com;
tcairns@pszjlaw.com;
mcaloway@pszjlaw.com

(*Counsel to the Debtors*)
Samue lR. Maizel, Esquire
Tania M. Moyron, Esquire
Dentons US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Email:  samuel.maizel@dentons.com;
tania.moyron@dentons.com

(*Counsel to the Debtors*)
David F. Cook
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
Email: david.f.cook@dentons.com

(*US Trustee*)
David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Lockbox # 35
Wilmington, DE  19801
Email:  david.l.buchbinder@usdoj.gov

(*State Attorney General*)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
Email:  attorney.general@delaware.gov

Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
Email:  FASNotify@delaware.gov

(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
Email:  usade.ecfbankruptcy@usdoj.gov

Chirstopher P. Simon
Michael L. Vild
CROSS & SIMON, LLC
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
Email: csimon@crosslaw.com
mvild@crosslaw.com

1

J. E. Cullens, Jr.,
Andrée M. Cullens
WALTERS, PAPILLION, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg.
1 Baton Rouge, LA 70810
Email: cullens@lawbr.net
acullens@lawbr.net

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Email: sterbcow@lksalaw.com

State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903) Dover, DE    19901
Email: DOSDOC_Bankruptcy@state.de.us

Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
Email:  statetreasurer@state.de.us

Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
Email:  SECBankruptcy-OGCADO@SEC.GOV

Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
Email:  philadelphia@sec.gov

Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281
Email:  bankruptcynoticeschr@sec.gov;

NYROBankruptcy@SEC.GOV
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005
Email:  efile@pbgc.gov

(*Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC, and US Bank National Association, as Administrative Agent*)
Michael J. Merchant Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email: Merchant@rlf.com;
Madron@rlf.com

(*Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC*)
Zachary H. Smith
Gabriel L. Mathless
Stephen E. Gruendel
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Email: zacharysmith@mvalaw.com;
gabrielmathless@mvalaw.com;
stevegruendel@mvalaw.com

2

*Service List (Redacted)*

*Via Email*

(*Counsel to US Bank National Association, as Administrative Agent*)
Gregg S. Bateman
Catherine LoTempio
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY  10004
Email: bateman@sewkis.com;
lotempio@sewkis.com

(*Top Creditor*)
Costello Farms LLC
Attn:  Johnny and Sandy Costello
3063 Hwy 586
Oak Grove, LA  71263
Email:  jhcj56@hotmail.com

(*Top Creditor*)
Harris Law Firm PPLC – Trust Account
Attn: Noel Harris
PO Box 266
Greenville, MS  38702
Email:  nh@harrislawfirm.com

(*Top Creditor*)
Maslon LLP
Attn:  Rikke Derrsen-Morice 3300 Wells Fargo Center 90 South Seventh St.
Minneapolis, MN  55402
Email:  rikke.morice@maslon.com

(*Top Creditor*)
Howie Farms Trucking LLC
Attn: Richard Howie
2690 Highway 139
Monroe, LA  71203
Email:  howierichard@ymail.com

(*Top Creditor*)
Ann Johnson
REDACTED

(*Top Creditor*)
Ty & Laura Rogers c/o Lindy
REDACTED

(*Top Creditor*)
Gabriel Swarek
REDACTED

(*Top Creditor*)
Niki Johnson
REDACTED

 (*Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.*)
Gregory W. Werkheiser, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
1313 Delaware Avenue, Suite 1201
Wilmington, DE  19801
Email: gwerkheiser@beneschlaw.com

(*Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.*)
 Mark A. Mintz, Esq.
Madison M. Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
Email:  mmintz@joneswalker.com;
mtucker@joneswalker.com

3

| | |
|---|---|
| (*Counsel to Greenfield Grain, LLC*)<br>Marc J. Carmel, Esq.<br>McDonald Hopkins LLC<br>300 N. LaSalle Street, Suite 1400<br>Chicago, IL  60654<br>Email: mcarmel@mcdonaldhopkins.com | (*Counsel to Greenfield Grain, LLC*)<br>Andrew L. Magaziner (No. 5426)<br>Young Conaway Stargatt & Taylor, LLP<br>1000 N. King Street<br>Wilmington, DE  19801<br>Email: amagaziner@ycst.com;<br>bankfilings@ycst.com |
| (*Counsel to Greenfield Grain, LLC*)<br>Michael J. Kaczka, Esq.<br>600 Superior Avenue, East, Suite 2100<br>Cleveland, OH  44114<br>Email: mkaczka@mcdonaldhopkins.com | |

4