IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Agspring Mississippi Region, LLC, et al

Larry Tubbs, et al

        Appellants,

v.

Agspring Mississippi Region, LLC

        Appellee,

Civil Action No. 22-cv-338

Bankruptcy Case No. 21-11238
Bankruptcy BAP No. 21-26

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated March 10, 2022 was docketed in the District Court on March 17, 2022.

**Order (I) Extending the Debtors' Authorized Use of Cash Collateral; (II) Authorizing Payment to Term Lenders; And (III) Granting Related Relief**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

        John A. Cerino
        Clerk of Court

Date:  March 17, 2022
CC:    U.S. Bankruptcy Court
        Counsels via CM/ECF