**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 321, 322** |

**CERTIFICATE OF SERVICE**

I, Mary F. Caloway, hereby certify that on the 23rd day of March, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Debtors' (I) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; and (II) Request That Parties Be Referred to Mediation [Docket No. 321]**

**Declaration of Kyle Sturgeon in Support of Debtors' (I) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; (II) Request That Parties Be Referred to Mediation [Docket No. 322]**

*/s/ Mary F. Caloway*
Mary F. Caloway (DE Bar No. 3059)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

Agspring Mississippi Region, LLC 2002
Service List FCM
Case No. 21-11238 (CTG)
Document No. 236037
15 – First Class Mail
44 – Electronic Mail

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mary Caloway, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  ljones@pszjlaw.com;
tcairns@pszjlaw.com;
mcaloway@pszjlaw.com**

*FIRST CLASS MAIL*
(Debtor)
Agspring Mississippi Region, LLC
5101 College Boulevard
Leawood, KS 66211

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
(Top Creditor)
J&L Farms Partnership
c/o John Ross
1424 Hwy 138E
Tillar, AR  71670

*FIRST CLASS MAIL*
(Top Creditor)
Donald and Dawn Myers
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
George Allen Robinson
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Stewart & Jamie Machen
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Larry Tubbs
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

*FIRST CLASS MAIL*
(Top Creditor)
Tubbs Rice Dryers, Inc.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

*FIRST CLASS MAIL*
(Top Creditor)
Chief Ventures, L.L.C.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

*FIRST CLASS MAIL*
(Top Creditor)
Big River Grain
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

2

*FIRST CLASS MAIL*
(Top Creditor)
CGB Enterprises
Jonathan H. Sandoz – General Counsel
1127 Highway 190
East Service Road
Covington, LA  70433

*FIRST CLASS MAIL*
Arkansas Secretary of State
Attn: John Thurston
State Capitol
500 Woodlane Avenue, Suite 256
Little Rock, AR  72201

*FIRST CLASS MAIL*
Louisiana Secretary of State
Attn: R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, LA  70809

*FIRST CLASS MAIL*
(United States Attorney General)
Merrick Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001

*ELECTRONIC MAIL*
(Counsel to the Debtors)
Samuel R. Maizel, Esquire
Tania M. Moyron, Esquire
Dentons US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
**Email:   samuel.maizel@dentons.com;
tania.moyron@dentons.com**

*ELECTRONIC MAIL*
(Counsel to the Debtors)
David F. Cook
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
**Email: david.f.cook@dentons.com**

*ELECTRONIC MAIL*
(US Trustee)
David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Lockbox # 35
Wilmington, DE  19801
**Email:   david.l.buchbinder@usdoj.gov**

*ELECTRONIC MAIL*
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:   attorney.general@delaware.gov**

*ELECTRONIC MAIL*
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:   FASNotify@delaware.gov**

*ELECTRONIC MAIL*
United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:   usade.ecfbankruptcy@usdoj.gov**

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901
**Email: DOSDOC_Bankruptcy@state.de.us**

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554
**Email: SECBankruptcy-OGC-ADO@SEC.GOV**

*ELECTRONIC MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

*ELECTRONIC MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281
**Email: bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
**Email: efile@pbgc.gov**

*ELECTRONIC MAIL*
(Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC, and US Bank National Association, as Administrative Agent)
Michael J. Merchant
Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: Merchant@rlf.com; Madron@rlf.com**

*ELECTRONIC MAIL*
(Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC)
Zachary H. Smith
Gabriel L. Mathless
Stephen E. Gruendel
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
**Email: zacharysmith@mvalaw.com; gabrielmathless@mvalaw.com; stevegruendel@mvalaw.com**

*ELECTRONIC MAIL*
(Counsel to US Bank National Association, as Administrative Agent)
Gregg S. Bateman
Catherine LoTempio
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Email: bateman@sewkis.com; lotempio@sewkis.com

***ELECTRONIC MAIL***
(Top Creditor)
Costello Farms LLC
Attn: Johnny and Sandy Costello
3063 Hwy 586
Oak Grove, LA  71263
**Email:  jhcj56@hotmail.com**

***ELECTRONIC MAIL***
(Top Creditor)
Harris Law Firm PPLC – Trust Account
Attn: Noel Harris
PO Box 266
Greenville, MS  38702
**Email:  nh@harrislawfirm.com**

***ELECTRONIC MAIL***
(Top Creditor)
Maslon LLP
Attn: Rikke Derrsen-Morice
3300 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN  55402
**Email:  rikke.morice@maslon.com**

***ELECTRONIC MAIL***
(Top Creditor)
Howie Farms Trucking LLC
Attn: Richard Howie
2690 Highway 139
Monroe, LA  71203
**Email:  howierichard@ymail.com**

***ELECTRONIC MAIL***
(Top Creditor)
Ann Johnson
REDACTED

***ELECTRONIC MAIL***
(Top Creditor)
Ty & Laura Rogers
c/o Lindy
REDACTED

***ELECTRONIC MAIL***
(Top Creditor)
Gabriel Swarek
REDACTED

***ELECTRONIC MAIL***
(Top Creditor)
Niki Johnson
REDACTED

***ELECTRONIC MAIL***
*(Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.)*
Gregory W. Werkheiser, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
1313 Delaware Avenue, Suite 1201
Wilmington, DE  19801
Email: gwerkheiser@beneschlaw.com

***ELECTRONIC MAIL***
*(Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.)*
Mark A. Mintz, Esq.
Madison M. Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
Email:  mmintz@joneswalker.com; mtucker@joneswalker.com

***ELECTRONIC MAIL***
*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
J. E. Cullens, Jr., Esq.
Andrée M. Cullens, Esq.
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. 1
Baton Rouge, LA  70810
Email:  cullens@lawbr.net; acullens@lawbr.net

4

***ELECTRONIC MAIL***
*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
Paul M. Sterbcow, Esq.
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Email:  sterbcow@lksalaw.com

***ELECTRONIC MAIL***
*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
Christopher P. Simon, Esq.
Michael L. Vild, Esq.
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801
Email:  csimon@crosslaw.com;
mvild@crosslaw.com

***ELECTRONIC MAIL***
(Counsel to Greenfield Grain, LLC)
Marc J. Carmel, Esq.
McDonald Hopkins LLC
300 N. LaSalle Street, Suite 1400
Chicago, IL  60654
Email: mcarmel@mcdonaldhopkins.com

***ELECTRONIC MAIL***
(Counsel to Greenfield Grain, LLC)
Michael J. Kaczka, Esq.
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Email: mkaczka@mcdonaldhopkins.com

***ELECTRONIC MAIL***
(Counsel to Greenfield Grain, LLC)
Andrew L. Magaziner (No. 5426)
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE  19801
Email: amagaziner@ycst.com;
bankfilings@ycst.com