**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**AGSPRING MISSISSIPPI REGION, LLC,** *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 309** |

**AFFIDAVIT OF SERVICE OF BRITTANY HAMBLETON OF PARCELS, INC. REGARDING "SECURED LENDERS' PRELIMINARY OBJECTION TO MOTION OF LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG RIVER GRAIN, LLC FOR RELIEF FROM THE AUTOMATIC STAY" [D.I. 309]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.



# Affidavit of Service

Firm: __Richards Layton & Finger__    Reference No. __220032__

I, __Brittany Hambleton__, declare as follows:
(**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), __(#309) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, LLC and Big River Grain, LLC for Relief from Automatic Stay__, in the following case, __Agspring Mississippi Region, LLC; 21-11238__, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| ✓ | 39 | First Class Mail (See attached) |
| ☐ | | Priority Mail |
| ☐ | | Express Mail |
| ☐ | | International Mail |
| ☐ | | Federal Express |
| ✓ | 9 | Hand Delivery (See attached) |
| ☐ | | Email |
| ☐ | | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on __March 17, 2022__ in Wilmington, DE.

__Brittany Hambleton__ Parcels, Inc., Representative.
(**Employee** Signature)

*Service List (Redacted)*

*Local – Via Hand Delivery /  Non-Local – Via First Class Mail*

(*Counsel to the Debtors*)
Laura Davis Jones, Esquire Timothy P. Cairns, Esquire
Mary Caloway, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Email:  ljones@pszjlaw.com;
tcairns@pszjlaw.com;
mcaloway@pszjlaw.com

(*Debtor*)
Agspring Mississippi Region, LLC
5101 College Boulevard
Leawood, KS 66211

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA  19101

Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

(*Top Creditor*)
J&L Farms Partnership
c/o John Ross
1424 Hwy 138E
Tillar, AR  71670

(*Top Creditor*)
Donald and Dawn Myers
REDACTED

(*Top Creditor*)
George Allen Robinson
REDACTED

(*Top Creditor*)
Stewart & Jamie Machen
REDACTED

(*Top Creditor*)
Larry Tubbs
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

(*Top Creditor*)
Tubbs Rice Dryers, Inc.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

(*Top Creditor*)
Chief Ventures, L.L.C.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

(*Top Creditor*)
Big River Grain
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

(*Top Creditor*)
CGB Enterprises
Jonathan H. Sandoz – General Counsel
1127 Highway 190
East Service Road
Covington, LA  70433

Arkansas Secretary of State
Attn: John Thurston
State Capitol
500 Woodlane Avenue, Suite 256
Little Rock, AR  72201

1

Louisiana Secretary of State
Attn: R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, LA  70809

(*United States Attorney General*)
Merrick Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001

 (*Counsel to the Debtors*)
SamuelR. Maizel, Esquire
Tania M. Moyron, Esquire
Dentons US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Email:  samuel.maizel@dentons.com;
tania.moyron@dentons.com

(*Counsel to the Debtors*)
David F. Cook
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
Email: david.f.cook@dentons.com

 (*US Trustee*)
David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Lockbox # 35
Wilmington, DE  19801
Email:  david.l.buchbinder@usdoj.gov

(*State Attorney General*)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
Email:  attorney.general@delaware.gov

Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
Email:  FASNotify@delaware.gov

(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
Email:  usade.ecfbankruptcy@usdoj.gov

Chirstopher P. Simon
Michael L. Vild
CROSS & SIMON, LLC
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
Email: csimon@crosslaw.com
mvild@crosslaw.com

J. E. Cullens, Jr.,
Andrée M. Cullens
WALTERS, PAPILLION, THOMAS, CULLENS, LLC
12345 Perkins Road, Bldg.
1 Baton Rouge, LA 70810
Email: cullens@lawbr.net
acullens@lawbr.net

2

*Service List (Redacted)*

*Local – Via Hand Delivery / Non-Local – Via First Class Mail*

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Email: sterbcow@lksalaw.com

State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903) Dover, DE 19901
Email: DOSDOC_Bankruptcy@state.de.us

Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
Email: statetreasurer@state.de.us

Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554
Email: SECBankruptcy-OGCADO@SEC.GOV

Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
Email: philadelphia@sec.gov

Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281
Email: bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV

Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005
Email: efile@pbgc.gov

(*Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC, and US Bank National Association, as Administrative Agent*)
Michael J. Merchant Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Email: Merchant@rlf.com; Madron@rlf.com

(*Counsel to Secured Lenders LVS II SPE XVIII LLC and HVS V LLC*)
Zachary H. Smith
Gabriel L. Mathless
Stephen E. Gruendel
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Email: zacharysmith@mvalaw.com; gabrielmathless@mvalaw.com; stevegruendel@mvalaw.com

3

(*Counsel to US Bank National Association, as Administrative Agent*)
Gregg S. Bateman
Catherine LoTempio
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY  10004
Email: bateman@sewkis.com;
lotempio@sewkis.com

(*Top Creditor*)
Costello Farms LLC
Attn:  Johnny and Sandy Costello
3063 Hwy 586
Oak Grove, LA  71263
Email:  jhcj56@hotmail.com

(*Top Creditor*)
Harris Law Firm PPLC – Trust Account
Attn: Noel Harris
PO Box 266
Greenville, MS  38702
Email:  nh@harrislawfirm.com

(*Top Creditor*)
Maslon LLP
Attn:  Rikke Derrsen-Morice 3300 Wells Fargo Center 90 South Seventh St.
Minneapolis, MN  55402
Email:  rikke.morice@maslon.com

(*Top Creditor*)
Howie Farms Trucking LLC
Attn: Richard Howie
2690 Highway 139
Monroe, LA  71203
Email:  howierichard@ymail.com

(*Top Creditor*)
Ann Johnson
REDACTED

(*Top Creditor*)
Ty & Laura Rogers c/o Lindy
REDACTED

(*Top Creditor*)
Gabriel Swarek
REDACTED

(*Top Creditor*)
Niki Johnson
REDACTED

 (*Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.*)
Gregory W. Werkheiser, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
1313 Delaware Avenue, Suite 1201
Wilmington, DE  19801
Email: gwerkheiser@beneschlaw.com

(*Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.*)
 Mark A. Mintz, Esq.
Madison M. Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
Email:  mmintz@joneswalker.com;
mtucker@joneswalker.com

(*Counsel to Greenfield Grain, LLC*)
Marc J. Carmel, Esq.
McDonald Hopkins LLC
300 N. LaSalle Street, Suite 1400
Chicago, IL  60654
Email: mcarmel@mcdonaldhopkins.com

(*Counsel to Greenfield Grain, LLC*)
Michael J. Kaczka, Esq.
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Email: mkaczka@mcdonaldhopkins.com

4

*Service List (Redacted)*

*Local – Via Hand Delivery / Non-Local – Via First Class Mail*

(*Counsel to Greenfield Grain, LLC*)
Andrew L. Magaziner (No. 5426)
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE  19801
Email: amagaziner@ycst.com;
bankfilings@ycst.com