**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, | ) | |
| LLC, *et al.*,[1] | ) | Case No. 21-11238 (CTG) |
| Debtors. | ) | |
| | ) | (Jointly Administered |
| | ) | |
| | ) | Re: D.I. 310 |
| | ) | |
| | ) | |
| | ) | |
| LVS II SPE XVIII LLC and HVS V | ) | Adversary Proceeding |
| LLC, | ) | No. 22-50235 (CTG) |
| Plaintiffs, | ) | |
| vs. | ) | Re: Adv. D.I. 1 |
| LARRY TUBBS, TUBBS RICE | ) | |
| DRYERS, INC., CHIEF VENTURES, | ) | |
| L.L.C., and BIG RIVER GRAIN, | ) | |
| LLC, | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE OF BRITTANY HAMBLETON OF PARCELS, INC.**
**REGARDING "ADVERSARY PROCEEDING COMPLAINT" [D.I. 310; ADV. D.I. 1]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

RLF1 27071586V.1



# Affidavit of Service

Firm: **Richards Layton & Finger**    Reference No. **220032**

I, **Brittany Hambleton**, declare as follows:
(**Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), **Adversary Proceeding Complaint (#310)**, in the following case, **Agspring Mississippi Region, LLC; 22-50235 (21-11238)**, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

☑    **2**    First Class Mail

Paul M. Sterbcow, Esq.  
Lewis, Kullman, Sterbcow & Abramson, LLC  
601 Poydras Street, Suite 2615  
New Orleans, LA 70130

J. E. Cullens, Jr., Esquire  
Andrée M. Cullens, Esquire  
WALTERS, PAPILLION, THOMAS, CULLENS, LLC  
12345 Perkins Road, Bldg. 1  
Baton Rouge, LA 70810

☑    **1**    Hand Delivery

Christopher P. Simon, Esq., Michael L. Vild, Esq.  
Cross & Simon, LLC  
1105 N. Market Street, Suite 901  
Wilmington, DE 19801

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on **March 17, 2022** in Wilmington, DE.

*Brittany Hambleton*    Parcels, Inc., Representative.
(*Employee Signature*)