# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*, | Case No. 21-11238 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 331 |

**ORDER GRANTING MOTION OF LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG RIVER GRAIN, LLC FOR LEAVE TO FILE LATE REPLY TO (A) SECURED LENDERS' PRELIMINARY OBJECTION TO MOTION OF LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG RIVER GRAIN, LLC FOR RELIEF FROM THE AUTOMATIC STAY AND (B) DEBTORS' (I) PRELIMINARY OBJECTION TO MOTION OF LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C. AND BIG RIVER GRAIN, LLC FOR RELIEF FROM THE AUTOMATIC STAY; AND (II) REQUEST THAT PARTIES BE REFERRED TO MEDIATION**

Upon consideration of the Tubbs Parties' Motion for Leave[1], it is hereby ordered that:

1. The Motion for Leave is GRANTED.

2. The Tubbs Parties are permitted to file replies to the Objections.

**Dated: March 29th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion for Leave.