**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, [1] | Case No. 21-11238 (CTG) (Jointly Administered) |
| Debtors. | **Related to Docket No. 338** |

**CERTIFICATE OF SERVICE**

I, Mary F. Caloway, hereby certify that on the 28th day of March, 2022, I caused

a copy of the following document(s) to be served on the individual(s) on the attached service

list(s) in the manner indicated:

> **Notice of Debtors' Motion for Entry of an Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief;**
>
> **Debtors' Motion for Entry of an Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief;**
>
> **Exhibits A through E.**

/s/ Mary F. Caloway
Mary F. Caloway (DE Bar No. 3059)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

Agspring Mississippi Region, LLC 2002
Service List FCM
Case No. 21-11238 (CTG)
Document No. 236037
15 – First Class Mail
44 – Electronic Mail


(Counsel to the Debtors)
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Mary Caloway, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  ljones@pszjlaw.com;**
**tcairns@pszjlaw.com;**
**mcaloway@pszjlaw.com**

*FIRST CLASS MAIL*
(Debtor)
Agspring Mississippi Region, LLC
5101 College Boulevard
Leawood, KS 66211

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
(Top Creditor)
J&L Farms Partnership
c/o John Ross
1424 Hwy 138E
Tillar, AR  71670

*FIRST CLASS MAIL*
(Top Creditor)
Donald and Dawn Myers
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
George Allen Robinson
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Stewart & Jamie Machen
REDACTED

*FIRST CLASS MAIL*
(Top Creditor)
Larry Tubbs
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

*FIRST CLASS MAIL*
(Top Creditor)
Tubbs Rice Dryers, Inc.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

*FIRST CLASS MAIL*
(Top Creditor)
Chief Ventures, L.L.C.
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

*FIRST CLASS MAIL*
(Top Creditor)
Big River Grain
c/o Larry G. Tubbs
PO Box 38
Pioneer, LA  71266

DOCS_DE:236037.1

**FIRST CLASS MAIL**
(Top Creditor)
CGB Enterprises
Jonathan H. Sandoz – General Counsel
1127 Highway 190
East Service Road
Covington, LA  70433

**FIRST CLASS MAIL**
Arkansas Secretary of State
Attn: John Thurston
State Capitol
500 Woodlane Avenue, Suite 256
Little Rock, AR  72201

**FIRST CLASS MAIL**
Louisiana Secretary of State
Attn: R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, LA  70809

**FIRST CLASS MAIL**
(United States Attorney General)
Merrick Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001

**ELECTRONIC MAIL**
(Counsel to the Debtors)
Samuel R. Maizel, Esquire
Tania M. Moyron, Esquire
Dentons US LLP
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
**Email:   samuel.maizel@dentons.com;
tania.moyron@dentons.com**

**ELECTRONIC MAIL**
(Counsel to the Debtors)
David F. Cook
Dentons US LLP
1900 K Street, NW
Washington, DC  20006
**Email: david.f.cook@dentons.com**

**ELECTRONIC MAIL**
(US Trustee)
David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Lockbox # 35
Wilmington, DE  19801
**Email:  david.l.buchbinder@usdoj.gov**

**ELECTRONIC MAIL**
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

**ELECTRONIC MAIL**
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**

**ELECTRONIC MAIL**
United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

2

**ELECTRONIC MAIL**
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:**
**DOSDOC_Bankruptcy@state.de.us**

**ELECTRONIC MAIL**
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

**ELECTRONIC MAIL**
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

**ELECTRONIC MAIL**
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

**ELECTRONIC MAIL**
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281
**Email:  bankruptcynoticeschr@sec.gov;**
**NYROBankruptcy@SEC.GOV**

**ELECTRONIC MAIL**
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005
**Email:  efile@pbgc.gov**

**ELECTRONIC MAIL**
(Counsel to Secured Lenders LVS II SPE
XVIII LLC and HVS V LLC, and US Bank
National Association, as Administrative
Agent)
Michael J. Merchant
Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
**Email: Merchant@rlf.com;**
**Madron@rlf.com**

**ELECTRONIC MAIL**
(Counsel to Secured Lenders LVS II SPE
XVIII LLC and HVS V LLC)
Zachary H. Smith
Gabriel L. Mathless
Stephen E. Gruendel
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
**Email: zacharysmith@mvalaw.com;**
**gabrielmathless@mvalaw.com;**
**stevegruendel@mvalaw.com**

**ELECTRONIC MAIL**
(Counsel to US Bank National Association,
as Administrative Agent)
Gregg S. Bateman
Catherine LoTempio
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY  10004
Email: bateman@sewkis.com;
lotempio@sewkis.com

3

*ELECTRONIC MAIL*
(Top Creditor)
Costello Farms LLC
Attn:  Johnny and Sandy Costello
3063 Hwy 586
Oak Grove, LA  71263
**Email:  jhcj56@hotmail.com**

*ELECTRONIC MAIL*
(Top Creditor)
Harris Law Firm PPLC – Trust Account
Attn: Noel Harris
PO Box 266
Greenville, MS  38702
**Email:  nh@harrislawfirm.com**

*ELECTRONIC MAIL*
(Top Creditor)
Maslon LLP
Attn:  Rikke Derrsen-Morice
3300 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN  55402
**Email:  rikke.morice@maslon.com**

*ELECTRONIC MAIL*
(Top Creditor)
Howie Farms Trucking LLC
Attn: Richard Howie
2690 Highway 139
Monroe, LA  71203
**Email:  howierichard@ymail.com**

*ELECTRONIC MAIL*
(Top Creditor)
Ann Johnson
REDACTED

*ELECTRONIC MAIL*
(Top Creditor)
Ty & Laura Rogers
c/o Lindy
REDACTED

*ELECTRONIC MAIL*
(Top Creditor)
Gabriel Swarek
REDACTED

*ELECTRONIC MAIL*
(Top Creditor)
Niki Johnson
REDACTED

*ELECTRONIC MAIL*
*(Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.)*
Gregory W. Werkheiser, Esq
Benesch, Friedlander, Coplan & Aronoff LLP
1313 Delaware Avenue, Suite 1201
Wilmington, DE  19801
Email: gwerkheiser@beneschlaw.com

*ELECTRONIC MAIL*
*(Counsel for CGB Enterprises, Inc. and Consolidated Grain and Barge Co.)*
Mark A. Mintz, Esq.
Madison M. Tucker, Esq.
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, LA  70170-5100
Email:  mmintz@joneswalker.com;
mtucker@joneswalker.com

*ELECTRONIC MAIL*
*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
J. E. Cullens, Jr., Esq.
Andrée M. Cullens, Esq.
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. 1
Baton Rouge, LA  70810
Email:  cullens@lawbr.net;
acullens@lawbr.net

4

**ELECTRONIC MAIL**

*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
Paul M. Sterbcow, Esq.
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Email:  sterbcow@lksalaw.com

**ELECTRONIC MAIL**

*(Counsel to Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC)*
Christopher P. Simon, Esq.
Michael L. Vild, Esq.
Cross & Simon, LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801
Email:  csimon@crosslaw.com;
mvild@crosslaw.com

**ELECTRONIC MAIL**

(Counsel to Greenfield Grain, LLC)
Marc J. Carmel, Esq.
McDonald Hopkins LLC
300 N. LaSalle Street, Suite 1400
Chicago, IL  60654
Email: mcarmel@mcdonaldhopkins.com

**ELECTRONIC MAIL**

(Counsel to Greenfield Grain, LLC)
Michael J. Kaczka, Esq.
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
Email: mkaczka@mcdonaldhopkins.com

**ELECTRONIC MAIL**

(Counsel to Greenfield Grain, LLC)
Andrew L. Magaziner (No. 5426)
Young Conaway Stargatt & Taylor, LLP
1000 N. King Street
Wilmington, DE  19801
Email: amagaziner@ycst.com;
bankfilings@ycst.com

DOCS_DE:236037.1