21-11238 Agspring Mississipi Region, LLC
3/30/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Andrée | Cullens | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | WALTERS, PAPILLION, THOMAS, CULLENS, LLC |
| Christopher | Simon | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | Cross & Simon, LLC |
| Laura Davis | Jones | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Mary | Caloway | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Tania | Moyron | Debtors | Dentons US LLP |
| Samuel | Maizel | Debtors | Dentons US LLP |
| Jason | Madron | LVS II SPE XVIII LLC and HVS V LLC | Richards, Layton & Finger, P.A. |
| Kyle | Sturgeon | Debtor's CRO | |
| Claude | Montgomery | Debtors | Dentons US LLP |
| Mike | Gustafson | Debtors | Faegre Drinker Biddle & Reath LLP |
| Michael | Vild | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | Cross & Simon, LLC |
| Michael | Schwarzmann | lender | |
| Adam | Cohen | Agspring | MERU |
| Stephen | Gruendel | LVS II SPE XVIII LLC and HVS V LLC | MOORE & VAN ALLEN PLLC |
| Ellen | Wheeler | PIMCO | |
| Destiney | Parker-Thompson | Court | |
| Catherine | LoTempio | U.S. Bank | Seward & Kissel LLP |
| Larry | Tubbs | Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC | |
| Taylor | Harrison | Debtwire | |
| Michael | Tomback | Reorg Research | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Gabriel | Mathless | LVS II SPE XVIII LLC and HVS V LLC | |