# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11238 (CTG)<br><br>(Jointly Administered) |

## APPELLEES' COUNTER-DESIGNATION OF
## ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Agspring Mississippi Region, LLC ("**AMR**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), in the above-captioned cases (the "**Chapter 11 Cases**") before the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), hereby counter-designate the following items for inclusion in the record for the appeal of the Order (I) Extending the Authorized Use of Cash Collateral; (II) Authorizing Payment to Term Lenders; and (III) Granting Related Relief [D.I. 290].[2]

| COUNTER-DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL | | | |
|---|---|---|---|
| **Item** | **Filing Date** | **Docket No.** | **Docket Text** |
| 1. | 10/01/2021 | 68 | Notice of Hearing on Motion of the Debtors For Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets, (B) Authorizing the Debtors to Enter Into an Asset Purchase Agreement With A Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling An Auction And Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] References to "D.I." are to the docket in the Chapter 11 Cases.

| | COUNTER-DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL | | |
|---|---|---|---|
| Item | Filing Date | Docket No. | Docket Text |
| | | | Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving The Sale of The Debtors' "Big River Assets" Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief |
| 2. | 10/08/2021 | 80 | Limited Objection of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation |
| 3. | 10/14/2021 | 102 | Certification of Counsel Regarding Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' "Big River" Assets; (B) Approving the Debtors to Enter Into An Asset Purchase Agreement With a Stalking Horse Bidder and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' "Big River" Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief |
| 4. | 10/15/2021 | 112 | Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief |
| 5. | 10/18/2021 | 116 | Notice of Assumption of Lease/Executory Contract /Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Costs |
| 6. | 10/29/2021 | 148 | Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing |
| 7. | 11/01/2021 | 155 | Notice of Filing of Revised Sale Order |

| \ | COUNTER-DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL | | |
|---|---|---|---|
| Item | Filing Date | Docket No. | Docket Text |
| 8. | 11/02/2021 | 163 | Affidavit of Publication of the Notice of Sale, Bidding Procedures, Auction, and Sale Hearing |
| 9. | 11/02/2021 | 167 | Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Back-Up Postpetition Financing to the Extent Necessary; (II) Authorizing the Debtors to Use Cash Collateral; (III) Granting Liens and Providing Super-Priority Administrative Expense Status; (IV) Granting Adequate Protection; (V) Modifying the Automatic Stay; and (VI) Granting Related Relief |
| 10. | 11/04/2021 | 177 | Notice of Deposition and Request for Documents Pursuant to Fed. R. Civ. P. 30(b)(2), 30(b)(6), 34 and Fed. R. Bankr. P. 9014 and 7030 |
| 11. | 11/12/2021 | 184 | Certification of Counsel Regarding Order Approving Stipulation Among the Debtors, LVS II SPE XVIII LLC and HVS V, LLC |
| 12. | 11/15/2021 | 185 | Order Approving Stipulation Among the Debtors, LVS II SPE XVIII LLC and HVS V, LLC |
| 13. | 12/06/2021 | 197 | Notice of Withdrawal of Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC to Prohibit or Condition the Use of Cash Collateral or for Adequate Protection Pursuant to Section 363(e) of the Bankruptcy Code |
| 14. | 01/21/2022 | 229 | Notice of Filing of Amended Statement of Financial Affairs for Agspring Mississippi Region, LLC |
| 15. | 03/16/2022 | 297 | Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay |
| 16. | 03/16/2022 | 298 | Declaration of Larry Tubbs in Support of Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay |
| 17. | 03/16/2022 | 299 | Declaration of Wes McBrayer in Support of Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay |

| | COUNTER-DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL | | |
|---|---|---|---|
| Item | Filing Date | Docket No. | Docket Text |
| 18. | 03/16/2022 | 304 | Notice of Rule 30(b)(6) Deposition Filed by Big River Grain, LLC, Chief Ventures, L.L.C., Larry Tubbs, Tubbs Rice Dryers, Inc. |
| 19. | 03/17/2022 | 305 | Transmittal of Record on Appeal to District Court BAP 22-26. |
| 20. | 03/17/2022 | 306 | Notice of Service of Tubbs Parties Requests for Production of Documents Directed to Debtors |
| 21. | 03/17/2022 | 307 | Declaration of Service re: (i) Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; (ii) Declaration of Larry Tubbs; (iii) Declaration of Wes McBrayer and (iv) Notice of Rule 30(b)(6) Deposition |
| 22. | 03/17/2022 | 309 | Secured Lenders' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay |
| 23. | 03/17/2022 | 310 | Complaint by LVS II SPE XVIII LLC, HVS V LLC against Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C., Big River Grain, LLC. [Adversary Case 22-50235] |
| 24. | 03/18/2022 | 311 | Certificate of Service re: Secured Lenders' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay |
| 25. | 03/18/2022 | 312 | Notice of Docketing Record on Appeal to District Court. Civil Action Number: 22-338; BAP Number: 22-26 |
| 26. | 03/23/2022 | 321 | Debtors' (I) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; and (II) Request That Parties Be Referred to Mediation |
| 27. | 03/23/2022 | 322 | Declaration of Kyle Sturgeon in Support of Debtors' (I) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; (II) Request That Parties Be Referred to Mediation |

**COUNTER-DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL**

| Item | Filing Date | Docket No. | Docket Text |
|---|---|---|---|
| 28. | 03/28/2022 | 331 | Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. And Big River Grain, LLC For Leave to File Late Reply to (A) Secured Lenders' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC For Relief from The Automatic Stay and (B) Debtors' (I) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; and (II) Request that Parties be Referred to Mediation |
| 29. | 03/28/2022 | 332 | Reply by Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC in Support of Motion for Relief from Automatic Stay and in Response to Secured Lenders' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay |
| 30. | 03/28/2022 | 333 | Reply by Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC in Support of Motion for Relief from Automatic Stay and in Response to Debtors' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay |
| 31. | 03/28/2022 | 337 | Plan Proponents' Combined Disclosure Statement and Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code |
| 32. | 03/28/2022 | 338 | Debtors' Motion for Entry of an Order (I) Granting Interim Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots; and (V) Granting Related Relief |

| **COUNTER-DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL** |
|---|---|---|---|
| **Item** | **Filing Date** | **Docket No.** | **Docket Text** |
| 33. | 03/29/2022 | 339 | Order Granting Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. And Big River Grain, LLC For Leave to File Late Reply to (A) Secured Lenders' Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC For Relief from The Automatic Stay and (B) Debtors' (I) Preliminary Objection to Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC for Relief from the Automatic Stay; and (II) Request that Parties be Referred to Mediation |
| 34. | 03/31/2022 | 346 | Transcript regarding Hearing Held 3/30/2022 RE: Motion of Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C., and Big River Grain, LLC for Relief from the Automatic Stay |

## STATEMENT OF ISSUES ON APPEAL

1.      On October 8, 2019, Larry Tubbs, Tubbs Rice Dryers, Inc., Chief Ventures, L.L.C. and Big River Grain, LLC (collectively referred to as "**Tubbs**") filed a lawsuit in the Sixth Judicial District Court for the Parish of Madison, State of Louisiana (the "**Louisiana Litigation**")[3] against AMR, Agspring, LLC ("**Agspring**"), Agspring Holdco, LLC ("**Holdco**"), Greg Kennedy, Mark Beemer, Pacific Investment Management Company, LLC, Barings LLC, Eric Knight, Bruce Chapin, ABC Insurance Company, and XYZ Insurance Company, wherein Tubbs assert claims for (i) repayment of the Note and damages against the Debtors, seeking to foreclose on the Collateral, (ii) alter ego/veil piercing, asserting that AMR, Agspring, and Holdco were not independent entities, but the alter egos of certain lenders which made loans to the Debtors

---

[3] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Louisiana Litigation.

prepetition (the "**Lenders**"), and (iii) fraudulent conveyance, debt recharacterization, and subordination.  Upon the filing of these Chapter 11 Cases on June 10, 2021, the Louisiana Litigation was stayed pursuant to § 362 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*.

2. On October 8, 2021, Tubbs filed a Motion for Relief from the Automatic Stay to pursue the Louisiana Litigation [D.I. 81] (the "**Lift Stay Motion**").

3. On November 4, 2021, after oral argument on the Lift Stay Motion, and corresponding objection, opposition, and reply, the Bankruptcy Court held a hearing and after due deliberation denied the Lift Stay Motion [D.I. 178].  On the same day, the Bankruptcy Court entered its Final Order Authorizing the Debtors to Obtain Back-Up Postpetition Financing [D.I. 174] and the Order authorizing the distribution of the payment in proceeds of a sale of assets pursuant to Section 363 to the Lenders as the payment of the proceeds of the sale of collateral [D.I. 179].

4. On March 10, 2022, the Bankruptcy Court granted the Debtors' Motion Extending Debtors' Authorized Use of Cash Collateral, Granting Additional Protection and Related Relief ("**Motion**") and authorized the Debtors to pay the prepetition lenders $8,870,281.20 to be applied against and reduce the Prepetition Term Obligations [D.I. 244].

5. On March 16, 2022, Tubbs filed a secpmd Motion to Lift the Automatic Stay (the "**Second Tubbs Stay Relief Motion**").  The Second Tubbs Stay Relief Motion seeks to collect on Tubbs' claims and collateral outside of the Bankruptcy Court, which is a second attempt to circumvent the bankruptcy process since their claims include estate property and derivative claims.  On the same day, Tubbs filed a Notice of Appeal appealing the Order Extending Debtors' Authorized Use of Cash Collateral, Granting Additional Protection and Related Relief [D.I. 290].

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellees hereby file this certificate stating that Appellees are not ordering any transcripts.

Dated: April 13, 2022  
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*  
Laura Davis Jones (DE Bar No. 2436)  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899 (Courier 19801)  
Telephone:  (302) 652-4100  
Facsimile:   (302) 652-4400  
Email: ljones@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel (*Admitted Pro Hac Vice*)  
Tania M. Moyron (*Admitted Pro Hac Vice*)  
601 S. Figueroa Street #2500  
Los Angeles, CA 90017  
Telephone:  (213) 623-9300  
Email:   samuel.maizel@dentons.com  
             tania.moyron@dentons.com

-and-

**DENTONS US LLP**

David F. Cook (Bar Number 006352)  
1900 K Street, NW  
Washington, DC 20006  
Telephone:  (202) 496-7500  
Email:   david.f.cook@dentons.com

*Counsel for Debtors and Debtors in Possession*