IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| AGSPRING MISSISSIPPI REGION, LLC, *et al.*,[1] | ) ) | Case No. 21-11238 (CTG) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) ) ) ) ) | |
| LVS II SPE XVIII LLC and HVS V LLC, | ) ) ) | Adversary Proceeding No. 22-50235 (CTG) |
| Plaintiffs, | ) | |
| vs. | ) | |
| LARRY TUBBS, TUBBS RICE DRYERS, INC., CHIEF VENTURES, L.L.C., and BIG RIVER GRAIN, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE OF "LVS II SPE XVIII LLC'S
AND HVS V LLC'S FIRST SET OF DISCOVERY REQUESTS"**

PLEASE TAKE NOTICE that, on April 19, 2022, counsel to LVS II SPE XVIII LLC and HVS V LLC, caused a true and correct copy of *LVS II SPE XVIII LLC's and HVS V LLC's First Set of Discovery Requests*, dated April 19, 2022 to be served on the below-listed parties in the manner so indicated:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring Mississippi Region, LLC (9147); Agspring MS 1, LLC (6456); Agspring MS, LLC (2692); Lake Providence Grain and Rice LLC (1986); and Bayou Grain & Chemical Corporation (7831). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

RLF1 19969315v.1

**VIA EMAIL AND OVERNIGHT**

J. E. Cullens, Jr.
Andrée M. Cullens
**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**
12345 Perkins Road, Bldg. 1
Baton Rouge, LA 70810
cullens@lawbr.net
acullens@lawbr.net

**VIA EMAIL AND HAND DELIVERY**

Christopher P. Simon
Michael L. Vild
**CROSS & SIMON, LLC**
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com
mvild@crosslaw.com

**VIA EMAIL AND OVERNIGHT**

Paul M. Sterbcow
**LEWIS, KULLMAN, STERBCOW & ABRAMSON, LLC**
601 Poydras Street, Suite 2615
New Orleans, LA 70130
sterbcow@lksalaw.com

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: April 20, 2022 | **RICHARDS, LAYTON & FINGER, P.A.** |

                                            */s/ Jason M. Madron*
Michael J. Merchant (No. 3854)
Jason M. Madron (No. 4431)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and -

**MOORE & VAN ALLEN PLLC**
Zachary H. Smith (admitted *pro hac vice*)
Gabriel Mathless (admitted *pro hac vice*)
Stephen E. Gruendel (admitted *pro hac vice*)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone:  (704) 331-1000
Facsimile:  (704) 378-1989

*Counsel to LVS II SPE XVIII LLC and HVS V LLC*