IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RS FIT NW LLC, | ) Case No. 20-11568 (KBO) |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel C. Kerrick, of Hogan McDaniel, hereby withdraws as counsel on behalf of Stephan Gubik, in the above-captioned case.

Date:   March 23, 2022.                    */s/ Daniel C. Kerrick*
                                      Daniel C. Kerrick, Esquire (#5027)
                                      **HOGAN MCDANIEL**
                                      1311 Delaware Avenue
                                      Wilmington, DE 19806
                                      (302) 656-7540
                                      dckerrick@dkhogan.com