**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**RS FIT NW LLC,**<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO) |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On March 23, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Crimson 1031 Portfolio, LLC (MMLID#11275552), c/o Katharine Battaia Clark, Thompson Coburn LLP, 2100 Ross Avenue, Suite 600, Dallas, TX 75201:

- Reorganized Company's Thirty-Seventh (Substantive) Omnibus Objection to Certain No Liability Claims [Docket No. 438]

On March 23, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (Nava, Houman) Ighani (MMLID#10540545), Soheil Ighani, 1501 E Grand Ave, Apt 6318, Escondido, CA 92027:

- Reorganized Company's Seventh Notice of Claims Satisfied in Full [Docket No. 461]

On March 23, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Moussa Balla Goudiaby (MMLID#11280816), 1451 NE Kokanee Ln, Wood Village, OR 97060:

- Motion of Reorganized Company to Estimate Certain Contingent and Unliquidated Claims for Distribution Purposes [Docket No. 484]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

On March 23, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Lila Samim (MMLID#11265552), 8903 Aberdeen Creek Cir., Riverview, FL 33569:

- Reorganized Company's Thirty-Ninth (Substantive) Omnibus Objection to Certain No Liability Claims [Docket No. 485]

On March 23, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Ami Hsu-Lee (MMLID#10590551), 12615 SE Bush St., Portland, OR 97236:

- Reorganized Company's Fortieth (Substantive) Omnibus Objection to Certain No Liability Claims [Docket No. 486]

On March 23, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Matthew Huppert (MMLID#11038861), 74639 Azurite Cir E, Palm Desert, CA 92260-2266; and on Michael Lefenfeld (MMLID#10536473), 2114 Potomac Dr, Unit C, Houston, TX 77057-3421:

- Reorganized Company's Eighth Notice of Claims Satisfied in Full [Docket No. 492]

Dated: March 28, 2022

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 28, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025