**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| RS FIT NW LLC, | Case No. 20-11568 (KBO) |
| Reorganized Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorney listed herein has appeared as counsel to Rexel USA, Inc. in the above referenced bankruptcy case.

**TAKE FURTHER NOTICE** that the below now withdraws his appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and that Rexel USA, Inc. consents to the withdrawal.

**TAKE FURTHER NOTICE** that the below requests to be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
mhurford@camlev.com

Dated: March 28, 2022

*/s/ Mark T. Hurford*
Mark T. Hurford (Bar No. 3299)
CAMPBELL & LEVINE, LLC
222 Delaware Avenue, Suite 1620
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947
Email: mhuford@camlev.com

{C1204738.1 }