**Lana Reichert**
255 SW Harrison St; Apt 25D
Portland, OR 97201
Cell: 201 913 9331

FILED
2022 APR -1 AM 8: 33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

26 March, 2022

Clerk of the Court
United States Bankruptcy Court
For the district of Delaware
824 N. Market Street
Wilmington, Delaware, 3rd Floor, 19801

Dear Sir or Madam:
We write to provide written notice of **Lack** of Satisfaction in the settlement of prepaid training costs associated with the Reorganized Debtor: RS FIT NW LLC, Case No. 20-11568 (KBO).
The title of the notice appears to be:
**REORGANIZED COMPANY'S EIGHTH NOTICE OF CLAIMS SATISFIED IN FULL.**

The **UN**-Satisfied Claimant is Lana Reichert (No. 102 on p. 4 of Doc 492-1)
The claim number is 4288; and the claimed amount is $1826.

A copy of the claim documentation is attached.

These funds were prepaid for training services prior to the bankruptcy.
The Reorganized entity acknowledged this claim; and the claimant opted out of the Reorganization settlement plan of November 19, 2020.  Voter ID: 510814 & 510815

The claimant has visited the reorganized facility on at least two occasions since the opt out.  The claimant is 78 years old; and would be at serious health risk (despite vaccination plus booster) with respect to the COVID pandemic if training were to have resumed prior to this date; and even to resume at present.  The state of Oregon has only recently rescinded mask mandates; and risk to the claimant is, if anything, slightly increased.  The claimant discussed the matter with the Reorganized entity; and they agreed to maintain her claim until the pandemic recedes.

Tom Reichert, the claimant's husband is an epidemiologist. The current plan is for the claimant to be re-boosted as soon as this is available and to resume training if the daily case number continues to decrease…signaling endemicity.

There has been no notice except for that to which this response is made.  The objection date on that notice was 20 March, 2022; but the notice did not arrive by mail until 25 March, 2022.  This response is as timely as possible.

Copies of this response in objection have been sent via email to Ropes & Gray LLP an Pachulski Stang Ziehl & Jones LLP

Regards,

*Lana Reichert*

Lana Reichert

Response: Notice of incorrect inclusion as Satisfied in Document 492 of Case-11568-KBO re: RS FIT NW LLC

From:   lana REICHERT (tinalana@yahoo.com)

To:     eric.sherman@ropesgray.com; pkeane@pszjlaw.com

Bcc:    doctom_us@yahoo.com

Date:   Saturday, March 26, 2022, 10:13 PM PDT


Dear Sir/Madam:

My claim against the reorganized entity RS FIT NW LLC has been wrongfully listed as satisfied in the document named in the email title.
Find attached my letter of complaint to the Clerk of Bankruptcy Court, as well as a copy of the basis for my original claim of $1826.

Less than a year ago, I was assured by the new management that my prepaid claimed amount would be honored in payment for training services.
There has been no other notice or satisfaction offered

Regards,
Lana Reichert

**Lana Reichert**
**255 SW Harrison St, Apt 25D**
**Portland, Or 97201**


Lana Reichert Claim.pdf
156.7kB


LLR objection to claim of satisfaction 20220326.docx
19.1kB

Lana Reichert  Client ID # RA25298

Personal Training Contract #s: 24S00193393  &  24S00356268

Reconciliation and sessions remaining information provided by manager
at 24H fitness 4th St, Portland, OR on 18 August, 2020

[426 + 744 + 95 + 568 = $ 1833]…The total provided by 24H Portland management is $1826.
Lana has accepted that accounting and has claimed that amount

| Date | Description | Notes | Amount |
|---|---|---|---|
| 12/12 | PEARL HARDWARE PORTLAND OR | LLR Training | 14.48 |
| 12/13 | 24 Hour Fitness USA, I 800-4326348 CA | 24/32 sessions remaining $426 | 568.00 |
| 12/14 | HOP FASTPASS 844-694-6722 OR | | 25.00 |
| 12/14 | ACTBLUE*Elizabeth.Warren actbluecc.com MA | | 6.00 |
| 12/12 | BLICK ART 800 447 1892 PORTLAND OR | | 19.07 |

DR THOMAS REICHERT    Page 2 of 3    Statement Date:  12/23/19
0000001  FIS33339 C 4    Y  9  23  19/12/23    Page 2 of 3    01868   MA MA  04240    35710000040000424002

| Date | Description | Notes | Amount |
|---|---|---|---|
| 01/11 | CVS/PHARMACY #11292 PORTLAND OR | | 55.60 |
| 01/11 | SQ *RICK'S WILD MUSHROOMS Portland OR | LLR training charges | 14.50 |
| 01/10 | 24 Hour Fitness USA, I 800-4326348 CA | 0 sessions used | 744.00 |
| 01/11 | LINDA BRAND CRAB CHINOOK WA | | 22.00 |
| 01/13 | 24 Hour Fitness USA, I 800-4326348 CA | 2/12 sessions remain $95 | 568.00 |
| 01/13 | WWW.GILT.COM 800-789-2233 MA | | 21.98 |

DR THOMAS REICHERT    Page 2 of 3    Statement Date:  01/23/20
0000001  FIS33339 C 4    Y  9  23  20/01/23    Page 2 of 3    01868   MA MA  07196    02310000040000719602

| Date | Description | Notes | Amount |
|---|---|---|---|
| 03/14 | INSTACART HTTPSINSTACAR CA | LLR training | 56.18 |
| 03/13 | 24 Hour Fitness USA, I 800-4326348 CA | 0 sessions used | 568.00 |
| 03/16 | GUARDIAN NEWS & MEDIA LONDON | | 19.99 |
| 03/18 | CVS/PHARMACY #11292 PORTLAND OR | | 5.61 |
| 03/19 | OR LIQUOR STORE 199 PORTLAND OR | | 137.85 |
| 03/19 | POLCARIS COFFEE 617-2270786 MA | | 75.05 |
| 03/20 | WPY*Oregon Food Bank 866-818-9057 OR | | 10.32 |
| 03/22 | PAYPAL *CHANGE ORG 415-231-2750 CA | | 25.00 |
| 03/22 | OUR WORLD IN DATA OXFORD | | 50.00 |

| 2020  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $99.00 |
| Total interest charged in 2020 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

DR THOMAS REICHERT    Page 2 of 3    Statement Date:  03/23/20
0000001  FIS33339 C 4    Y  9  23  20/03/23    Page 2 of 3    01868   MA MA  08792    08310000040000879202