PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

TELEPHONE: 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE 415/263 7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE 212/561 7777

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

TELEPHONE: 713/691-9385
FACSIMILE 713/691-9407

WEB www.pszjlaw.com

Peter J. Keane

April 1, 2022

302.652.4100
Pkeane@pszjlaw.com

2022 APR -1  PM 12: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Via Hand Delivery**

Clerk of the Court
United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801

    Re:    **RS FIT NW LLC**
             **Case No. 20-11568 (KBO)**

Dear Clerk of the Court:

    Enclosed for filing with the Court is the following response related to the *Reorganized Company's Eighth Notice of Claims Satisfied in Full* [Docket No. 492]:

- Response of Carole Rose.

Please contact me if you have any questions.

                    Very truly yours,

                    */s/ Peter J. Keane*
                    Peter J. Keane

PJK:kky
Enclosure

DOCS_DE:236068.11 00162/001

March 21, 2022

2022 APR -1 PM 12: 42

United States Bankruptcy Court for The District Of Delaware
FIT NW LLC
Case Number 20-11568-KBD
Reorganized Company's Eighth Notice of Claims Satisfied in Full

CLERK
US BANKRUPTCY COURT
ICT OF DELAWARE

Name: Carole Rose
Claim No.: 27528

This claim has not been satisfied. I received notice that I will not get paid. This is wrong. I paid my money in good faith for services from 24 hour fitness. I do not have the luxury of throwing away over $400. I want to get paid

In addition, it does not seem right that we were given a little over a week to respond to this document. Not only that but the location to send the response is on the East Coast.

I am sending this in overnight mail hoping that it will arrive and you will pay me my claim

Thank you.
Sincerely,
Carole Rose
7177 Fountaine Avenue
Newark, CA 94560
510 673-8234
Email: msroseskates@gmail.com