UNITED STATED BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2022 APR 11 AM 9:52
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  RS FIT NW LLC, Reorganized Debtor

Chapter 11

Case No. 20-11568(KBO)

## REORGANIZED COMPANY'S FORTY-THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS

Office of the Clerk
United States Bankruptcy Court
    for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

| ROPES & GRAY LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| Ryan Preston Dahl | Laura Davis Jones |
| Eric M. Sherman | Timothy P. Cairns |
| 1211 Avenue of the Americas | Peter J. Keane |
| New York, New York 10036 | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 |

### Name of the Claimant

BORIS GUBERMAN

### Case No. 20-11561(KBO) Claim Number: 6623

### Description of the Basis for the Amount of the Claim

I used to be a gym member with 24 Hour Fitness, which was the name of the company prior to bankruptcy and reorganization. On 4/1/2019 I prepaid my annual dues for the period of 10/28/2019 through 10/27/2020 in the amount of $132.00 (See attached invoice and snippet from the billing page from www.24hourfitness.com).

On March 20 2020, 24 Hour Fitness was closed due to Covid.

On June 15, 2020, 24 Hour Fitness filed for bankruptcy and closed all Brooklyn locations (https://www.scribd.com/document/465709531/24-Hour-Fitness-Worldwide-Chapter-11)

I was not able to use the facilities at 24 Hour Fitness since March 20, 2020. According to my estimate, I pay $11 per month for the use of the facilities, (132/12 = $11 per month). $11 multiplied by 7 month is $77, out of $132 that I prepaid as indicated by the attached invoice and the billing page from www.24hourfitness.com .

### Specific Factual Basis and Supporting Legal Argument

I respectfully, but angrily, object to the dismissal of my claim against the Reorganized Company.

I submitted my claim for the appropriate amount on time, with supporting documentation and I followed all the necessary steps to file the claim. I received a copy of a motion to dismiss my claim on the basis that I do not exist on the books of the Reorganized Company.

I categorically object against the dismissal of my claim. I am entitled to receive $77, which is the unused part of my membership fee that I prepaid in accordance with the attached invoice and the billing page from www.24hourfitness.com. The Reorganized Company's website also shows my account, with a negative balance that is owed to me by the Reorganized Company (screenshot is attached, but the amount is incorrect).

It is illegal and disingenuous for the Reorganized Company and its attorneys to try to dismiss my case on the basis that I do not have a valid claim. Perhaps the Reorganized Company scrubbed their records to get rid of claimants, but I have valid records which demonstrate that I paid membership dues to 24 Hour Fitness in advance, and I am entitled to reimbursement of such paid dues.

I am also being asked to incur the expense to send this objection to the dismissal to the Court and two law firms. Since I will have to send everything by Certified Mail, I respectfully ask that the Court reimburse me in the additional among of $12 to cover postage and the cost of Certified Mail. I am using Certified Mail because I have no faith that my objection to the dismissal will not be "lost" otherwise, in a similar fashion that the Reorganized Company cannot "find" the records of my prepaid membership dues.

### Documentation

[See attached Invoice and Billing Page]

**Name and Address, Telephone and Email with whom to Communicate**

BORIS GUBERMAN
1707 EAST 33 STREET
BROOKLYN, NY 11234
917.312.7178
bguberman@gmail.com

Dated: April 5, 2022
Brooklyn, New York

By:   */s/ Boris Guberman*
      Boris Guberman

Billing  https://www.24hourfitness.com/myaccount/billing.html#/billing

| Invoice Date | Invoice Number | Due Date | Total Amount | Balance |
|---|---|---|---|---|
| 06/28/2020 | INV20045918 (Primary) | 06/28/2020 | $0.00 | $0.00 |
| 06/28/2020 | INV20058968 (Primary) | 06/28/2020 | $0.00 | $0.00 |
| 05/28/2020 | INV16448913 (Primary) | 05/28/2020 | $0.00 | $0.00 |
| 05/28/2020 | INV16446562 (Primary) | 05/28/2020 | $0.00 | $0.00 |
| 04/28/2020 | INV12792027 (Primary) | 04/28/2020 | $0.00 | $0.00 |
| 04/28/2020 | INV12792028 (Primary) | 04/28/2020 | $0.00 | $0.00 |
| 02/28/2020 | INV10644991 (Primary) | 02/28/2020 | $0.00 | $0.00 |
| 04/01/2019 | INV09733057 (Primary) | 04/01/2019 | $132.00 | $0.00 |

Page 1 of 1    Rows All    **Unpaid Balance: -$10.82**

# INVOICE



| | |
|---|---|
| Invoice Number: | INV09733057 |
| Invoice/Due Date: | 04/01/2019 |
| **Total Due:** | **$132.00** |
| **Pay Today:** | **$132.00** |
| **Future Payments Due:** | **$0.00** |
| Member Number: | BLC29603246 |
| Name: | BORIS GUBERMAN |
| Address: | 1707 E 33RD ST |
| | BROOKLYN, New York 11234 |

**If Paying by Check;**
**Please remit payment to:**
24 Hour Fitness USA
PO BOX 846882
Los Angeles, CA 90084-6882

This Account is enrolled in Autopay,
Payment will be automatically collected on
the due date.

## INVOICE DETAILS

| Sub / Member Details | Charge Details | COR | Frequency | Service Period | Amount | Tax | TOTAL |
|---|---|---|---|---|---|---|---|
| Membership (BLC29603246) | Keep Fit:One-Club:Renewal Fee | 00296 | Annual | 10/28/2019 - 10/27/2020 | $132.00 | $0.00 | $132.00 |
| | | | | **Due Today** | **$132.00** | **$0.00** | **$132.00** |

## TRANSACTIONS

| Date | Transaction Number | Transaction Type | Applied Amount |
|---|---|---|---|
| 04/01/2019 | CM02763002 | Credit Memo Applied | ($132.00) |

**Billing Questions:** Contact Customer Service at 800-432-6348 or customerservice@24hourfitness.com
24 Hour Fitness P.O. Box 2689, Carlsbad, CA 92008.