i. Court: United States Bankruptcy Court District of Delaware
Reorganized Debtor: RS FIT NW LLC
Case Number: 20-11568-KBO
Title of the Objection to which Response is directed: REORGANIZED COMPANY'S FORTY-THIRD (SUBSTANTIVE) OMNIBUS **OBJECTION TO CERTAIN NO LIABILITY CLAIMS**
 Objection to debtor's claim that there is no basis for MY claim in the Debtor's books and records. I Object to the Reorganized Company's determinations concerning that my claim has No Liability

ii. Name of Claimant: Gina Merchain
Claim Number: 23573
Description of the basis of the amount of the claim: Fees paid for lifetime membership $1,421.00

iii. I respectfully request that the court does not discharge my claim of $1,421.00 because the debtor provided false statements and misleading information within the 24-Hour membership application and did not provide the locations or services as agreed.

iv. All documentation and other evidence are included with my Proof of Claim previously filed with the Claims Agent to support the basis for and amounts asserted in the Proof of Claim in opposing my Objection.

v. Name: Gina Merchain, Claimant
Address: PO Box 6843 Santa Fe, NM 87502-6843
Email: gmerchain7@gmail.com