Tyson Hartless
4708 Maybank Ave
Lakewood CA 90712
434-942-8351
nobledragon99@aol.com


FILED


2022 APR 12  AM 7:58

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**RESPONSE:**

Office of the Clerk of the United States Bankruptcy Court for the District of Delaware.
Response to Objection Case 20-11568-KBO Doc 527 Filed 3/29/22 RS Fit NW (24 hour fitness) "Objection to Certain No Liability Claims" CLAIM #1436 Amount Unsecured $360, total $720

To Whom it concerns: I, Tyson Hartless, object to 24 hour fitness' objection to certain liability claims as I have provided ALL proofs neccessary to facilitate the return of my funds and proof of payment. 24 hour is claiming the reason for disallowance being "there is no factual basis for the claim in the debtor's books and records" so therefore they aren't liable but that's not just or valid. If I sell a house and destroy or lose the documentation does that mean I am not liable for paying all fees due? No. I had attached the ORIGINAL receipt of sale with the time, date, location, sales associate name and number, amount charged, and all pertinent information to my original claim. Just because 24 hour does not have a "record" on their end because they damaged or lost it does not mean that I should not recieve money for services that were not recieved.

I am not a member of any gym due to COVID and being severely immune compromised. I do not have a lawyer due to my income. This case has caused undue stress over the past 3 years (severely disabled, living on $800 check per month) and it should have been a simple here is the proof and we will refund you case. I paid for a personal trainer in 2020 and the gyms closed for the rest of the year. I contracted covid 4x since then and I had moved due to medical and financial hardship due to my disabilities, covid, and housing insecurity since I ONLY live on disability and am unable to work. *Please REFUND charges for services not recieved as it has unneccessary affected my physical, mental, and financial health and well being constantly being denied! Thank you!*

Please see attached sales receipt club 00888-UTC in San Diego, CA with employee 4237N Taylor Kuh and auth #018282 as well as receipt 2/18/2020 2:02:11 PM Sales associate 3084S Transaction #57604 Register 1 Personal Training:$250, and Peronsal Training $350 for a total of $600. I am also attaching where the gym, even though it was closed, CONTINUED to try to charge me an additional $540 on 3/16/2020 even though they were closed and my bank refunded it. This is the type of conduct 24 hour fitness promotes which is neither fair nor just. Thank you for reviewing my case and I hope that this can FINALLY be resolved after all these years.



Sales Receipt
Transaction # 1

Club 00888 - UTC Super Sport
4425 La Jolla Village Dr
San Diego, CA 92122
(858)457-3930

Employee 4237N Taylor Kuh

| Member Name | Agreement Number | Agreement Type | Pay Today at Front Desk | Amount Paid at Sales Desk* | Total Deposit |
|---|---|---|---|---|---|
| TYSON HARTLESS | TD88415 | Training | $ 350.00 | $ 10.00 | $ 360.00 |
| TYSON HARTLESS | TD88416 | Training | $ 249.99 | $ 0.00 | $ 249.99 |
| | | Total: | $ 599.99 | $ 10.00 | $ 609.99 |

*Credit card used at sales desk:
VISA **************1752
TYSON HARTLESS
Auth # 018282

X _____

```
              CLUB 0888  UTC
                  SALE

MEMBER DETAIL: HARTLESS,TYSON
TB33735
2/18/2020 2:02:11 PM

SALES ASSOCIATE: 3084S
TRANSACTION #: 57604      REGISTER #: 1

------------------------------------------
ITEM                               PRICE
------------------------------------------
09. Personal Training             249.99
QTY: 1
09. Personal Training             350.00
QTY: 1

                      SUBTOTAL    599.99

-----------** SUMMARY **-----------
NO OF ITEMS                            0
TOTAL                             599.99
-----------** PAYMENTS **-----------
CASH                              599.99

------------------------------------------
CASH TENDER                       600.00
CHANGE DUE                          0.01

    UNOPENED/UNWORN MERCHANDISE CAN BE
   EXCHANGED UP TO 30 DAYS FROM PURCHASE
        WHEN ACCOMPANIED BY RECEIPT.
     SORRY, NO REFUNDS, EXCHANGES ONLY.

              24 HOUR FITNESS
         4425 La Jolla Village Drive
                 San Diego
             CALIFORNIA  92122
                858-457-3930
```





**WELLS FARGO**

For Return Mail Purposes Only
N9777-112 CCNF
PO Box 5106
Sioux Falls, SD 57117-5106

May 5, 2020

TYSON N HARTLESS
38010 SPRING CANYON DR
MURRIETA, CA 92563-7149

Subject: Resolution of inquiry for your account ending in 1752

Dear TYSON N HARTLESS:

We completed our research of your inquiry, and have approved your claim(s) for the disputed transaction(s) below. As these claims were accepted by the merchant's banks, the temporary credit(s) we previously provided are now permanent and will remain on your account.

| Disputed Transaction(s) ID | Merchant Name | Post Date | Transaction Amount | Processed Amount | Refund Date |
|---|---|---|---|---|---|
| 18159328 | 24 Hour Fitness USA, I | 3/16/2020 | $540.00 | $540.00 | 03/31/2020 |

If you have questions, please call us at 1-800-390-0533, Sun - Sat: 6 am - 11 pm Central Time. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Thank you. We appreciate your business.

Sincerely,

*Allen Davis*

Allen Davis
Claims Assistance Center
Credit Card Claims

1


*N27607991*


*CORR*

I HAVE MAILED COPIES TO ROPES + GRAY LLP, + PACHULSKI STANG ZIEHL + JONES LLP.