# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LEADING EDGE LOGISTICS LLC., *et al.*,[1]<br><br>             Debtors. | Chapter 7<br><br>Case No. 14-11260 (MFW)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 5th day of April, 2022, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> **[Signed] Order: (A) Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents, and (B) Authorizing Abandonment of Remaining Estate Assets [Docket No. 582]**

                                              */s/ Peter J. Keane*
                                              Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Leading Edge Logistics LLC (2293); Alliance Traffic Group, LLC (0161); LEL Enterprises LLC (1052); and LEL Caribe, LLC (0104).  The Debtors' address is 2098 West Chester Pike, Broomall, PA 19008.

Leading Edge Logistics, LLC 2002 Service List (Email)
Case No. 14-11260 (MFW)
Document No. 193638
01 – Hand Delivery
41 – Email
07 – First Class Mail

**Email**
bsandler@pszjlaw.com;
mseidl@pszjlaw.com
(Counsel to Chapter 7 Trustee, Alfred T. Giuliano)
Bradford Sandler, Esquire
Michael R. Seidl, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to YRC Inc. d/b/a YRC Freight and USF Holland Inc.)
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

**First Class Mail**
(Debtor)
Leading Edge Logistics LLC
Pavilion 800
2301 E. Evesham Road, Suite 210
Voorhees, NJ  08043

**First Class Mail**
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104

**First Class Mail**
(Creditor)
Christine R. Etheridge
Bankruptcy Administration
GE Information Technology Solutions, Inc. f/d/b/a IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

**First Class Mail**
(Creditor)
Olivia Moody
Ricoh USA
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA  31210

**First Class Mail**
(Creditor)
Legal Department
Vestas-American Wind Technology, Inc.
1417 NW Everette Street
Portland, OR  97209-2617

**First Class Mail**
(Counsel to Vestas-American Wind Technology, Inc.)
Christine A. Kosydar, Esquire
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205-2583

**Email**
jspomerantz@pszjlaw.com
(Counsel to Chapter 7 Trustee, Alfred T. Giuliano)
Jason S. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**Email**
benjamin.a.hackman@usdoj.gov
(United States Trustee)
Benjamin Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Wilmington, DE  19801

**Email**
attorney.general@state.de.us
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 N. French Street
Wilmington, DE  19801

**Email**
fasnotify@delaware.gov
Attn: Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

**Email**
usade.ecfbankruptcy@usdoj.gov
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899

**Email**
lmurley@saul.com
(Counsel to the Debtors)
Lucian Borders Murley, Esquire
Saul Ewing LLP
1201 North Market Street, Suite 2300
Wilmington, DE  19801

**Email**
william.burnett@flastergreenberg.com
(Counsel to Thomas Torcomian)
William J. Burnett, Esquire
Flaster/Greenberg, P.C.
1201 North Orange Street, Suite 301
Wilmington, DE  19801

**Email**
kelbon@blankrome.com;
mintz@blankrome.com
(Counsel to PNC Bank, National Association)
Regina Stango Kelbon, Esquire
Josef W. Mintz, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**Email**
jcianciulli@weirpartners.com
(Counsel to Marlin Enterprises, LLC)
Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
824 N. Market Street, Suite 800
Wilmington, DE  19801

**Email**
askdoj@usdoj.gov
(United States Attorney General)
William Barr, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**Email**
DOSDOC_Bankruptcy@state.de.us
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
Dover, DE 19901

**Email**
statetreasurer@state.de.us
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**Email**
secbankruptcy@sec.gov
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

**Email**
philadelphia@sec.gov
Sharon Binger, Regional Director
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103

**Email**
nyrobankruptcy@sec.gov
Andrew Calamari, Regional Director
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY 10281

**Email**
efile@pbgc.gov
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005

**Email**
atgiuliano@giulianomiller.com
(Chapter 7 Trustee)
Alfred Thomas Giuliano, Chapter 7 Trustee
Giuliano Miller & Co., LLC
Pavilion 800
2301 E. Evesham Road, Suite 210
Voorhees, NJ 08043

**Email**
harry.giacometti@flastergreenberg.com
(Counsel to Thomas Torcomian)
Harry J. Giacometti, Esquire
Flaster/Greenberg, P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

**Email**
lucian@blankrome.com
(Counsel to PNC Bank, National Association)
John E. Lucian, Esquire
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

**Email**
dsmith@skhlaw.com
(Counsel to Benton Global)
David B. Smith, Esquire
Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355

**Email**
daluzt@ballardspahr.com;
heilmanl@ballardspahr.com
(Counsel to ACE American Insurance Company)
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

**Email**
skaufman@skaufmanlaw.com
(Counsel to Albaad USA, Inc.)
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801

**Email**
mjp@wardandsmith.com
(Counsel to Albaad USA, Inc.)
Michael J. Parrish, Esquire
Ward and Smith, P.A.
PO Box 867
New Bern, NC 28563

**Email**
anthony.clark@skadden.com
(Counsel to The Middleby Corporation)
Anthony W. Clark, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

**Email**
george.panagakis@skadden.com;
(Counsel to The Middleby Corporation)
George N. Panagakis, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720

**Email**
dallas.bankruptcy@publicans.com
(Counsel to Coppell ISD and Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

**Email**
jwolfshohl@porterhedges.com;
apower@porterhedges.com
(Counsel to TriMark USA)
Joshua W. Wolfshohl, Esquire
Aaron J. Power, Esquire
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002

**Email**
mmatheney@bdblaw.com
(Counsel to Freight Carriers, YRC, Inc., d/b/a YRC Freight, USF Holland Inc., and USF Reddaway Inc.)
Matthew H. Matheney, Esquire
Buckingham, Doolittle & Burroughs, LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114

**Email**
ecf@kaalaw.com
(Counsel for Oakland County Treasurer)
Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326

**Email**
bk-robaldo@texasattorneygeneral.gov;
sherri.simpson@texasattorneygeneral.gov
(Counsel for Texas Comptroller of Public Accounts)
Rachel R. Obaldo, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

**Email**
trichards@frantzward.com
jkostelnik@frantzward.com
(Counsel to YRC Inc. d/b/a YRC Freight and USF Holland Inc.)
Timothy Richards, Esquire
John F. Kostelnik, Esquire
Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, OH  44114

**Email**
bankruptcy@borgeslawllc.com
(Counsel to Southeastern Freight Lines, Inc.)
Wanda Borges, Esquire
Borges & Associates, LLC
575 Underhill Boulevard, Suite 118
Syosset, NY  11791

**Email**
proofofclaim@becket-lee.com
(Counsel to American Express Travel Related Services Company, Inc.)
Gregory P. Deegan
Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA  19355-0701