IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al*.,<br><br>                    Plaintiff,<br><br>vs.<br><br>BOBBY LASHLEY CORPORATION,<br>DELTA FABRICATION & MACHINE INC.,<br><br>                    Defendants. | <br><br><br><br><br><br><br><br>Adv. Proc. No. 21-50204 (KBO)<br>Adv. Proc. No. 21-50207 (KBO) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

George L. Miller, in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, L.L.C., *et al*., plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling orders entered in the above-captioned adversary proceedings on August 17, 2021.

Attached hereto is the status for the above-referenced cases associated with Bayou Steel BD Holdings, L.L.C., *et al*., Case No. 19-12153 (KBO).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

Dated: April 18, 2022	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:	bsandler@pszjlaw.com
	acaine@pszjlaw.com
	pkeane@pszjlaw.com

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee*

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Bobby Lashley Corporation | 21-50204 | Ian Connor Bifferato is the appointed mediator. Per the scheduling order, the mediator is in the process of scheduling a mediation date. |
| Delta Fabrication & Machine Inc. | 21-50207 | Ian Connor Bifferato is the appointed mediator. Per the scheduling order, the mediator is in the process of scheduling a mediation date. |