# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 2nd day of March, 2022, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> **[Signed] Seventeenth Order (A) Enlarging the Period Within Which the Trustee May Remove Actions Through and Including September 6, 2022, and (B) Granting Related Relief [Docket No. 982]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

Evergreen International Aviation, Inc.
2002 Service List (Emails)
Case No. 13-13364 (MFW)
Document No. 191174
08 – First Class Mail
01 – Foreign First Class Mail
69 – Email

(Counsel to Alfred T. Giuliano, Chapter 7 Trustee)
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
bsandler@pszjlaw.com;
pkeane@pszjlaw.com

**First Class Mail**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

**First Class Mail**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**First Class Mail**
(Counsel to Aircastle Advisor LLC)
James H. Rollins, Esquire
Holland & Knight LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA  30309

**First Class Mail**
(Claimant)
Leigh-Ann Summers
Jr. Portfolio Manager
Radiance Capital Receivables Twenty, LLC
1102 Broadway, Suite 203
Tacoma, WA  98402

**First Class Mail**
(Counsel to Evergreen Holdings Inc.)
Annie Z. Li, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 S. Grand Avenue
Los Angeles, CA  90071

**First Class Mail**
(Counsel to G2 Secure Staff, LLC("G2"))
Stephen C. Stapleton, Esquire
Cowles & Thompson, PC
901 Main Street, Suite 3900
Dallas, TX  75202

**First Class Mail**
(Creditor)
Brad Johnson
Aircastle Advisor LLC
300 First Stamford Place, 5th Floor
Stamford, CT  06902

**First Class Mail**
(Counsel to Cetus Capital II LLC, Watershed Capital Partners (Offshore) Master Fund, LP, Watershed Capital Partners (Offshore) Master Fund II, LP, Watershed Capital Institutional Partners III, LP, 10th Lane Finance Co., LLC, ZM Private Equity Fund I, LP, ZM Private Equity Fund II, LP and Centre Lane Partners, LLC)
Christopher Kip Schwartz, Esquire
Ulmer & Berne LLP
1054 31st Street NW, Ste 280
Washington, DC  20007

**FOREIGN First Class Mail**
(Creditor)
Skyport Service Corporation
1-2 Centrair, Int'l Cargo Warehouse #3
Tokoname, AICHI 479-0881
JAPAN

1

**Email**
benjamin.a.hackman@usdoj.gov
(United States Trustee)
Benjamin A. Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801

**Email**
attorney.general@state.de.us
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 N. French Street
Wilmington, DE  19801

**Email**
fasnotify@delaware.gov
Attn: Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

**Email**
usade.ecfbankruptcy@usdoj.gov
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899

**Email**
bankfilings@ycst.com; jpatton@ycst.com
(Counsel to the Debtors)
James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**Email**
smiller@morrisjames.com;
ckunz@morrisjames.com
(Counsel to the Lenders)
Stephen M. Miller, Esquire
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

**Email**
loizides@loizides.com
(Counsel to Plaintiffs and the putative class)
Christopher D. Loizides, Esquire
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801

**Email**
skaufman@skaufmanlaw.com
(Counsel to Air Line Pilots Association,
International, AFL-CIO)
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE  19801

**Email**
rbarkasy@schnader.com
(Counsel to AMB/AFCO Cargo West*PAC,
LLC and AMB/AFCO Cargo DFW, L.P.)
Richard A. Barkasy, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE  19801

**Email**
askdoj@usdoj.gov
(United States Attorney General)
William Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Rm 4400
Washington, DC  20530-0001

2

**Email**
dosdoc_ftax@state.de.us
Secretary of State
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898(Zip 19903)
Dover, DE  19901

**Email**
statetreasurer@state.de.us
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

**Email**
secbankruptcy@sec.gov
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554

**Email**
nyrobankruptcy@sec.gov
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281

**Email**
efile@pbgc.gov
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005

**Email**
atgiuliano@giulianomiller.com
(Chapter 7 Trustee)
Alfred T. Giuliano, Chapter 7 Trustee
Giuliano Miller & Co., LLC
Pavilion 800
2301 E. Evesham Road, Suite 210
Voorhees, NJ  08043

**Email**
rsr@outtengolden.com;
jar@outtengolden.com
(Counsel to Plaintiffs and the putative class)
René S. Roupinian, Esquire
Jack A. Raisner, Esquire
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY  10017

**Email**
pdechiara@cwsny.com
(Counsel to Air Line Pilots Association,
International, AFL-CIO)
Peter D. DeChiara, Esquire
Cohen, Weiss & Simon, LLP
900 Third Avenue
New York, NY  10022-4869

**Email**
jim.lobsenz@alpa.org
(Counsel to Air Line Pilots Association,
International, AFL-CIO)
James Lobsenz, Esquire
Air Line Pilots Association
Legal Department
535 Herndon Parkway
Herndon, VA  20170

**Email**
mfinucan@panynj.gov
(Counsel to The Port Authority of New
York and New Jersey)
Margaret Taylor Finucane, Esquire
Office of James M. Begley
150 Greenwich Street, 15th Floor
New York, NY  10007-2373

3

**Email**
ecobb@pbfcm.com
(Counsel to City of Grapevine, Grapevine-Colleyville ISD)
Eboney Cobb, Esquire
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
500 E. Border Street, Suite 640
Arlington, TX  76010

**Email**
andrea.handel@usdoj.gov
(Counsel to United States Department of Justice)
Andrea Horowitz Handel, Esquire
US Department of Justice, Civil Division
Ben Franklin Station
PO Box 875
Washington, DC  20044

**Email**
claims@recoverycorp.com
(Counsel to Recovery Management Systems Corporation, as authorized agent for GE Capital Retail Bank(LOWE's [Last four digit account: 3485])
Ramesh Singh
GE Capital Retail Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131-1605

**Email**
curtis.tuggle@thompsonhine.com
(Counsel for the Debtors' Secured Prepetition Lenders)
Curtis L. Tuggle, Esquire
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291

**Email**
arthur.rosenberg@hklaw.com
(Counsel to AerSale Inc.)
Arthur E. Rosenberg, Esquire
Holland & Knight LLP
31 W. 52nd Street
New York, NY  10019

**Email**
dallas.bankruptcy@publicans.com
(Counsel to Coppell ISD and Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207

**Email**
fitzgeraldb@hillsboroughcounty.org
(Counsel to Doug Belden, Hillsborough County Tax Collector)
Brian T. FitzGerald, Esquire
Senior Assistant County Attorney
PO Box 1110
Tampa, FL  33601-1110

**Email**
lbaskin@lawsgr.com
(Counsel to the City of Philadelphia, acting through its Department of Commerce, Division of Aviation(the "City of Philadelphia"))
Leslie Beth Baskin, Esquire
Spector Gadon & Rosen, P.C.
Seven Penn Center, 7th Floor
1635 Market Street
Philadelphia, PA  19103

**Email**
carolyn.g.wade@doj.state.or.us
(Counsel to State of Oregon, Department of Justice)
Carolyn G. Wade, Esquire
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street, NE
Salem, OR  97301

**Email**
nava.hazan@squiresanders.com
(Counsel to Cosmo Oil Co., Ltd)
Nava Hazan, Esquire
Squire Sanders(US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY  10112

**Email**
anthony.clark@skadden.com
(Counsel to Evergreen Holdings Inc.)
Anthony W. Clark, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

**Email**
crbelmonte@duanemorris.com;
pabosswick@duanemorris.com
(Counsel to Moody's Investors Service, Inc.)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Duane Morris LLP
230 Park Avenue
New York, NY  10169

**Email**
rdiederich@mcgrathnorth.com
(Counsel to Omaha Airport Authority)
Robert P. Diederich, Esquire
McGrath North Mullin & Kratz PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102

**Email**
rgellert@gsbblaw.com
(Counsel to Omaha Airport Authority)
Ronald S. Gellert, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801

**Email**
ennisdl@ci.anchorage.ak.us
(Creditor)
Deitra L. Ennis, Deputy Municipal Attorney
Municipality of Anchorage, Dept of Law
PO Box 196650
Anchorage, AK  99519-6650

**Email**
mscott@buchalter.com
(Counsel to Capital Advance Leasing, Inc.)
Mark M. Scott, Esquire
Buchalter Nemer, a Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612

**Email**
bcf@hcmp.com
(Counsel to Umpqua Bank)
Brian C. Free, Esquire
Hillis Clark Martin & Peterson P.S.
999 3rd Avenue, Suite 4600
Seattle, WA  98104-4084

**Email**
wbowden@ashby-geddes.coM
(Counsel to Hobart Linzer LLP)
William P. Bowden, Esquire
Ashby & Geddes, PA.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899-1150

**Email**
mark.somerstein@ropesgray.com
patricia.chen@ropesgray.com
(Counsel for Wilmington Trust Bank, N.A., as Administrative Agent for Second Lien Lenders)
Mark Somerstein, Esquire
Patricia Chen, Esquire
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

5

**Email**

kreynolds@mklawnyc.com
(Counsel to Integrated Airline Services, Inc. d/b/a Cargo Airport Services USA, LLC("IAS")and Avion Aircraft Trading)
Kenneth A. Reynolds, Esquire
McBreen & Kopko
500 N. Broadway, Suite 129
Jericho, NY  11753

**Email**

agbankdelaware@ag.tn.gov
(Creditor)
Laura L. McCloud, Esquire
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

**Email**

defranceschi@rlf.com; shapiro@rlf.com
(Counsel to United Airlines, Inc.)
Daniel J. DeFranceschi, Esquire
Zachary I. Shapiro, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

**Email**

michael.slade@kirkland.com
(Counsel to United Airlines, Inc.)
Michael B. Slade, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654

**Email**

tbrink@mpslaw.com
(Counsel to XL Specialty Insurance Company)
Timothy W. Brink, Esquire
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 2300
Chicago, IL  60606

**Email**

csimon@crosslaw.com
(Counsel to Marana Aerospace Solutions, Inc.)
Christopher P. Simon, Esquire
Cross & Simon LLC
1105 N. Market Street, Suite 901
Wilmington, DE  19801

**Email**

joel@joelherz.com
(Counsel to Marana Aerospace Solutions, Inc.)
Joel L. Herz, Esquire
Law Offices of Joel L. Herz
3573 E. Sunrise Drive, Suite 215
Tucson, AZ  85718

**Email**

kevin.collins@btlaw.com
(Counsel to Metropolitan Airports Commission)
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE  19801

**Email**

connie.lahn@btlaw.com
(Counsel to Metropolitan Airports Commission)
Connie A. Lahn, Esquire
Barnes & Thornburg LLP
2800 Capella Tower
225 S. Sixth Street
Minneapolis, MN  55402

**Email**
houston_bankruptcy@lgbs.com
(Counsel to Harris County Taxing Authorities)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, TX  77081

**Email**
ileanac@miamidade.gov;
cao.bkc@miamidade.gov;
zaron@miamidade.gov
(Counsel to Miami-Dade County)
Ileana Cruz, Esquire
Erica S. Zaron, Esquire
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 NW First Street, Suite 2810
Miami, FL  33128-1993

**Email**
kmiller@skjlaw.com
(Counsel to Rhodium Loan Servicing, Inc.)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
PO Box 410
Wilmington, DE  19899

**Email**
chipman@chipmanbrown.com
(Counsel for Jackson Family Wines, Inc.)
William E. Chipman, Jr., Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801

**Email**
dastin@ciardilaw.com
(Counsel to Cetus Capital II LLC, Watershed Capital Partners (Offshore) Master Fund, LP, Watershed Capital Partners (Offshore) Master Fund II, LP, Watershed Capital Institutional Partners III, LP, 10th Lane Finance Co., LLC, ZM Private Equity Fund I, LP, ZM Private Equity Fund II, LP and Centre Lane Partners, LLC)
Daniel K. Astin, Esquire
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE  19801

**Email**
steve.kaufman@kaufman-company.com
ashtyn.saltz@kaufman-company.com
(Counsel to Cetus Capital II LLC, Watershed Capital Partners (Offshore) Master Fund, LP, Watershed Capital Partners (Offshore) Master Fund II, LP, Watershed Capital Institutional Partners III, LP, 10th Lane Finance Co., LLC, ZM Private Equity Fund I, LP, ZM Private Equity Fund II, LP and Centre Lane Partners, LLC)
Steven S. Kaufman, Esquire
Ashtyn N. Saltz, Esquire
Kaufman & Company
1001 Lakeside Avenue, Suite 1710
Cleveland, OH  44114

**Email**
ra-li-ucts-bankrupt@state.pa.us
(Counsel to Office of Unemployment Compensation Tax Services)
Linda Mitten, Esquire
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA  17121

**Email**
mctbankruptcy@indy.gov
(Marion County Treasurer)
Norine Miller
Bankruptcy Accounts Coordinator
Marion County Treasurer's Office
200 E. Washington Street, Suite 1041
Indianapolis, IN  46204

**Email**
ostrows@whiteandwilliams.com
(Counsel to National Loan Acquisition
Company)
Steven E. Ostrow, Esquire
White and Williams LLP
7 Times Square, Suite 2900
New York, NY  10036-6524