## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*, | Case No. 21-10474 (MFW) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1128** |

## <u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>

Pursuant to Del. Bankr. L.R. 2002-1(a), this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:

May 26, 2022 at 11:30 a.m. (ET) [Interim Fee Hearing]

Dated: April 13th, 2022
Wilmington, Delaware

*Mary F. Walrath*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

28844819.4