**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: May 26, 2022 at 11:30 a.m. (ET)<br>Objection Deadline: April 28, 2022 at 4:00 p.m. (ET) |

**FOURTH INTERIM FEE REQUESTS OF DEBTORS' PROFESSIONALS**

TO:  (I) THE DEBTORS; (II) COUNSEL TO THE POSTPETITION LENDERS; (III) COUNSEL TO THE COMMITTEE; AND (IV) THE U.S. TRUSTEE

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 162] (the "Interim Compensation Order"), the professionals retained by the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (this "Fee Request") for all interim monthly fee applications filed for the period from December 1, 2021 through and including February 28, 2022. Summaries of the fees and expenses subject to this Fee Request are annexed

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alamo Drafthouse Cinemas Holdings, LLC (2205); Alamo Drafthouse Cinemas, LLC (5717); Alamo Vineland, LLC (1626); Alamo League Investments GP, LLC (1811); Alamo League Investments, Ltd. (7227); Alamo South Lamar GP, LLC (3632); Alamo South Lamar, LP (4563); Alamo Drafthouse Raleigh, LLC (5979); Alamo DH Anderson Lane, LLC (3642); Alamo Yonkers, LLC (4971); Alamo Mission, LLC (2284); Alamo Ritz, LLC (9465); Alamo Mueller, LLC (1221); Mondo Tees, LLC (6900); Alamo City Foundry, LLC (6092); Alamo Mainstreet, LLC (2052); Alamo City Point, LLC (3691); Alamo Liberty, LLC (5755); Alamo Satown, LLC (6197); Alamo Marketplace, LLC (7041); Alamo Stone Oak, LLC (8398); Alamo Westlakes, LLC (4931); Alamo Park North, LLC (1252); Alamo North SA, LLC (6623); Alamo Avenue B, LLC (8950); Alamo Slaughter Lane GP, LLC (6968); Alamo Slaughter Lane, Ltd. (5341); Alamo Cinema Group I GP, LLC (9537); Alamo Cinema Group I, LP (9656); Alamo Westminster, LLC (8906); Alamo Staten Island, LLC (7781); Alamo Aspen Grove, LLC (7786); Alamo Lakeline, LLC (5294); Alamo Sloans, LLC (9343). The location of the Debtors' service address is: 3908 Avenue B, Austin, Texas 78751.

29273788.1

hereto and set forth in the monthly fee applications previously filed with the Court. Pursuant to the Interim Compensation Order, the Debtors were previously authorized to pay on an interim basis 80% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 14-day objection period.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THIS FEE REQUEST ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE FOLLOWING PARTIES ON OR BEFORE APRIL 28, 2022 AT 4:00 P.M. (ET)**: (a) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew B. Lunn, Esq. (mlunn@ycst.com) and Kenneth J. Enos, Esq. (kenos@ycst.com); (b) counsel to the Postpetition Lenders, (i) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, New York 10036, Attn: Gregg M. Galardi (gregg.galardi@ropesgray.com), and (ii) Proskauer Rose LLP, One International Place, Boston, MA 02110, Attn: Charles A. Dale (cdale@proskauer.com); (c) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Timothy J. Fox, Jr. (timothy.fox@usdoj.gov); and (d) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington DE, 19801, Attn: Bradford Sandler, Esq. (bsandler@pszjlaw.com) and Robert Feinstein, Esq. (rfeinstein@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of this Fee Request will be held on **May 26, 2022 at 11:30 a.m. (ET)** before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge for the District of Delaware.

29273788.1

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUEST WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Dated: April 14, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>M. Blake Cleary (No. 3614) (mbcleary@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

29273788.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: May 26, 2022 at 11:30 a.m. (ET)**<br>**Objection Deadline: April 28, 2022 at 4:00 p.m. (ET)** |

**FOURTH INTERIM FEE REQUEST OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Name of Applicant:　　　　　　　　　　　　　　　　Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services to:　　Debtors and Debtors in Possession

Effective Date of Retention:　　　　　　　　　　　　March 3, 2021

Period for Which Compensation　　　　　　　　　　December 1, 2021 through and including February
and Reimbursement is Sought:　　　　　　　　　　　28, 2022

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 1/20/22 Docket No. 967 | 12/1/21 – 12/31/21 | $17,557.00 | $7.30 | 2/4/22 Docket No. 1016 | $14,045.60 | $7.30 | $3,511.40 |
| 2/14/22 Docket No. 1017 | 1/1/22 – 1/31/21 | $16,226.00 | $12.38 | 3/1/22 Docket No. 1070 | $12,980.80 | $12.38 | $3,245.20 |
| 3/15/22 Docket No. 1081 | 2/1/22 – 2/28/22 | $19,181.50 | $49.15 | 3/20/22 Docket No. 1121 | $15,345.20 | $49.15 | $3,836.30 |
| | **TOTAL** | **$52,964.50** | **$68.83** | | **$42,371.60** | **$68.83** | **$10,592.90** |

29273788.1

**SUPPLEMENT TO FOURTH INTERIM FEE REQUEST OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), counsel to the debtors and debtors in possession (collectively, the "Debtors"), hereby supplements the *Fourth Interim Fee Request of Young Conaway Stargatt & Taylor, LLP* (the "Fourth Interim Application") for the period from December 1, 2021 through February 28, 2022 (the "Application Period") by attaching, as Exhibits A through E hereto, certain schedules requested by the *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under United States Code by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Young Conaway respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a. During the Application Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b. The fees sought by Young Conaway in the Fourth Interim Application exceeded its budget by more than 10%.

c. The professionals included in the Fourth Interim Application did not vary their hourly rates based on the geographic location of the bankruptcy case.

d. The Fourth Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e. The time period covered by the Fourth Interim Application includes approximately 0.50 hours, with a value of $443.50, spent by Young Conaway to ensure that the time entries subject to the Fourth Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information.

29273788.1

  f.  The Fourth Interim Application includes rate increases as of January 1, 2022 as disclosed in the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date* [D.I. 78].

| | |
|---|---|
| Dated:  April 14, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>M. Blake Cleary (No. 3614) (mbcleary@ycst.com)<br>Matthew B. Lunn (No. 4119) (mlunn@ycst.com)<br>Kenneth J. Enos (No. 4544) (kenos@ycst.com)<br>Jared W. Kochenash (No. 6557) (jkochenash@ycst.com)<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors and Debtors in Possession* |

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other complex corporate and litigation matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy and Corporate Restructuring section – namely, Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation -are set forth below. Also included below is 2021 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for preceding calendar year[1] | **Billed** Firm-wide for preceding calendar year[2] | **Billed** This Application |
| Partner | $800 | $760 | $872 |
| Counsel | $648 | $588 | N/A |
| Associate | $452 | $445 | $488 |
| Paralegal | $284 | $199 | $320 |
| **Aggregated:** | $580 | $549 | $559 |

---

[1] This column reflects the blended 2021 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[2] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

29273788.1

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THE
## FOURTH INTERIM APPLICATION

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|---|---|
| Matthew B. Lunn | Partner | Bankruptcy | 2001 | $22,483.50 | 25.10 | $845/$915 |
| Michael S. Neiburg | Partner | Bankruptcy | 2009 | $3,592.50 | 4.80 | $725/$800 |
| Betsy L. Feldman | Associate | Bankruptcy | 2017 | $8,266.50 | 17.10 | $465/$515 |
| Jared W. Kochenash | Associate | Bankruptcy | 2018 | $8,720.00 | 17.60 | $450/$500 |
| Christopher M. Lambe | Associate | Bankruptcy | 1998 | $785.00 | 1.70 | $450/$500 |
| Michelle Smith | Paralegal | Bankruptcy | - | $9,117.00 | 28.50 | $310/$325 |
| | | **TOTAL** | | **$52,964.50** | **94.80** | |

29273788.1

## EXHIBIT C

## BUDGET AND STAFFING PLAN

| Professional | Position of Applicant, Number of Years in that Position, Year of Obtaining License to Practice |
|---|---|
| M. Blake Cleary | Partner since 2005. Joined firm as an associate in 1998. Member of DE and PA Bars since 1997. |
| Matthew B. Lunn | Partner since 2010. Joined firm as an associate in 2001. Member of DE Bar since 2001. Member of NY Bar since 2009. |
| Kenneth J. Enos | Partner since 2015. Joined firm as an associate in 2004. Bankruptcy. Member of DE Bar since 2004. |
| Betsy L. Feldman | Joined firm as an associate in 2017. Member of DE Bar since 2017. |
| Jared W. Kochenash | Joined firm as an associate in 2018. Member of DE Bar since 2018. |
| Andrew C. Papa | Joined firm as associate in 2020. Member of DC Bar since 2020. |
| Michelle Smith | Paralegal. Bankruptcy. |

| STAFFING PLAN | | |
|---|---|---|
| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budgeted Period | Average Rate[1] |
| Partner | 1 | $915.00 |
| Counsel | - | - |
| Associate (7 or more years since first admission) | - | - |
| Associate (4-6 years since first admission) | 2 | $479 |
| Associate (less than 4 years since first admission) | - | - |
| Paralegal | 1 | $325 |

---

29273788.1  [1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budgeted Period.

| BUDGET | | | |
|---|---|---|---|
| **December** | **January** |  | **February** |
| $15,000 | $15,000 | | $15,000 |

| | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B001 | Case Administration | 4.00 | $2,198.00 |
| B002 | Court Hearings | 4.00 | $2,198.00 |
| B003 | Cash Collateral/DIP Financing | 1.60 | $879.20 |
| B004 | Schedules & Statements, U.S. Trustee Reports | 4.00 | $2,198.00 |
| B005 | Lease/Executory Contract issues | 4.00 | $2,198.00 |
| B006 | Use, Sale or Lease of Property (363 issues) | 4.00 | $2,198.00 |
| B007 | Claims Analysis, Objections and Resolutions | 26.40 | $14,506.80 |
| B008 | Meetings | 0.00 | $0.00 |
| B009 | Stay Relief Matters | 0.00 | $0.00 |
| B010 | Reclamation Claims and Reclamation Adversaries (Only) | 0.00 | $0.00 |
| B011 | Other Adversary Proceedings | 12.00 | $6,594.00 |
| B012 | Plan and Disclosure Statement | 4.00 | $2,198.00 |
| B013 | Creditor Inquiries | 0.00 | $0.00 |
| B014 | General Corporate Matters | 4.00 | $2,198.00 |
| B015 | Employee Matters | 0.00 | $0.00 |
| B016 | Asset Analysis | 0.00 | $0.00 |
| B017 | Retention of Professionals/Fee Issues | 4.00 | $2,198.00 |
| B018 | Fee Application Preparation | 8.00 | $4,396.00 |
| B019 | Travel | 0.00 | $0.00 |
| B020 | Utility Services | 0.00 | $0.00 |
| | **Total** | **80.00** | **$43,960.00** |

| BUDGETED EXPENSES | | |
|---|---|---|
| **December** | **January** | **February** |
| $1,000 | $1,000 | $1,000 |

29273788.1

2

# EXHIBIT D

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Case Administration | 5.40 | $2,183.50 |
| Court Hearings | 3.10 | $1,100.50 |
| Cash Collateral/DIP Financing | 1.80 | $849.50 |
| Schedules & Statements, U.S. Trustee Reports | 4.10 | $1,423.50 |
| Lease/Executory Contract Issues | 3.10 | $1,888.50 |
| Use, Sale or Lease of Property | 1.50 | $787.50 |
| Claims Analysis, Objections & Resolutions | 37.40 | $24,970.50 |
| Other Adversary Matters | 13.60 | $9,326.50 |
| Plan and Disclosure Statement | 3.10 | $1,387.00 |
| General Corporate Matters | 4.80 | $2,716.50 |
| Employee Matters | 1.60 | $809.00 |
| Retention of Professionals/Fee Issues | 5.30 | $1,832.50 |
| Fee Application Preparation | 10.00 | $3,689.50 |
| **TOTAL** | **94.80** | **$52,964.50** |

## SUMMARY OF EXPENSE REIMBURSEMENT

| Category | Amount |
|---|---|
| Docket Retrieval/Search | $11.90 |
| Reproduction Charges | $44.50 |
| Teleconference/Video Conference | $12.43 |
| **TOTAL** | **$68.83** |

**EXHIBIT E**

| SUMMARY OF FOURTH INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors |
| Time period covered by Fourth Interim Application | December 1, 2021 through January 1, 2022 |
| Total compensation sought during the Application Period | $52,964.50 |
| Total expenses sought during the Application Period | $68.83 |
| Petition Date | March 3, 2021 |
| Retention Date | March 3, 2021 |
| Date of order approving employment | March 29, 2021 |
| Total compensation approved by interim order to date | $1,481,923.00 |
| Total expenses approved by interim order to date | $13,422.75 |
| Total allowed compensation paid to date | $1,481,923.00 |
| Total allowed expenses paid to date | $13,422.75 |
| Blended rate in the Fourth Interim Application for all attorneys | $661 |
| Blended rate in the Fourth Interim Application for all timekeepers | $559 |
| Compensation sought in the Fourth Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $42,371.60 |
| Expenses sought in the Fourth Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $68.83 |
| Number of professionals included in the Fourth Interim Application | 6 |
| If applicable, number of professionals in the Fourth Interim Application not included in staffing plan approved by client | 2 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: $45,000.00<br>Amt. Sought:  $52,964.50 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 2 |
| Are any rates higher than those approved or disclosed at retention? | Yes[1] |

---

[1] The Fourth Interim Application includes rate increases as of January 1, 2022 as disclosed in the *Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, Effective as of the Petition Date* [D.I. 78].

29273788.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALAMO DRAFTHOUSE CINEMAS HOLDINGS, LLC, *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 21-10474 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: May 26, 2022 at 11:30 a.m. (ET)**<br>**Objection Deadline: April 28, 2022 at 4:00 p.m. (ET)** |

**FOURTH INTERIM FEE REQUEST OF**
**PORTAGE POINT PARTNERS, LLC**

Name of Applicant:                                             Portage Point Partners, LLC

Authorized to Provide Professional Services to:  Debtors and Debtors in Possession

Effective Date of Retention:                                 March 3, 2021

Period for Which Compensation                        December 1, 2021 through and including February
and Reimbursement is Sought:                           28, 2022

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 1/18/22 Docket No. 966 | 12/1/21 – 12/31/21 | $15,218.50 | $0.00 | 2/2/22 Docket No. 1013 | $12,174.80 | $0.00 | $3,043.70 |
| 2/14/22 Docket No. 1018 | 1/1/22 – 1/31/21 | $20,284.00 | $0.00 | 3/1/22 Docket No. 1071 | $16,227.20 | $0.00 | $4,056.80 |
| 3/15/22 Docket No. 1082 | 2/1/22 – 2/28/22 | $17,362.50 | $0.00 | 3/20/22 Docket No. 1122 | $13,890.00 | $0.00 | $3,472.50 |
| | **TOTAL** | **$52,865.00** | **$0.00** | | **$42,292.00** | **$0.00** | **$10,573.00** |

29273788.1