# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al.*[1]<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 13-12945 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1242** |

### NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO CERTAIN CLAIMS (DUPLICATE, AMENDED, LATE, AND INSUFFICIENT DOCUMENTATION CLAIMS)

TO:　　Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on January 13, 2022, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *First Omnibus Objection (Non-Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (Duplicate, Amended, Late, and Insufficient Documentation Claims)* (the "First Omnibus Objection") [Docket No. 1242] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A hearing on the First Omnibus Objection is scheduled for February 23, 2022 at 2:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the First Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Trustee.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276).  The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.

2

| | |
|---|---|
| Dated: February 9, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>          pkeane@pszjlaw.com |
| | Counsel to Alfred T. Giuliano, Chapter 7 Trustee |