# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> GLOBAL AVIATION HOLDINGS, INC., *et al.*[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 13-12945 (MFW) <br><br> (Jointly Administered) <br><br> **Re: Docket No. 1244** |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, TO CERTAIN CLAIMS (NO LIABILITY CLAIMS)

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on January 13, 2022, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Third Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (No Liability Claims)* (the "Third Omnibus Objection") [Docket No. 1244] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A hearing on the Third Omnibus Objection is scheduled for February 23, 2022 at 2:00 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Third Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Trustee.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276).  The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.

2

Dated: February 9, 2022      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: bsandler@pszjlaw.com
        pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee