**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-12945 (MFW)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1250** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1250

PLEASE TAKE NOTICE that, Alfred T. Giuliano, the Chapter 7 Trustee, in the above-captioned cases, hereby withdraws the *Notice of Submission of Proofs of Claim in Connection with the Third Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (No Liability Claims)* [Docket No. 1250] filed on February 9, 2022.

| | |
|---|---|
| Dated: February 9, 2022 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>Counsel to Alfred T. Giuliano, Chapter 7 Trustee |

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276).  The Debtors' former corporate address was 101 World Drive, Peachtree City, Georgia 30269.