February 15, 2022

Office of the Clerk
United States Bankruptcy Court, District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: Case 13-12945-MFW
Document: 1246

Dear Office of the Clerk:

I am a claimant in the above noted case. My claim number is 369.

I am writing in response to an objection letter I received regarding my claim. I am following its instruction to file a formal response with the court.

I maintain that my claim should be honored pursuant to the settlement agreement initially registered with the claim. I am also amending the amount of the claim to $14468.70 pursuant to the reason for adjustment or disallowance in that correspondence, and categorizing it to general unsecured pursuant to Settlement Agreement & General Release from Employment.

I reached a settlement with World Airways, Global Aviation as part of an online injury which resulted in my resignation. That settlement entitled me to 18 months of medical insurance, post resignation for my family of 4. That portion of the agreement was unfilled and I was forced to pay several thousand dollars for coverage out of pocket as a self-employed individual. Please note that I was the primary wage earner at the time and seven months pregnant with my second child when that agreement was signed. I worked with World Airways for 19 years and feel that the court should honor the agreement reached.

Furthermore, the letter I received noted that the claim was incorrectly completed. I received no instruction or guidance when completing my claim. I simply completed a form attached in a letter of notice with a deadline for filing claims as part of the bankruptcy.

My address has changed. Please direct any future correspondence to Christina Koch-Garcia, 7425 Democracy Blvd, #110, Bethesda, MD 20817. My email address is sellmyhomechristina@gmail.com and my phone number is 301-633-8556.

Respectfully,

*Christina Koch*     2/15/2022
DocuSigned by: 314ABABA43D54D7...

Christina Koch-Garcia