| Global Aviation Holdings, Inc. - 13-12945 | | | |
|---|---|---|---|
| **February 23, 2022 - 2:00PM** | | | |
| **Omnibus Hearing** | | | |
| **First Name** | **Last Name** | **Party Representing** | **Firm Name** |
| Uday | Gorrepati | N/A (ABI Project) | |
| Peter | Keane | Alfred T. Giuliano | Pachulski Stang Ziehl & Jones LLP |
| Christopher | Stahl | Court | |