# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-12945 (MFW)<br>(Jointly Administered)<br><br>**Re: Docket No. 1267** |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 3rd day of March, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

> **[Signed] Order Sustaining Second Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (No Liability Claims) [Docket No. 1267]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

Global Aviation – 2nd Omnibus Objection
to Claims Service List
Case No. 13-12945 (MFW)
Document No. 237761
68 – First Class Mail

**FIRST CLASS MAIL**
Aeroturbine, Inc.
Attn: General Counsel
6800 S. Lindbergh Street
Stockton, CA  95206

**FIRST CLASS MAIL**
Afederal Exterminating
6801 11th Avenue
Brooklyn, NY 11219

**FIRST CLASS MAIL**
All the Way Foundation
c/o Deutsche Bank
345 Park Avenue, #1
New York, NY 10154

**FIRST CLASS MAIL**
American Airlines, Inc.
c/o Russell Hubbard, Esquire
P.O. Box 619616
MD 5675
DFW Airport, TX  75261-9616

**FIRST CLASS MAIL**
Anchorage Illiquid Opportunities
Offshore Master II, L.P.
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, NY 10012

**FIRST CLASS MAIL**
Arinc Incorporated
Attention: Legal Department
2551 Riva Road
Annapolis, MD 21401-7465

**FIRST CLASS MAIL**
Ann Austin Roth IRA
1004 Island Club Square
Vero Beach, FL 32963-5509

**FIRST CLASS MAIL**
Ann Austin
1004 Island Club Square
Vero Beach, FL 32963-5509

**FIRST CLASS MAIL**
Ann Austin, IRA
1004 Island Club Square
Vero Beach, FL 32963-5509

**FIRST CLASS MAIL**
Barclays Multi Manager Fund, PLC
309 West 49th Street, 19th Floor
New York, NY 10019

**FIRST CLASS MAIL**
Battery Park High Yield Long Short Fund
309 West 49th Street, 19th Floor
New York, NY 10019

**FIRST CLASS MAIL**
Battery Park High Yield Opportunity Master Fund, Ltd
309 West 49th Street, 19th Floor
New York, NY 10019

**FIRST CLASS MAIL**
James Benkard
c/o Deutsche Bank
345 Park Avenue, #1
New York, NY 10154

**FIRST CLASS MAIL**
Beverly Bohannon
4910 McKeever Lane
Missouri City, TX 77459

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Christophe-Martin Bomba<br>c/o John R. Weaver, Jr., Esquire<br>831 North Tatnall Street, Suite 200<br>Wilmington, DE 19801 | **FIRST CLASS MAIL**<br>James Casbarro<br>3 Evan Court<br>Newnan, GA 30265 |
| **FIRST CLASS MAIL**<br>Albert Louis Bonavito, IRA<br>390 W. Crisafolli Road<br>Merritt Island, FL 32953 | **FIRST CLASS MAIL**<br>Douglas Chin<br>c/o Deutsche Bank<br>345 Park Avenue, #1<br>New York, NY 10154 |
| **FIRST CLASS MAIL**<br>Rose Bouguyon<br>28 Overton Street<br>Deer Park, NY 11729 | **FIRST CLASS MAIL**<br>Douglas Chin<br>3 Carr Hill Road<br>Windham, NH 03087 |
| **FIRST CLASS MAIL**<br>Yajairo Brito<br>c/o John R. Weaver, Jr., Esquire<br>831 North Tatnall Street, Suite 200<br>Wilmington, DE 19801 | **FIRST CLASS MAIL**<br>Eleanor Clark, IRA<br>769 Holden Avenue<br>Sebastian, FL 32958 |
| **FIRST CLASS MAIL**<br>Eddie W. & Pauline A. Brock<br>2783 Kingdom Avenue<br>Melbourne, FL 32934 | **FIRST CLASS MAIL**<br>Theresa A. Clark<br>908 Black Pine Court<br>Rockledge, FL 32955 |
| **FIRST CLASS MAIL**<br>Marie H. Burkavage<br>3118 S. Casper Place<br>Titusville, FL 32780 | **FIRST CLASS MAIL**<br>Charles H. & Esther J. Coe<br>734 Spring Lake Drive<br>Melbourne, FL 32940 |
| **FIRST CLASS MAIL**<br>California Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812 | **FIRST CLASS MAIL**<br>Neil Cohen<br>c/o Deutsche Bank<br>345 Park Avenue, #1<br>New York, NY 10154 |
| **FIRST CLASS MAIL**<br>California Public Employees' Retirement<br>c/o Nomura Corp Research and Asset<br>Management Inc as Investment Advisor<br>Attn: Elaine Parker<br>309 West 49th Street, 19th Floor<br>New York, NY 10019 | **FIRST CLASS MAIL**<br>Neil Cohen<br>1000 Park Avenue #6C<br>New York, NY 10028 |

**FIRST CLASS MAIL**
Continental Casualty Company
Attn: Securities Legal
333 S. Wabash Avenue, 23rd Floor
Chicago, IL 60604

**FIRST CLASS MAIL**
Claudette M. Cormier, TTEE
P.O. Box 117
Grant, FL 32949

**FIRST CLASS MAIL**
James E. Crawford Roth IRA
2570 Palm Lake Drive
Merritt Island, FL 32952

**FIRST CLASS MAIL**
James E. & Dolores M. Crawford
2570 Palm Lake Drive
Merritt Island, FL 32952

**FIRST CLASS MAIL**
Dedalus Foundation
c/o Deutsche Bank
345 Park Avenue, 14th Floor
New York, NY 10154

**FIRST CLASS MAIL**
Dedalus Foundation
3 Columbus Circle Suite 1401
New York, NY 10019

**FIRST CLASS MAIL**
Delta Air Lines, Inc.
Law Department (981) ATG
P.O. Box 20574
Atlanta, GA 30320-2574

**FIRST CLASS MAIL**
Edmund H. DeMaar
15 Greenwood Lane
Redwood City, CA 94063

**FIRST CLASS MAIL**
Harriett B. DeMaar
15 Greenwood Lane
Redwood City, CA 94063

**FIRST CLASS MAIL**
Department of Transportation
Federal Aviation Administration, ASO-7
1701 Columbia Avenue
College Park, GA 30337

**FIRST CLASS MAIL**
Department of Defense
DFAS-HGB
Attn: B. Kaliski
P.O. Box 182317
Columbus, DC 43218-2317

**FIRST CLASS MAIL**
Ma Felida Dimaano
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

**FIRST CLASS MAIL**
Carmen Dlevante-Peloubet
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

**FIRST CLASS MAIL**
Lee M. Drew
1019 Bayhill Lane
Shorewood, IL 60404

**FIRST CLASS MAIL**
Janice Duncan
909 Holoma Drive
Vero Beach, FL 32962

**FIRST CLASS MAIL**
Joseph Duncan
909 Holoma Drive
Vero Beach, FL 32963-3405

3

*FIRST CLASS MAIL*
Eriko Daly
7620 Fuller Drive
Wake Forest, NC 27587

*FIRST CLASS MAIL*
Christopher Fletcher
321 E. 4th Street
Neillsville, WI 54456

*FIRST CLASS MAIL*
Sharon Fox, IRA
3840 Jennifer Avenue
Valkana, FL 32950

*FIRST CLASS MAIL*
Sharon Fox
3840 Jennifer Avenue
Valkana, FL 32950

*FIRST CLASS MAIL*
Patrick Frassetti
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

*FIRST CLASS MAIL*
Falana Fray
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

*FIRST CLASS MAIL*
GE Capital Aviation Services Limited
Attn: Operations Leader
777 Long Ridge Road
Stamford, CT 06927

*FIRST CLASS MAIL*
General Motors Canadian Hourly Rate –
Employees Pension Plan
309 West 49th Street, 19th Floor
New York, NY 10019

*FIRST CLASS MAIL*
General Motors Canadian Retirement
Program for Salaried Employees
309 West 49th Street, 19th Floor
New York, NY 10019

*FIRST CLASS MAIL*
General Motors Hourly Rate Employees
Pension Trust
309 West 49th Street, 19th Floor
New York, NY 10019

*FIRST CLASS MAIL*
Joseph Giddings, IRA
1215 Palm Garden Place
Melbourne, FL 32940

*FIRST CLASS MAIL*
Eileen Goretski
104 Island View Drive
Indian Harbour Beach, FL 32937

*FIRST CLASS MAIL*
Eileen Goretski, Roth IRA
104 Island View Drive
Indian Harbour Beach, FL 32937

*FIRST CLASS MAIL*
Grapevine-Colleyville Independent School
District
c/o Perdue, Brandon, Fielder, *et al*.
P.O. Box 13430
Arlington, TX 76094-0430

*FIRST CLASS MAIL*
GRF Master Fund II, L.P.
c/o Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, NY 10012

*FIRST CLASS MAIL*
Joanne Guida, IRA
1771 Admiralty Boulevard
Rockledge, FL 32966

4

*FIRST CLASS MAIL*
Hillsborough County Tax Collector
Doug Belden, Tax Collector
P.O. Box 30012
Tampa, FL 33630-3012

*FIRST CLASS MAIL*
Kathleen Hinkaty Trust
Kathleen Hinkaty
250 Southdown Road
Lloyd Harbor, NY 11743

*FIRST CLASS MAIL*
Kathleen Hinkaty Trust
c/o Deutsche Bank
345 Park Avenue, #1
New York, NY 10154

*FIRST CLASS MAIL*
Steven Horwitz
3840 Jennifer Avenue
Valkaria, FL 32950

*FIRST CLASS MAIL*
HQ Army & Air Force Exchange Service
FA-C/OR
P.O. Box 660792
Dallas, TX 75266

*FIRST CLASS MAIL*
Indemnity Ins Co of North America
c/o Joseph G. Gibbons, Esquire
1650 Market Street, Ste. 1800
Philadelphia, PA 19103

5

DOCS_DE:237761.1 31267/001

Global Aviation Holdings 2002 Email and FCM Service List
Case No. 13-12945 (MFW)
Document No. 232414
18 – FIRST CLASS MAIL
49 – ELECTRONIC MAIL

*(Counsel to the Chapter 7 Trustee)*
Bradford J. Sandler, Esquire
Michael R. Seidl, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com; mseidl@pszjlaw.com; pkeane@pszjlaw.com**

*FIRST CLASS MAIL*
*(Counsel to Airborne Maintenance & Engineering Services, Inc. d/b/a AMES)*
Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801

*FIRST CLASS MAIL*
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
Federal Communications Commission
45 L Street, NE
Washington, DC  20554

*FIRST CLASS MAIL*
Office of Intelligence, Security and Emergency Response (S-60)
Civil Reserve Air Fleet
Office of the Secretary of Transportation
1200 New Jersey Avenue, SE
Washington, DC  20590

*FIRST CLASS MAIL*
Military Surface Deployment and Distribution Command
SDDC Headquarters, Scott AFB
1 Soldier Way
Scott AFB, IL  62225

**FIRST CLASS MAIL**
*(Indenture Trustee to Second and Third Lienholders)*
Corporate Trust Services
Wells Fargo Bank, National Association
2 Peachtree Street, NW
Atlanta, GA  30303

*FIRST CLASS MAIL*
*(Official Committee of Unsecured Creditors & Union Counsel)*
Andrew Brenner
Air Line Pilots Association, International
100 Hartsfield Centre Parkway, Suite 450
Atlanta, GA  30354

*FIRST CLASS MAIL*
*(Creditor)*
Recovery & Bankruptcy Group
Ricoh USA Inc.
3920 Arkwright Road
Macon, GA  31210

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operations
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104

*FIRST CLASS MAIL*
*(Agent to First Lienholders)*
Kevin Genda
Ammon Adams
Cerberus Business Finance, LLC
875 Third Avenue
New York, NY  10022

DOCS_DE:232414.1 31267/001                    1

*FIRST CLASS MAIL*
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

*FIRST CLASS MAIL*
Maria Knutsen-Pugh, Esquire, VP Legal
AerCap
10250 Constellation Blvd., #1500
Los Angeles, CA  90067

*FIRST CLASS MAIL*
*(Counsel to Sabre, Inc.)*
Stephen C. Stapleton, Esquire
Cowles & Thompson, PC
901 Main Street, Suite 3900
Dallas, TX  75202

*FIRST CLASS MAIL*
*(Official Committee of Unsecured Creditors)*
Unical Aviation, Inc.
Attn:  Mercy Tan
680 S. Lemon Avenuep
City of Industry, CA  91789

*FIRST CLASS MAIL*
*(Counsel to Agent for Second and Third Lienholders)*
Mildred Quinones-Holmes, Esquire
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY  10017-4611

*FIRST CLASS MAIL*
*(Creditor)*
Susan R. Fuertes, Esquire
Aldine Independent School District
2520 W.W. Thorne Blvd.
Houston, TX  77073

*FIRST CLASS MAIL*
*(Counsel to Aircastle Advisor LLC)*
James H. Rollins, Esquire
Holland & Knight LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA  30309

*FIRST CLASS MAIL*
*(Creditor)*
Bradley D. Johnson, Special Counsel
Aircastle Advisor LLC
3094 NE Harrison Street
Issaquah, WA  98029

*ELECTRONIC MAIL*
*(United States Trustee)*
Jane Leamy, Esquire
Benjamin Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19899-0035
**Email:  jane.m.leamy@usdoj.gov;
benjamin.a.hackman@usdoj.gov**

*ELECTRONIC MAIL*
*(United States Attorney General)*
Merrick Garland, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

*ELECTRONIC MAIL*
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE  19899
**Email:  usade.ecfbankruptcy@usdoj.gov**

*ELECTRONIC MAIL*
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@state.de.us**

*ELECTRONIC MAIL*
Attn: Bankruptcy Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  fasnotify@delaware.gov**

*ELECTRONIC MAIL*
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC  20005
**Email: efile@pbgc.gov**

*ELECTRONIC MAIL*
*(Counsel to Debtor)*
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
**Email:  cward@polsinelli.com**

*ELECTRONIC MAIL*
*(Counsel to Agent for Second and Third Lienholders, Silver Rock Financial LLC, Beach Point Capital, Stonehill Capital Management LLC and Guggenheim Partners Investment Management, LLC)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
**Email:  rmersky@monlaw.com**

*ELECTRONIC MAIL*
*(Counsel to Airline Pilots Association, International, AFL-CIO)*
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE  19801
**Email:  skaufman@skaufmanlaw.com**

*ELECTRONIC MAIL*
*(Counsel to the Prepetition Secured Lenders and First Lien Agent; Counsel to Cerberus Business Finance, LLC)*
Michael R. Nestor, Esquire
Margaret Whiteman Greecher, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
**Email:  bankfilings@ycst.com**

*ELECTRONIC MAIL*
*(Counsel to GE Capital Aviation Services, LLC; GE Capital Aviation Services Ltd (GECAS))*
Mark D. Collins, Esquire
Richards Layton & Finger. P.A.
920 N. King Street
Wilmington, DE  19801
**Email:  collins@rlf.com**

*ELECTRONIC MAIL*
*(Counsel to WORLD (DE) QRS 15-65, INC. ("WORLD (DE) QRS"))*
Curtis S. Miller, Esquire
Tamara K. Minott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Suite 1600
Wilmington, DE  19801
**Email:  cmiller@mnat.com; tminott@mnat.com**

***ELECTRONIC MAIL***
*(Counsel to Team SAI M&E Solutions, LLC)*
Eihu E. Allinson III, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE  19801
**Email:  zallinson@sha-llc.com**

***ELECTRONIC MAIL***
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
Dover, DE  19903
**Email:  dosdoc_bankruptcy@state.de.us**

***ELECTRONIC MAIL***
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

***ELECTRONIC MAIL***
Securities and Exchange Commission
Andrew Calamari, NY Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022
**Email:  nyrobankruptcy@sec.gov**

***ELECTRONIC MAIL***
Securities and Exchange Commission - Headquarters
100 F Street, NE
Washington, DC  20549
**Email:  secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
Securities and Exchange Commission
Sharon Binger, Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

***ELECTRONIC MAIL***
Andrea Horowitz Handel, Esquire
United States Department of Justice
Civil Division
Ben Franklin Station
PO Box 875
Washington, DC  20044
**Email:  andrea.handel@usdoj.gov**

***ELECTRONIC MAIL***
*(Counsel to Debtor)*
Kenric Kattner, Esquire
Haynes and Boone, LLP
1221 McKinney Street, Suite 2100
Houston, TX  77010
**Email:  kenric.kattner@haynesboone.com**

***ELECTRONIC MAIL***
*(Counsel to Airline Pilots Association, International, AFL-CIO)*
Peter D. DeChiara, Esquire
Cohen, Weiss & Simon, LLP
900 Third Avenue
New York, NY  10022-4869
**Email:  pdechiara@cwsny.com**

***ELECTRONIC MAIL***
*(Counsel to the Prepetition Secured Lenders and First Lien Agent; Counsel to Cerberus Business Finance, LLC)*
Michael L. Tuchin, Esquire
Thomas E. Patterson, Esquire
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA  90067
**Email:  mtuchin@ktbslaw.com; tpatterson@ktbslaw.com**

***ELECTRONIC MAIL***
*(Counsel to GE Capital Aviation Services, LLC; GE Capital Aviation Services Ltd (GECAS))*
Jacqueline Marcus, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Email: jacqueline.marcus@weil.com**

***ELECTRONIC MAIL***
*(Counsel to Air BP, a Division of BP Products North America Inc. ("BP"))*
James S. Carr, Esquire
Casey B. Boyle, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
**Email: kdwbankruptcydepartment@kelleydrye.com**

***ELECTRONIC MAIL***
*(Counsel to International Brotherhood of Teamsters)*
Laureve D. Blackstone, Esquire
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011
**Email: lblackstone@levyratner.com**

***ELECTRONIC MAIL***
*(Union Counsel)*
Cynthia De Figueiredo
International Brotherhood of Teamsters
55 Broad Street, 11th Floor
New York, NY 10004
**Email: local210@earthlink.net**

***ELECTRONIC MAIL***
*(Counsel to Wells Fargo Bank Northwest, National Association, not in its individual capacity, but solely as owner trustee)*
Arthur E. Rosenburg, Esquire
Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019
**Email: arthur.rosenberg@hklaw.com**

***ELECTRONIC MAIL***
*(Counsel to Honeywell)*
Catherine Steege, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
**Email: csteege@jenner.com**

***ELECTRONIC MAIL***
*(Counsel to City of Grapevine, Grapevine-Colleyville ISD)*
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott LLP
500 East Border Street, Suite 640
Arlington, TX 76010
**Email: ebcalvo@pbfcm.com**

***ELECTRONIC MAIL***
*(Counsel to WORLD (DE) QRS 15-65, INC. ("WORLD (DE) QRS"))*
Alan J. Lipkin, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
**Email: alipkin@willkie.com**

***ELECTRONIC MAIL***
*(Counsel to (i) International Lease Finance Corporation, (ii) AeroTurbine, Inc., (iii) Wilmington Trust Company, solely in its capacity as owner trustee with respect to certain aircraft and related equipment leased to the Debtors, and (iv) Castle 2003-2B LLC)*
Brett Marks, Esquire
Akerman LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL  32801-4904
**Email:  brett.marks@akerman.com**

***ELECTRONIC MAIL***
*(Counsel to Israel Aerospace Industries Ltd., Bedek Aviation Group - Engine Division)*
Joseph M. Vann, Esquire
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue, Suite 2400
New York, NY  10170
**Email:  jvann@ctswlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Harris County)*
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, TX  77081
**Email: houston_bankruptcy@publicans.com**

***ELECTRONIC MAIL***
*(Counsel to the County of Loudoun, Virginia)*
Belkys Escobar, Esquire
The County of Loudoun, VA
PO Box 7000
Leesburg, VA  20177-7000
**Email:  belkys.escobar@loudoun.gov**

***ELECTRONIC MAIL***
*(Counsel to UnitedHealthcare Insurance Company and United HealthCare Services, Inc.)*
Eric S. Goldstein, Esquire
Shipman & Goodwin LLP
One Construction Plaza
Hartford, CT  06103-1919
**Email:  egoldstein@goodwin.com; bankruptcy@goodwin.com**

***ELECTRONIC MAIL***
*(Counsel to Microsoft Corporation and Microsoft Licensing GP)*
Maria A. Milano, Esquire
Fox Rothschild LLP
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154
**Email:  mamilano@foxrothschild.com**

***ELECTRONIC MAIL***
*(Counsel to Missouri Department of Revenue)*
Steven A. Ginther, Esquire
Bankruptcy Unit
Missouri Department of Revenue
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475
**Email:  deecf@dor.mo.gov**

***ELECTRONIC MAIL***
*(Chapter 7 Trustee)*
Alfred Thomas Giuliano, Esquire
Giuliano Miller & Co., LLC
Pavilion 800
2301 E. Evesham Road, Suite 210
Voorhees, NJ  08043
**Email:  atgiuliano@giulianomiller.com**

*ELECTRONIC MAIL*
*(Counsel to Doug Belden, Hillsborough County Tax Collector)*
Brian T. FitzGerald, Esquire
Senior Assistant County Attorney
PO Box 1110
Tampa, FL  33601-1110
**Email: fitzgeraldb@hillsboroughcounty.org**

*ELECTRONIC MAIL*
*(Counsel to Airborne Maintenance & Engineering Services, Inc. d/b/a AMES)*
Jeffrey A. Marks, Esquire
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH  45202
**Email: jamarks@vorys.com**

*ELECTRONIC MAIL*
*(Counsel to UTC Aerospace Systems)*
Edward H. Tillinghast III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY  10112
**Email: etillinghast@sheppardmullin.com**

*ELECTRONIC MAIL*
Heather L. Donald, Asst AG
State of Michigan, Department of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
**Email: donaldh@michigan.gov**