**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GLOBAL AVIATION HOLDINGS, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-12945 (MFW)<br>(Jointly Administered)<br><br>**Re: Docket No. 1268** |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on the 3rd day of March, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**[Signed] Order Sustaining Third Omnibus Objection (Substantive) of Alfred T. Giuliano, Chapter 7 Trustee, to Certain Claims (No Liability Claims) [Docket No. 1268]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Global Aviation Holdings, Inc. (2196); Global Shared Services, Inc. (1692); New ATA Acquisition Inc. (1985); New ATA Investment Inc. (2109); North American Airlines, Inc. (8792); World Air Holdings, Inc. (1036); and World Airways, Inc. (8276). The Debtors' corporate address is 101 World Drive, Peachtree City, Georgia 30269.

Global Aviation – 3rd Omnibus Objection to Claims Service List
Case No. 13-12945 (MFW)
Document No. 237762
68 – First Class Mail

***FIRST CLASS MAIL***
Fabiola Augustin
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Dennis Brown
28 Woods Road
Tuxedo, NY 10987

***FIRST CLASS MAIL***
Anne-Marie Jerlaianu
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Rosa Kagan
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Bela Kardos
863 Villa Drive
Melbourne, FL 32940

***FIRST CLASS MAIL***
Bela Kardos, IRA
863 Villa Drive
Melbourne, FL 32940

***FIRST CLASS MAIL***
David Keating
100 Wellington Point
Fayetteville, GA 30215

***FIRST CLASS MAIL***
L-3 Communications Corp Master Trust
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
Arden E. Larsen, IRA
1375 Pineridge Court
Castle Pines, CO 80108

***FIRST CLASS MAIL***
Arden E. Larsen, Trust, TTEE
c/o Arden E. Larsen, TTEE
1375 Pineridge Court
Castle Pines, CO 80108

***FIRST CLASS MAIL***
Virginia Latimer
167 Skyline Boulevard
Satellite Beach, FL 32937

***FIRST CLASS MAIL***
Rosalie H. Lavista Inherited IRA
160 Forest Cay
Vero Beach, FL 32962

***FIRST CLASS MAIL***
Elizabeth & John Litterello, JTWROS
3565 Manassas Avenue
Melbourne, FL 32934

***FIRST CLASS MAIL***
Titus Logan
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Louisiana State Employees Retirement System
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
Allen Malone
5011 Corsica Square
Vero Beach, FL 32967

***FIRST CLASS MAIL***
Margo Marks & Kory Marks
10 North Lake Road
Armonk, NY 10504

***FIRST CLASS MAIL***
Margo Marks & Kory Marks
c/o Deutsche Bank
Attn: Shari Mason
345 Park Avenue, #1
New York, NY 10154

***FIRST CLASS MAIL***
Charles & Barbara Mars Family Trust
U/A Dated 06/17/03 TTEE
421 Orange Street
Titusville, FL 32796

***FIRST CLASS MAIL***
Judy McDermott
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Brian McQueeney
432 Golf Boulevard
Daytona Beach, FL 32118

***FIRST CLASS MAIL***
Francesca Menaged
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Linda Miller, IRA
186 Fern Park Drive
Dawsonville, GA 30534-8490

***FIRST CLASS MAIL***
Linda Miller, TTEE
186 Fern Park Drive
Dawsonville, GA 30534-8490

***FIRST CLASS MAIL***
Montgomery County Employees' Retirement System
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
MTBJ Nomura Bond and Loan Fund
2 World Financial Center #17
New York, New York 10281

***FIRST CLASS MAIL***
Robert E. Neiman, Jr.
3920 N. E. 23rd Terrace
Lighthouse Point, FL 33064

***FIRST CLASS MAIL***
New York State Dept. of Labor
State Office Campus
Building #12, Room #256
Albany, NY 12240

***FIRST CLASS MAIL***
Nomura Funds Ireland – Global High Yield Bond
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
Nomura Funds Ireland - US High Yield Bond Fund
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
Nomura Multi Managers Fund II – US High Yield Bond
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
Nomura US Attractive Yield Bond Inc
c/o Nomura Corp Res & Asset Mgmt
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
Nomura US Attractive Yield Corporate
Bond Fund Mother Fund
309 West 49th Street, 19th Floor
New York, NY 10019

***FIRST CLASS MAIL***
Stephen Robert Ouellet
356 Ivy Glen Circle
Avondale Estates, GA 30002-1767

***FIRST CLASS MAIL***
Paralyzed Veterans of America – New
England Chapter
c/o Spinnaker Asset Management, Inc.
1208 VFW Parkway, Ste 301
West Roxbury, MA 02131

***FIRST CLASS MAIL***
Ayana Peterson
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Jack Petrie (for Jaklyn Petrie)
1906 Winesap Way
Kendallville, IN 46755

***FIRST CLASS MAIL***
Peter G. Phillips
c/o Robert Mastrosimone CFP
Mastro Financial Services LLC
100 Rialto Pl, Suite 736
Melbourne, FL32901

***FIRST CLASS MAIL***
Peter G. Phillips
8665 S. Tropical Trail
Merritt Island, FL 32952

***FIRST CLASS MAIL***
Rosica A. Popivanova
193 Twiggs Corner
Peachtree City, GA 30269

***FIRST CLASS MAIL***
Lindy L. Postell
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Richard N. & Ruth A. Rakof, TTEE
2503 Penasco Place
Las Cruces, NM 88011

***FIRST CLASS MAIL***
James A. Rinehart
715 Pullman Lane
Stockbridge, GA 30281

***FIRST CLASS MAIL***
RM & CL Famulla
628 Boyle Lane
McLean, VA 22102

***FIRST CLASS MAIL***
William Rodriguez
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Charles E. Sink IRA
1145 N. Riverside Drive
Indialantic, FL 32903

***FIRST CLASS MAIL***
Charles E. & Bertha Sink
1145 N. Riverside Drive
Indialantic, FL 32903

***FIRST CLASS MAIL***
Raymundo Sison
125 Rivermist Way
Vero Beach, FL 32960

***FIRST CLASS MAIL***
State of NJ Common Pension Fund D
c/o Nomura Corp Res & Asset Mgmt
309 West 49th Street, 19th Floor
New York, NY 10019-7316

***FIRST CLASS MAIL***
Harold Steinbrenner
1 George Steinbrenner Drive
Legends Field
Tampa, FL 33614

***FIRST CLASS MAIL***
Harold Steinbrenner
c/o Deutsche Bank
Attn: Shari Mason
345 Park Avenue, #1
New York, NY 10154

***FIRST CLASS MAIL***
Stichting Pensioenfonds Metaal en Techniek
c/o Nomura Corp Res & Asset Mgmt
309 West 49th Street, 19th Floor
New York, NY 10019-7316

***FIRST CLASS MAIL***
William F. Teekasingh
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
The Regents of the University of CA
c/o Nomura Corp Research and Asset
Management Inc as Investment Advisor
Attn: Elaine Parker
309 West 49th Street, 19th Floor
New York, NY 10019−7316

***FIRST CLASS MAIL***
Diane Thomas
349 Myrtlewood Road
Melbourne, FL 32940

***FIRST CLASS MAIL***
Travelers Casualty & Surety Company
Travelers Bond & Financial Products
One Tower Square - S102A
Hartford, CT 06183

***FIRST CLASS MAIL***
Tri-C Holdings Limited
c/o Deutsche Bank
Attn: Shari Mason
345 Park Avenue, #1
New York, NY 10154

***FIRST CLASS MAIL***
Hope Turner TTEE
P.O. Box 33031
Indialantic, FL 32903

***FIRST CLASS MAIL***
Ursula Biloschaetzke
P.O. Box 4051
1382 E. El Morado Court
Ontario, CA 91761

***FIRST CLASS MAIL***
US Customs & Border Protection
Attn: Revenue Division
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

***FIRST CLASS MAIL***
Paul Uzialko
3336 Meadowridge Drive
Melbourne, FL 32901

***FIRST CLASS MAIL***
Alan D. Vogt, Indenture Trust dtd 9/13/93
Alan D. Vogt & Susan S. Vogt TTEES
12129 Trentmore Place
St. Louis, MO 63127

***FIRST CLASS MAIL***
Nikolay Voldman
2047 Holland Avenue, Apt. 3C
Bronx, NY 10462

***FIRST CLASS MAIL***
Michael H. & Judith J. Weissman
2269 Parkland Drive
Melbourne, FL 32904

***FIRST CLASS MAIL***
Wells Fargo Bank, N.A.
Attn: Carolyn Antunez, MAC D1053-150
301 S. College Street, 32nd Floor
Charlotte, NC 28202

***FIRST CLASS MAIL***
Yvonne Weston
c/o John R. Weaver, Jr., Esquire
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

***FIRST CLASS MAIL***
Lennie Williams, IRA
7103 Hallcock Street
Melbourne, FL 32940

***FIRST CLASS MAIL***
World (DE) QRS 16-95, Inc.
c/o W. P. Carey & Co., LLC
50 Rockefeller Plaza
New York, NY 10020

Global Aviation Holdings 2002 Email and FCM Service List
Case No. 13-12945 (MFW)
Document No. 232414
18 – FIRST CLASS MAIL
49 – ELECTRONIC MAIL

*(Counsel to the Chapter 7 Trustee)*
Bradford J. Sandler, Esquire
Michael R. Seidl, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
**Email: bsandler@pszjlaw.com; mseidl@pszjlaw.com; pkeane@pszjlaw.com**

***FIRST CLASS MAIL***
*(Counsel to Airborne Maintenance & Engineering Services, Inc. d/b/a AMES)*
Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

***FIRST CLASS MAIL***
US Department of Treasury
Office of General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

***FIRST CLASS MAIL***
Federal Communications Commission
45 L Street, NE
Washington, DC 20554

***FIRST CLASS MAIL***
Office of Intelligence, Security and Emergency Response (S-60)
Civil Reserve Air Fleet
Office of the Secretary of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590

***FIRST CLASS MAIL***
Military Surface Deployment and Distribution Command
SDDC Headquarters, Scott AFB
1 Soldier Way
Scott AFB, IL 62225

**FIRST CLASS MAIL**
*(Indenture Trustee to Second and Third Lienholders)*
Corporate Trust Services
Wells Fargo Bank, National Association
2 Peachtree Street, NW
Atlanta, GA 30303

***FIRST CLASS MAIL***
*(Official Committee of Unsecured Creditors & Union Counsel)*
Andrew Brenner
Air Line Pilots Association, International
100 Hartsfield Centre Parkway, Suite 450
Atlanta, GA 30354

***FIRST CLASS MAIL***
*(Creditor)*
Recovery & Bankruptcy Group
Ricoh USA Inc.
3920 Arkwright Road
Macon, GA 31210

***FIRST CLASS MAIL***
Internal Revenue Service
Centralized Insolvency Operations
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104

***FIRST CLASS MAIL***
*(Agent to First Lienholders)*
Kevin Genda
Ammon Adams
Cerberus Business Finance, LLC
875 Third Avenue
New York, NY 10022

***FIRST CLASS MAIL***
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806

***FIRST CLASS MAIL***
Maria Knutsen-Pugh, Esquire, VP Legal
AerCap
10250 Constellation Blvd., #1500
Los Angeles, CA 90067

***FIRST CLASS MAIL***
*(Counsel to Sabre, Inc.)*
Stephen C. Stapleton, Esquire
Cowles & Thompson, PC
901 Main Street, Suite 3900
Dallas, TX 75202

***FIRST CLASS MAIL***
*(Official Committee of Unsecured Creditors)*
Unical Aviation, Inc.
Attn: Mercy Tan
680 S. Lemon Avenuep
City of Industry, CA 91789

***FIRST CLASS MAIL***
*(Counsel to Agent for Second and Third Lienholders)*
Mildred Quinones-Holmes, Esquire
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017-4611

***FIRST CLASS MAIL***
*(Creditor)*
Susan R. Fuertes, Esquire
Aldine Independent School District
2520 W.W. Thorne Blvd.
Houston, TX 77073

***FIRST CLASS MAIL***
*(Counsel to Aircastle Advisor LLC)*
James H. Rollins, Esquire
Holland & Knight LLP
1180 West Peachtree Street, Suite 1800
Atlanta, GA 30309

***FIRST CLASS MAIL***
*(Creditor)*
Bradley D. Johnson, Special Counsel
Aircastle Advisor LLC
3094 NE Harrison Street
Issaquah, WA 98029

***ELECTRONIC MAIL***
*(United States Trustee)*
Jane Leamy, Esquire
Benjamin Hackman, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19899-0035
**Email: jane.m.leamy@usdoj.gov; benjamin.a.hackman@usdoj.gov**

***ELECTRONIC MAIL***
*(United States Attorney General)*
Merrick Garland, Esquire
Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

***ELECTRONIC MAIL***
(United States Attorney)
David C. Weiss c/o Ellen Slights, Esquire
United States Attorney's Office
District of Delaware
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19899
**Email: usade.ecfbankruptcy@usdoj.gov**

***ELECTRONIC MAIL***
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 5th Floor
820 N. French Street
Wilmington, DE 19801
**Email: attorney.general@state.de.us**

***ELECTRONIC MAIL***
Attn: Bankruptcy Administrator
Delaware Department of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801
**Email: fasnotify@delaware.gov**

***ELECTRONIC MAIL***
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005
**Email: efile@pbgc.gov**

***ELECTRONIC MAIL***
*(Counsel to Debtor)*
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**Email: cward@polsinelli.com**

***ELECTRONIC MAIL***
*(Counsel to Agent for Second and Third Lienholders, Silver Rock Financial LLC, Beach Point Capital, Stonehill Capital Management LLC and Guggenheim Partners Investment Management, LLC)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**Email: rmersky@monlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Airline Pilots Association, International, AFL-CIO)*
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
**Email: skaufman@skaufmanlaw.com**

***ELECTRONIC MAIL***
*(Counsel to the Prepetition Secured Lenders and First Lien Agent; Counsel to Cerberus Business Finance, LLC)*
Michael R. Nestor, Esquire
Margaret Whiteman Greecher, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
**Email: bankfilings@ycst.com**

***ELECTRONIC MAIL***
*(Counsel to GE Capital Aviation Services, LLC; GE Capital Aviation Services Ltd (GECAS))*
Mark D. Collins, Esquire
Richards Layton & Finger. P.A.
920 N. King Street
Wilmington, DE 19801
**Email: collins@rlf.com**

***ELECTRONIC MAIL***
*(Counsel to WORLD (DE) QRS 15-65, INC. ("WORLD (DE) QRS"))*
Curtis S. Miller, Esquire
Tamara K. Minott, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, Suite 1600
Wilmington, DE 19801
**Email: cmiller@mnat.com; tminott@mnat.com**

***ELECTRONIC MAIL***
*(Counsel to Team SAI M&E Solutions, LLC)*
Eihu E. Allinson III, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
**Email: zallinson@sha-llc.com**

***ELECTRONIC MAIL***
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
Dover, DE 19903
**Email: dosdoc_bankruptcy@state.de.us**

***ELECTRONIC MAIL***
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

***ELECTRONIC MAIL***
Securities and Exchange Commission
Andrew Calamari, NY Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022
**Email: nyrobankruptcy@sec.gov**

***ELECTRONIC MAIL***
Securities and Exchange Commission - Headquarters
100 F Street, NE
Washington, DC 20549
**Email: secbankruptcy@sec.gov**

***ELECTRONIC MAIL***
Securities and Exchange Commission
Sharon Binger, Philadelphia Regional Director
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

***ELECTRONIC MAIL***
Andrea Horowitz Handel, Esquire
United States Department of Justice
Civil Division
Ben Franklin Station
PO Box 875
Washington, DC 20044
**Email: andrea.handel@usdoj.gov**

***ELECTRONIC MAIL***
*(Counsel to Debtor)*
Kenric Kattner, Esquire
Haynes and Boone, LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010
**Email: kenric.kattner@haynesboone.com**

***ELECTRONIC MAIL***
*(Counsel to Airline Pilots Association, International, AFL-CIO)*
Peter D. DeChiara, Esquire
Cohen, Weiss & Simon, LLP
900 Third Avenue
New York, NY 10022-4869
**Email: pdechiara@cwsny.com**

***ELECTRONIC MAIL***
*(Counsel to the Prepetition Secured Lenders and First Lien Agent; Counsel to Cerberus Business Finance, LLC)*
Michael L. Tuchin, Esquire
Thomas E. Patterson, Esquire
KTBS Law LLP
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
**Email: mtuchin@ktbslaw.com; tpatterson@ktbslaw.com**

***ELECTRONIC MAIL***
*(Counsel to GE Capital Aviation Services, LLC; GE Capital Aviation Services Ltd (GECAS))*
Jacqueline Marcus, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Email: jacqueline.marcus@weil.com**

***ELECTRONIC MAIL***
*(Counsel to Air BP, a Division of BP Products North America Inc. ("BP"))*
James S. Carr, Esquire
Casey B. Boyle, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
**Email: kdwbankruptcydepartment@kelleydrye.com**

***ELECTRONIC MAIL***
*(Counsel to International Brotherhood of Teamsters)*
Laureve D. Blackstone, Esquire
Levy Ratner, P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011
**Email: lblackstone@levyratner.com**

***ELECTRONIC MAIL***
*(Union Counsel)*
Cynthia De Figueiredo
International Brotherhood of Teamsters
55 Broad Street, 11th Floor
New York, NY 10004
**Email: local210@earthlink.net**

***ELECTRONIC MAIL***
*(Counsel to Wells Fargo Bank Northwest, National Association, not in its individual capacity, but solely as owner trustee)*
Arthur E. Rosenburg, Esquire
Holland & Knight LLP
31 W. 52nd Street
New York, NY 10019
**Email: arthur.rosenberg@hklaw.com**

***ELECTRONIC MAIL***
*(Counsel to Honeywell)*
Catherine Steege, Esquire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
**Email: csteege@jenner.com**

***ELECTRONIC MAIL***
*(Counsel to City of Grapevine, Grapevine-Colleyville ISD)*
Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott LLP
500 East Border Street, Suite 640
Arlington, TX 76010
**Email: ebcalvo@pbfcm.com**

***ELECTRONIC MAIL***
*(Counsel to WORLD (DE) QRS 15-65, INC. ("WORLD (DE) QRS"))*
Alan J. Lipkin, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
**Email: alipkin@willkie.com**

***ELECTRONIC MAIL***
*(Counsel to (i) International Lease Finance Corporation, (ii) AeroTurbine, Inc., (iii) Wilmington Trust Company, solely in its capacity as owner trustee with respect to certain aircraft and related equipment leased to the Debtors, and (iv) Castle 2003-2B LLC)*
Brett Marks, Esquire
Akerman LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904
**Email: brett.marks@akerman.com**

***ELECTRONIC MAIL***
*(Counsel to Israel Aerospace Industries Ltd., Bedek Aviation Group - Engine Division)*
Joseph M. Vann, Esquire
Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
**Email: jvann@ctswlaw.com**

***ELECTRONIC MAIL***
*(Counsel to Harris County)*
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
4828 Loop Central Drive, Suite 600
Houston, TX 77081
**Email: houston_bankruptcy@publicans.com**

***ELECTRONIC MAIL***
*(Counsel to the County of Loudoun, Virginia)*
Belkys Escobar, Esquire
The County of Loudoun, VA
PO Box 7000
Leesburg, VA 20177-7000
**Email: belkys.escobar@loudoun.gov**

***ELECTRONIC MAIL***
*(Counsel to UnitedHealthcare Insurance Company and United HealthCare Services, Inc.)*
Eric S. Goldstein, Esquire
Shipman & Goodwin LLP
One Construction Plaza
Hartford, CT 06103-1919
**Email: egoldstein@goodwin.com; bankruptcy@goodwin.com**

***ELECTRONIC MAIL***
*(Counsel to Microsoft Corporation and Microsoft Licensing GP)*
Maria A. Milano, Esquire
Fox Rothschild LLP
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154
**Email: mamilano@foxrothschild.com**

***ELECTRONIC MAIL***
*(Counsel to Missouri Department of Revenue)*
Steven A. Ginther, Esquire
Bankruptcy Unit
Missouri Department of Revenue
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475
**Email: deecf@dor.mo.gov**

***ELECTRONIC MAIL***
*(Chapter 7 Trustee)*
Alfred Thomas Giuliano, Esquire
Giuliano Miller & Co., LLC
Pavilion 800
2301 E. Evesham Road, Suite 210
Voorhees, NJ 08043
**Email: atgiuliano@giulianomiller.com**

***ELECTRONIC MAIL***
*(Counsel to Doug Belden, Hillsborough County Tax Collector)*
Brian T. FitzGerald, Esquire
Senior Assistant County Attorney
PO Box 1110
Tampa, FL 33601-1110
**Email: fitzgeraldb@hillsboroughcounty.org**

***ELECTRONIC MAIL***
*(Counsel to Airborne Maintenance & Engineering Services, Inc. d/b/a AMES)*
Jeffrey A. Marks, Esquire
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
**Email: jamarks@vorys.com**

***ELECTRONIC MAIL***
*(Counsel to UTC Aerospace Systems)*
Edward H. Tillinghast III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
**Email: etillinghast@sheppardmullin.com**

***ELECTRONIC MAIL***
Heather L. Donald, Asst AG
State of Michigan, Department of Treasury
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
**Email: donaldh@michigan.gov**