FILED
2022 JAN 18  AM 10: 16
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  
24 HOUR FITNESS WORLDWIDE, INC.

Chapter 11

Case No: 20-11558

DEBTOR

## NOTICE OF CHANGE OF PAYMENT ADDRESS

**PLEASE TAKE NOTICE** that **Wells Fargo Bank, N.A. aka Wells Fargo Capital Finance, aka Wells Fargo Trade Capital Services, Inc.** a creditor in the cases of the above captioned debtors ("Debtors"), direct the Debtors, counsel for the Debtors, and Litigation Trustee (including any claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtor's schedules and claims register as **claim number 11857**), and hereby requests that distributions relating to such claim be sent to the New Payment Addresses set forth below, effective as of the date hereof.

| New Payment Address: | Old Payment Address: |
|---|---|
| Attn: GRT Bankruptcy Administration | Attn: Bankruptcy Administration |
| PO Box 712683 | 100 Park Ave 3rd Floor |
| Philadelphia, PA 19171-2683 | New York, NY 10017 |

**New Service Address:**
**Attn: GRT Bankruptcy**
P.O. Box 13708
Macon, GA  31208-3708
Christine.R.Etheridge@WellsFargo.com

I declare under penalty of perjury that the foregoing is true and correct

Authorized Signatory for:
Wells Fargo Vendor Capital Finance aka Wells Fargo Bank, N.A.

By: _Christine R. Etheridge_
Christine R. Etheridge
Loan Workout Specialist - Bankruptcy
Wells Fargo Capital Finance aka Wells Fargo Bank, N.A.
1738 Bass Road
Macon, GA  31210
(800) 480-6513

Dated:  January 6, 2022



Wells Fargo Vendor Financial Services, LLC
Bankruptcy Administration
G0399-010
1738 Bass Rd
Macon, Georgia 31210-1043
PO Box 13708
Macon, Georgia 31208-3708

U.S.M.S. X-RAY

Bankruptcy Clerks Office
824 N Market St Floor 3
Wilmington, DE 19801-3024

19801=3024 C012

ZIP 30341
02 4W
0000380649
US POSTAGE from PITNEY BOWES
$ 000.53⁰
JAN 10 2022