# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 6, 2022 AT 9:00 A.M. (ET)

**THIS HEARING WILL BE CONDUCTED ENTIRELY OVER ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**Please use the following link to register for this hearing:**
**https://debuscourts.zoomgov.com/meeting/register/vJItc-ytqz4uGmm4l00LPik1FRA1_5Uklf8**

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING**

## MATTER GOING FORWARD

1. Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3130; 3/2/22]

    Related Documents:

    A. Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3042; 1/31/22]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

[2] **All amendments appear in bold.**

B. Disclosure Statement for Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Dated January 31, 2022 [D.I. 3048; 2/3/22]

C. Notice of Hearing to Consider Approval of Disclosure Statement [D.I. 3055; 2/7/22]

D. First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3182; 3/21/22]

E. Notice of Filing of Blackline of First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3183; 3/21/22]

F. Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3185; 3/21/22]

G. Notice of Filing of Blackline of Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3186; 3/21/22]

H. Notice of Filing of Resvied Proposed Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3187; 3/21/22]

I. Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3195; 3/23/22]

J. Notice of Filing of Blackline of Disclosure Statement for First Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3196; 3/23/22]

<u>Response Deadline</u>: March 16, 2022 at 4:00 p.m. (ET); Extended to March 18, 2022 for U.S. Bank National Association, in Its Capacity as Indenture Trustee

<u>Responses Received</u>:

K. Patriarch Stakeholders' Limited Objection to Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation

29249236.1

2

|   |   |
|---|---|
|   | Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3138; 3/2/22] |
| L. | Response and Reservation of Rights of U.S. Bank National Association, in Its Capacity as Indenture Trustee, to the Proposed Disclosure Statement for Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors Dated January 31, 2022 [D.I. 3171; 3/18/22] |
| M. | Informal response from Ankura Trust |
| N. | Informal response from the U.S. Trustee |

**Additional Documents**:

| | |
|---|---|
| O. | **Notice of Filing of Further Resvied Proposed Order (I) Approving the Disclosure Statement; (II) Approving Solicitation and Voting Procedures, Including (A) Fixing the Record Date, (B) Approving the Solicitation Packages and Procedures for Distribution, (C) Approving the Form of Ballots and Establishing Procedures for Voting, and (D) Approving Procedures for Vote Tabulation; (III) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures; and (IV) Granting Related Relief [D.I. 3232; 4/5/22]** |
| P. | **Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3233; 4/6/22]** |
| Q. | **Notice of Filing of Blackline of Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3234; 4/6/22]** |
| R. | **Disclosure Statement for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3235; 4/6/22]** |
| S. | **Notice of Filing of Blackline of Disclosure Statement for Second Amended Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code for Zohar III, Corp. and Its Affiliated Debtors [D.I. 3236; 4/6/22]** |

Status:At the hearing on March 23, 2022, the Court conditionally approved the Motion and the Debtors' Disclosure Statement. As indicated on the record at the April 1, 2022 status conference, the Debtors **have updated** the Plan and Disclosure Statement to reflect recent events and **submitted** revised documents prior to the hearing. This matter will be going forward with respect to final approval of the Disclosure Statement and the Debtors proposed solicitation and confirmation procedures.

Dated: April 6, 2022
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4221)
Ryan M. Bartley (No. 4985)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       mnestor@ycst.com
       jbarry@ycst.com
       rbartley@ycst.com
       sreil@ycst.com

*Counsel to the Debtors and Debtors in Possession*