# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*,[1] | Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Chad Corazza, hereby certify that on April 6, 2022, I caused a copy of the foregoing document, *(SEALED) Debtors' Objection to Patriarch Stakeholders' Requests for Payment of Administrative Expense Claim and Request for Relief Under Fed. R. Bankr. P. 7012 & 9014 and Fed. R. Civ. P. 12(b)(6)* [Docket No. 3240], to be served upon the below counsel in the manner indicated below:

| | |
|---|---|
| Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>Cousins Law LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Scott.cousins@cousins-law.com<br>Scott.jones@cousins-law.com<br>(Patriarch Stakeholders)<br>***Email*** | Theresa Trzaskoma, Esq.<br>Michael Tremonte, Esq.<br>Vikram Shah, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, NY 10004<br>TTrzaskoma@shertremonte.com<br>mtremonte@shertremonte.com<br>vshah@shertremonte.com<br>(Patriarch Entities)<br>***Email*** |

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          */s/ Chad Corazza*
Chad Corazza, Paralegal
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

29270550.1