# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZOHAR III, CORP., *et al.*, | Case No. 18-10512 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 19, 2022, Lynn Tilton and the Patriarch Stakeholders (collectively, "Patriarch"), by and through their undersigned counsel, caused the following discovery request to be served via the manner indicated upon the counsel of record:

**Patriarch's First Set of Requests for Production of Documents to Debtors**

<u>**VIA EMAIL**</u>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr., Esq.
Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Joseph M. Barry, Esq.
Ryan M. Bartley, Esq.
Shane M. Reil, Esq.
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is c/o FTI Consulting, Inc., 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

Email: jpatton@ycst.com
rbrady@ycst.com
mnestor@ycst.com
jbarry@ycst.com
rbartley@ycst.com
sreil@ycst.com

Dated: April 20, 2022
Wilmington, Delaware

**COUSINS LAW LLC**

 /s/ Scott D. Jones
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19803
Telephone: 302-824-7081
Facsimile: (302) 295-0331
scott.cousins@cousins-law.com

– and –

**SHER TREMONTE LLP**

Theresa Trzaskoma (Admitted Pro Hac Vice)
Michael Tremonte (Admitted Pro Hac Vice)
Vikram Shah (Admitted Pro Hac Vice)
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
ttrzaskoma@shertremonte.com
mtremonte@shertremonte.com
vshah@shertremonte.com

*Counsel to Lynn Tilton and the Patriarch Stakeholders*