# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| Debtors | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 9010-2(b) of the Local Rules of the Bankruptcy Court for the District of Delaware, Ryan B. Smith, Deputy Attorney General, Pennsylvania Office of Attorney General, hereby requests that his appearance be withdrawn on behalf of the Commonwealth of Pennsylvania in the above-referenced bankruptcy case and any and all adversary proceedings and contested matters in which the Commonwealth of Pennsylvania may become a party.

The Commonwealth of Pennsylvania remains represented by attorney of record, Carol E. Momjian, Senior Deputy Attorney General, Pennsylvania Office of Attorney General (Docket No. 68).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

                                        Respectfully submitted,

                                        JOSH SHAPIRO
                                        ATTORNEY GENERAL

Date: April 22, 2022              */s/ Ryan B. Smith*
                                        Deputy Attorney General
                                        PA Office of Attorney General
                                        1600 Arch Street, Suite 300
                                        Philadelphia, PA 19103
                                        (215) 478-4593 (Telephone)
                                        (215) 560-2494 (Fax)
                                        rbsmith@attorneygeneral.gov
                                        Attorney for Commonwealth of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | Case No. 19-11466 (KG) |
| Debtors | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I, Ryan B. Smith, hereby certify that the foregoing Notice of Withdrawal of Appearance has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: April 22, 2022

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

BY:*/s/ Ryan B. Smith*
Deputy Attorney General
PA Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 478-4593 (Telephone)
(215) 560-2494 (Fax)
rbsmith@attorneygeneral.gov
*Attorney for the Commonwealth of Pennsylvania*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), St. Chris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.