**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) ) | Case No. 17-12560 (JKS) |
| | ) | (Jointly Administered) |
| Remaining Debtors. | ) | |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| August 24, 2021 | 1:30 p.m. (Eastern Time) (Omnibus Hearing) |
| September 23, 2021 | 11:00 a.m. (Eastern Time) (Omnibus Hearing) |

**Dated: July 16th, 2021
Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE