# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Mainstar Trust, custodian for the benefit of Teri Lambertz, and Teri Lambertz, | Adv. Case 19-50793 (JKS) |
| Alan Mickelson, | Adv. Case 19-50803 (JKS) |
| Katherine Vander Werff, in her capacity as Trustee of the Peter & Katherine Vander Werff Revocable Trust, Peter Vander Werff and Katherine Vander Werff, | Adv. Case 19-50804 (JKS) |
| Ramsay McCue, | Adv. Case 19-50805 (JKS) |
| Dolores Schulze, in her capacity as Trustee of the Schulze Family Revocable Living Trust Agreement Dated 05/26/05, and Dolores Schulze, | Adv. Case 19-50807 (JKS) |
| Martin Schneider, | Adv. Case 19-50903 (JKS) |
| Provident Trust Group, LLC, Administrator and Custodian for the Benefit of Qun Hong Yin Roth IRA; Qun Hong Yin a/k/a Lily Yin, Qun Hong Yin, as Trustee of the Qun Hong Domissy Yin Living Trust, and | Adv. Case 19-51052 (JKS) |
| FIC, LLC, | Adv. Case 19-51140 (JKS) |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 24, 2021 AT 1:30 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

*PLEASE TAKE NOTICE, AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELED.*

**ADJOURNED MATTERS:**

1. Motion for Default Judgment against Martin Schneider [Filed 7/26/21] (Adv. Case 19-50903, Adv. Docket No. 27)

   Response Deadline: August 9, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents: None.

   Status: The parties have agreed to adjourn this matter to the hearing scheduled for September 23, 2021 at 11:00 a.m. (ET).

2. Motion for Default Judgment against defendants Katherine Vander Werff, in her capacity as Trustee of the Peter & Katherine Vander Werff Revocable Trust, Peter Vander Werff and Katherine Vander Werff [Filed 7/28/21] (Adv. Case 19-50804, Adv. Docket No. 27)

   Response Deadline: August 11, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents: None.

   Status: The parties have agreed to adjourn this matter to the hearing scheduled for September 23, 2021 at 11:00 a.m. (ET).

**RESOLVED MATTERS:**

3. Liquidation Trust's Thirty-Fourth Omnibus (Substantive) Objection to Certain No Liability Claims [Filed 7/15/21] (Docket No. 4661)

   Response Deadline: July 29, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Notice of Submission of Proofs of Claim in Connection with the Liquidation Trust's Thirty-Fourth Omnibus (Substantive) Objection to Certain No Liability Claims [Filed 8/10/21] (Docket No. 4667)

   B. Certification of No Objection Regarding Liquidation Trust's Thirty-Fourth

  Omnibus (Substantive) Objection to Certain No Liability Claims [Filed 8/16/21] (Docket No. 4671)

 C. [Signed] Order Granting Liquidation Trust's Thirty-Fourth Omnibus (Substantive) Objection to Certain No Liability Claims [Filed 8/19/21] (Docket No. 4672)

Status: The Court has entered the order on this matter and it is now resolved.

4. Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Object to Claims [Filed 7/28/21] (Docket No. 4665]

Response Deadline: August 11, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

 A. Certification of No Objection Regarding Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Object to Claims [Filed 8/13/21] (Docket No. 4669)

 B. [Signed] Order Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Object to Claims [Filed 8/16/21] (Docket No. 4670)

Status: The Court has entered the order on this matter and it is now resolved.

5. Motion for Default Judgment against defendants Mainstar Trust, custodian for the benefit of Teri Lambertz, and Teri Lambertz [Filed 7/28/21] (Adv. Case 19-50793, Adv. Docket No. 24)

Response Deadline: August 11, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

 A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 8/17/21] (Adv. Docket No. 25)

 B. [Signed] Order Granting Motion for Default Judgment against Defendants Mainstar Trust, Custodian for the Benefit of Teri Lambertz, and Teri Lambertz [Filed 8/18/21] (Adv. Docket No. 26)

Status: The Court has entered the order on this matter and it is now resolved.

6.  Motion for Default Judgment against defendant Alan Mickelson [Filed 7/28/21] (Adv. Case 19-50803, Adv. Docket No. 24)

    <u>Response Deadline</u>: August 11, 2021 at 4:00 p.m. (ET).

    <u>Responses Received</u>: None.

    <u>Related Documents</u>:

    A.  Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 8/17/21] (Adv. Docket No. 25)

    B.  [Signed] Order Granting Motion for Default Judgment against defendant Alan Mickelson [Filed 8/18/21] (Adv. Docket No. 26)

    <u>Status</u>: The Court has entered the order on this matter and it is now resolved.

7.  Motion for Default Judgment against defendant Ramsay McCue [Filed 7/28/21] (Adv. Case 19-50805, Adv. Docket No. 24)

    <u>Response Deadline</u>: August 11, 2021 at 4:00 p.m. (ET).

    <u>Responses Received</u>: None.

    <u>Related Documents</u>:

    A.  Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 8/17/21] (Adv. Docket No. 25)

    B.  [Signed] Order Granting Motion for Default Judgment against defendant Ramsay McCue [Filed 8/18/21] (Adv. Docket No. 26)

    <u>Status</u>: The Court has entered the order on this matter and it is now resolved.

8.  Motion for Default Judgment against defendants Dolores Schulze, in her capacity as Trustee of the Schulze Family Revocable Living Trust Agreement Dated 05/26/05, and Dolores Schulze [Filed 7/28/21] (Adv. Case 19-50807, Adv. Docket No. 24)

    <u>Response Deadline</u>: August 11, 2021 at 4:00 p.m. (ET).

    <u>Responses Received</u>: None.

    <u>Related Documents</u>:

    A.  Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 8/17/21] (Adv. Docket No. 25)

    B.  [Signed] Order Granting Motion For Default Judgment Against Defendants

      Dolores Schulze, in her capacity as Trustee of the Schulze Family Revocable Living Trust Agreement Dated 05/26/05, and Dolores Schulze [Filed 8/18/21] (Adv. Docket No. 26)

      Status: The Court has entered the order on this matter and it is now resolved.

9. Motion for Default Judgment against Provident Trust Group, LLC, Administrator and Custodian for the Benefit of Qun Hong Yin Roth IRA; Qun Hong Yin a/k/a Lily Yin, Qun Hong Yin, as Trustee of the Qun Hong Domissy Yin Living Trust [Filed 7/26/21] (Adv. Case 19-51052, Adv. Docket No. 33]

    Response Deadline: August 9, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 8/17/21] (Adv. Docket No. 34)

    B. [Signed] Order Granting Motion for Default Judgment against Provident Trust Group, LLC, Administrator and Custodian for the Benefit of Qun Hong Yin Roth IRA; Qun Hong Yin a/k/a Lily Yin, Qun Hong Yin, as Trustee of the Qun Hong Domissy Yin Living Trust [Filed 8/18/21] (Adv. Docket No. 35)

    Status: The Court has entered the order on this matter and it is now resolved.

10. Motion for Default Judgment against FIC, LLC [Filed 7/26/21] (Adv. Case 19-51140, Adv. Docket No. 31)

    Response Deadline: August 9, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 8/17/21] (Adv. Docket No. 32)

    B. [Signed] Order Granting Motion for Default Judgment against FIC, LLC [Filed 8/18/21] (Adv. Docket No. 33)

    Status: The Court has entered the order on this matter and it is now resolved.

| | | |
|---|---|---|
| Dated: | August 20, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
acaine@pszjlaw.com
bsandler@pszjlaw.com
crobinson@pszjlaw.com

-and-

KTBS Law LLP
Kenneth N. Klee (admitted *pro hac vice*)
Michael L. Tuchin (admitted *pro hac vice*)
David A. Fidler (admitted *pro hac vice*)
Jonathan M. Weiss (admitted *pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090

*Counsel to the Woodbridge Liquidation Trust*