## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |

Remaining Debtors.

| | |
|---|---|
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, et al., | |
| Plaintiff, | |
| v. | |
| Mainstar Trust, custodian for the benefit of Teri Lambertz, and Teri Lambertz, | Adv. Case 19-50793 (JKS) |
| Alan Mickelson, | Adv. Case 19-50803 (JKS) |
| Katherine Vander Werff, in her capacity as Trustee of the Peter & Katherine Vander Werff Revocable Trust, Peter Vander Werff and Katherine Vander Werff, | Adv. Case 19-50804 (JKS) |
| Ramsay McCue, | Adv. Case 19-50805 (JKS) |
| Dolores Schulze, in her capacity as Trustee of the Schulze Family Revocable Living Trust Agreement Dated 05/26/05, and Dolores Schulze, | Adv. Case 19-50807 (JKS) |
| Martin Schneider, | Adv. Case 19-50903 (JKS) |
| Provident Trust Group, LLC, Administrator and Custodian for the Benefit of Qun Hong Yin Roth IRA; | Adv. Case 19-51052 (JKS) |
| Qun Hong Yin a/k/a Lily Yin, Qun Hong Yin, as Trustee of the Qun Hong Domissy Yin Living Trust, and FIC, LLC, | Adv. Case 19-51140 (JKS) |
| | **Ref Docket No. 4673** |

Defendants.

## AFFIDAVIT OF SERVICE

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located
    at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and
    am not a party to the above-captioned action.

2.  On August 20 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for
    Hearing on August 24, 2021 at 1:30 P.M. (Prevailing Eastern Time) before the Honorable J.
    Kate Stickles," dated August 20, 2021 [Docket No. 4673], by causing a true and correct copy
    to be:

    a.  enclosed securely in a postage pre-paid envelope and delivered via first class mail to
        the following party: *McCabe Weisberg & Conway, LLC, Attn Michael K Pak Esquire,
        147 Foulk Road, Suite 204, Wilmington DE 19803*,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class
        mail to those parties listed on the annexed <u>Exhibit A</u>, and

    c.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  The envelopes utilized in the service of the foregoing contained the following legend:
    LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Sharna Wilson*
                                                        Sharna Wilson

Sworn to before me this
20th day of August , 2021
*/s/  Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALAN MICKELSON | 1406 LINN ST | | | | BOONE | IA | 50036 |
| BRADLEY E. SCAFE, R/A FOR MAINSTAR TRUST | 5901 COLLEGE BLVD., STE. 100 | | | | LEAWOOD | KS | 66211-1834 |
| MARTIN SCHNEIDER | 7860 MISSION CENTER CRT, STE 205 | | | | SAN DIEGO | CA | 92108-1331 |
| MARTIN SCHNEIDER | 640 CAMINO DE LA REINA # 1311 | | | | SAN DIEGO | CA | 92108 |
| PROVIDENT TRUST GROUP, LLC | FBO QUN HONG YIN ROTH IRA | ATTN: FRANCESCA PO, AUTHORIZED SIGNER | 4835 BONNIE VIEW COURT | | ELLICOTT CITY | MD | 21043 |
| QUN HONG YIN | 10519 CAMINITO SOPADILLA | | | | SAN DIEGO | CA | 92131-0172 |
| QUN HONG YIN, | TRUSTEE OF THE QUN HONG DOMISSY YIN L.T. | 10519 CAMINITO SOPADILLA | | | SAN DIEGO | CA | 92131 |
| QUN HONG YIN, | TTEE OF THE QUN HONG DOMISSY YIN L.T. | 10555 CAMINITO WESTCHESTER | | | SAN DIEGO | CA | 92126 |
| SCHULZE FRLT AGRMT 05/26/05 | 14460 BERGMAN RD | | | | YORKSHIRE | OH | 45388 |
| TERI LAMBERTZ | 2301 E LUSTER KANE | | | | DES MOINES | IA | 50320 |
| THE PETER & KATHERINE VANDER WERFF RT | 1668 PICADILLY WAY | | | | MANTECA | CA | 95336 |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| LAW OFFICES OF FREDERICK W. NESSLER & ASSOC., LTD. | ATTN: FREDERICK W. NESSLER, ESQ. | RE: FIC, LLC | 536 BRUNS LANE, #1 | | SPRINGFIELD | IL | 62702 | fwn@nesslerlaw.com |
| MICHELMAN & ROBINSON LLP | ATTN: JEFF FARROW ESQ | 17901 VON KARMAN AVE, 10TH FLR | | | IRVINE | CA | 92614 | JFARROW@MRLLP.COM |
| QUN HONG YIN | 10555 CAMINITO WESTCHESTER | | | | SAN DIEGO | CA | 92126 | LILYYIN6@HOTMAIL.COM |
| THE QUN HONG DOMISSY YIN LT | 10555 CAMINITO WESTCHESTER | | | | SAN DIEGO | CA | 92126 | LILYYIN6@HOTMAIL.COM |