# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | **Ref. Docket No. 4675** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ALISON MOODIE, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 27, 2021, I caused to be served the "Liquidation Trust's Eleventh Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452," dated August 27, 2021 [Docket No. 4675], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Alison Moodie*
Alison Moodie

Sworn to before me this
2nd day of September , 2021
*/s/  Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | 1100 L STREET, NW 7530 | | | | WASHINTON | DC | 20005 |

Page 1 of 1

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 16 HICKS LANE HOLDING CORP | C/O ERICA TOBI YITZHAK ESQ, PC | 17 BARSTOW RD | | | GREAT NECK | NY | 11021 |
| 4550 REAL ESTATE LLC | C/O LIEBERMAN DVORIN & DOWD, LLC | 30195 CHAGRIN BLVD, SUITE #300 | | | PEPPER PIKE | OH | 44124 |
| 461 NEW LOTS AVENUE LLC | C/O PETROFF LAW FIRM, PC | ATTN SERGE PETROFF, JAMES TIERNEY & | SONIA TANKSLEY | 1795 CONEY ISLAND AVENUE, 3RD FLOOR | BROOKLYN | NY | 11230 |
| 7942 COUNTRY CLUB INC | C/O JAMES REED | 3262 WESTHEIMER RD #104 | | | HOUSTON | TX | 77098 |
| 8 FIGURES LLC | 5133 NORTH WEST VALENCIA ROAD | | | | SILVER LAKE | KS | 66539 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC | ATTN FRANCIS DONNARUMMA | 428 MAIN STREET SOUTH | | WOODBURY | CT | 06798 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC | ATTN FRANCIS DONNARUMMA | 428 MAIN STREET SOUTH | | WOODBURY | CT | 6798 |
| ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL | | | | CRETE | IL | 60417 |
| ARASH TASHVIGHI | C/O LAW OFFICES OF JOHN HARDY | ATTN JOHN D HARDY | 7100 HAYVENHURST AVE SUITE 307 | | VAN NUYS | CA | 91406 |
| ARASH TASHVIGHI | C/O CALIFORNIA LABOR COMMISSIONER - JEU | ATTN: MATTHEW SIROLLY | 320 W. 4TH STREET, SUITE 600 | | LOS ANGELES | CA | 90013 |
| ARASH TASHVIGHI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 |
| ARIZONA CORPORATION COMMISSION | ATTN CHAIRMAN TOM FORESE, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN JUSTIN OLSON, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOB BURNS, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOYD DUNN, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN ANDY TOBIN, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | 1300 WEST WASHINGTON, 3RD FLOOR | | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ARIZONA ATTORNEY GENERAL OFFICE | ATTN: MATTHEW A. SILVERMAN | 2005 N. CENTRAL AVE. | | PHOENIX | AZ | 85004 |
| ATLANTIC HOME CAPITAL CORP | C/O CHARLES WALLSHEIN ESQ PLLC | 35 PINELAWN RD STE 106E | | | MELVILLE | NY | 11747-3100 |
| ATLANTIS NATIONAL SERVICES INC | C/O EMOUNA & MIKHAIL PC | ATTN MATIN EMOUNA | 100 GARDEN CITY PLZ STE 520 | | GARDEN CITY | NY | 11530-3213 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES | MONA MCCONVILLE | 201 REDWOOD SHORES PARKWAY | | REDWOOD SHORES | CA | 94065 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES | RANDOLPH MCCONVILLE | 201 REDWOOD SHORES PARKWAY | | REDWOOD SHORES | CA | 94065 |
| BARBARA JEANRENAUD | 106 PONDEROSA DR | | | | SANTA CRUZ | CA | 95060 |
| BART KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| BART KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| BART KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| BOREAL WATER COLLECTIONS INC | 4494-4496 STATE ROAD 42 NORTH | | | | KIAMESHA | NY | 12751 |
| BRAD JOHNSON | 8 FIGURES LLC | 5133 NORTH WEST VALENCIA RD | | | SILVER LAKE | KS | 66539 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CALIFORNIA DEPARTMENT OF BUSINESS OVERSIGHT | SECURITIES REGULATION DIVISION | 1515 K STREET, SUITE 200 | | | SACRAMENTO | CA | 95814 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONOR | 1560 BROADWAY, SUITE 900, | | | DENVER | CO | 90202 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONER | 1560 BROADWAY, SUITE 900, | | | DENVER | CO | 90202 |
| CONNECTICUT DEPARTMENT OF BANKING | SECURITIES AND BUSINESS INVESTMENTS DIV | 260 CONSTITUTION PLAZA | | | HARTFORD | CT | 06103-1800 |
| DAVID DERUBERTIS | C/O THE DERUBERTIS LAW FIRM, APC | 4219 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 |
| DAVID E GOLDEN ESQ | 54 HARTFORD TURNPIKE | | | | NEW YORK | NY | 10017 |
| DAVID EBRAHIMZADEH C/O BORAH GOLDSTEIN | C/O ALTSCHULER, NAHINS & GOIDEL, PC | ATTN MARTIN JEFFREY SIGAL & | DARREN R MARKS | 377 BROADWAY | NEW YORK | NY | 10013-3993 |
| DESMOND JOHN | C/O PETROFF LAW FIRM, PC | ATTN SERGE PETROFF, JAMES TIERNEY & | DAVID R SMITH | 1795 CONEY ISLAND AVENUE, 3RD FLOOR | BROOKLYN | NY | 11230 |
| DESMOND JOHN | C/O ROBERT ARONOV & ASSOCIATES, PC | ATTN MAX THOMAS SAGLIMBENI | 8802 136TH ST | | RICHMOND HILL | NY | 11418-1921 |
| DOMUS APPRAISALS | C/O MOUND COTTON WOLLAN & GREENGRASS LLP | ATTN JASON LEE EDERER, KENNETH MICHAEL | LABBATE & MICHAEL T LYNCH | ONE NEW YORK PLAZA 44TH FLOOR | NEW YORK | NY | 10004 |
| DONALD OWEN | C/O LARSON, LARSON & DAUER, A LAW CORPORATION | ATTN MARK V LARSON | 15545 DEVONSHIRE ST STE 205 | | MISSION HILLS | CA | 91345-2693 |
| DONNA LYNN BARNARD | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| ENVIROCARE LLC | C/O LAW OFFICES OF JILL D CARAVAGGIO | 11116 INNSBROOK WAY, SUITE B | | | IJAMSVILLE | MD | 21754 |
| ERC I LLC | C/O ALAN BRILL | PO BOX 3353 | | | EVANSVILLE | IN | 47732 |
| ERIC SAUL | 8114 CARROLL AVENUE | | | | TAKOMA PARK | MD | 20912 |
| FELICE DISANZA | C/O M CABRERA & ASSOCIATES, PC | ATTN JOSEPH JOHN REILLY | 2002 ROUTE 17M, STE 12 | | GOSHEN | | 10924 |
| FLORIDA OFFICE OF FINANCIAL REGULATION | DIVISION OF SECURITIES | 101 E GAINES STREET | | | TALLAHASSEE | FL | 32399 |
| FRANCOIS OLOA | C/O THE CHARRINGTON FIRM, PC | ATTN KAREN HILLARY CHARRINGTON | ONE CROSS ISLAND PLAZA | | ROSEDALE | NY | 11422 |
| GCP MAUI LLC | C/O MCCORRISTON MILLER MUKAI MACKINNON LLP | FIVE WATERFRONT PLAZA, 4TH FLOOR | 500 ALA MOANA BOULEVARD | | HONOLULU | HI | 96813 |
| GUNIT S SABHARWAL | C/O LAW OFFICES OF ANDREW P SAULITIS PC | ATTN ANDREW P SAULITIS | 40 WALL ST | | NEW YORK | NY | 10005-1304 |
| HAIGHT BROWN & BONESTEEL LLP | 555 S FLOWER ST STE 4500 | FORTY-FIFTH FLOOR | | | LOS ANGELES | CA | 90071-2441 |
| HENRI JEANRENAUD | 106 PONDEROSA DR | | | | SANTA CRUZ | CA | 95060 |
| IDAHO DEPARTMENT OF FINANCE | SECURITIES BUREAU | 800 PARK BLVD., SUITE 200 | | | BOISE | ID | 83720-0031 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION | 302 W WASHINGTON ST | | | INDIANAPOLIS | IN | 46204 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION | 302 W WASHINGTON ST RM E111 | | | INDIANAPOLIS | IN | 46204-2740 |
| IOWA INSURANCE DIVISION | 601 LOCUST ST | | | | DES MOINES | IA | 50309 |
| IOWA INSURANCE DIVISION | 601 LOCUST ST | FL 4 | | | DES MOINES | IA | 50309-3711 |
| JAMES HAMMOND PURCELL | C/O BARNES LAW GROUP | ATTN ROY E BARNES | 31 ATLANTA ST | | MARIETTA | GA | 30060 |
| JAMES REED | C/O 3262 WESTHEIMER RD #104 | | | | HOUSTON | TX | 77098 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| JARED KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| JARED S KAPLAN ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| JARED S KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 |
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, ET AL | C/O DANIEL C. GIRARD | GIRARD GIBBS LLP | 601 CALIFORNIA ST., STE 1400 | | SAN FRANCISCO | CA | 94108 |
| JEFF BANK | F/K/A THE FIRST NATIONAL BANK OF JEFFERSONVILLE | 4866 STATE ROUTE 52 | PO BOX 398 | | JEFFERSONVILLE | NY | 12748 |
| JEFFREY H LEAVITT ESQ | C/O WINGET, SPADAFORA & SCHWARTZERG, LLP | ATTN CHRISTINA MARIE RIEKER & | KEITH R M ROUSSEL | 45 BROADWAY, 19TH FLOOR | NEW YORK | NY | 10006 |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| JOMIC INVESTMENTS INC | C/O THE BEN LAW FIRM PLLC | ATTN LAWRENCE S BEN | 2699 STIRLING RD STE C-301 | | FT LAUDERDALE | FL | 33312 |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM, APC | 4221 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM, APC | ATTN HOWARD RUTTEN | 4221 COLDWATER CANYON AVENUE | | STUDIO CITY | CA | 91604 |
| KANSAS INSURANCE DEPARTMENT | OFFICE OF THE SECURITIES COMMISIONER | 1300 SW ARROWHEAD RD | | | TOPEKA | KS | 66604-4019 |
| KAPLAN DEF. ON BEHALF OF 16 HICKS LANE H | KAPLAN, KAPLAN & DITRAPANI, LLP | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 |
| KAPLAN KAPLAN & DITRAPANI LLP | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| KAPLAN KAPLAN & DITRAPANI, LLP | ATTN. JARED S. KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 |
| KIM D & CONNIE L DUERING | PO BOX 763 | | | | STAR | ID | 83669 |
| LUXURY PROPERTIES & INTERIORS LLC | 1101 30TH STREET NORTHWEST | SUITE 500 | | | WASHINGTON | DC | 20007 |
| LUXURY PROPERTIES & INTERIORS LLC | 1090 VERMONT AVENUE NW #910 | | | | WASHINGTON | DC | 20005 |
| M BATTAGLIA INDIV & TTE M BATTAGLIA TR 6/15/2004 | C/O TURNER, AUBERT & FRIEDMAN | ATTN STEVEN MORRIS, ESQ | 8383 WILSHIRE BOULEVARD, SUITE 510 | | BEVERLY HILLS | CA | 90211 |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | C/O STEVEN MORRIS | TURNER FRIEDMAN MORRIS & COHAN, LLP | 8383 WILSHIRE BLVD., STE. 510 | | BEVERLY HILLS | CA | 90211 |
| MATTHEW DITRAPANI ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| MATTHEW DITRAPANI ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| MATTHEW DITRAPANI ESQ | C/O MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | NEW YORK | NY | 10022 |
| MATTHEW DITRAPANI ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 |
| MICHIGAN CORPS SECURITIES & COMM LICENSING BUREAU | ATTN JULIA DALE, DIRECTOR | REGULATORY COMPLIANCE DIVISION | PO BOX 30018 | | LANSING | MI | 48909 |
| MOGJAN HASHEMI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11400 W OLYMPIC BLVD STE 1400 | | LOS ANGELES | CA | 90064-2579 |
| MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 3RD AVE FL 27 | | | NEW YORK | NY | 10022-4784 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEW JERSEY BUREAU OF SECURITIES | OFFICE OF THE NJ ATTORNEY GENERAL | 153 HALSEY STREET, 6TH FLOOR | | | NEWARK | NJ | 07102 |
| NEW YORK STATE DIVISION OF THE LOTTERY | C/O ASSISTANT ATTORNEY GENERAL | ATTN REBECCA D CULLEY | 120 BROADWAY | | NEW YORK | NY | 10271 |
| OLD REPUBLIC NATIONAL TITLE INSURANCE CO | C/O LAW OFFICE OF RAJAN PATEL | ATTN RAJAN PATEL, ESQ | 257 SOUTH MIDDLETOWN ROAD 2ND FLOOR | | NANUET | NY | 10954 |
| OLIVER ENTINE | 100 BELVIDERE ST APT 4D | | | | BOSTON | MA | 02199-7619 |
| PARTNERS 95 | C/O CALLISON TIGHE & ROBINSON, LLC | PALMETTO ARMORY OFFICE BUILDING | 1812 LINCOLN STREET | | COLUMBIA | SC | 29201 |
| POSITIVE ASPECTS, INC. | C/O THE BEN LAW FIRM, PLCC | ATTN LAWRENCE S. BEN | 2699 STIRLING RD, STE C-301 | | FORT LAUDERDALE | FL | 33312 |
| QUONTIC BANK | C/O THE LAW OFFICES OF PETER METIS, LLC | ATTN PETER METIS | 101 PARK AVE FL 27 | | NEW YORK | NY | 10178 |
| RCN CAPITAL FUNDING LLC | 75 GERBER ROAD EAST | | | | SOUTH WINDSOR | CT | 06074 |
| RENATO BUSLJETA | C/O KUSHNICK PALLACI PLLC | ATTN VINCENT T PALLACI & | STEVEN ADAM COHEN | | BOHEMIA | NY | 11716 |
| RENVAL CONSTRUCTION LLC | C/O KUSHNICK PALLACI PLLC | ATTN VINCENT T PALLACI & | STEVEN ADAM COHEN | 630 JOHNSON AVENUE SUITE 201 | BOHEMIA | NY | 11716 |
| ROBERT BISCARDI | C/O LAW OFFICES OF JOHN HARDY | ATTN JOHN D HARDY | 7100 HAYVENHURST AVE SUITE 307 | | VAN NUYS | CA | 91406 |
| ROBERT BISCARDI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 |
| ROBERT HOSSEINI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11400 W OLYMPIC BLVD STE 1400 | | LOS ANGELES | CA | 90064-1579 |
| RONALD MCINERNEY JR | C/O MOUND COTTON WOLLAN & GREENGRASS | ATTN JASON LEE EDERER, KENNETH MICHAEL | LABBATE & MICHAEL T LYNCH | ONE NEW YORK PLAZA 44TH FLOOR | NEW YORK | NY | 10004 |
| ROSENBERG | C/O CUNILIO & CUNILIO | 835 WEST LANCASTER AVENUE | | | MAWR | PA | 19010 |
| SENN LAW | KEVIN J SENN, ESQ | 1990 NORTH CALIFORNIA BLVD, 8TH FLOOR | | | WALNUT CREEK | CA | 94596 |
| SHAWN SPARKS | 8 FIGURES LLC | 5133 NORTH WEST VALENCIA RD | | | SILVER LAKE | KS | 66539 |
| SHEILA Q SAX | 5437 TREVINO DR | | | | HAYMARKET | VA | 20169 |
| SHEILA Q SAX TRUST | C/O SHEILA SAX | 5437 TREVINO DR | | | HAYMARKET | VA | 20169 |
| SHULAMIT NAMDAR A/K/A SHOULA NAMDAR | C/O ERICA TOBI YITZHAK ESQ, PC | 17 BARSTOW RD | | | GREAT NECK | NY | 11021 |
| SOUTH CAROLINA ATTORNEY GENERAL | SECURITIES DIVISION | 1000 ASSEMBLY STREET, RM 519 | | | COLUMBIA | SC | 29201 |
| STATE OF MAINE DEPARTMENT OF | PROFESSIONAL & FINANCIAL REGULATION | OFFICE OF SECURITIES | 35 STATE HOUSE STATION | | AUGUSTA | ME | 04333 |
| STATE OF OREGON | DIVISION OF FINANCIAL REGULATION | 350 WINTER ST. NE, ROOM 410 | | | SALEM | OR | 97309 |
| STATE OF WASHINGTON | DEPARTMENT OF FINANCIAL INSTITUTIONS | 150 ISARAEL RD SW | | | TUMWATER | WA | 98501 |
| STERLING NATIONAL BANK | C/O BLEAKLEY, PLATT AND SCHMIDT LLP | ATTN JUSTIN M GARDNER | ONE NORTH LEXINGTON AVENUE | | WHITE PLAINS | NY | 10601 |
| STONELION INSURANCE & FINACIAL SERVICES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| STONELION INSURANCE & FINANCIAL SERVICES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| THE KHOURY FAMILY TRUST | C/O NAMI LAW FIRM | 3 HUTTON CENTRE DRIVE 9TH FLOOR | | | SANTA ANA | CA | 92707 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| THE LAW FIRM OF ADAM KALISH PC | C/O FURMAN KORNFELD & BRENNAN, LLP | ANDREW JONES, ESQ & | SHARI D SCKOLNICK, ESQ | 61 BROADWAY, 26TH FLOOR | NEW YORK | NY | 10006 |
| THE LAW FIRM OF ADAM KALISH PC | 182A 26TH ST | | | | BROOKLYN | NY | 11232-1411 |
| THE RUSSELL A RACETTE JR LIVING TRUST | 60 DYER RD | | | | LITTLE COMPTON | RI | 02837 |
| TRUSTEE MARK ROSENBERG ESQ | 7101 WISCONSIN AVE | SUITE 1201 | | | BETHESDA | MD | 20814 |
| UNIVERSAL DEBT SERVICES INC | C/O THE CHARRINGTON FIRM, PC | ATTN KAREN HILLARY CHARRINGTON | 1 CROSS ISLAND PLZ | STE 100 | ROSEDALE | NY | 11422-3400 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN CHRISTINE NESTOR | 801 BRICKELL AVE STE 1958 | | | MIAMI | FL | 33131-4901 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN RUSSELL KOONIN | 801 BRICKELL AVENUE, SUITE 1800 | | | MIAMI | FL | 33131 |
| VISION DEVELOPERS & ASSOCIATES INC | C/O ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL | | | CRETE | IL | 60417 |
| WARREN LEX LLP | ATTN PATRICK SHIELDS, ESQ | 2261 MARKET STREET NO 606 | | | SAN FRANCISCO | CA | 94114 |
| WARREN LEX LLP | ATTN: PATRICK SHIELDS ESQ | 2261 MARKET STREET NO. 606 | | | SAN FRANCISCO | CA | 94114 |
| WJ MURRAY D DIR & GEN CNSL NYS DIV OF LOTTERY | C/O ASSISTANT ATTORNEY GENERAL | ATTN REBECCA D CULLEY | 120 BROADWAY | | NEW YORK | NY | 10271 |
| ZEZE FOOD CORPORATION | C/O FJ ROMANO & ASSOCIATES, PC | ATTN FRANK J ROMANO, ESQ | 51 E MAIN ST #1 | | SMITHTOWN | NY | 11787 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| 7942 COUNTRY CLUB INC | C/O JAMES REED | 3262 WESTHEIMER RD #104 | | | HOUSTON | TX | 77098 | RJ60068@GMAIL.COM |
| ARASH TASHVIGHI | C/O CALIFORNIA LABOR COMMISSIONER - JEU | ATTN: MATTHEW SIROLLY | 320 W. 4TH STREET, SUITE 600 | | LOS ANGELES | CA | 90013 | MSIROLLY@DIR.CA.GOV;jeu@dir.ca.gov |
| ARASH TASHVIGHI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 | JOHNHARDYLAW@AOL.COM |
| ARIZONA CORPORATION COMMISSION | ARIZONA ATTORNEY GENERAL OFFICE | ATTN: MATTHEW A. SILVERMAN | 2005 N. CENTRAL AVE. | | PHOENIX | AZ | 85004 | MATTHEW.SILVERMAN@AZAG.GOV |
| BART KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022 | DKOZLOWSKI@MORRISONCOHEN.COM |
| BART KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | BART@CLOSERATTORNEY.COM |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONOR | 1560 BROADWAY, SUITE 900, | | | DENVER | CO | 90202 | michaelc.williams@state.co.us |
| DAVID DERUBERTIS | C/O THE DERUBERTIS LAW FIRM, APC | 4219 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 | DAVID@DERUBERTISLAW.COM |
| DONNA LYNN BARNARD | PO BOX 2850 | | | | KILGORE | TX | 75663 | DONNABARNARD1@AOL.COM |
| ENVIROCARE LLC | C/O LAW OFFICES OF JILL D CARAVAGGIO | 11116 INNSBROOK WAY, SUITE B | | | IJAMSVILLE | MD | 21754 | jill@jill-lawoffice.net |
| JAMES HAMMOND PURCELL | C/O BARNES LAW GROUP | ATTN ROY E BARNES | 31 ATLANTA ST | | MARIETTA | GA | 30060 | JBARTHOLOMEW@BARNESLAWGROUP.COM |
| JAMES REED | C/O 3262 WESTHEIMER RD #104 | | | | HOUSTON | TX | 77098 | RJ60068@GMAIL.COM |
| JARED S KAPLAN ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | JARED@CLOSERATTORNEY.COM |
| JARED S KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, ET AL | C/O DANIEL C. GIRARD | GIRARD GIBBS LLP | 601 CALIFORNIA ST., STE 1400 | | SAN FRANCISCO | CA | 94108 | dgirard@girardsharp.com |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 | JDRWOW@AOL.COM |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 | JDRWOW@AOL.COM |
| JOMIC INVESTMENTS INC | C/O THE BEN LAW FIRM PLLC | ATTN LAWRENCE S BEN | 2699 STIRLING RD STE C-301 | | FT LAUDERDALE | FL | 33312 | LARRY@THEBENLAWFIRM.COM |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM, APC | 4221 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 | HOWARD@RUTTENLAWFIRM.COM |
| KAPLAN KAPLAN & DITRAPANI, LLP | ATTN. JARED S. KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 | JARED@CLOSERATTORNEY.COM |
| KIM D & CONNIE L DUERING | PO BOX 763 | | | | STAR | ID | 83669 | auntcwensman@gmail.com |
| M BATTAGLIA INDIV & TTE M BATTAGLIA TR 6/15/2004 | C/O TURNER, AUBERT & FRIEDMAN | ATTN STEVEN MORRIS, ESQ | 8383 WILSHIRE BOULEVARD, SUITE 510 | | BEVERLY HILLS | CA | 90211 | MORRIS@TFMCLAW.COM |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | C/O STEVEN MORRIS | TURNER FRIEDMAN MORRIS & COHAN, LLP | 8383 WILSHIRE BLVD., STE. 510 | | BEVERLY HILLS | CA | 90211 | MORRIS@TFMCLAW.COM |
| MATTHEW DITRAPANI ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | matt@closerattorney.com |
| MATTHEW DITRAPANI ESQ | C/O MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | NEW YORK | NY | 10022 | DKOZLOWSKI@MORRISONCOHEN.COM |
| MATTHEW DITRAPANI ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| MOGJAN HASHEMI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11400 W OLYMPIC BLVD STE 1400 | | LOS ANGELES | CA | 90064-2579 | ROBERT@ROBERTHINDINLAW.COM |
| MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 3RD AVE FL 27 | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| POSITIVE ASPECTS, INC. | C/O THE BEN LAW FIRM, PLCC | ATTN LAWRENCE S. BEN | 2699 STIRLING RD, STE C-301 | | FORT LAUDERDALE | FL | 33312 | Larry@TheBenLawFirm.com |
| ROBERT BISCARDI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 | JOHN@JOHNHARDYLAW.COM |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ROBERT HOSSEINI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11400 W OLYMPIC BLVD STE 1400 | | LOS ANGELES | CA | 90064-1579 | ROBERT@ROBERTHINDINLAW.COM |
| ROSENBERG | C/O CUNILIO & CUNILIO | 835 WEST LANCASTER AVENUE | | | MAWR | PA | 19010 | jamescunilio@cuniliolaw.com |
| SHEILA Q SAX | 5437 TREVINO DR | | | | HAYMARKET | VA | 20169 | sheila_sax@me.com |
| SHEILA Q SAX TRUST | C/O SHEILA SAX | 5437 TREVINO DR | | | HAYMARKET | VA | 20169 | sheila_sax@me.com |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN CHRISTINE NESTOR | 801 BRICKELL AVE STE 1958 | | | MIAMI | FL | 33131-4901 | nestorc@sec.gov |
| WARREN LEX LLP | ATTN PATRICK SHIELDS, ESQ | 2261 MARKET STREET NO 606 | | | SAN FRANCISCO | CA | 94114 | BC628984@CASES.WARRENLEX.COM; woodbridge@matters.warrenlex.com |
| WARREN LEX LLP | ATTN: PATRICK SHIELDS ESQ | 2261 MARKET STREET NO. 606 | | | SAN FRANCISCO | CA | 94114 | BC628984@CASES.WARRENLEX.COM; woodbridge@matters.warrenlex.com |