IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 17-12560 (JKS)<br>)<br>) (Joint Administered)<br>) |

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Woodbridge Group of Companies; Case No. 17-12560 | | | |
|---|---|---|---|---|
| Claim Number: | 103 | Date Claim Filed: | December 21, 2017 | |
| Creditor Name and Address: | Michael Rappa, 7120 Edgartown Street, Roseville, CA 95747 | | | |
| Original Amount and Classification: | Filed: | $30,000.00 | Scheduled: | 1011044 |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor. I hereby withdraw Claim Number 103 in the amount of $30,000.00, with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☑  In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date:  September 8, 2021

By: /s/ Michael Rappa
Michael Rappa

Print Name:  Michael Rappa
Address:     7120 Edgartown Street
             Roseville, CA 95747
Phone:       (916) 412-5375
Email:       rappa@att.net