# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Katherine Vander Werff, in her capacity as Trustee of the Peter & Katherine Vander Werff Revocable Trust, Peter Vander Werff and Katherine Vander Werff, | Adv. Case 19-50804 (JKS) |
| Karen Vlasak, | Adv. Case 19-50846 (JKS) |
| Lavinia Mitrea and Daniel Mitrea, | Adv. Case 19-50876 (JKS) |
| Martin Schneider, | Adv. Case 19-50903 (JKS) |
| Life Plan Advisors Inc., | Adv. Case 19-50924 (JKS) |
| Bradford Solutions, LLC and Marcus Bray, | Adv. Case 19-50925 (JKS) |
| Old Security Financial Group Inc., | Adv. Case 19-50933 (JKS) |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 23, 2021 AT 11:00 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE J. KATE STICKLES**

*PLEASE TAKE NOTICE: AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING HAS BEEN CANCELED*

**RESOLVED MATTERS:**

1. Liquidation Trust's Eleventh Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed 8/27/21] (Docket

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

No. 4675)

<u>Response Deadline</u>: September 10, 2021 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Documents</u>:

    A. Certification of No Objection Regarding Liquidation Trust's Eleventh Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed 9/14/21] (Docket No. 4681)

    B. [Signed] Eleventh Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed 9/15/21] (Docket No. 4682)

<u>Status</u>: The Court has entered the order on this matter and it is now resolved.

2. Motion for Default Judgment against defendants Katherine Vander Werff, in her capacity as Trustee of the Peter & Katherine Vander Werff Revocable Trust, Peter Vander Werff and Katherine Vander Werff [Filed 7/28/21] (Adv. Case 19-50804, Adv. Docket No. 27)

<u>Response Deadline</u>: August 11, 2021 at 4:00 p.m. (ET).

<u>Responses Received</u>: Informal response from Katherine and Peter Vander Werff

<u>Related Documents</u>: None.

<u>Status</u>: The parties are in the process of executing settlement documents. This matter will not be going forward.

3. Motion for Default Judgment against Karen Vlasak [Filed 8/23/21] (Adv. Case 19-50846, Adv. Docket No. 27)

<u>Response Deadline</u>: September 7, 2021 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Documents</u>:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 9/8/21] (Adv. Docket No. 28)

    B. [Signed] Judgment by Default [Filed 9/10/21] (Adv. Docket No. 29)

Status: The Court has entered the order on this matter and it is now resolved.

4. Motion for Default Judgment against defendants Lavinia Mitrea and Daniel Mitrea [Filed 8/24/21] (Adv. Case 19-50876, Adv. Docket No. 28)

   Response Deadline: September 7, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 9/8/21] (Adv. Docket No. 29)

   B. [Signed] Judgment by Default [Filed 9/10/21] (Adv. Docket No. 30)

   Status: The Court has entered the order on this matter and it is now resolved.

5. Motion for Default Judgment against Martin Schneider [Filed 7/26/21] (Adv. Case 19-50903, Adv. Docket No. 27)

   Response Deadline: August 9, 2021 at 4:00 p.m. (ET).

   Responses Received: Informal response from Martin Schneider.

   Related Documents: None.

   Status: The parties have settled this matter and it is now resolved.

6. Motion for Default Judgment against Life Plan Advisors Inc. [Filed 8/23/21] (Adv. Case 19-50924, Adv. Docket No. 28)

   Response Deadline: September 7, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 9/8/21] (Adv. Docket No. 29)

   B. [Signed] Judgment by Default [Filed 9/10/21] (Adv. Docket No. 30)

   Status: The Court has entered the order on this matter and it is now resolved.

7. Motion for Default Judgment against Bradford Solutions, LLC and Marcus Bray [Filed 8/23/21] (Adv. Case 19-50925, Adv. Docket No. 28)

   Response Deadline: September 7, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 9/8/21] (Adv. Docket No. 29)

   B. [Signed] Judgment by Default [Filed 9/10/21] (Adv. Docket No. 30)

   Status: The Court has entered the order on this matter and it is now resolved.

8. Motion for Default Judgment against Old Security Financial Group Inc. [Filed 8/23/21] (Adv. Case 19-50933, Adv. Docket No. 28)

   Response Deadline: September 7, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 9/8/21] (Adv. Docket No. 29)

   B. [Signed] Judgment by Default [Filed 9/10/21] (Adv. Docket No. 30)

   Status: The Court has entered the order on this matter and it is now resolved.

| | | |
|---|---|---|
| Dated: | September 21, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
acaine@pszjlaw.com
bsandler@pszjlaw.com
crobinson@pszjlaw.com

-and-

KTBS Law LLP
Kenneth N. Klee (admitted *pro hac vice*)
Michael L. Tuchin (admitted *pro hac vice*)
David A. Fidler (admitted *pro hac vice*)
Jonathan M. Weiss (admitted *pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Tel: (310) 407-4000
Fax: (310) 407-9090

*Counsel to the Woodbridge Liquidation Trust*