## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Katherine Vander Werff, in her capacity as Trustee of the Peter & Katherine Vander Werff Revocable Trust, Peter Vander Werff and Katherine Vander Werff, | Adv. Case 19-50804 (JKS) |
| Karen Vlasak, | Adv. Case 19-50846 (JKS) |
| Lavinia Mitrea and Daniel Mitrea, | Adv. Case 19-50876 (JKS) |
| Martin Schneider, | Adv. Case 19-50903 (JKS) |
| Life Plan Advisors Inc., | Adv. Case 19-50924 (JKS) |
| Bradford Solutions, LLC and Marcus Bray, | Adv. Case 19-50925 (JKS) |
| Old Security Financial Group Inc., | Adv. Case 19-50933 (JKS) |
| Defendants. | **Ref. Docket No. 4684** |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

SHARNA WILSON, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2.  On September 21 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on September 23, 2021 at 11:00 A.M. (Prevailing Eastern Time) before the Honorable J. Kate Stickles," dated September 21, 2021 [Docket No. 4684], by causing a true and correct copy to be:

   a.  enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *McCabe Weisberg & Conway, LLC, Attn Michael K Pak Esquire, 1407 Foulk Road, Suite 204, Wilmington DE 19803,*

   b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   c.  delivered via electronic mail to those parties listed on the annexed Exhibit B.
   `

3.  The envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
22nd day of September, 2021
*/s/  Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| BRADFORD SOLUTIONS, LLC | ATTN: MARCUS BRAY, R/A | 10 ENTRADA CIRCLE | | | AMERICAN CANYON | CA | 94503 |
| DONALD A. MACKENZIE, R/A FOR | OLD SECURITY FINANCIAL GROUP INC | 18 AUGUSTA PINES DRIVE, #200-E | | | SPRING | TX | 77389 |
| KAREN VLASAK | 639 CROWN RIDGE DR | | | | COLORADO SPRINGS | CO | 80904 |
| LAVINIA & DANIEL MITREA | 5239 E HARTFORD AVE | | | | SCOTTSDALE | AZ | 85254 |
| LIFE PLAN ADVISORS INC | ATTN STEVE HOOD, PRESIDENT | 90 LAWRENCE AVENUE | | | SMITHTOWN | NY | 11787 |
| LIFE PLAN ADVISORS INC | ATTN STEVE HOOD, PRESIDENT | 33 REDAN DR | | | SMITHTOWN | NY | 11787-4409 |
| MARTIN SCHNEIDER | 7860 MISSION CENTER CRT, STE 205 | | | | SAN DIEGO | CA | 92108-1331 |
| MARTIN SCHNEIDER | 640 CAMINO DE LA REINA # 1311 | | | | SAN DIEGO | CA | 92108 |
| OLD SECURITY FINANCIAL GROUP INC | ATTN DONALD MACKENZIE, DIRECTOR | 15 POST SHADOW ESTATE CT | | | SPRING | TX | 77389-4970 |
| THE PETER & KATHERINE VANDER WERFF RT | 1668 PICADILLY WAY | | | | MANTECA | CA | 95336 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |