IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>       Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>       Plaintiff,<br><br>  vs.<br><br>KENNETH HALBERT,<br><br>       Defendant. | Adversary Proceeding<br>No. 19-51027 (JKS)<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Patrick W. Carothers of Leech Tishman Fuscaldo & Lampl, Inc. to represent Kenneth Halbert ("Halbert") in the above-referenced bankruptcy case and any affiliated adversary proceeding.

                Respectfully submitted,

                LEECH TISHMAN FUSCALDO &
                LAMPL, LLC

Dated: October 14, 2021
     Wilmington, Delaware   By: */s/ Gregory W. Hauswirth*
                 Gregory W. Hauswirth (DE Bar No.5679)
                 1007 North Orange Street, 4th Floor
                 Wilmington, DE  19801
                 Telephone:  302.332.7181
                 Facsimile:  412.227.5551
                 ghauswirth@leechtishman.com

                 *Attorneys for Defendant, Kenneth Halbert*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admissions to this Court, am admitted, practicing, and in good standing as a member of the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

By: /s/ Patrick W. Carothers
Patrick W. Carothers (PA Bar No. 85721)*
LEECH TISHMAN FUSCALDO & LAMPL, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219
Telephone: 412.304.0153
Facsimile:  412.227.5551
pcarothers@leechtishman.com

*Attorneys for Defendant, Kenneth Halbert*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: October 14th, 2021
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

2