# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Claro Chen IRA, and Claro Chen, | Adv. 19-50558 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Catherine Williams IRA, and Catherine Williams, | Adv. 19-50606 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Elizabeth A. Janovsky IRA, and Elizabeth A. Janovsky, | Adv. 19-50700 (JKS) |
| Raymond M. Chambers and Sarah E. Chambers, | Adv. 19-50777 (JKS) |
| Robert W. Haskins and Neoma F. Haskins, | Adv. 19-50779 (JKS) |
| Gwendolyn Bissette, | Adv. 19-50815 (JKS) |
| Helen S. Fong, | Adv. 19-50818 (JKS) |
| IRA Services Trust Company, custodian for the benefit of Bret J. Parent IRA, and Bret J. Parent, | Adv. 19-50821 (JKS) |
| Rebecca K. Wittler, | Adv. 19-50822 (JKS) |
| Karen I. Clara, | Adv. 19-50824 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Angela Chatham IRA; and Angela Chatham, | Adv. 19-50828 (JKS) |
| Barbara Lois Feldman, | Adv. 19-50833 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Martha C. Maclean Roth IRA, and Martha C. Maclean, | Adv. 19-50835 (JKS) |
| Heidi M. Pilant, | Adv. 19-50841 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

| | |
|---|---|
| Logan Turrentine, | Adv. 19-50845 (JKS) |
| Anna Santacroce, | Adv. 19-50844 (JKS) |
| Christopher Longworth, | Adv. 19-50928 (JKS) |
| Annua Group LLC, | Adv. 19-50930 (JKS) |
| Eric Little, | Adv. 19-50944 (JKS) |
| RH Principled Investments and Raymond Han, | Adv. 19-50970 (JKS) |
| Security Financial, LLC and Ameritrust Advisors of SC, LLC, | Adv. 19-51020 (JKS) |
| Annuity Alternatives of America, LLC, | Adv. 19-51037 (JKS) |
| Tangible Assets Investments, LLC and Charles Thorngren, | Adv. 19-51058 (JKS) |
| Eduardo G. Diaz and Diaz Retirement Consultants, | Adv. 19-51071 (JKS) |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON OCTOBER 29, 2021 AT 10:00 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE J. KATE STICKLES**

**All remote hearings scheduled before Judge Stickles will be conducted entirely over Zoom and will require all participants to register in advance at the link provided below prior to the hearing.**

**Zoom registration link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItcuyqpz4oHgX_aACl8J6jwB3nBztsqPA**

## **ADJOURNED/RESOLVED MATTERS:**

1. Motion for Default Judgment against Gwendolyn Bissette [Filed 9/20/21] (Adv. 19-50815, Adv. Docket No. 29)

    Response Deadline: October 4, 2021 at 4:00 p.m. (ET). Extended to a date to be determined.

    Responses Received: Informal response from the Defendant.

    Related Documents: None.

    Status:  This matter is being adjourned.  The Defendant is *pro se* and contacted counsel for the Liquidating Trustee in response to the motion for default judgment.  The parties will discuss next steps in this adversary proceeding.

2. Motion for Default Judgment against defendant Karen I. Clara [Filed 10/4/21] (Adv. Case 19-50824, Adv. Docket No. 24)

   Response Deadline: October 18, 2021 at 4:00 p.m. (ET). Extended to November 29, 2021 for the Defendant.

   Responses Received: None at this time.

   Related Documents: None.

   Status: This matter is being adjourned.  The Defendant retained counsel that contacted counsel for the Liquidating Trustee and the parties are in settlement discussions.

3. Motion for Default Judgment against Defendant Christopher Longworth [Filed 9/28/21] (Adv. 19-50928, Adv. Docket No. 39)

   Response Deadline: October 12, 2021 at 4:00 p.m. (ET).

   Responses Received:

   A. Answer to Complaint and Objection to Motion for Default Judgment [Filed 10/13/21] (Adv. Docket No. 40)

   Related Documents: None.

   Status:  This matter is being adjourned.  The Liquidating Trustee will consult with the Defendant regarding a proposed form of scheduling order and seek to have this matter set for mediation.

4. Motion for Default Judgment against defendants Provident Trust Group, LLC, administrator and custodian for the benefit of Claro Chen IRA, and Claro Chen [Filed 9/30/21] (Adv. 19-50558, Adv. Docket No. 36)

   Response Deadline: October 14, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/21/21] (Adv. Docket No. 37)

   B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 38)

   Status: The Court has entered the order on this matter and it is now resolved.

5. Motion for Default Judgment against defendants Provident Trust Group, LLC, administrator and custodian for the benefit of Catherine Williams IRA, and Catherine Williams [Filed 9/30/21] (Adv. 19-50606, Adv. Docket No. 36)

    Response Deadline: October 14, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/21/21] (Adv. Docket No. 37)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 38)

    Status: The Court has entered the order on this matter and it is now resolved.

7. Motion for Default Judgment against defendants Provident Trust Group, LLC, administrator and custodian for the benefit of Elizabeth A. Janovsky IRA, and Elizabeth A. Janovsky [Filed 9/30/21] (Adv. 19-50700, Adv. Docket No. 35)

    Response Deadline: October 14, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/21/21] (Adv. Docket No. 36)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 37)

    Status: The Court has entered the order on this matter and it is now resolved.

8. Motion for Default Judgment against defendants Raymond M. Chambers and Sarah E. Chambers [Filed 9/30/21] (Adv. 19-50777, Adv. Docket No. 30)

    Response Deadline: October 14, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/21/21] (Adv. Docket No. 31)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 32)

Status: The Court has entered the order on this matter and it is now resolved.

9. Motion for Default Judgment against defendants Robert W. Haskins and Neoma F. Haskins [Filed 9/30/21] (Adv. 19-50779, Adv. Docket No. 30)

   Response Deadline: October 14, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/21/21] (Adv. Docket No. 31)

   B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 32)

   Status: The Court has entered the order on this matter and it is now resolved.

10. Motion for Default Judgment against defendant Helen S. Fong [Filed 9/30/21] (Adv. 19-50818, Adv. Docket No. 27)

    Response Deadline: October 14, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/21/21] (Adv. Docket No. 28)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 29)

    Status: The Court has entered the order on this matter and it is now resolved.

11. Motion for Default Judgment against defendants IRA Services Trust Company, custodian for the benefit of Bret J. Parent IRA, and Bret J. Parent [Filed 10/4/21] (Adv. Case 19-50821, Adv. Docket No. 24)

    Response Deadline: October 18, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 25)

    B.  [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 26)

Status: The Court has entered the order on this matter and it is now resolved.

12. Motion for Default Judgment against defendant Rebecca K. Wittler [Filed 10/4/21] (Adv. Case 19-50822, Adv. Docket No. 24)

    Response Deadline: October 18, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

        A.  Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 25)

        B.  [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 26)

    Status: The Court has entered the order on this matter and it is now resolved.

13. Motion for Default Judgment against defendants Provident Trust Group, LLC, administrator and custodian for the benefit of Angela Chatham IRA; and Angela Chatham [Filed 10/4/21] (Adv. Case 19-50828, Adv. Docket No. 29)

    Response Deadline: October 18, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

        A.  Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 30)

        B.  [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 31)

    Status: The Court has entered the order on this matter and it is now resolved.

14. Motion for Default Judgment against defendant Barbara Lois Feldman [Filed 10/4/21] (Adv. Case 19-50833, Adv. Docket No. 27)

    Response Deadline: October 18, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

        A.  Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 28)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 28)

Status: The Court has entered the order on this matter and it is now resolved.

15. Motion for Default Judgment against defendants Provident Trust Group, LLC, administrator and custodian for the benefit of Martha C. Maclean Roth IRA, and Martha C. Maclean [Filed 10/5/21] (Adv. Case 19-50835, Adv. Docket No. 36)

    Response Deadline: October 19, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

        A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 38)

        B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 39)

    Status: The Court has entered the order on this matter and it is now resolved.

16. Motion for Default Judgment against defendant Heidi M. Pilant [Filed 10/5/21] (Adv. Case 19-50841, Adv. Docket No. 27)

    Response Deadline: October 19, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

        A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 28)

        B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 29)

    Status: The Court has entered the order on this matter and it is now resolved.

17. Motion for Default Judgment against defendant Anna Santacroce [Filed 10/5/21] (Adv. Case 19-50844, Adv. Docket No. 27)

    Response Deadline: October 19, 2021 at 4:00 p.m. (ET).

    Responses Received: None.
    Related Documents:

        A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 28)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 29)

Status: The Court has entered the order on this matter and it is now resolved.

18. Motion for Default Judgment against defendant Logan Turrentine [Filed 10/5/21] (Adv. Case 19-50845, Adv. Docket No. 27)

Response Deadline: October 19, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/25/21] (Adv. Docket No. 28)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 29)

Status: The Court has entered the order on this matter and it is now resolved.

19. Motion for Default Judgment against Annua Group LLC [Filed 9/20/21] (Adv. 19-50930, Adv. Docket No. 30)

Response Deadline: October 4, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/14/21] (Adv. Docket No. 32)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 33)

Status: The Court has entered the order on this matter and it is now resolved.

20. Motion for Default Judgment against Defendant Eric Little [Filed 9/28/21] (Adv. 19-50944, Adv. Docket No. 56)

Response Deadline: October 12, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/14/21] (Adv. Docket No. 57)

    B. [Signed] Judgment by Default [Filed 10/25/21] (Adv. Docket No. 58)

Status: The Court has entered the order on this matter and it is now resolved.

21. Motion for Default Judgment against Defendants RH Principled Investments and Raymond Han [Filed 9/28/21] (Adv. 19-50970, Adv. Docket No. 31)

    Response Deadline: October 12, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/14/21] (Adv. Docket No. 33)

    B. [Signed] Judgment by Default [Filed 10/25/21] (Adv. Docket No. 34)

    Status: The Court has entered the order on this matter and it is now resolved.

22. Motion for Default Judgment against Defendants Security Financial, LLC and Ameritrust Advisors of SC, LLC [Filed 9/28/21] (Adv. 19-51020, Adv. Docket No. 32)

    Response Deadline: October 12, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/14/21] (Adv. Docket No. 34)

    B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 35)

    Status: The Court has entered the order on this matter and it is now resolved.

23. Motion for Default Judgment against Annuity Alternatives of America, LLC [Filed 9/20/21] (Adv. 19-51037, Adv. Docket No. 31)

    Response Deadline: October 4, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/14/21] (Adv. Docket No. 33)

  B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 34)

Status: The Court has entered the order on this matter and it is now resolved.

24. Motion for Default Judgment against Defendants Tangible Assets Investments, LLC and Charles Thorngren [Filed 9/28/21] (Adv. 19-51058, Adv. Docket No. 30)

Response Deadline: October 12, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

  A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 10/14/21] (Adv. Docket No. 32)

  B. [Signed] Judgment by Default [Filed 10/26/21] (Adv. Docket No. 33)

Status: The Court has entered the order on this matter and it is now resolved.

**MATTERS GOING FORWARD:**

25. Motion for Default Judgment against Eduardo G. Diaz and Diaz Retirement Consultants [Filed 9/20/21] (Adv. 19-51071, Adv. Docket No. 30)

Response Deadline: October 4, 2021 at 4:00 p.m. (ET).

Responses Received:

  A. Response to Motion for Default Judgment for Failure to State a Truthful and Factual Claim [Filed 10/1/21] (Adv. Docket No. 32)

  B. Reply in Support of Plaintiff's Motion for Default Judgment [Filed 10/26/21] (Adv. Docket No. 33)

Related Documents: None.

Status: The parties will submit a stipulation prior to the hearing that sets an answer deadline for the Defendants. No hearing is necessary unless the Court has any questions.

26. Plaintiffs' Motion to Strike Defendant's Pro Se Answer [Filed 9/23/21] (Adv. Case No. 19-51050, Adv. Docket No. 53)

Response Deadline: October 7, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A. Answer to Complaint [Filed 1/14/20] (Adv. Docket No. 4)

B. [Signed] Scheduling Order [Filed 9/4/20] (Adv. Docket No. 22)

C. [Signed] Order Assigning Adversary Proceeding to Mediation [Filed 1/5/21] (Adv. Docket No. 28)

D. Mediation Status Report [Filed 7/26/21] (Adv. Docket No. 51)

E. Certificate of No Objection Regarding Plaintiffs' Motion to Strike Defendant's Pro Se Answer [Filed 10/12/21] (Adv. Docket No. 55)

Status: The Liquidating Trustee filed a certificate of no objection regarding the *Motion to Strike Defendant's Pro Se Answer*. No hearing is necessary unless the Court has any questions.

Dated: October 27, 2021
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
       acaine@pszjlaw.com
       bsandler@pszjlaw.com
       crobinson@pszjlaw.com

-and-

        KTBS Law LLP
Kenneth N. Klee (admitted *pro hac vice*)
Michael L. Tuchin (admitted *pro hac vice*)
David A. Fidler (admitted *pro hac vice*)
Jonathan M. Weiss (admitted *pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, CA 90067
Tel:    (310) 407-4000
Fax:   (310) 407-9090

*Counsel to the Woodbridge Liquidation Trust*