## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | **Ref. Docket Nos. 4693-4694** |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO        )
                           ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 15, 2021, I caused to be served the:

    a.  "Trust's Objection to Proof of Claim No. 8980 Filed by Stacey Maxted," dated October 15, 2021 [Docket No. 4693], and

    b.  "Request for Judicial Notice in Support of Trust's Objection to Proof of Claim No. 8980 Filed by Stacey Maxted," dated October 15, 2021 [Docket No. 4694],

    by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1]     The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3.  The envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
21st day of October , 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| MAINSTAR-FBO STACEY R MAXTED | 214 W 9TH ST | PO BOX 420 | | | ONAGA | KS | 66521 |
| MAINSTAR-FBO STACEY R MAXTED | 4114 SILVERWOOD DR | | | | OCEAN SPRINGS | MS | 39564 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| MAINSTAR-FBO STACEY R MAXTED | 214 W 9TH ST | PO BOX 420 | | | ONAGA | KS | 66521 | customerservice@mainstar.com |
| MAINSTAR-FBO STACEY R MAXTED | 4114 SILVERWOOD DR | | | | OCEAN SPRINGS | MS | 39564 | STACEYJMAXTED@yAHOO.COM |