# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>Defendant. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling orders dated September 3, 2020 and September 15, 2020.

Attached hereto is the status for the above-referenced cases associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

| | |
|---|---|
| Dated: November 4, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Colin R. Robinson* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Andrew W. Caine (CA Bar No. 110345) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Fax: 302-652-4400 |
| | Email: bsandler@pszjlaw.com |
| | acaine@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel to Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust* |

**STATUS CATEGORY E:** List all cases that have settled or resolved, but a notice or stipulation of dismissal cannot yet be filed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Elizabeth Haskell | 19-50839 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Matthew Gilchrist | 19-50997 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Yanitsha M. Feliciano | 19-51015 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Christopher J Watson | 19-50848 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Russell Bullis, Betsy Bullis | 19-50310 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Hart Placement Agency, Inc. | 19-50847 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Michael Kandravi | 19-50914 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Kim Butler | 19-50917 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John Fagan | 19-50947 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Daniel P. Orfin | 19-51005 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Harris Financial Management and John G. Harris | 19-51011 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Richard E. Attig, Stephanie L. Attig | 19-50325 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Jason Curtis | 19-50327 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Mainstar Trust, Custodian for the Benefit of John Kobierecki, John Kobierecki | 19-50578 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Christ Temple Baptist Church | 19-50756 | This matter has been settled. Plaintiff intends to file a dismissal. |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | This matter has been settled. Dismissal in process. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | This matter has been settled. Dismissal in process. |
| Kirk W Chubka | 19-50826 | This matter has been settled. Plaintiff intends to file a dismissal. |
| Robert Elmer | 19-50850 | This matter has been settled. Dismissal in process. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | Mediated but did not settle. |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Gerard J. O'Neill | 19-50964 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| David Keledjian | 19-50973 | This matter has been settled   Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Joseph W. Isaac | 19-50976 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Donovan Knowles | 19-50980 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| John J. McNamara | 19-50998 | This matter has been settled Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Bette Tydings | 19-51002 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Dan Reisinger | 19-51007 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | This matter has been settled. Settlement Agreement in process of being documented. |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| George Edward Sargent | 19-50340 | This matter has been settled. Dismissal in process. |

**STATUS CATEGORY F:** List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Maxwell Financial Group, Inc. | 19-50915 | The defendant submitted initial disclosures on 4/15/21. |
| Uma Gajavada | 19-51046 | Discovery exchanged. Parties are working though discovery issues with production of documents and deposition. Parties will seek to amend the Scheduling Order. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| Stefan Kolosenko | 19-50301 | Leslie Berkoff, Esq. Mediation was held but the matter did not settle. Discovery ongoing. |
| Joseph Lin | 19-50334 | Ian Conner Bifferato, Esq. Matter settled in mediation but defendant refused to execute settlement agreement. |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | Derek C. Abbott, Esq. |
| Irmgard Herrmann | 19-50752 | Ian Conner Bifferato, Esq. Mediator continues to work with parties to resolve the matter. |
| Marcella P. Best | 19-50819 | Leslie Berkoff, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Christopher Longworth | 19-50928 | Defendant filed an answer/response to the Motion for Default Judgment. A mediator will be selected. The Liquidating Trustee will consult with the Defendant regarding a proposed form of scheduling order and seek to have this matter set for mediation. |
| Mary Ellen Nuhn | 19-50829 | Judith K. Fitzgerald, Esq. Pursuant to the mediator's report, this matter has not been resolved and should proceed to trial. |
| John J. Begley | 19-50830 | Defendant is deceased and the Trust is working with defendant's estate to proceed to mediation. |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Kerstin Rodriguez IRA; Kerstin Rodriguez | 19-50837 | Derek C. Abbott, Esq. Defendant did not participate in mediation. |
| Peter Greenberg | 19-50855 | Ian Conner Bifferato, Esq. Mediated but settlement not reached. |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 | Leslie Berkoff, Esq. Mediation was held but the matter did not settle. |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | Derek C. Abbott, Esq. Stipulation for Judgment in process. |
| Retirement Services LLC | 19-50931 | Leslie Berkoff, Esq. |
| James Lamont | 19-50952 | Ian Conner Bifferato, Esq. |
| Gregg W. Butler | 19-50958 | Leslie Berkoff, Esq. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator and (as necessary) Additional Comments |
|---|---|---|
| | | Defendant did not participate in the mediation.  A pre-trial conference will be scheduled. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | Lucian B. Murley, Esq. Mediated but did not settle. |
| Harold Plain | 19-50974 | Leslie Berkoff, Esq. Defendant did not participate in the mediation. A pre-trial conference will be scheduled. |
| Randy Robertson | 19-50977 | Leslie Berkoff, Esq. |
| Joseph A. Loox | 19-50978 | Leslie Berkoff, Esq. Defendant did not participate in the mediation. A pre-trial conference will be scheduled. |
| Gregory Jandt | 19-50981 | Ian Conner Bifferato, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 | Ian Conner Bifferato, Esq. Mediation has not concluded.  The parties and mediator are still trying to resolve the matter. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | Ian Conner Bifferato, Esq. Mediation was held and the parties continue to work towards resolving this matter. |
| Gaulan Financial LLC | 19-51012 | Derek C. Abbott, Esq. Matter proceeded to mediation and parties exchanging documents. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | Lucian B. Murley, Esq. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | Derek C. Abbott, Esq. |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 | Ian Conner Bifferato, Esq. Defendant's Counsel filed Motion to Withdraw.  Potentially mediating directly with Defendant. |
| Jay N. Brown | 19-51047 | Derek C. Abbott, Esq. Mediated but did not settle. |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | Lucian B. Murley, Esq. Defendant did not participate in mediation. Parties will submit a final pretrial order. |
| Deb Brundage | 19-51069 | Lucian B. Murley, Esq. |

| **Defendant(s)** | **Adv. Case No.** | **Appointed/Selected Mediator and (as necessary) Additional Comments** |
|---|---|---|
| | | Mediation was held; matter did not settle. |

**STATUS CATEGORY I:** List all cases where there are dispositive motions pending. Provide dates when briefing is expected to be completed.

| Defendant(s) | Adv. Case No. | Comment |
| --- | --- | --- |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | Oral argument was held on the *Defendants' Motion* ("Movants' Motion") *To Temporarily Stay The Prosecution Of Their Complaints Pending The Determination Of Distributions To Class 3 Note Claimants Under the Confirmed Plan* on 9/24/21, at which the Court denied the Movants' Motion. An order reflecting the Court's ruling was entered on 10/22/21. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | See comment above. |
| Delton Christman, Jean Christman | 19-50314 | See comment above. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | See comment above. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | See comment above. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | See comment above. |
| Janet V. Dues | 19-50328 | See comment above. |
| Dena Falkenstein | 19-50329 | See comment above. |
| Judy Karen Goodin | 19-50330 | See comment above. |
| Dennis W. Hueth | 19-50331 | See comment above. |
| Christian Lester | 19-50332 | See comment above. |
| Jane Marshall | 19-50335 | See comment above. |
| Laurence J. Nakasone | 19-50337 | See comment above. |
| Blaine Phillips | 19-50338 | See comment above. |
| Jeff Schuster | 19-50341 | See comment above. |
| Jennifer Tom | 19-50342 | See comment above. |
| Anita Bedoya, Mark Bedoya | 19-50343 | See comment above. |
| Anita Bedoya, Julian Duran | 19-50344 | See comment above. |
| Ronald Cole | 19-50346 | See comment above. |
| Ronald Draper | 19-50347 | See comment above. |
| Lawrence J. Paynter | 19-50351 | See comment above. |
| Nannette Tibbitts | 19-50353 | See comment above. |
| Clayton Nakasone | 19-50832 | See comment above. |
| Kenneth Halbert | 19-51027 | Oral argument on the Plaintiff's *Motion for Leave to File Amended Complaint* [DI 53] was held on 10/19/21. A decision on the Motion is pending. |

# **EXHIBIT 1**

| Defendant(s) | Adv. Case No. |
|---|---|
| Christopher J Watson | 19-50848 |
| Christopher Longworth | 19-50928 |
| Elizabeth Haskell | 19-50839 |
| Matthew Gilchrist | 19-50997 |
| Yanitsha M. Feliciano | 19-51015 |
| Stefan Kolosenko | 19-50301 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Delton Christman, Jean Christman | 19-50314 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Richard E. Attig, Stephanie L. Attig | 19-50325 |
| Jason Curtis | 19-50327 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Judy Karen Goodin | 19-50330 |
| Dennis W. Hueth | 19-50331 |
| Christian Lester | 19-50332 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Laurence J. Nakasone | 19-50337 |
| Blaine Phillips | 19-50338 |
| George Edward Sargent | 19-50340 |
| Jeff Schuster | 19-50341 |
| Jennifer Tom | 19-50342 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |
| Ronald Cole | 19-50346 |
| Ronald Draper | 19-50347 |
| Lawrence J. Paynter | 19-50351 |
| Nannette Tibbitts | 19-50353 |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| Irmgard Herrmann | 19-50752 |
| Christ Temple Baptist Church | 19-50756 |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl | 19-50814 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Eddy | |
| Marcella P. Best | 19-50819 |
| Kirk W Chubka | 19-50826 |
| Mary Ellen Nuhn | 19-50829 |
| John J. Begley | 19-50830 |
| Clayton Nakasone | 19-50832 |
| Hart Placement Agency, Inc. | 19-50847 |
| Robert Elmer | 19-50850 |
| Peter Greenberg | 19-50855 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc. | 19-50915 |
| Kim Butler | 19-50917 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Retirement Services LLC | 19-50931 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |
| John Fagan | 19-50947 |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 |
| James Lamont | 19-50952 |
| Gregg W. Butler | 19-50958 |
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| David Keledjian | 19-50973 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Donovan Knowles | 19-50980 |
| Gregory Jandt | 19-50981 |
| John J. McNamara | 19-50998 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |
| Bette Tydings | 19-51002 |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 |
| Daniel P. Orfin | 19-51005 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Kenneth Halbert | 19-51027 |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 |
| Uma Gajavada | 19-51046 |
| Jay N. Brown | 19-51047 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 |
| Deb Brundage | 19-51069 |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Kerstin Rodriguez IRA; Kerstin Rodriguez | 19-50837 |