# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al*., | |
| Plaintiff, | |
| v. | |
| Gwendolyn Bissette, | Adv. 19-50815 (JKS) |
| Karen I. Clara, | Adv. 19-50824 (JKS) |
| Christopher Longworth, | Adv. 19-50928 (JKS) |
| Donald Abney and Lee Ann Abney, | Adv. 19-50881 (JKS) |
| Gary L. Burke, | Adv. 19-50954 (JKS) |
| Morgan J. Commodore, | Adv. 19-50957 (JKS) |
| Patrick Gatbonton, | Adv. 19-50959 (JKS) |
| Integrity Plus Consulting and Sean Renninger, | Adv. 19-50960 (JKS) |
| David Johnston, | Adv. 19-50943 (JKS) |
| Judith L. Werner, in her capacity as Trustee of the Werner Family Living Trust dated 03/02/2000, Michael P. Werner, in his capacity as Trustee of the Werner Family Living Trust dated 03/02/2000, Judith L. Werner and Michael P. Werner, | Adv. 19-50871 (JKS) |
| Provident Trust Group, LLC, solely in its capacity as administrator and custodian for the benefit of Geneva W. Guilbeaux IRA; Diana Engelhardt, solely in her capacity as Executrix to the Estate of Charles D. Guilbeaux, and Diana Engelhardt, solely in her capacity as Executrix to the Estate of Geneva W. Guilbeaux, | Adv. 19-50968 (JKS) |
| Peter Derienzo, | Adv. 19-50963 (JKS) |
| Jacob A. Weiss, | Adv. 19-50972 (JKS) |
| Thomas Masztak, | Adv. 19-50971 (JKS) |
| Jeffrey DeAngelis | Adv. 19-50962 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

Defendants.

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 2, 2021 AT 10:30 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE J. KATE STICKLES**

*PLEASE TAKE NOTICE: AS THERE ARE NO MATTERS GOING FORWARD, THIS HEARING IS CANCELED.*

**ADJOURNED/RESOLVED MATTERS:**

1. Motion for Default Judgment against Gwendolyn Bissette [Filed 9/20/21] (Adv. 19-50815, Adv. Docket No. 29)

    Response Deadline: October 4, 2021 at 4:00 p.m. (ET). Extended to a date to be determined.

    Responses Received: Informal response from the Defendant.

    Related Documents: None.

    Status:  This matter is being adjourned.  The Defendant is *pro se* and contacted counsel for the Liquidating Trustee in response to the motion for default judgment.  The parties will discuss next steps in this adversary proceeding.

2. Motion for Default Judgment against defendant Karen I. Clara [Filed 10/4/21] (Adv. Case 19-50824, Adv. Docket No. 24)

    Response Deadline: October 18, 2021 at 4:00 p.m. (ET). Extended to November 29, 2021 for the Defendant.

    Responses Received: None at this time.

    Related Documents: None.

    Status: This matter is being adjourned.  The Defendant retained counsel that contacted counsel for the Liquidating Trustee and the parties are in settlement discussions.

3. Motion for Default Judgment against Defendant Christopher Longworth [Filed 9/28/21] (Adv. 19-50928, Adv. Docket No. 39)

    Response Deadline: October 12, 2021 at 4:00 p.m. (ET).

Responses Received:

    A. Answer to Complaint and Objection to Motion for Default Judgment [Filed 10/13/21] (Adv. Docket No. 40)

Related Documents: None.

Status: This matter is being adjourned. The Liquidating Trustee will consult with the Defendant regarding a proposed form of scheduling order and seek to have this matter set for mediation.

4. Trust's Objection to Proof of Claim No. 8980 Filed by Stacy Maxted [Filed 10/15/21] (Docket No. 4694)

Response Deadline:, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Request for Judicial Notice in Support of Trust's Objection to Proof of Claim No. 8980 Filed by Stacy Maxted [Filed 10/15/21] (Docket No. 4695)

    B. Certification of No Objection Regarding Trust's Objection to Proof of Claim No. 8980 Filed by Stacy Maxted [Filed 11/1/21] (Docket No. 4701)

    C. [Signed] Order Sustaining Trust's Objection to Proof of Claim No. 8980 Filed by Stacy Maxted [Filed 11/5/21] (Docket No. 4706)

Status: The Court has entered the order on this matter and it is now resolved.

5. Motion for Default Judgment against defendants Donald Abney and Lee Ann Abney [Filed 10/29/21] (Adv. Case 19-50881, Adv. Docket No. 31)

Response Deadline: November 12, 2021 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 11/18/21] (Adv. Docket No. 32)

    B. [Signed] Judgment by Default [Filed 11/23/21] (Adv. Docket No. 33)

Status: The Court has entered the order on this matter and it is now resolved.

6. Motion for Default Judgment against defendant Gary L. Burke [Filed 10/29/21] (Adv. Case 19-50954, Adv. Docket No. 28)

   Response Deadline: November 12, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 11/18/21] (Adv. Docket No. 29)

   B. [Signed] Judgment by Default [Filed 11/23/21] (Adv. Docket No. 30)

   Status: The Court has entered the order on this matter and it is now resolved.

7. Motion for Default Judgment against defendant Morgan J. Commodore [Filed 10/29/21] (Adv. Case 19-50957, Adv. Docket No. 28)

   Response Deadline: November 12, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 11/18/21] (Adv. Docket No. 29)

   B. [Signed] Judgment by Default [Filed 11/23/21] (Adv. Docket No. 30)

   Status: The Court has entered the order on this matter and it is now resolved.

8. Motion for Default Judgment against defendant Patrick Gatbonton [Filed 10/29/21] (Adv. Case 19-50959, Adv. Docket No. 29)

   Response Deadline: November 12, 2021 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 11/18/21] (Adv. Docket No. 30)

   B. [Signed] Judgment by Default [Filed 11/23/21] (Adv. Docket No. 31)

   Status: The Court has entered the order on this matter and it is now resolved.

9. Motion for Default Judgment against defendants Integrity Plus Consulting and Sean Renninger [Filed 10/29/21] (Adv. Case 19-50960, Adv. Docket No. 28)

    Response Deadline: November 12, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 11/18/21] (Adv. Docket No. 29)

    B. [Signed] Judgment by Default [Filed 11/23/21] (Adv. Docket No. 30)

    Status: The Court has entered the order on this matter and it is now resolved.

10. Motion for Default Judgment against defendant David Johnston [Filed 10/29/21] (Adv. Case 19-50943, Adv. Docket No. 29)

    Response Deadline: November 12, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 11/18/21] (Adv. Docket No. 30)

    B. [Signed] Judgment by Default [Filed 11/23/21] (Adv. Docket No. 31)

    Status: The Court has entered the order on this matter and it is now resolved.

11. Motion for Default Judgment against defendants Judith L. Werner, in her capacity as Trustee of the Werner Family Living Trust dated 03/02/2000, Michael P. Werner, in his capacity as Trustee of the Werner Family Living Trust dated 03/02/2000, Judith L. Werner and Michael P. Werner [Filed 10/29/21] (Adv. Case 19-50871, Adv. Docket No. 27)

    Response Deadline: November 12, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [Filed 11/18/21] (Adv. Docket No. 28)

    B. [Signed] Judgment by Default [Filed 11/23/21] (Adv. Docket No. 29)

Status: The Court has entered the order on this matter and it is now resolved.

**UNCONTESTED MATTERS:**

12. Motion for Default Judgment against defendants Provident Trust Group, LLC, solely in its capacity as administrator and custodian for the benefit of Geneva W. Guilbeaux IRA; Diana Engelhardt, solely in her capacity as Executrix to the Estate of Charles D. Guilbeaux, and Diana Engelhardt, solely in her capacity as Executrix to the Estate of Geneva W. Guilbeaux [Filed 11/18/21] (Adv. 19-50968, Adv. Docket No. 33)

    Response Deadline: November 29, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [To be Filed] (Adv. Docket No. TBD)

    Status: A certification of no objection will be filed on November 30, 2021 after 4:00 p.m. (ET). No hearing is necessary.

13. Motion for Default Judgment against defendant Peter Derienzo [Filed 11/18/21] (Adv. 19-50963, Adv. Docket No. 28)

    Response Deadline: November 29, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [To be Filed] (Adv. Docket No. TBD)

    Status: A certification of no objection will be filed on November 30, 2021 after 4:00 p.m. (ET). No hearing is necessary.

14. Motion for Default Judgment against defendant Jacob A. Weiss [Filed 11/18/21] (Adv. 19-50972, Adv. Docket No. 27)

    Response Deadline: November 29, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment

      [To be Filed] (Adv. Docket No. TBD)

Status: A certification of no objection will be filed on November 30, 2021 after 4:00 p.m. (ET).  No hearing is necessary.

15. Motion for Default Judgment against defendant Thomas Masztak [Filed 11/18/21] (Adv. 19-50971, Adv. Docket No. 28)

    Response Deadline: November 29, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

        A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [To be Filed] (Adv. Docket No. TBD)

    Status: A certification of no objection will be filed on November 30, 2021 after 4:00 p.m. (ET).  No hearing is necessary.

16. Motion for Default Judgment against defendant Jeffrey DeAngelis [Filed 11/18/21] (Adv. 19-50962, Adv. Docket No. 28)

    Response Deadline: November 29, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

        A. Certification of No Objection Regarding Plaintiff's Motion for Default Judgment [To be Filed] (Adv. Docket No. TBD)

    Status: A certification of no objection will be filed on November 30, 2021 after 4:00 p.m. (ET).  No hearing is necessary.

| | | |
|---|---|---|
| Dated: | November 30, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>        acaine@pszjlaw.com<br>        bsandler@pszjlaw.com<br>        crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Jonathan M. Weiss (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Tel:    (310) 407-4000<br>Fax:    (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |