**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 20-10343 (LSS) |
| Boy Scouts of America and Delaware BSA, LLC, | Chapter 11<br>Jointly Administered |
| Debtors. | **Re: D.I. 8688** |

**NOTICE OF WITHDRAWAL OF JOINDER OF THE NORWICH ROMAN CATHOLIC DIOCESAN CORPORATION TO THE ROMAN CATHOLIC AD HOC COMMITTEE'S OBJECTION TO THE DEBTORS' SECOND MODIFIED FIFTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE that The Norwich Roman Catholic Diocesan Corporation, hereby withdraws the *Joinder of The Norwich Roman Catholic Diocesan Corporation to Roman Catholic Ad Hoc Committee's Objection to the Debtor's Second Modified Fifth Amended Chapter 11 Plan of Reorganization* [D.I. 8688].

| | |
|---|---|
| Dated:  March 29, 2022 | GELLERT SCALI BUSENKELL & BROWN LLC |
| | */s/ Charles J. Brown, III*<br>Charles J. Brown, III (DE 3368)<br>1201 N. Orange Street, 3rd Floor<br>Wilmington, DE 19801<br>Phone: 302-425-5813<br>Fax: 302-425-5814<br>Email: cbrown@gsbblaw.com |
| | ICE MILLER LLP<br>Louis T. DeLucia (*pro hac vice* to be filed)<br>Alyson M. Fiedler (*pro hac vice* to be filed)<br>1500 Broadway, Suite 2900<br>New York, New York 10036<br>Phone: (212) 835-6312<br>Email: Louis.DeLucia@icemiller.com<br>            Alyson.Fiedler@icemiller.com |
| | *Counsel for The Norwich Roman Catholic Diocesan Corporation* |