# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **BOY SCOUTS OF AMERICA** | : Case No. 20-10343 (LSS) |
| **AND DELAWARE BSA, LLC**[1] | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Docket Nos. 7832, 8685, 8813, 9114 |

## STIPULATION AMONG DEBTORS AND DEBTORS IN POSSESSION, AND MUNICH REINSURANCE AMERICA, INC., FORMERLY KNOWN AS AMERICAN RE-INSURANCE COMPANY, REGARDING POLICY NO. M-1027493

**IT IS HEREBY STIPULATED AND AGREED** by and between the Debtors and Debtors in Possession Boy Scouts of America and Delaware BSA, LLC and Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, as follows:

1. American Re-Insurance Company issued policy no. M-1027493 (the "AmRe Policy") to the then-existing local councils of the Boy Scouts of America.

2. Debtors and Debtors in Possession Boy Scouts of America and Delaware BSA, LLC, are not insured under the AmRe Policy.

3. The AmRe Policy is not a "BSA Insurance Policy," as defined in Paragraph 44 and identified in Schedule 2 of the "Third Modified Fifth Amended Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC," (docket no. 8813)(the "Plan") dated February 15, 2022, or as such has or may be subsequently amended.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's Federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

122692466-1

4. The reference to the AmRe Policy in Schedule 2 of the Plan, entitled "BSA Insurance Policies," is deemed removed.

5. The AmRe Policy is listed on Schedule 3 of the Plan, entitled "Local Council Insurance Policies."

6. Except as set forth above, the Debtors and Debtors in Possession Boy Scouts of America and Delaware BSA, LLC, and Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, hereby reserve all of their respective rights.

| | |
|---|---|
| Glenn M. Kurtz (Admitted PHV)<br>Jessica Lauria (Admitted PHV)<br>Andrew Hammond (Admitted PHV)<br>Samuel P. Hershey (Admitted PHV)<br>**WHITE & CASE LLP**<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200 (telephone)<br>gkurtz@whitecase.com<br>jessica.lauria@whitecase.com<br>ahammond@whitecase.com<br>sam.hershey@whitecase.com<br><br>-and-<br><br>Michael Andolina (Admitted PHV)<br>Matthew Linder (Admitted PHV)<br>Laura Baccash (Admitted PHV)<br>Blair Warner (Admitted PHV)<br>**WHITE & CASE LLP**<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 881-5400 (telephone)<br>mandolina@whitecase.com<br>laura.baccash@whitecase.com<br>blair.warner@whitecase.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>By: */s/ Derek Abbott*<br>Derek Abbott (Id. No. 3376)<br>Andrew Remming (Id. No. 5120)<br>Paige Topper (Id. No. 6470)<br>Michelle Fu (Id. No. 6661)<br>1201 North Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 351-9314 (telephone)<br>dabbott@morrisnichols.com<br>aremming@morrisnichols.com<br>ptopper@morrisnichols.com<br>mfu@morrisnichols.com |
| William E. McGrath, Jr. (Admitted PHV)<br>**DILWORTH PAXSON LLP** | **DILWORTH PAXSON LLP** |

2

<table>
<tr><td>

2 Research Way, Suite 103  
Princeton, NJ  08540  
(609) 987-6679 (telephone)  
(215) 893-8537 (facsimile)  
wmcgrath@dilworthlaw.com

</td><td>

By: */s/ Thaddeus J. Weaver*  
Thaddeus J. Weaver (Id. No. 2790)  
704 King Street, Suite 500  
P.O. Box 1031  
Wilmington, DE  19899-1031  
(302) 571-8867 (telephone)  
tweaver@dilworthlaw.com

</td></tr>
</table>

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

Date:  March 29, 2022

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true, correct and complete copy of the "Stipulation Among Debtors and Debtors in Possession, and Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company, Regarding Policy No. M-1027493," was served on March 29, 2022 via CM/ECF and electronic mail, on all participating parties, as set forth on the most recent "participating party" list (Docket No. 9370).

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
    Thaddeus J. Weaver (Id. No. 2790)
    704 King Street, Suite 500
    P.O. Box 1031
    Wilmington, DE  19899-1031
    (302) 571-8867 (telephone)
    (302) 351-8735 (facsimile)
    tweaver@dilworthlaw.com

Date: March 29, 2022