# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 7778, 8105 & 9335** |

### CERTIFICATE OF NO OBJECTION REGARDING THE <u>AMENDED</u> FIFTH COMBINED MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2021 THROUGH NOVEMBER 30, 2021[2]

The undersigned hereby certifies that, as of the date hereof, PricewaterhouseCoopers LLP ("PwC") has received no answer, objection or other responsive pleading to the **Amended Fifth Combined Monthly Fee Application of PricewaterhouseCoopers LLP for Compensation and Reimbursement of Expenses for the Period from May 1, 2021 Through November 30, 2021** (the "Application") (D.I.9335), filed on March 14, 2022.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than March 28, 2022 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Amended Fifth Combined Monthly Fee Application was filed to correct the total number of hours expended and the amount of compensation requested during the period of May 1, 2021 through November 30, 2021, due to inadvertently omitting from the prior filed version certain hours and related compensation attributable to services performed under a Statement of Work attached to the Fourth Supplemental Declaration [Docket No. 8635]. The additional hours and related compensation were noted in bold. A certificate of no objection was docketed with the Court on January 4, 2022 [Docket No. 8105] with respect to the prior filed version of this amended fee application and as such only the additional hours and related compensation noted in bold were subject to objection.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount without any further court order.

| (1) Total Amended Fees Requested | (2) Total Expenses Requested | (3) 80% of Amended Requested Fees | Total Debtors Amended Authorized Pay ( (2) + (3) ) |
|---|---|---|---|
| $211,586.00 | $0.00 | $169,268.80 | $20,286.40[3] |

WHEREFORE, PwC respectfully requests that the Application be approved.

Dated:  March 30, 2022
        Dallas, TX

PRICEWATERHOUSECOOPERS LLP

*/s/ Francis DeSouza, Jr*
Francis DeSouza, Jr
Partner
PricewaterhouseCoopers LLP
2121 North Peral Street, Suite 2000
Dallas, Texas 75201
(214) 695-0663

*Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession*

---

[3] This amount reflects a reduction of $148,982.40, which represents the payments made to PwC in connection with the certificate of no objection [Docket No. 8105] filed for the previous version of the amended fee application.

2