To the U.S. Bankruptcy Court For the District of Deleware

**FILED**

2022 MAR 30 AM 11: 54

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

[redacted]

vs.

In Re Boy Scouts of
America and Deleware BSA, LLC

Case No: 20-10343

\* Note# Complaint Against \*
Omni Management Group.
5955 Desoto Ave. Suite 100
Woodland Hills. CA 91367
Phone# (818) 906-8300

"Detailed letter" Notifying Both Judge and Carthrave that "Omni Management Group" That was appointed By Both Judge Carthrave and Bankruptcy Court to Both oversee; Recieve/Intake; File and maintain Records of Victim's of the Boys Scout of America Sexual Abuse Survior Proof of Claims Forms, which contains Both Personal private and Top Secret information, are Both mishandling Victim's Sexual Abuse Survior's Proof of Claims Forms. By not filing them and are lying about it trying to cover it up.

To: Judge: Laurie Selber Silverstein

Dear; Judge; Hi, my name is [redacted] and the Reason for this letter is to notify and inform you; that the Company Omni management Group. Address; 5955 Desoto Ave, Suite 100 Woodland Hills CA. 91367

Have and are mishandling Sexual Abuse Claims, in the Boy Scouts of America Bankruptcy case. I don't know if you can Recall; But sometime in either January or February 2021. I wrote you (well the court) personally telling you All; After Repeated calls; to the Attorney's over the case as advised on Television to call; telephone number either; (1) 1-800-951-1738 (2) 1-800-953-0225 or (3) 1-800-685-1810 (4) 1-888-849-1855 (5) 1-858-747-6067 Sorry For suppling all these numbers; But I don't know which one it Really is; Because at the time. I was trying to contact law Firms; and Wells Fargo to try and close my Account / Freeze and Also trying to Recover and stop my Abesto's money From going into my Account Because my would have Been wife had my Bank card) and we had; upset and Angry and had ended our Relationship. Because as I had said in my letter in Jan; or Feb; 2021 that I had been trying to call the 1-800# number From the Prison phones For over or almost

(1 of 20)

A year; (From the month but maybe in Feb. or March 2020; And they would Not Accept either collect calls; From prison (Note# This was Before the Phone System Allowed the option to deduct money From your prison Account and place it on your phone account From inmates personally so that you could call pre-paid; note# you only had the option to call collect or use a phone card which later changed in 2021. But I think the number was 1-800-951-1738 for the correct law Firm Advertised on T.V. Because I have the Date. Nov. 16th 2021 By the number. Anyways. I don't know if you can Recall; or Rember my earlier letter in 2021. Because I know that you're a very Busy lady who handles alot of cases and that you're human. But in my letter; From which 2 or 3 mths later I recieved a UPS Express Envelope From "Omni management Group." I was telling you. (The Court) how I had Been calling For about a year collect and law-Fiam wouldn't Accept charges. and that Finally out of desperation to get my story heard Because the Deadline was the next Day. I got my soon to be wife. I had known for 14 yrs. and in a serious Relationship For 11 years with a 7 yr. old daughter. to call on 3-way. (note# On the 15th of Nov. 2021; it kept going to voice mail and Finally on the 16th of Nov. 2021 Somebody Answered (A Lady; didn't write Down name) Anyways, I had told my soon to be wife to put down the phone so that I could talk to lawyers privately about my Asbestos. (But she didn't) so she heard my entire Conversation with the lawyer about my secret past of Being molested while in the Boy Scout/CubScout starting from the time; well around 1985 or 1986; until maybe 1990. and also how I lived a Bisexual lifestyled that I kept secret in Atlanta GA. as a Result From molestation as a child; that I growed to like. including Both Accounts sexually as a child in the Boy's Scout and also sexual Accounts about my secret Bisexual lifestyled in Atlanta GA; And my Visits to Club Bulldog's (Gay Club) etc... etc... etc... (Everything that I could say For about 13 mins.) From which the lawyer (LADY) Allowed me to say; while she took notes. Only at the end to tell me that the time to File claims; ended at 5:00 A.M. that Day note# it was around 5:30 – 6:00 o'clock when I finally got some one to Answer after Repeated 3-way calls all that Day. From which I informed lawyer that I had been calling collect From prison For about a year But that law firm wouldn't Accept calls From prison. And that I had called the Day Before on the 15th of Nov. 2021 on 3-way out of Desperation to get claim Filed on time Before the Deadline. Still only to be told that it was too late. But that she would take down All my infomation. Address. name. Jail Number

(2 OF 20)

And contact me in the event; that the Deadline was extended, (saying Sometime's in Case's like this they were.) She Also told me to watch the T.V. Because in the event the Deadline was extended it would be a new Commercial saying so; and to call the number immediately; in the event she hadn't already Contacted me; because she had all my info and notes on file in the event it did and that I would Recieve Something From her By mail. And Hung-up. Now my Girl Friend / Baby mama; soon to be wife; didn't say Anything. So I Really thought she had put the phone down. So I Hung-up after saying Hello a couple times. And called Back so that she could hear the Phone Ring. At first she didn't Answer then on the 3 call she Answered. And went off on me; said she had been listening to the entire Conversation; said something; so Bad about me I'am both scared and ashamed to Repeat. Told me it was OVER; she was done with me. And that she was going to get tested for Aids; Because I may have given it to her. Told me not to ever call or write her and that I would never see my daughter again; and that she hoped somebody killed me in prison or that I never got out and that she was going to tell everybody; my family; her Family; Friends; that I was a ▓▓▓ in the closet Brother; Told me I was a Fake ass N-word; around ▓▓▓▓ ▓▓▓▓ ▓▓▓ saying Dope ▓▓▓▓ ▓▓▓▓ster; while all the time I was a ▓▓▓▓▓▓▓▓▓▓▓ her; B ▓▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓▓ Sissie Ass B-word; That misled her; ▓▓▓▓ ▓▓▓▓ ▓▓ ▓▓▓▓ trust ▓▓▓▓▓▓▓▓▓▓▓▓ hated my Black Ass. And hung up in my Face. note# I called and called and called for months. From which she had all calls Forwarded to voice mail I Blocked. And wrote letter after letter everyday Apologizing Begging For Forgiveness. Trying to tell my side of what happened as a child which affected me as a adult; and that I had Quite when she got pregnant; and had changed. note; she never wrote Back, stopped Answering the phone; stopped sending me money. stopped paying my appeal lawyer. Told all my Friends Family; her Family; who all talked Bad about me. showed them all my letter's apologizing etc... Called up to the prison and told them I was harrassing her; she didn't want me to every contact her By Phone or letter. ever again From which the administration threating me with a displinary and Segtime if I did and she Reported it. and in April sent me a Copy (screen shot) of several Post on Facebook telling the whole word about me; which included several pictures)

of me thru out the years. (note; All of them had over 5,000 views and comments.) note# Other than that I havent spoken to her or my daughter since Nov. 16th 2020 the Day I made the 3-way call because the lawfirm, would't accept collect calls. note# in December, I did learn thru a friend; That she had moved out of the house we stayed in for 9 years, Sold all my Cars, Trucks, motorcycle etc... everything moved to Opelika Alabama with my daughter and had moved on with her life. Now going Back to Omini Management group. Sometime in may 2021 After writing you, (The Courts,) I Recieved a Copy of a Sexual Abuse Survivor Proof of Claim application that I filled out that night; which included 14 page additional pages; detailing 2 _____ ual molestation By (2) of my Scout Leaders.

(1) [REDACTED]

(2) _____ _____ in Bessemer Alabama Troop number #30 and A ____ ___th later after Recieving no Response/Claim number. I wrote them again asking for one. (in July 2021) 2 or 3 week later I wrote them again. (Now At first I was telling myself that I probably hadn't Recieved a Response; because the mail was slow due to Covid-19 But in all from may 2021 till Dec. 28. 2021 from which I also sent a Happy New Year's Card with a letter. I had written Omini 14 times with no Response. Addressed to; Omni Management Group 5955 Desoto Ave. Suite 100 Woodland hills CA. 91367

now note Also; At this time Both friends Family Ex- Soon to be wife etc... everybody had turned their backs on me; stopped Answering calls etc... etc... and I hadn't heard my lil girl voice since Nov. 16th 2020 So I sold the only thing I had left was a G-Shock gold edition/with Black, with the diamonds on the side for a $100.00 money order to a dude here in prison; who family put the money on my book. note# I had already Sold everything else I had. Tennis shoes, boots Sweat Suits; Thermals etc... everything because everybody left me after making Call on Nov. 16th 2020 from which my Baby mama soon to be wife heard and told the seem like entire world

(4 of 20)

I took the $100.00 and put $10.00 on the phone prepaid and spent the other $90.00 on a store and opened up a Coffee Ball and Cigarette shop. note the money was on my phone Jan. 1st 2022. So I beginned calling Omni Management Group. at the number on the envelope (818) 906-8300, But no one Answered untill finally Jan. 3rd 2022 During Conversation with (I guess you can say Secetary) I told them my name, Address etc... why I was Calling. and that I had filled out a Sexual Abuse survivor Proof of Claim form and sent it to them about a year ago and had written 14 letters since, the last one on Dec. 28th 2021 from which I also sent a card. Asked (Him) a man Did they get them and my Claim number and Requested my Claim Number. Hz then while on the phone got on the Computer, put in my name etc... And told me that he couldn't find me in the system. He then checked a couple more places in the Computer system. But still couldn't find me. asked me what address I sent it to. I gave it to him which was correct. Then told me to hold on he was going to Transfer me to the man over Case. Mr. John Dorothy. note# The Call went to Mr. Dorothy Voice mail. So I hung up and called Back a couple more times that day because I wanted to speack to Mr. Dorthy my self. Finally after calling everyday getting transfered going to Voice mail, on about the 7th or 8th of Feb. 2022. A man Secetary took down my info and said he was going to send him a Email, being that I had called and complained about him not Answering. After sending Email, he again transfered me to John Dorothy. Voice mail again, I called again and again that Day left voice mails and finally called and spoke to Mr. John Dorothy 2 days later on Feb. 10th 2022. When I finally did speack to me. Dorthy I told him my name the Reason why I was calling and that I had sent in my Sexual Abuse Claim Form over a year ago had written a total of 14 letters the last one about 2 weeks ago from which I had also sent a card. And that I Recieved Sexual Abuse claim form from them after writing the court house. who then Contacted Omni Management Group. and had them to send form to me because untill Recieving form from "Omni" I didn't even know who they were. (Omni)

(5 of 20)

He then (███████████) Got on his Computer while I was on the phone checked ███████████ And said what address did you send it too; I told him 5955 Desoto Ave. Suite 100 woodland hills, CA. 91367

Which he said was Correct, He then placed me on hold for about 2 mins saying that he was going to check some other deptment. And came back and said; They never Recieved it. From which; I said; "what do you mean; You never Recieved it; I asked him was the address; 5955 Desoto Ave. Suite 100 woodland hills, CA 91367

From which he Replied "Correct" So I asked him; what do you mean then; You never Recieved it; Told him also about the other 14 letters I sent since; "████████ the last one about 2 weeks ago 12/28/2021 which included a card; From which he again Replied "They never Recieved them. I then Replied what do you mean you never Recieved them. Told him how I had written the court; who then Contacted Omini and had them to send me the Complaint Form. Told him about how I had Contacted the Courts after calling law Firm for about a year; And how after Being Discriminated Because I was a Victim, that was in prison, They wouldn't accept collect calls; and how out of Desperation to get my story heard and claims Filed; I called on 3-way with my baby mama soon to be wife, on Nov. 16th 2021; And about how I thought she had the phone put Down; while I talked to lawyer But didn't and had heard the whole Conversation. And that lawyer told me I was too late; Because it was after 5:00. that day (The Deadline) But Took down all my info; and said she would Contact me if the Deadline extended. It then told him; how my Baby mama; had heard the whole Conversation about my past which included my Bisexual lifestyle that was a secret. And that she left me because of it; etc. etc. etc... Telling everybody; Family; Friends etc... who also turned their Backs on me, I also told him about me writing the Bankruptcy court etc... And that they had Contacted "Omini" From which I Recieved Complaint Form and that I filled it out that Day and placed it in the mail the next morning at Breakfast, at 3:30 A.m. etc. etc. etc... Had written 14 letters since, From which he again Replied "They never Recieved it" I then Replied what do you mean you never Recieve it or my letters; Read off the address again "From which he Replied was Correct, But they never Recieved it; So I asked him; if they never Recieved them (Complaint Form and letters) who did and where were they

Told him how I felt violated; Because they (Letters and complaint Form; included Both my personal info; name etc... and personal information about my past Being molested as a child; while I was in the Boy's Scout; and about my secret Bi-Sexual lifestyled that Followed, etc... He then (John Dorothy) Begined to Ask me a series; of Questions; in a attempt to cross me up; like what Date Did you send complaint Form in; I then told him in Feb, 2021 Then he said; I thought you said 2 weeks ago; and that I was pass the Deadline anyway. From which I Replied "No" I told You; I sent my last letter with a card, on 12/28/2021 about 2 weeks ago. He then went on to say that They "Omni" processe's complaint Form's for the whole world not Just prisoner's, and how they Kept Detail Records; of everything sent out and Recieved and had they process them all; By law etc... So I asked him; well what Date was it; You all sent me the Complaint Form; and that they should also have a Record of the Courts Requesting them to send me one; Being that I had never heard of "Omni"; untill writing the courts, and that the courts contacted them and had them to send Complaint Form. He then acted like he was looking For it on the computer; and said he was having problems Retriving that information Because the internet went out; Claiming that it sometime's happened. But to give it a min; But asked me my info; name; address; Jail # No. etc... in the event it didn't and that he would contact me. After Complaining for a couple min's; about how I felt violated; he then placed me on. hold for a couple min's, while he said he was going to check another Dept. After a minor So; He then came Back and said; "We don't have it; I then said what do you mean you do have it; He then Replied; (Now Judge; as Bad as I wanted to Cuss him out) I didn't. I Just said we "Omni" never Recieved it; Because you never sent it. never sent it; and that if I did he would have it; and a claim number et From which I Replied; what do you mean; I never sent it; I Read the address out again; Told him about me loosing my family because of the phone call Nov. 16th 2020. me writing the courts, The courts

(7oF20)

Requesting them "Omni" to send me form. me writing 14 letters, etc... etc... From which he replied they never recieved them, Then I asked him; if I never sent them; "Why am I calling You "Omni" Requesting a claim number? He then said I dont know" and asked me why was I calling them (As if it was a Joke!) I told him; Because I sent it, (This went on for a min or 2) and then I asked him Did his Computer come back up. and to tell me what Date the Courts Requested him to send me form. and when did They send form to me; He then said the internet was still Down. But asked me what Date did I send it; I told him around Feb; Right after I recieved the U.P.S. Express (Next Day) envelope. From them; he then asked me what Date was that so I looked at envelope. But it had no Date; However the note# I didn't notice it at the time. ████████████ have a Tracking number which is # ████████████ time was Running out so I told him I was going to call Right Back. note# when I called Back; They again Transferred my call to John Dorothy; From which I complained of them mishandling my personal; and private information etc... He then Replied we never Recieved it; and that I needed to check with the prison mail Room; to see if they ever went out. From which I Replied they had to; and that every other letter to Courthouse's etc... Did; and if they didn't; that I would have Recieved them Back By now. (Being that it had been almost a year since First one Complaint was mailed) He then asked how many stamps I put on it; I said (4) what address did I send it too, etc... I told him again. Then he asked me was I sure; which Really pissed me off, so I told him after asking if the internet was Back up. from which he said it wasn't; So I told him that I was going to write You the Judge over the Case and ask what date I wrote; asking for a complaint form. He then asked me; did I have a copy of the Complaint form I sent; I said "No" But that I still had the U.P.S. nexday Express envelope and the other part Pamplet; that came with it. He then

(8 of 20)

asked me how did I send Form in; 'By express, certified etc...
From which I told him no; I only put (4) stamps on it and
sent it Regular mail. He then said Ah ha, and that if I would
have sent it certified mail; he would have Records of it; Because
some one there would have had to sign For it.' And asked me
why I didn't. From which I Replied; that It didn't Request
for me to send it certified mail; This went on for 2 or 3 mins
and finally I asked him for the Courthouse Address. (From
which he never did give to me;) He then said; Hold on let me
check one more Dept. And came back on and said he had
Just called the other dept. and sent a Email about it; and that
they were checking into it. I then asked; Since your computer
is Back up; check and see what Date the courts Request you
all to send me a complaint Form. And what Date you all sent it
too me: Because as I told him; That he said they Kept Records
of everything sent in and mailed out.' And again he hit me with
the internet Just went down again - I again asked for the
courthouse Address. From which he Replied he didn't have it; in Front
of him; and that he couldn't get it off his computer Because
the internet was down; due to the weather etc... But said he
would Re-send me a copy of the complaint Form Express mail
that same Day. Took down my info again. But said that I still
might not get Accepted Because it was past the Deadline. From which
I Replied; it was there Fault Because I sent it in almost a
Year ago; After writing Judge who Contacted "Omvi" and had them
send it. He then again Replied they never Recieved the complaint
Form or the letters. And how "Omvi" Processess millions of complaint
Form's and have never had a complaint. From which
I sent it; and 14 letters; and that "Omvi" probably didn't have any
other complaints; Because everybody else was Just like me; who
had probably sent in there complaint Form's to them; expecting
them to be filed correctly Just like I **did**; And didn't know
that they weren't. This went on for about 3 or 4 mins. and
finally I said; Just send me another one. from which he

(9 of 20)

Said he would send express mail 2day deliver; which would include Both; Sexual Abuse Survior Claim Form; and a envelope to send it back in. (That was on 2/10/2022) The next day on 2/11/2022; I Called back to "Omni" and was Transfered to Mr. Dorothy who told me when I asked; did he send form out yesterday. That he had by express U.P.S. mail; (2day delivery) But it might not get here in 2 days Because the mail was slow etc... So I hung up and waited a total of (6) days and called Back on 2/17/2022 Because I still hadn't Recieved complaint. And told Mr. Dorothy, (In other words; that he lied about sending form to me the week prior) By telling him; that he told me on the 10th of Feburary 2022; that he had sent form express mail U.P.S. 7days ago; and that mail Room; still hadn't Recieve it. At that time; I also asked him again for Courthouse Address; So that I could write the Judge; over the case. Ms. Laurie Silverstein; (Because I couldn't find the paper I had the address wrote on; when I initally wrote Judge in or around January or Feburary 2021.) From which; he again Replied that the internet was down again; due to Bad weather,) But said; Give me youre information Again and I'll Resend it again; Stating that it had to be a problem with the prison mail Room; and that they Sometime's throw away mail addressed to them ("Omni") From which I Replied was a lie; And that the mail Room; delivers all mail; comming in; and Sends out all mail we send out. The day it's Recieved or Sent out; And that I (nor any other inmate's) have had the problem of not Recieving mail (Expecially legal mail) or had Problem's with mail they send out not being delivered; And that I Recieve all mail from other Courthouses; Schools; Banks; Personal letters that's sent to me here. And that mail Clerks don't even know what or who "Omni" management Group is. (Note# The Conversation went Back and forth for about 8 min's.) with him "John Dorothy" saying that he sent it; and me asking where is it then. Ending with him Mr. "John Dorothy." Saying give me youre info; name; address; Jail number again; from which I asked him to tell me; the name and address and Jail number; he sent it too. From which he Replied again; he couldn't see that information because the internet was down; due to the weather. So I gave him my information

(10 OF 20)

again;

address;

From which he Repeated info; and told me that he would Re-send complaint Form again That day. But that I was still past the Deadline date; which ended in November 2020; From which I Replied; that it was Not my fault and that I had sent it to "Omni" over a year; ago in early 2021; after writing courthouse who then notified them "Omni" and had also written 14 letters since; trying to get a claim number, etc... (with no Response) I even told him about me asking in one of my letters; For in-person counseling; Being that number; provided for it 1-866-907-2721; wouldn't accept collect calls; Thus discriminating on prisoner's who were also Sexual Abuse Survior Victim's that were molested while in the Boy's Scout of America; (just like the Attorney's office over the case had; Discriminated against me By not Accepting my calls; which lead to me calling on 3-way with my Baby mama; and soon to be wife I had been with 11 years; who; Hearing my entire conversation about Sexual Accounts as; a minor which also i included accounts about my secret Bi-Sexual life-style etc... as a adult. (As a Result of being manipulated, mislead; and Forced into as a child; Too young to know Right From wrong.) I also told him about me Requesting "Omni" to Ask a preacher etc... could I be forgiven for my sins of having sex with another man; Because All I had; heard about the situation; of men sleeping with men; was ☐ that God made Adam and Eve not Adam and ████ And that God Destroyed a whole city "Sodom and Gommorah" By Fire Because of it. which made me grow-up; hating myself and God; and any subject about God or Jesus; Being that I had already had sex with a man on multiple occassions; And felt like I couldn't be forgiven For my sins; and that when I died I was going to go to hell anyways. Because of a lifestyle I was introduced to as a child; who didn't know any better. ████████ No matter How much I changed (11 of 20) or how Good I was;

As a Result of seeking; for Favor, Love, Trust, approval and acceptance; from Adult leaders while participating in the Boy Scout Of America, who both manipulated; my trust and ▓▓▓▓▓ the situation; and mislead me into a life-style that was forbidden, in the Bible By God; As far as what I had Read; since Being incarcerated in 2018, and heard all my life. Which Resulted in me Rebelling; and suffering mentally every since; Telling him also that as a Result of it; and keeping a secret I was ashamed to tell Anyone. However; I did tell a child hood Friend named ▓▓▓▓▓▓▓ ask me about the Boys Scout; when it first occurred; who used to Always telling secret; I said Sike. (As if it were a Joke) But ended up fighting my Best Friend Tyrus McGee; who I punched and threw on the ground. Because he called me a Sissie. (Note# I was Bigger than ▓▓▓▓▓ and stronger Being that I worked on the Farm etc... Telling him; I aint no Sissie; I said Sike and that Sissie's wear dresses and talk like a girl; and that I didn't. (Note# AFTER fighting Tyrus; Apologized; for Calling me a sissie I apologized for hitting him, and Saying I was just Siking him out. (Note# from then on; we continued to be Friends. But I never ever, told anyone else period; untill I made the Call on Nov. 16. 2021 to the lawyer on 3-way; from which I now Regrett; I also told MR ▓▓▓▓▓▓ how it affected me and bothered me mentally; and now it affected to mental-Health Clinic's "To wit - Western mental Health, since 1986-87 Juvenile; and there mental Health doctors; And from there to PRISON; seeing also there mental; health doctors; and also County Jail's mental Health doctors - ("Never Reveling; the true souce; of my fustration; which lead to my depression which also lead to me being dianosis; with Both Scizophania; Paranoid Scizophania; manic Depression; Bipolar and how I still Could hear there voices in my head. and the many mental Health medication's I had Been on since. To include Elivil; Ritilin; Depokete; Haradal; Throzine; litium; Ceriquiel; Abilify; Prozac; Zanex; etc... etc... etc...

(12 OF 20)

from which; I asked him ███████████ to contact a priest; OR preacher privately. And ask ████████ the question; weather or not I could be forgiving for my sins, and if so to Ask ██ them to provide me with the knowledge of Bible verses; That I could Read; myself; That would Assure me, that I could be forgiven and that I wouldn't go to hell when I died. (Because I couldn't and still can't find any Bible verses saying that I can be forgiven.) and I am to scared and ashamed to ask anybody OR the Chaplin here myself scared that they might Ask the Question why I wanted to know OR worse; was I a sissie. Note# I even Asked ████████████ to Privately Set up; On-Site Counseling Services for ████████████ Number provided for services 1-866-907-2721 wouldn't Accept either Collect or prepaid calls from Me; (A prisoner) At the time. from which he told me that he would be happy to assist me in the matters; And that he would be happy to assist me and Counseling Services; Give them my info; and that I would Recieve something in the mail; Stating that he couldn't make any promises doe; Stating that the Counseling Services and Request for Spiritual Guidance from a priest or pastor; were not "Omni" Related; and that "Omni" was only appointed by the court to process; Sexual Abuse Survior Proof of Claim forms; But that he would try. (That was on 2/17/2022) And as of today, March 17th 2022, I Still haven't heard from either; priest or Couselor. However I did recieve a 2nd Copy of the Sexual Abuse Survior Proof of Claim's form. Post marked; By Santa Clarita CA; 913 post office with the Date Of Feburary 19th 2022 on the 23rd of Feburary 2022 when I filled out that night and placed in the institutonal mail Box "That's locked" the next morning Feb. 24th 2022. And also called MR. John Dorothy. left a message; telling him I Recieved it and had sent it off that Day. And also called ████████████████ Back that same day Feb. 24th 2022 and Told ████████████████ that I had sent it off that day. (Note# On the ████████████████ Pror Form; I did it go into detail and send 14 Additional page's Front/and Back with detail accounts of events; Because #1- I didn't want to Re-live; the ordeal again like I did when I sent the First one off; Because it messed with me mentally

(13 OF 20)

So I Just checked the Boxe's; Being that it was optional; and #2; I was scared it would get into the wrong hands again like the first one. However I did ask him; did or was he able to locate the FIRST ONE I sent. Because he had said on Feb. 10th 2022; That he was going to check with the other Deptments. But asked me did I have a Copy of it; and if so to send it to him, from which I Replied "No" and that complaint form didn't include or Request me to keep a Copy. And that I wasn't going to send paperwork to the Shift office to have Copied Because #1 - it's 50¢ per page which would have Amounted to about $12.00 24 pgs? including Complaint Form (Front and Back) and #2, - Because it was personal; private; and Both Secert information in the complaint that I was both ashamed of Embressed about and didn't want anyone to find out; and that inmate's did the Copying here which ment they probably would have Read it. And my Secert would have been out. (In Black and white) From which he said; that if I had it; it would have helped; being that it would have the Date and signature on it when I filed the first one; and that it would help him locate it there. From which I Replied how is it; if I had a copy it would help you locate something there; I sent in over a year ago. From which you should have already Recieved and filed; From which he said; it would also prove I filed it and sent it in. From which I Replied; How is it there, And asked him; what did the other department say about the FIRST ONE I sent. From which he Replied; They don't have it; From which I Replied; what do you mean they don't have it; (Then he says something and excuss me Judge; That pissed me off; Qauteing; "Because You never sent it; from which I said; why would I go thru all; the trouble; of calling on 3-way to Attorney's office. loose my Family; house cars etc... etc... Write the Judge (Courthouse) over the Case. Who then notifies You "Omni" who sent me Sexual Abuse Complaint Form. After loosing everything I had; And Asked him to tell me why would I not file it and send it in. From which

(14 of 20)

he Replied; Well, we never Recieved it. So I said Aint your Address

Omni Management Group
5955 Desoto Ave. Suite 100
Woodland hills. CA. 91367

From; which he Replied correct; So I said; where is it then
Because I sent it in over a year ago along with 14 more
letters; And that none of them came back "Return to
Sender." And he says; I don't know; You'll have to check
with the mail Room at the prison You're in. (From which
I did; and have been told; that every single letter mailed
from the Facility; that's placed in the institutional mail locked
Box is mailed out the Following day if not placed in Box
Before 9:00 A.M. and that every piece of mail either
Return mail; or Sent in is passed out; that Day it's
Recieved.) He then; Says; Well I'll check with the other
Depts. again and if By chance we find it; he'll file it
But that I may or may not be accepted; Because it was
still past the Deadline date. From which I Replied; that's
not my fault and that how was he going to punish me for
Something "Omni" Did by mishandling my Both; Personal
Private and Top Secret information that was filed over
a year ago; But that they now found. Note# we went Back
and Forth for a couple min's; until finally I saw; I wasn't
going to get any where; and that he was never going to
Admitt; that "Omni" was Responsible. So I Asked him
First Reading off the Address for "Omni" how many other
place's had the Same Address. He said none; So I said
I sent it; (The First one) to you all over a year ago. and
that I sent the 2nd one on the 24th of Feb. 2022
Asked him; would he please File this one; and send
me a claim # Number As. soon as he Recieved it;
along with the Bankruptcy Courthouse Address; So
that I could write the Judge. Because I felt
like my Rights had been Violated. He then said

(15 of 20)

Sure; And asked me how did I Address the envelope. Because he had told me on the 17th OF February to Address the letter as Follows...

"Attention"
MR. John Dorothy
Abuse Claim's processing department
Omni management Group
5955 Desoto Ave. Suite 100
Woodland Hills. CA. 91367

From which I told him I did; Because as he had said on the 17th OF February 2022, that; that way; it would By-Pass the other deptments and come straight to his office. He then said; he'll process it as soon; as it Arrive's and send me a claim's number and Courthouse Address. But that he couldn't garantee I'll be accepted. Because it was past the deadline which ended over a year ago. From which we again went Back and forth about the First one I sent in after Courts; Requested "Omni" To send after I wrote the Courts. etc... (Note# Seemily that I was getting Fustrated and angry even tho; I acted and Remained Cool. I Just said Okay; well! Okay; I sent the 2nd one off today 3/24/2022; i please file and send me Both Claim number and Courthouse Address From which he said he would. Since then 3/24/2022 I called Back. Starting March 3rd 2022; everyday getting transfered to the Voice mail ▮▮▮▮▮▮▮▮▮▮ extension; But only getting OR mad; who I didn't get name from untill today, March 16th 2022 From which I called again; going straight to Voice mail

(16 OF 20)

and calling Back 2 more times; Talking to ████████ who
sent him ████████ a Email; stating I had been calling
several times on different Occassions; Requesting a claim's
number stating both that I said I originally Filed claim
over a year ago and again on 2/29/2022 (which was 20 days
ago) and still hadn't Recieved claim's number. etc... Again
later that day I called Back and talked to ████████ who
said; she'd; done all she could do; and had sent Email
to ████████ who hadn't Answered Back yet. And also
Rev_____ ██ R. Dorothy works off-site. etc... (Anyway's
I Ran out of prepaid minutes on that call and the phone
Hung up etc... Continued... March 21, 2022. Judge I've called
again to "Omni" got sent to voice mail; several times today
and still haven't been able to speach to ████████ 's
nor did I Recieve claim number in the ████████ or It's
been 25 days since I mailed in 2nd claim Form. Will you
Please Personally look into this matter; because Altho
claim; that "Omni" processes All complaint's as soon as ████
Arrive; And that they never had a complaint and that I was
the First to ever complain. Which may be true being that
everybody else was Just like me; thinking everything was
Filed Right until I called and they asked me For my claim
number to look it up. And I Replied nobody sent me one;
and they asked when did I file; and I told them over
a year ago; then they (secretary) tried to put it in by
my name to find it; and still couldn't. And told me that
they were going to both Email MR. Dorothy then tranfered
my call. Which I later got thru to him; And then only
For him to check his Computer. Say we don't have it.
And after asking where it was; because I sent it
telling him both the date's and that I wrote Court's First
who notified "Omni"! Tell him about loosing family after
making 3 way call etc. etc... And he tell me; still that
we didn't get it. Then I call out Address; which he
says is correct. And you Ask where is it; tell of 14 letters
You've written with no response; so that's why you called.

(17 OF 20)

And he says they never received any of them; Then goes on to say that prison mail Room sometimes don't send mail address to them: as if mail Room all of a sudden goes thru all the mail; and throw away letters sent to "Omni" only in a excuess. When nobody even know's who "Omni" is and every other piece of mail get's both delivered; (Just As you got my first letter and now this one) OR Come's Back; saying unable to send marked from the post office in about 8 days; like some of my mail I sent to the wrong address for my insurance Company etc... Then after going simi - off about personal information; private information; and breach of both; and he tells you that they didn't get it because you never sent it. which made me ASK him; Why wouldn't I; I've lost everything havent seen my lil girl since 2020 OR heard her voice since Nov. 16th 2020 when I made 3-way Call. etc...etc... wrote the Judge who contacting you all to send it to me; Recieve it; Why wouldn't I not send it? And he asks me a stupid Question! I don't know why didn't You. As if it's a game. Which goes back and forth; and then I ask if I didn't send it; why am I even calling You about it; after 14 letters. And he says something "Stupid again". Well I don't know; Why are you calling US. Judge I could have cussed him out. but stayed Calm; and asked for the Courthouse Address AFTER asking him to look and see when they sent letter to me, being that he said "Omni" keeps a detail Record of all; Letters sent out and Recieved. Only for him to tell me something stupid again; stating that the internet went out all of a sudden. Like I've been locked up all my life and dont know the difference

(18 OF 20)

Between wifi; which don't goes out because of weather insinuation; like the internet function as, digital Television OR Satelite. Then when I ask for Courthouse Address to write the Judge. He puts me on hold saying let him check one more place first. for about 3 mins. Then Come's Back and say exactly what you already know he's going to say which is; They don't got it; etc... Because they never Recieve it; Because you never sent it. etc... which pissed me off, being that I am human no what I did; and can tell it's all a game to him. But very Serious to me. Then ask for the Courthouse address and he say's again that he cant get to google. because the internet is out Remember; Because of the weather and this happened on 2 different date's when I called. From which after waiting 10 days for him to Re-Send form. "which he's already trying to BaR; saying I am passed the dead line. Finally getting it on 2/29/22 Sending it back the next day, 2/24/22, making several call's 3/21/22 Still no Case # on file. leaving voice mails; Email and still 25 day's later ain't got a letter. Case # Back in the mail. Judge Please look into this matter as Soon as possible; Because" Omvi" is not filing abuse claim's; and I Refuse to believe I am the only one complaining about it. And even if I was; and it was the First Complaint, it never should have made it that far or ever been one. Please help me and know that he is going to lie. and try to place Blame and cover up for "Omvi". And know that Something has to be wrong for me to even write you this long letter complaining about it; especially if

You Remember my first letter in 2021; where you Requested "Omwi" to send me a complaint Form: Considering the circumstances of what both happened to me as a child; which is the Bases for my Complaint. when I called on 3-way. The results and what I lost which was everything. To me Recieving form; which Calming Sense will tell you I filed it; Combined with 14 more letters, they claim they also never Recieved, to me personally putting money on my pre paid account to call after no Reply ever. to me after 2nd time Requesting it finally sent it from which I sent in. Address just as he said to : "Att"

[REDACTED]

(B...) ....... Claim processing
Omwi Management Group
5955 Desoto Ave. Suite 100
woodland Hills, CA 91367

On Feburary 24, 2022 - 25 days ago Recieving no mail back unable to Forward. or Response; or Claim number on file? 3/24/22 will make you wonder and Believe; that they are not filing abuse Claim's even if it's only mine's. note# He's going to lie about not Recieving 1st form, 14 letters or the last one sent 2/24/2022. Because it's all a game to him. From which he dont even try to disguize or hide; Real cocky and disrespectfull [REDACTED]

Signed ___ [REDACTED] ........ personally.

Date# ____ march 31st 2022

Sorry about handwriting Broke thumb playing Basket ball 2 days ago.

LEGAL ONLY

3/31/2022

PARCEL

UNITED S

PITNEY BOWES

02 1P $ 001.160
0000534694
MAILED FROM ZIP CODE 35023    MAR 25 2022

Judge: Laurie Silber Silverstein

(USA) case# 20-10343 (consolstanomis")

To the Bankruptcy Court for the
District of Delaware
824 north market street
"Third Floor"
Wilmington, Delaware, 19801

U.S.M.S
X-RAY

FOREVER / USA

$1.16

VER / USA

VER / USA

LEGAL MAIL - IMPORTANT - URGENT - PLEASE READ (ASAP)

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evalu... ... Department of Corrections (ADOC) is not responsible for the substance or content of the enclosed communication."

Please write Back.
"note #"

"Complaint against Omni" management Group
5955 DeSoto Ave, Suite 100
woodland hills CA, 91367
#(818-906-8300)

mishandling; not filing (BSA) Abuse Complaint Forms
which include; both, personal, private, and Top Secret info
threatinging them away; and trying to cover it up. Please Read in Full."