# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re Docket Nos. 8806, 8859, 8909. 8956, 9049, 9095, 9229 |

### NOTICE OF WITHDRAWAL OF THE CERTAIN INSURERS' DESIGNATIONS AND COUNTER-DESIGNATIONS TO CERTAIN DEPOSITION TRANSCRIPTS

The undersigned insurance carriers (collectively, "Certain Insurers") in the above-captioned Chapter 11 bankruptcy cases hereby provide the below summary of the Certain Insurers' depositions designations, counter-designations and objections for the Court's review.

### Designations Withdrawn

The Certain Insurers withdraw their designations of the deposition testimony of Stewart Eisenberg, Eric Green, Douglas Kennedy, Timothy Kosnoff, Katheryn McNally, Paul Mones, Paul Napoli, Catherine Nownes-Whitaker, James Patton and Kenneth Rothweiler. No other parties counter-designated or objected to these designations.

The Certain Insurers also withdraw their designations, and objections to any counter-designations, of the deposition testimony of Adrian Azer, Charles Bates, Michael Burnett, Devang Desai, Bruce Griggs, Makeda Murray, William Sugden and Brian Whittman. Debtors and the Ad Hoc Committee of Local Councils ("AHCLC") have agreed to withdraw their counter-designations and objections to the Certain Insurers' designations of these witnesses.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

The following deposition designations presented in video format by the Certain Insurers are limited to the designations and counter-designations as presented to the Court during the Certain Insurers' presentation of evidence: Steven Babin, Jon Conte, Sean Higgins, Jonathan Schulman, Adam Slater, and David Stern.

### Designations Not Withdrawn

The Certain Insurers have <u>not</u> withdrawn their designations of the deposition testimony of Mark Kolman and Adam Krause. No other parties counter-designated or objected to these designations.

The Certain Insurers also have <u>not</u> withdrawn their designations, or objections to the Debtors' counter-designations, of the deposition testimony of Todd Allen and Alison Schuler. Debtors have <u>not</u> withdrawn their counter-designations, or objections to the Certain Insurers' designations, of these witnesses.

The Certain Insurers also have <u>not</u> withdrawn their designations of the deposition testimony of Anne Andrews. The Coalition of Abused Scouts for Justice (the "Coalition'), on behalf of Andrews & Thornton, Attorneys at Law; ASK LLP; and Slater Slater Schulman LLP, have <u>not</u> withdrawn their counter-designations. Both the Certain Insurers and the Coalition have agreed to withdraw all objections made to any designations or counter-designations.

The Certain Insurers also have <u>not</u> withdrawn their designations of the deposition testimony of Joseph Cappelli. Marc J. Bern & Partners LLP ("Bern and Partners") have <u>not</u> withdrawn their counter-designations. Neither the Certain Insurers, nor Bern and Partners, have made any objections to any designations or counter-designations for this witness.

**Counter-Designations Withdrawn**

The Certain Insurers withdraw their counter-designations, and any corresponding objections, to the Roman Catholic Ad Hoc Committee's deposition designations of Devang Desai, Eric Green, Nancy Gutzler, Catherine Nownes-Whitaker and Brian Whittman.

The Official Committee of Tort Claimants' (the "TCC") have withdrawn their designations of the deposition testimony of Michael Burnett and Bruce Griggs. The Certain Insurers hereby withdraw their counter-designations, and any corresponding objections, to the TCC's designations.

Pfau Cochran Vertetis Amala PLLC and the Zalkin Law Firm, P.C. (collectively, "Pfau/Zalkin") have agreed to withdraw their designations of the deposition testimony of Michael Burnett and Paul Rytting. The Certain Insurers hereby withdraw their counter-designations, and any corresponding objections, to the Pfau/Zalkin designations.

The Church of Jesus Christ of Latter-day Saints ("TCJC") has agreed to withdraw its designations of the deposition testimony of Todd Allen, Douglas Kennedy and Evan Smola. The Certain Insurers hereby withdraw their counter-designations, and any corresponding objections, to the TCJC's designations.

**Counter-Designations Not Withdrawn**

The Lujan Claimants have <u>not</u> withdrawn their designations of the deposition testimony of Bruce Griggs and Jesse Lopez. The Certain Insurers have <u>not</u> withdrawn their counter-designations to the Lujan Claimants' deposition designations. Neither the Certain Insurers, nor the Lujan Claimants, have made any objections to any designations or counter-designations for these witnesses.

Dated: April 3, 2022

*/s/Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, DE 19803
(302) 477-7100
Email: lrizzo@regerlaw.com

*Attorney for Defendants, Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 North West Street
Suite 1501
P.O. Box 410
Wilmington, DE  19899 (courier 19801)
302-652-8400

-and-

Ronald P. Schiller (admitted pro hac vice)
Matthew A. Hamermesh (admitted pro hac vice)
Sharon F. McKee (admitted pro hac vice)
Elizabeth C. Dolce (admitted pro hac vice)
HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568 6200
(215) 568 0300 facsimile
rschiller@hangley.com
mhamermesh@hangley.com
smckee@hangley.com
edolce@hangley.com

*Attorneys for Arch Insurance Company*

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   302.777.6500
Facsimile:    302.421.8390

Harris B. Winsberg (admitted pro hac vice)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:   404.420.4313
Facsimile:    404.522.8409

-and-

Margaret H. Warner (admitted pro hac vice)
Ryan S. Smethurst (admitted pro hac vice)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228

4

|  | Facsimile: 202.756.8087 |
|---|---|
|  | *Attorneys for Allianz Global Risks US Insurance Company* |

Douglas R. Gooding (admitted pro hac vice)  
Jonathan D. Marshall (admitted pro hac vice)  
CHOATE HALL & STEWART, LLP  
Two International Place Boston, MA 02110  
Telephone: (617) 248-5000  
dgooding@choate.com  
jmarshall@choate.com  

-and-

Kim V. Marrkand (admitted pro hac vice)  
Laura Bange Stephens (admitted pro hac vice)  
Alec Zadek (admitted pro hac vice)  
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO PC  
One Financial Center Boston, MA 02110  
Telephone: (617) 542-6000  
KVMarrkand@mintz.com  
LBStephens@mintz.com  
AZadek@mintz.com  

*Attorneys for Liberty Mutual Insurance Company*

Deirdre M. Richards (DE Bar No. 4191)  
FINEMAN KREKSTEIN & HARRIS PC  
1300 N. King Street  
Wilmington, DE 19801  
Telephone: (302) 538-8331  
Facsimile: (302) 394-9228  
Email: drichards@finemanlawfirm.com  

-and-

Michael A. Rosenthal (admitted pro hac vice)  
James Hallowell (admitted pro hac vice)  
Keith R. Martorana (admitted pro hac vice)  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, New York 10166  
Telephone: (212) 351-4000  
Facsimile: (212) 351-4035  
Email: mrosenthal@gibsondunn.com  
       jhallowell@gibsondunn.com  
       kmartorana@gibsondunn.com  

Matthew G. Bouslog (admitted pro hac vice)  
GIBSON, DUNN & CRUTCHER LLP  
3161 Michelson Drive  
Irvine, California 92612  
Telephone: (949) 451-3800  
Facsimile: (949) 451-4220  
Email: mbouslog@gibsondunn.com  

-and-

Susan N.K. Gummow (admitted pro hac vice)  
FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.  
222 N. LaSalle St., Suite 1400  
Chicago, Illinois 60601  
Telephone: (312) 863-5000  
Facsimile: (312) 863-5009  
Email: sgummow@fgppr.com

<div style="column:left">

Michael J. Joyce, Esquire (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Kevin Coughlin, Esquire (Pro Hac Vice)
Lorraine Armenti, Esquire (Pro Hac Vice)
Michael Hrinewski, Esquire (Pro Hac Vice)
COUGHLIN MIDLIGE & GARLAND, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-0058 (Telephone)
973-267-6442 (Facsimile)
larmenti@cmg.law
mhrinewski@cmg.law

-and-

Britton C. Lewis, Esquire (Pro Hac Vice)
CARRUTHERS & ROTH, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC  27401
 (336) 478-1146 (Telephone)
 (336) 478-1145 (Facsimile)
bcl@crlaw.com

*Counsel to Arrowood Indemnity Company*

Maria Aprile Sawczuk (No. 3320)
GOLDSTEIN & MCCLINTOCK LLLP
501 Silverside Road
Wilmington, Delaware 19809
Phone: (302) 444-6710
E-mail: marias@goldmclaw.com

-and-

Laura McNally

</div>

<div style="column:right">

*Attorneys for the AIG Companies*

David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, Delaware 19899-1709
Phone: (302) 777-6500

Harris B. Winsberg (admitted pro hac vice)
PARKER, HUDSON, RAINER & DOBBS LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA  30308
Telephone:   404.420.4313
Facsimile:    404.522.8409

-and-

Todd C. Jacobs (admitted pro hac vice)
John E. Bucheit (admitted pro hac vice)
BRADLEY RILEY JACOBS PC
500 West Madison Street, Suite 1000
Chicago, Illinois 60661
Telephone: (312) 281-0295

*Attorneys for National Surety Corporation and Interstate Fire & Casualty Company*

Bruce W. McCullough (No. 3112)
BODELL BOVÉ, LLC
1225 N. King Street, Suite 1000
Wilmington, Delaware 19801-3250
Telephone: (302) 655-6749
E-mail: bmccullough@bodellbove.com

-and-

Bruce D. Celebrezze (pro hac vice)

</div>

6

Emily Stone
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, Ilinois 60654
Phone: (312) 464-3155
E-mail: lmcnally@loeb.com,
estone@loeb.com

*Attorneys for The Continental Insurance Company and Columbia Casualty Company*

CLYDE & CO US LLP
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801
E-mail: bruce.celebrezze@clydeco.us

Konrad R. Krebs (pro hac vice)
CLYDE & CO US LLP
200 Campus Drive | Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
E-mail: konrad.krebs@clydeco.us

-and-

David Christian (pro hac vice)
DAVID CHRISTIAN ATTORNEYS LLC
105 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone: (862) 362-8605
E-mail: dchristian@dca.law

*Attorneys for Great American Assurance Company, f/k/a Agricultural Insurance Company; Great American E&S Insurance Company, f/k/a Agricultural Excess and Surplus Insurance Company; and Great American E&S Insurance Company*

Stephen M. Miller (No. 2610)
Carl N. Kunz, III (No. 3201)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Email: smiller@morrisjames.com
ckunz@morrisjames.com

-and-

Margaret M. Anderson, Esq. (admitted pro hac vice)
Ryan T. Schultz (admitted pro hac vice)
Adam A. Hachikian (admitted pro hac vice)

Marla S. Benedek (No. 6638)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2024
Facsimile:  (302) 250-4498
Email:  mbenedek@cozen.com

*Counsel to Traders and Pacific Insurance Company, Endurance American Specialty Insurance Company, and Endurance American Insurance Company*

7

Kenneth M. Thomas (admitted pro hac vice)
FOX SWIBEL LEVIN & CARROLL LLP
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 224-1200
Email: panderson@foxswibel.com
rschultz@foxswibel.com
ahachikian@foxswibel.com
kthomas@foxswibel.com

*Attorneys for Old Republic Insurance Company*

Paul Logan (No. 3339)
POST & SCHELL, P.C.
300 Delaware Avenue
Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Fax: (302) 251-8857
E-mail: plogan@postschell.com

-and-

George R. Calhoun (pro hac vice)
IFRAH PLLC
1717 Pennsylvania Ave., N.W.
Suite 650
Washington, DC 20006
Phone: (202) 840-8758
E-mail: george@ifrahlaw.com

*Attorneys for Argonaut Insurance Company and Colony Insurance Company*

Brian A. Sullivan
WERB & SULLIVAN
LEGAL ARTS BUILDING
1225 N. King Street
Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: bsullivan@werbsullivan.com

-and-

John E.W. Baay II, Esq. (pro hac vice)
Gieger Laborde & Laperouse LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-
Telephone: (504) 561-0400
Facsimile: (504) 561-0100
Email: jbaay@glllaw.com

-and-

William H. White Jr., Esq. (pro hac vice)
Kiernan Trebach LLP
1233 20th Street, NW, 8th Floor
Washington, DC 20036
Direct: 202-712-7042
Fax: 202-712-7100
Email: wwhite@kiernantrebach.com

*Attorneys for Gemini Insurance Company*

Thaddeus J. Weaver (Id. No. 2790)
DILWORTH PAXSON LLP
704 King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899-1031
(302) 571-8867 (telephone)
(302) 655-1480 (facsimile)
tweaver@dilworthlaw.com

-and-

William E. McGrath, Jr. (Admitted pro hac vice)
DILWORTH PAXSON LLP
2 Research Way, Suite 103
Princeton, NJ 08540
(609) 924-6000 (telephone)
(215) 893-8537 (facsimile)
wmcgrath@dilworthlaw.com

*Attorneys for Munich Reinsurance America, Inc., formerly known as American Re-Insurance Company*

Kathleen M. Miller (No. 2898)
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 [Courier 19801]
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
Email: kmiller@skjlaw.com

-and-

Lloyd A. Gura*
Pamela J. Minetto*
Mound Cotton Wollan & Greengrass LLP
One New York Plaza 44th Floor
New York, NY 10004
Tel: (212) 804-4282
Email: lgura@moundcotton.com
pminetto@moundcotton.com
(*Admitted pro hac vice)

Kathleen M. Miller (No. 2898)
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, Delaware 19801
Phone: (302) 652-8400
E-mail: kmiller@skjlaw.com

-and-

Mary E. Borja (admitted pro hac vice)
Gary P. Seligman (admitted pro hac vice)
Ashley L. Criss (admitted pro hac vice)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
E-mail: mborja@wiley.law,
gseligman@wiley.law, acriss@wiley.law

*Attorneys for General Star Indemnity Company*

9

*Attorneys for Indian Harbor Insurance
Company, on behalf of itself and as successor
in interest to Catlin Specialty Insurance
Company*

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, hereby certify that on April 3, 2022, I caused a copy of *NOTICE OF WITHDRAWAL OF THE CERTAIN INSURERS' DESIGNATIONS AND COUNTER-DESIGNATIONS OF DEPOSITION TRANSCRIPTS*, to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") and served on all parties (as identified on the most current list of participating parties maintained on the Court's docket) via CM/ECF and/or electronic mail.

Dated: April 3, 2022

Respectfully submitted,

*/s/ Louis J. Rizzo, Jr.*

Louis J. Rizzo, Jr. (#3374)
REGER RIZZO & DARNALL LLP
1521 Concord Pike, Suite 305
Brandywine Plaza West
Wilmington, Delaware 19803
Phone: (302) 477-7100
Email: lrizzo@regerlaw.com

*Attorneys for Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), St. Paul Surplus Lines Insurance Company and Gulf Insurance Company*