# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtor. | **Re Docket No. 7996** |

## CENTURY'S COUNTER-DESIGNATIONS AND/ REBUTTAL DESIGNATIONS OF JESSE LOPEZ DEPOSITION TRANSCRIPT

**PLEASE TAKE NOTICE** that, Century Indemnity Company hereby provides its counter-designations and/or rebuttal designations of the deposition transcript of Jesse Lopez, as set forth in the attached **Exhibit A**, in connection with confirmation of the plan of reorganization in the above-referenced case. A color coded copy of the designations is attached as **Exhibit B** with the Century's depositions appearing in Green.

- The Aloha Council is not the same thing as the Aloha Council, Chamorro District. (92:7-10)

- The Aloha Council was defended by BSA prepetition. (25:8-16)

- The Aloha Council could not find any local council insurance policies. (102:3-10)

- The Aloha Council searched for 8 to 9 months for policies. (110:3-7)

- The Aloha Council had no communications with insurers about sex abuse cases. (110:8-15)

- The Aloha Council does not own the national policies. (115:23-116:14)

Dated: April 3, 2022
   Wilmington, Delaware

Respectfully Submitted,

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)

**Stamoulis & Weinblatt LLC**
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

**O'Melveny & Myers LLP**
Tancred Schiavoni (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212-326-2000

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America*

*In Re Boy Scouts of America and Delaware BSA, LLC,*
Case No. 20-10343 (LSS)

**Century's Counter-Designations and/or**
**Rebuttal Designations**

| Lujan's Initial Designations | Certain Insurers' Counter-Designations | Century's Counter-Designations and/or Rebuttal Designations |
|---|---|---|
| 11:15-25 | | |
| 12:1-25 | | |
| 13:1-23 | | |
| 14:16-21 | | |
| 22:20-25 | | |
| 23:1-22 | | |
| 24:2-12 | | 25:8-16 |
| 27:6-18 and 20-25 | | |
| 28:1-25 | | |
| 29:1-25 | | |
| 30:1-12 and 25 | | |
| 31:1-16 and 18-22 | | |
| 32:4-25 | | |
| 33:1-2 and 14-25 | | |
| 34:1-4 and 10-18 | | |
| 35:9-25 | | |
| 36:1-6 | | |
| 39:19-22 | | |
| 40:1-4 | | |
| 41:15-25 | | |
| 42:1 | | |
| 43:3-13 | | |
| 44:5-25 | | |
| 45:1-9 and 12-23 | | |
| 49:3-25 | | |
| 50:2-5 | | |
| 51:8-25 | | |
| 52:1-25 | | |
| 53:1-4 and 9-22 and 25 | | |
| 54:1-23 | | |
| 55:4-24 | | |
| 57:10-14 | | |
| 60:9-25 | | |
| 61:1-19 | | |
| 66:7-9 | | |
| 70:5-8 | | |
| 73:23-25 | | |
| 74:1-12 and 18-23 | | |
| 75:9-25 | | |
| 76:1-4 | | |

| Lujan's Initial Designations | Certain Insurers' Counter-Designations | Century's Counter-Designations and/or Rebuttal Designations |
|---|---|---|
| 78:25 | | |
| 79:1-25 | | |
| 80:1-8 | | |
| 84:14-18 | | |
| 85:9-25 | | |
| 86:1-2 | | |
| 89:2-24 | | |
| 90:1-11 | | |
| 91-17-25 | | |
| 92:1-6, 11-13, and 24-25 | | 92:7-10 |
| 93:1-25 | | |
| 94:1-25 | | |
| 95:1-25 | | |
| 97:12-15 | | |
| 100:7-25 | | |
| 101:8-16 | | 102:3-10 |
| 105:24-25 | 146:14-147:15 | d |
| 106:1-25 | | |
| 107:1-16, 20-23, 25 | | |
| 108:1-8 | | |
| 109:14-22 | | |
| 110:17-25 | | 110:3-15 |
| 111:1-17 | | |
| 112:1-2 and 17-24 | | |
| 113:3-4 and 12-13 | | 115:23-116:14 |
| 117:18-21 | | |
| 118:1-3 and 18-25 | | |
| 119:1-8 and 17-25 | | |
| 132:8-25 | | |
| 135:14-25 | | |
| 137:4-17 | | |
| 138:1-16 | | |
| 139:20-25 | | |
| 140:1-25 | | |
| 151:3-17 | 155:15-156:16; 157:19-158:20; 159:12-160:4 | |
| 151:3-17 | | |
| 169:3-25 | | |
| 1701-11 | | |
| 171:14-22 | | |
| 172:5-21 | | |

| **Lujan's Initial Designations** | **Certain Insurers' Counter-Designations** | **Century's Counter-Designations and/or Rebuttal Designations** |
|---|---|---|
| 173:16-18 | | |
| 178:5-14 | | |