March 31st, 2K22

District of Delaware
Bankruptcy Court
824 North Market Street
Wilmington, Delaware [19801]
Non-Domestic Mail

FILED
2022 APR -5 AM 2:09
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Additional Exhibit (20-10343 (LSS)) Omni Agent Solutions - Declared Contraband

Dear Sir or Ma'am,

Enclosed is yet another Colorado Department of Corrections Officer (Mailroom) quelling my receipt of legal mail from Omni Agent Solutions.

I request this honorable court to provide all further notices & participation request itself or, grant myself a court order for receipt of all Omni Agent Solutions incoming into the Colorado Department of Corrections, as I have yet to receive "ANY" Omni Agent Solutions court authorized communications including notices.

Seidel Reyes, a Colorado Department of Corrections Officer has provided me with a Notice of Rejection/Disposition of Mail form - AR FORM 300-38D - indicating that the aforementioned correspondence was declared contraband. Omni Agent Solutions was notified in writing in Jan. 2K22 that not only did I not receive that original but that my participation, and liberty interest was being quelled - to no avail, as no response was received.

I am without adequate and timely remedy, without a court order or all past and present Omni Agent Solutions documents coming from the Court or an attorney. To which a prior notice was sent to the Court approximately 2 weeks ago. I "shall Not" waive Confidentiality! See attached Exhibit along with all the other Notices of Rejection, justifying a court order.

Respectfully,

*[Handwritten at top:] RE: 20-10343 (LSS)   Copy of Original "Exhibit"*



**COLORADO**
Department of Corrections

AR Form 300-38D (05/01/19)

## Notice of Rejection/Disposition of Mail

DATE: 3/29/2022        Offender/DOC#: [redacted]

Facility/Unit: 7

Your mail to/from: **OMNI AGENT SOLUTIONS**        or Publication: [redacted]
(include name, issue number, page(s) of offender publication and RMMS number if available) has been rejected or declared contraband for the following reason(s):

- [ ] Contains threats or plans of criminal activity.
- [ ] Contains threats of physical harm against any person.
- [ ] Violates or concerns plans for activities in violation of the Code of Penal Discipline, law, or DOC policy.
- [ ] Is in code and/or not understood by the reader.
- [ ] Contains information that constitutes a danger to a person or threat to the security and safety of the facility.
- [ ] Concerns and/or attempts to send contraband into or out of any DOC operated or contract facility.
- [ ] Concerns plans for escape.
- [ ] Sends, receives, solicits or contains money orders or any other items of value from other currently incarcerated DOC offenders, or the relatives or visitors of other offenders in the custody of the DOC. Exceptions may be made for offenders with common immediate family members.
- [ ] Creates a substantial danger to the emotional or mental health of an offender.
- [ ] Contains cash, unauthorized personal checks, or paper money orders.
- [ ] There is a written request from a citizen that mail from an offender be discontinued.
- [ ] Indicates an offender is entering into a contract or engaging in business without the written approval of the administrative head.
- [ ] Contains decorative stamps or stickers on the envelopes or contents that cannot easily be removed and searched.
- [ ] Contains postage stamps, (unless being sent in accordance with IV.C.4.f. in this AR) stamped envelopes, blank stationery, blank writing paper, blank cards, or blank post cards.
- [ ] Contains Polaroid photos.
- [ ] Contains photos from another DOC offender.
- [ ] Contains unknown substance(s).
- [ ] Material that describes or depicts the design or manufacture of firearms, explosives, or other weapons or destructive devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the illegal use of such items.
- [ ] Material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person.
- [ ] Material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. Sign language or style of dress alone, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection.
- [ ] Sexually explicit material pursuant to AR 300-26, "Publications". Offenders may appeal this by contacting their case manager for AR Form 300-26A.
- [ ] Material which poses a potential threat to the safety and security of the offender population or DOC employees, contract workers, and volunteers by advocating facility disruption or noncompliance with prison rules or regulations.
- [ ] Game Boards, trading cards, game accessories
- [x] LEGAL MAIL- To be considered a confidential contact from an attorney, their authorized representative, or legal aid organization, the incoming mailing envelope must include the following:
  a. Attorney's first and last name;
  b. Attorney's registration, bar, or license number (exception will be made for attorneys practicing in states that do not issue such numbers, e.g., Mississippi);
  c. Attorney's complete business address;
  d. Mailing envelope must be clearly marked "PRIVILEGED" or "CONFIDENTIAL."
  In order to protect confidentiality, if the incoming mailing envelope from an attorney, their authorized representative, or legal aid organization fails to meet these requirements

MARK THE BOX TO "I DO NOT WAIVE CONFIDENTIALIATY" OR " I WAIVE CONFIDENTIALITY"

### DISPOSITION

- [ ] Sent to reading committee.
- [ ] Declared contraband, not for offender disposition.
- [x] Declared contraband; offender must designate disposition within ten days.
- [ ] Returned to sender. (Regarding Publications - you may submit a one page statement addressed to the facility publication committee within 28 days of the date on this notice).
- [ ] Other

DATE: 3/29/2022    Mailroom DOC Employee Signature: **REYES**

DATE: 3/29/2022    Mailroom DOC Employee Signature: **SEIDEL**

I designate the following disposition of the above items:
- [✓] I do not waive legal confidentiality. I understand this letter will be sent back to the sender for the appropriate information and thus I understand it will result in delay of delivery of restricted mail to me.
- [ ] I waive legal confidentiality and grant permission to process mail as non-restricted mail.   *The court has been contacted.*
- [ ] Destroy
- [ ] Return to sender at my expense
- [ ] Send to the following address at my expense: [redacted]

DATE: 3/30/2K22   Offender Signature: [redacted]

Cc: Offender
    Facility Publication Committee        Attachment "D"
    Sender of personal letter              Page 1 of 1