# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 9433** |

**CERTIFICATE OF NO OBJECTION REGARDING THE EIGHTH INTERIM FEE APPLICATION REQUEST OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2021 TO AND INCLUDING JANUARY 31, 2022**

The undersigned hereby certifies that, as of the date hereof, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") has received no answer, objection or other responsive pleading to the **Eighth Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2021 to and Including January 31, 2022** (the "Application") (D.I. 9433), filed on March 22, 2022.

The undersigned further certifies that Ogletree has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than April 5, 2022 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

WHEREFORE, Ogletree respectfully requests that the Application be approved.

Dated:  April 6, 2022
      Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/ Bruce A. Griggs*
Bruce A. Griggs
Shareholder
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Phone: (512) 344-4700
Email: bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION