IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Doc. No. 9516** |

**OBJECTION OF PATRIOTS' PATH TO RENEWAL OF MOTION FOR AN ORDER FINDING REQUESTS TO DEBTORS AND PATRIOTS' PATH COUNCIL, BSA FOR ADMISSIONS PROPOUNDED BY CLAIMANT #39 ON OCTOBER 3, 2021 VIA AMENDED REQUEST FOR ADMISSIONS & DOCUMENTS ADMITTED AS A MATTER OF LAW & REQUESTING THAT THIS PLEADING BE CONSIDERED AS A SUPPLEMENT TO SCHWINDLER'S OBJECTIONS TO CONFIRMATION OF PLAN**

The undersigned counsel to Patriots' Path Council hereby files this objection (the "Objection") to the *Renewal of Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant #39 on October 3, 2021 via Amended Request for Admissions & Documents Admitted as a Matter of Law & Requesting that this Pleading be Considered as a Supplement to Schwindler's Objections to Confirmation of Plan* [Doc. No. 9516] (the "Renewed Motion"), and respectfully state as follows:

**BACKGROUND**

1. The Court conducted a hearing on March 4, 2022 to consider Claimant # 39's *Motion for an Order Compelling Debtors and Patriots' Path Council, BSA to Produce Documents or Information Sought by Claimaint # 39 on October 3, 2021 via Amended Request for Admissions & Documents* [Doc. No. 7620] and *Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded by Claimant # 39 on*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

ME1 40171875v.2

*October 3, 2021 via Amended Requests for Admissions & Documents Admitted as a Matter of Law* [Doc. No. 7622] (together, the "Motions").[2] The Court denied the request to deem the discovery requests admitted, but instructed the Debtors and Patriots' Path to respond to Claimant # 39's discovery requests by March 11, 2022. Mar. 4, 2022 Hr'g Tr. 23:22–24:10.

2. In accordance with the Court's ruling, Patriots' Path conducted an immediate, thorough and diligent search for any documents or information which would be responsive to Claimant #39's requests. Despite a reasonable inquiry, it does not possess information sufficient to admit or deny certain requests.

3. On March 11, 2022, Patriots' Path served Claimant #39 with formal responses and objections to his discovery requests and filed a Notice of Service on the docket [Doc. No. 9304].

4. On March 30, 2022, Claimant #39 filed the Renewed Motion arguing that the responses and objections provided by the Debtors and Patriots' Path are insufficient and the responses should be deemed admitted as a matter of law.

5. On April 6, 2022, the BSA filed the *Objection to Renewal of Motion for an Order Finding Requests to Debtors and Patriots' Path Council, BSA for Admissions Propounded By Claimant #39 on October 3, 2021 Via Amended Request for Admissions and Documents Admitted as a Matter of Law* (the "BSA Renewed Motion Objection")[3].

---

[2] Patriots' Path joined the Debtor's objections to the Motions [Doc. 9050] in which, among other arguments, set forth that Patriots' Path was not directly served with the Motions.

[3] In addition to the Objection, Patriots' Path joins in and incorporates herein the legal objections set forth in the BSA Renewed Motion Objection.

**OBJECTION**

6. Contrary to Claimant #39's unfounded allegations, Patriots' Path conducted a reasonable and diligent inquiry into Claimant # 39's discovery requests and responded in accordance with Federal Rule of Civil Procedure 36. *See* Fed. R. Civ. P. 36 advisory committee's note to the 1970 amendment (requiring that the answering party make a "reasonable inquiry and secure such knowledge and information as are readily obtainable").

7. In its responses to Claimant # 39's requests, Patriots' Path noted that in searching for responsive documents and information from the 1960 time frame, that Patriot's Path only retains employee records for seven (7) years. In addition, Patriots' Path noted that the Morris-Sussex Council office referenced by Claimant #39 relocated approximately 5 times from the 1960's until its eventual merger with Patriot's Path Council in 1999 and that during that 40 time period offices were located in three different locations. Finally Patriot's Path noted that a fire (and resulting water damage) in the 1980's destroyed the vast majority, if not all of the membership rosters that are typically kept by a local council and accordingly, many, if not all of the information sought by Claimant is no longer in possession of Patriots' Path.

8. After a thorough review, Patriots' Path concluded that it does not have documents or information in its possession to enable it to form an opinion regarding the truth or accuracy of the statements and admissions sought by Claimant No. 39.

9. As set forth by the BSA a party cannot compel admissions merely because he or she is unsatisfied with the responses he received. *See Outzen v. Kapsch Trafficcom USA, Inc.*, 2022 WL 267596, at *10 (S.D. Ind. Jan. 27, 2022) ("[The answering party] was not required to provide a 'detailed description of its efforts to admit or deny this request. While Plaintiffs may be highly skeptical…the response is not insufficient. [The answering party] adequately

ME1 40171875v.2

explained why it believes it is unable to admit or deny this request.") (internal citation omitted). As described above, Patriots' Path complied with Fed. R. Civ. P. 36 by making a good faith, diligent and reasonable inquiry into records and information that was readily obtainable and as such the Renewed Motion must be denied.

## CONCLUSION

Based on the foregoing, the Patriots' Path respectfully request the Court deny the Renewed Motion and grant any such other and further relief as the Court deems just and proper.

Dated:  April 6, 2022

**MCCARTER & ENGLISH, LLP**

/s/ *Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
405 N. King St., 8th Floor
Wilmington, DE 19801
Telephone (302) 984-6300
Facsimile:   (302) 984-6399
Email: shumiston@mccarter.com

*-and*

Clement J. Farley, Esq. (admitted pro-hac vice)
Jeffrey T. Testa, Esq. (admitted pro-hac vice)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile:  (973) 624-7070
Email: cfarley@mccarter.com
           jtesta@mccarter.com

*Counsel for Patriots' Path Council, BSA*

4

ME1 40171875v.2