License:  New York State
R076676-1
N.P.I. - 1457566691

**FILED**
2022 APR 12  AM 8: 47
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judy Fields, L.C.S.W.-R
315 East 68th Street-1J
New York, N.Y.  10065
917-842-3025
Judithefields@gmail.com

April 7, 2022

Honorable Laurie Seelber Silverstein
824 North Market Street
6th Floor-Courtroom 2
Wilmington, DE  19801

RE:  Case 20-10343 - The Boy Scouts of America
███████████████████ Psychotherapy for Sexual Abuse

Your Honor:

    I have been treating ███████ in individual psychotherapy sessions since June, 2021.  He presented for treatment due to symptoms of anxiety and depression (Diagnosis code F41.1- Generalized Anxiety Disorder).

    Through ███████ painful exploration of the sexual-abuse he endured at age nine, he has come to understand how this trauma of sexual abuse has exacerbated and often triggers these symptoms.  He is still trying to resolve the powerful and everlasting damage it's had on his life.

    As we explore the significance of this psychologically impactful event, as well as the complicated feelings and memories he has because of it, █████ continues to gain insight by addressing and working through the trauma he's had to face, dealing with the pain in a mindful way.  His renewed relationships with family and friends, as well as his pursuit of his career have demonstrated some of the progress █████ has made.

    There is no time limit on the healing process.  I think █████ progress is heading in a positive direction.

    I thank you for your attention and consideration.

Sincerely,

*Judy Fields*
Judy Fields, L.C.S.W.-R

Judy Fiello, LCSW-R
315 East 68th Street
1F
New York, N.Y. 10065

Honorable Laurie Seelber Silverstein
824 North Market Street
6th floor - Courtroom 2
Wilmington, DE 19801

NEW YORK NY 100
8 APR 2022 PM 14

FOREVER
874691031132456