# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: 9505** |

**CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-FOURTH MONTHLY APPLICATION OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2022 TO AND INCLUDING FEBRUARY 28, 2022**

The undersigned hereby certifies that, as of the date hereof, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") has received no answer, objection or other responsive pleading to the **Twenty-Fourth Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2022 to and Including February 28, 2022** (the "Application") (D.I. 9505), filed on March 28, 2022.

The undersigned further certifies that Ogletree has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than April 11, 2022 at 4:00 p.m. (Eastern Time).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below without any further court order.

| (1) Total Fees w/o Immigration | (2) Total Expenses w/o Immigration | (3) 80% of Fees w/o Immigration | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $193,970.50[2] | $7,134.24[3] | $155,176.40 | $162,310.64[4] |

WHEREFORE, Ogletree respectfully requests that the Application be approved.

Dated:  April 12, 2022
        Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/ Bruce A. Griggs*
Bruce A. Griggs
Shareholder
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Phone: (512) 344-4700
Email: bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION

---

[2]  This amount was reduced to reflect the $2,350.00 in fees associated with Ogletree's work on immigration matters. Ogletree is not seeking payment of the $2,350.00 in fees for immigration matters in this Application.

[3]  This amount was reduced to reflect $16.54 in expenses associated with Ogletree's work on immigration matters. Ogletree is not seeking payment of the $16.54 in expenses for immigration matters in this Application.

[4]  The amount of compensation to be paid is reduced by $1,880.00 in fees (80% of $2,350.00) and $16.54 in expenses associated with Ogletree's work on immigration matters. The Debtors anticipate expanding the scope of Ogletree's representation to include the flat-fee immigration work. Ogletree reserves the right to seek payment of the immigration work.