# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA and | ) | |
| DELAWARE BSA, LLC, *et al.*[1] | ) | Case No. 20-10343 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## OF PAUL L. KRANZ

Pursuant to LOCAL RULE 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Paul Kranz of the Law Offices Of Paul L. Kranz, 639 San Gabriel Avenue, Albany, CA 94706 to represent various clients of Law Offices Of Paul L. Kranz in the above-captioned case.

Dated: April 9, 2022  
Wilmington, Delaware

/s/ *Bernard G. Conaway*  
Bernard G. Conaway, Esq. (DE #2856)  
**CONAWAY LEGAL LLC**  
1007 North Orange Street, Suite 400  
Wilmington, DE 19801  
Telephone: 302-428-9350  
E-mail: bgc@conaway-legal.com

*Attorney for Clients of the Law Offices*  
*of Paul L. Kranz*

---

[1] As per the Petition, the Debtors of the Chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to LOCAL RULE 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the Northern District of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Courts for District Court.

Date: April 9, 2022

/s/ *Paul L. Kranz*
Paul L. Kranz, Esquire
LAW OFFICES OF PAUL L. KRANZ
639 San Gabriel Avenue
Albany, California 94706
Telephone: 510-549-5900
Email: kranzlaw@sbcglobal.net

*Attorney for Clients of the Law Offices of Paul L. Kranz*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Counsel Paul L. Kranz, Esquire's motion for admission *pro hac vice* is granted.

Dated: April 13th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE